ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
OCT 24 2005
U.S. COURT OF FEDERAL CLAIMS

ROCCO TOMMASEO, et al
Plaintiffs

V.

THE UNITED STATES
Defendant

NO. 1: 05-cv-01119-SGB

**RULE 7.1 CORPORATE DISCLOSURE STATEMENTS OF ROCKY AND CARLO, INC. and STEVE'S MOBILE HOME & R.V. REPAIR, INC.**

**NOW INTO COURT**, through undersigned counsel, come ROCKY AND CARLO, INC. and STEVE'S MOBILE HOME & R.V. REPAIR, INC. who hereby submit the following corporate disclosure in accordance with Rule 7.1 of the Rules of the United States Court of Federal Claims.

Rocky and Carlo, Inc. has no parent corporation nor does any publicly held corporation own any of its stock.

Steve's Mobile Home & R.V. Repair, Inc. has no parent corporation nor does any publicly held corporation own any of its stock.

Respectfully submitted this 20th day of October, 2005.

E. Gerald Maples (#25960)
MAPLES & KIRWAN, LLC
902 Julia Street
New Orleans, LA 70113
Telephone: (504) 569-8732

Facsimile: (504) 525-6932

-and-

J. Wayne Mumphrey (#9824)
MUMPHREY LAW FIRM, LLC
9061 West Judge Perez Drive
Chalmette, LA 70043
Telephone: (504) 277-8989

-and-

John H. Musser, IV (#9863)
322 Lafayette St.
New Orleans, LA 70130
Telephone: (504) 566-1218
Facsimile: (504) 566-7185

CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading has been sent to counsel for the United States by placing the same in the U.S. mail, postage pre-paid, and addressed to:

U.S. Department of Justice
Commercial Litigation
Classification Unit- 8th Floor
1100 L Street NW
Washington, DC 2005

Done this 20th day of October, 2005.

F. Gerald Maples