IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROCCO TOMMASEO, and<br>THOMAS TOMMASEO, and<br>ROCKY AND CARLO, INC., and<br>STEVEN BORDELON, husband of,<br>and CYNTHIA BORDELON and,<br>STEVE'S MOBILE HOME & R.V. REPAIR,<br>INC.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 05-1119L<br><br>Hon. Susan G. Braden |

**MOTION FOR ENLARGEMENT OF TIME**
**IN WHICH TO FILE RESPONSE TO PLAINTIFFS' ORIGINAL CLASS COMPLAINT**

Defendant UNITED STATES hereby moves for an enlargement of time of 30 days, or to and including January 17, 2006, for the filing of its response to Plaintiffs' Original Class Action Complaint in the above captioned matter.

Plaintiffs' Original Class Action Complaint was filed on October 17, 2005, and accordingly Defendant's answer thereto is currently due on December 16, 2005.

No previous enlargements of time for this response have been requested.

This claim arises out of actions allegedly taken by the United States Army Corps of Engineers ("Corps") in and around St. Bernard Parish, Louisiana. Pls.' Class Comp. at ¶¶ 4-8. As the Court is doubtlessly aware, the New Orleans area was ravaged by Hurricane Katrina and its associated flooding in August of this year. Plaintiffs allege that the Corps' actions with respect to the construction and maintenance of the Mississippi River Gulf Outlet resulted in

flooding and a taking of their property in the aftermath of Hurricane Katrina. Pls.' Class Comp. at ¶¶ 14-19.

As has been widely reported in the media, the Corps' New Orleans office, including its counsel, have been exceedingly busy in the past few months helping to remedy the devastation done by Hurricane Katrina. Five of the office's attorneys have been assigned full-time to Task Force Guardian, a project whose goal is the cleanup and repair of the area's breached levees before June of 2006. The office's sole environmental attorney, who was injured and suffered the loss of his house during the storm, is currently rehabilitating in California. The office's few remaining attorneys have been left to perform all normal duties, as well as respond to countless requests for information pursuant to the Freedom of Information Act ("FOIA"), despite being shorthanded.

Plaintiffs' complaint raises several highly technical and complicated issues which can only be addressed by Corps personnel; thus, additional time is required to address Plaintiff's allegations and prepare an appropriate response. Accordingly, Defendant requests this 30-day enlargement of time.

Counsel for Defendant has conferred with counsel for Plaintiffs who has indicated that Plaintiffs do not object to this enlargement.

Dated: December 15, 2005

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

s/ Mark T. Romley

Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Phone: (202) 305-0458
Fax: (202) 305-0274
E-mail: mark.romley@usdoj.gov

Of counsel:

Fred R. Disheroon
Special Litigation Counsel
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 616-9649
Fax: (202) 305-0506