# In the United States Court of Federal Claims

No. 05-1119L
Filed: December 20, 2005

**************************************
THOMPSON MANOR,
A GE PARTNERSHIP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
**************************************

**ORDER**

The clerk of the court has indicated that Plaintiffs' counsel does not have a CM/ECF account. Plaintiff is directed to comply with the November 7, 2005 Notice of Designation of Electronic Case.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**