# In the United States Court of Federal Claims

No. 05-1119L
Filed: December 20, 2005

| | |
|---|---|
| ************************************* | |
| | * |
| ROCCO TOMMASEO, THOMAS | * |
| TOMMASEO, ROCKY AND CARLO, INC., | * |
| STEVEN BORDELON, husband of, | * |
| CYNTHIA BORDELON and, STEVE'S | * |
| MOBILE HOME & R.V. REPAIR, INC., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************* | |

## ORDER

The clerk of the court has indicated that Plaintiffs' counsel does not have a CM/ECF account. Plaintiff is directed to comply with the November 7, 2005 Notice of Designation of Electronic Case.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**