# In the United States Court of Federal Claims

No. 05-1119L
Filed: February 7, 2006

| | |
|---|---|
| ************************************* | |
| | * |
| ROCCO TOMMASEO, THOMAS | * |
| TOMMASEO, ROCKY AND CARLO, INC., | * |
| STEVEN BORDELON, husband of, | * |
| CYNTHIA BORDELON and, STEVE'S | * |
| MOBILE HOME & R.V. REPAIR, INC., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************* | |

**ORDER**

A telephone status conference will be held on Friday, March 17, 2006 at 11:00am, E.S.T.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**