# In the United States Court of Federal Claims

No. 05-1119L
Filed: March 21, 2006

*************************************
ROCCO TOMMASEO, THOMAS TOMMASEO, ROCKY AND CARLO, INC., STEVEN BORDELON, husband of, CYNTHIA BORDELON and, STEVE'S MOBILE HOME & R.V. REPAIR, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

The court will convene a telephone status conference **on Tuesday, July 11, 2006 at 11:00am, E.S.T.**

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**