# In the United States Court of Federal Claims

No. 05-1119L
Filed: June 8, 2006

| | |
|---|---|
| ROCCO TOMMASEO, THOMAS TOMMASEO, ROCKY AND CARLO, INC., STEVEN BORDELON, husband of, CYNTHIA BORDELON and, STEVE'S MOBILE HOME & R.V. REPAIR, INC., | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

The telephone status conference, previously scheduled for July 11, 2006, will be re-scheduled to **Tuesday, July 18, 2006 at 11:00am, E.D.T.**

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**