# In the United States Court of Federal Claims

No. 05-1119L
Filed: July 18, 2006

| | |
|---|---|
| ROCCO TOMMASEO, THOMAS TOMMASEO, ROCKY AND CARLO, INC., STEVEN BORDELON, husband of, CYNTHIA BORDELON and, STEVE'S MOBILE HOME & R.V. REPAIR, INC., | |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**SCHEDULING ORDER**

The parties will file all Dispositive Motions **on or before Monday, September 18, 2006**.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**