# In the United States Court of Federal Claims

No. 05-1119L
Filed: July 19, 2006

| | |
|---|---|
| ************************************* | |
| | * |
| ROCCO TOMMASEO, THOMAS | * |
| TOMMASEO, ROCKY AND CARLO, INC., | * |
| STEVEN BORDELON, husband of, | * |
| CYNTHIA BORDELON and, STEVE'S | * |
| MOBILE HOME & R.V. REPAIR, INC., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************* | |

**REVISED SCHEDULING ORDER**

The court hereby replaces the July 18, 2006 Scheduling Order with the following:

Consistent with the Government's representations during a July 18, 2006 Telephone Status Conference, the Government will file a Dispositive Motion **on or before Monday, September 18, 2006**.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**