IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROCCO TOMMASEO, et al | ) | |
| Plaintiffs | ) | |
| | ) | 1:05-cv-1119 SGB |
| V. | ) | Hon. Susan G. Braden |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant | ) | |

## CERTIFICATE REGARDING DISCOVERY CONFERENCE

**NOW INTO COURT** comes counsel for Plaintiffs Rocco Tommaseo, et al., who hereby certifies that a Discovery Conference was conducted among counsel for the United States, Messrs. Disheroon and Romley, and undersigned counsel for the Plaintiffs, on 7 August 2006, in an attempt to resolve the discovery disputes extant regarding the completeness of the Government's responses to written discovery. The particulars of these insufficiencies are fully detailed in the accompanying Motion to Compel. Counsel for all parties exchanged detailed correspondence and conducted telephone conferences in an attempt to resolve the discovery dispute, but there is a genuine difference of opinion which requires resolution by the Court.

Respectfully submitted this 16th day of August, 2006.

s/ F. Gerald Maples
F. Gerald Maples (# 25960)
Stephen M. Wiles (# 17865)
Carlos A. Zelaya, II (# 22900)
MAPLES & KIRWAN, LLC
902 Julia Street
New Orleans, LA 70113
Telephone: (504) 569-8732
Facsimile: (504) 525-6932

-and-

J. Wayne Mumphrey (# 9824)
MUMPHREY LAW FIRM, LLC
9061 West Judge Perez Drive
Chalmette, LA 70043
Telephone: (504) 277-8989

-and-

John H. Musser, IV (# 9863)
201 St. Charles Ave.; Ste 2500
New Orleans, LA 70170
Telephone: (504) 599-5964
Facsimile: (504) 524-7979

-and-

Randall A. Smith (# 2117)
SMITH & FAWER, LLC
201 St. Charles Avenue, # 3702
New Orleans, LA 70170
Telephone: (504) 525-2200
Facsimile: (504) 525-2205

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above and foregoing has been served upon all counsel of record via facsimile transmission on this 16th day of August, 2006.

_s/ F. Gerald Maples
F. Gerald Maples