# In the United States Court of Federal Claims

No. 05-1119L
Filed: September 8, 2006

*************************************
ROCCO TOMMASEO, THOMAS TOMMASEO, ROCKY AND CARLO, INC., STEVEN BORDELON, husband of, CYNTHIA BORDELON and, STEVE'S MOBILE HOME & R.V. REPAIR, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

The court hereby amends the July 19, 2006 Scheduling Order as follows:

Consistent with the Telephone Status Conference held on September 7, 2006, the Defendant ("Government") will file a Motion to Dismiss on or before September 30, 2006. Plaintiffs' Response to the Government's Motion to Dismiss will be filed in accordance with the Rules of the Court of Federal Claims ("RCFC"). The Government's Reply also will be filed in accordance with the RCFC.

When the court enters a decision on the Government's Motion to Dismiss, the court will, if necessary, establish a deadline for the Government to file a Motion for Summary Judgment to narrow the scope of Plaintiff's discovery requirements.

Accordingly, Plaintiffs' August 16, 2006 Motion to Compel is DENIED without prejudice, as being premature.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**