# In the United States Court of Federal Claims

No. 05-1119L
Filed: October 3, 2006

| | |
|---|---|
| ROCCO TOMMASEO, THOMAS TOMMASEO, ROCKY AND CARLO, INC., STEVEN BORDELON, husband of, CYNTHIA BORDELON and, STEVE'S MOBILE HOME & R.V. REPAIR, INC., | |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**ORDER**

Defendant's October 2, 2006 Motion for Enlargement of Time is, hereby, GRANTED. Defendant shall have an additional two business days, through October 4, 2006, to file any Motion to Dismiss.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**