


Defendant's Exhibit A