US Army Corps of Engineers

# Fiscal Year 2005 Annual Report of the Secretary of the Army on Civil Works Activities



*Department of the*

*Extract Reports of*

*Mississippi Valle*

Defendant's Exhibit B

EXTRACT REPORTS OF THE:

MISSISSIPPI VALLEY DIVISION
P.O. Box 80, Vicksburg, MS 39181-0080


| | |
|---|---|
| New Orleans District<br>P.O. Box 60267<br>New Orleans, LA 70160-0267 | Chapter 11 |
| Vicksburg District<br>21 01 North Frontage Road<br>Vicksburg, MS 39181-5191 | Chapter 12 |
| Memphis District<br>167 North Mid America Mall<br>Room B202<br>Memphis, TN 38103-1894 | Chapter 13 |
| St. Louis District<br>1222 Spruce Street<br>St. Louis, MO 63103-2833 | Chapter 14 |
| Rock Island District<br>P.O. Box 2004<br>Rock Island, IL 61204-2004 | Chapter 15 |
| St. Paul District<br>190 Fifth Street<br>St. Paul, MN 55101-1638 | Chapter 16 |
| Mississippi River between<br>Missouri River and Minneapolis, MN<br>(St. Paul, Rock Island, and St. Louis) | Chapter 17 |


MISSISSIPPI RIVER COMMISSION


| | |
|---|---|
| Mississippi River Commission<br>P.O. Box 80<br>Vicksburg, MS 39181-0080 | Chapter 41 |

# NEW ORLEANS, LA, DISTRICT

District comprises a portion of Louisiana, embraced in drainage basins tributary to Mississippi River and Gulf of Mexico, except Mississippi River above mile 325.5 above Head of Passes (AHP), drainage area of Ouachita-Black River Basin, and small eastern and western portions of Louisiana tributary to Pearl River and Sabine River and Lake. The New Orleans District territory encompasses 30,000 square miles.

It includes sections of the Gulf Intracoastal Waterway from Lake Borgne Light 29 at the mouth of Pearl River to Sabine River, and the Passes of the Mississippi River. It exercises jurisdiction over flood control work on Mississippi River from mile 325.5 AHP to Gulf of Mexico; Atchafalaya River; and in Atchafalaya Basin; and maintenance of project navigation channel of Mississippi River below mile 325.5 AHP, under supervision of President, Mississippi River Commission (MRC), and Division Engineer, Mississippi Valley Division.

## IMPROVEMENTS

**Navigation** Page

1. Inner Harbor Navigation Canal Lock, LA ....... 11-2
2. Mississippi River-Gulf Outlet, LA .................. 11-2
3. Mississippi River Ship Channel, Gulf to Baton Rouge, LA ........................................ 11-3

**Flood Control**

4. Comite River, LA (Diversion) ......................... 11-3
5. Grand Isle and Vicinity, LA ........................... 11-4
6. Lake Pontchartrain and Vicinity, LA (Hurricane Protection) .................................... 11-5
7. Larose to Golden Meadow, LA (Hurricane Protection) .................................... 11-5
8. New Orleans to Venice, LA (Hurricane Protection) .................................... 11-6
9. Southeast Louisiana Urban Drainage Project (Flood Control) .................................... 11-6
10. West Bank and Vicinity, New Orleans, LA (Hurricane Protection) .................................... 11-7
11. Amite River and Tributaries, East Baton Rouge Parish, LA (Flood Damage Reduction) ....................................................... 11-8
12. Inspection of Completed Flood Control Projects ........................................................... 11-8

**Flood Control (cont.)** Page

13. Flood Control Work Under Special Authorization .................................................. 11-8
14. Protection of Navigation .................................. 11-8
15. Catastrophic Disaster Preparedness Program ....................................................... 11-8
16. Coastal Wetlands Planning, Protection, and Restoration ............................................... 11-8
17. General Regulatory Program .......................... 11-11

**Tables**

Table 11-A Cost and Financial Statement ........ 11-12
Table 11-B Authorizing Legislation ................. 11-14
Table 11-C Other Authorized Navigation Projects ............................................ 11-19
Table 11-D Other Authorized Flood Control Projects ............................ 11-21
Table 11-E Deauthorized Projects .................... 11-21
Table 11-F Flood Control Work Under Special Authorization .................... 11-22
Table 11-G Environmental Work Under Special Authorization .................... 11-23
Table 11-H Active General Investigations ........ 11-24

## 1. INNER HARBOR NAVIGATION CANAL LOCK, LA

**Location.** The project is located within the city of New Orleans, Louisiana. It is a deep and shallow draft canal extending northward from the Mississippi River to Lake Pontchartrain.

**Existing project.** The existing Inner Harbor Navigation Canal Lock, built in 1920 by the Port of New Orleans, has dimensions of 31.5 feet deep, 75 feet wide, and 640 feet long (usable length). It passes barge traffic between the Mississippi River and the Gulf Intracoastal Waterway and is a vital link in the nation's Inland Waterway System. Delays to the navigation traffic average about 11 hours, with 24-36 hour delays common. The average yearly tonnage through the lock is about 22 million tons, 2/3 of which is coal, petroleum products, and crude petroleum. Other major commodities include metallic ores, industrial chemicals and nonmetallic minerals. Two major vehicular roadway bridges (Claiborne and St. Claude Avenues) and one railroad/roadway bridge (Florida Avenue) cross the canal in the vicinity of the existing lock. The Corps of Engineers bought the lock from the Port of New Orleans in 1985.

**Local cooperation.** The cost sharing for the replacement lock is specified in the Water Resources Development Act of 1986. The costs of the new lock were apportioned between general cargo navigation and inland navigation. Costs assigned to inland navigation are shared 50 percent from the Inland Waterway Trust Fund and 50 percent from regular Corps of Engineer's appropriations. Those costs assigned to general cargo navigation, will be cost shared 65 percent Federal and 35 percent non-Federal, with the Port of New Orleans, who signed a non-Federal Project Cooperation Agreement (PCA) in Sep. 2001. The Recommended Plan is 40 feet deep by 110 feet wide by 1,200 feet long (usable length) and is estimated to cost $716,000,000.

**Terminal facilities.** Two container ship berths and one other ship wharf are located on the canal in the vicinity of the existing lock.

**Operations and results during the fiscal year.** Detailed engineering and design for the replacement lock and Community Impact Mitigation Plan has continued. The demolition of East Side Industrial Area (TERC construction contract) has been completed.

**Condition as of Sep 30.** The AE contract awarded in February 2003 for the lock design is ongoing. Neighborhoods on both sides of the lock were severely damaged by Hurricane Katrina, causing a temporary hold on mitigation work as part of the Community Impact Plan.

## 2. MISSISSIPPI RIVER-GULF OUTLET, LA

**Location.** In State of Louisiana and the territorial waters of the United States and extends from existing Inner Harbor Navigation Canal at a point 7,500 feet north of existing IHNC lock and about 11,000 feet from Mississippi River, to a turning basin south of Michoud, LA, and then as a land and water cut from turning basin south of Michoud, LA, southeasterly to and along south shore of Lake Borgne and through marshes to and through Chandeleur Sound to 38-foot contour in Gulf of Mexico. (Refer to NOAA Coast Charts Nos. 11340, 11360, 11363, 11369, 11371, and 11373. Also see MRC 1989 (57th edition) folio of maps, Mississippi River-Cairo, IL, to Gulf of Mexico, LA.)

**Existing project.** Provides for a seaway canal, 36 by 500 feet, extending 76 miles as a land and water cut from Michoud southeasterly to and along south shore of Lake Borgne (completed), and across Chandeleur Sound to Chandeleur Island and increasing gradually to 38 by 600 feet in Gulf of Mexico (completed), with protective jetties at entrance (completed), a permanent retention dike through Chandeleur Sound (authorized but not yet constructed), and a wing dike along islands as required (authorized but not yet constructed) . It also provides for an inner tidewater harbor consisting of 1,000- by 2,000-foot turning basin 36 feet deep at landward end of seaway canal (completed), and a connecting channel 36 by 500 feet wide extending easterly along Gulf Intracoastal Waterway from turning basin (completed), including construction of a suitable highway bridge with approaches to carry Louisiana State Highway 47 (formerly 61) over channel. Plan further provides for future construction of a channel and lock in the vicinity of the existing lock to furnish an additional connection between tidewater harbor and Mississippi River (construction started). (See "Inner Harbor Navigation Canal Lock, LA" for more details).

A reevaluation study to determine the economic feasibility of continuing to maintain the 36-foot depth in the channel was initiated in FY99, at Federal expense. Concerns about increased maintenance dredging costs and ecosystem deterioration prompted the study. Hurricane Katrina struck Louisiana prior to completion of the reevaluation effort. Katrina significantly impacted the economic factors used in developing the economic analysis portion of the reevaluation study. Findings of the Interagency Performance Evaluation Task Force (IPET), formed to analyze the impacts

of MRGO on storm surge, and the State's and sponsor's intents will have to be considered before continuing the reevaluation study.

**Local cooperation.** Requirements of local cooperation are fully described on page 11-4 of FY 1986 Annual Report.

**Terminal facilities.** A public facility on the waterway is the Public Bulk Terminal of New Orleans constructed by Board of Commissioners, Port of New Orleans, on left descending bank at Mile 63. One container ship berth is in operation at the Industrial Canal end of the seaway.

**Operations and results during fiscal year.** Five dredging contracts for removal of material from the channel at a cost of $27,879,276 were awarded in FY 05. In addition, Articulated Concrete Mattress (ACM) bank protection was placed at a cost of $1,095,000.

**Condition as of Sep. 30.** Construction was initiated March 1958. The channel unit is 90 percent complete and the shiplock unit is 8 percent complete. The total project is 76 percent complete. The channel was opened to navigation Jul. 25, 1963, and completed Jan. 20, 1968. Paris Road Bridge was completed Nov. 14, 1967. The foreshore protection, south bank, Chalmette Area, Station 367+00 to Station 1007+00 is complete.

### 3. MISSISSIPPI RIVER SHIP CHANNEL, GULF TO BATON ROUGE, LA

**Location.** The project is located in the southeastern portion of Louisiana below Baton Rouge, and consists of the Mississippi River and its major outlet to the Gulf of Mexico, Southwest Pass.

**Existing project.** Provides more efficient deep-draft navigation access to the New Orleans and Baton Rouge reaches of the Mississippi River via Southwest Pass by enlarging the existing channel to a project depth of 55 feet and enlarging the adjacent channel along the left descending bank in New Orleans Harbor to a 40-foot depth, a turning basin at Baton Rouge, and training works in the passes to reduce maintenance.

Estimated cost of existing project (Oct. 1, 2002) is $196,200,000 Federal and $492,000,000 non-Federal. In addition, the Coast Guard is to provide navigation aids at an estimated cost of $1,200,000.

**Local cooperation.** Requirements are described in full on pages 11-2 and 11-3 of the FY 92 Annual Report.

A third supplement to the LCA addressing the Permanent Saltwater Intrusion Mitigation Plan was executed on May 28, 1993.

A Project Cooperation Agreement (PCA) between the Government and the State of Louisiana was executed on Sep. 3, 1993 which provides for the dredging of a 45-foot channel from Mile 181 AHP to Baton Rouge.

**Operations and results during fiscal year.** Construction is underway on the permanent mitigation plan. The permanent mitigation plan consists of the Government constructing an underwater sill, when needed, at Mile 64 AHP to prevent the intrusion of saltwater into water supplies of the metropolitan New Orleans area. The plan also provided for upgrading the Plaquemines Parish water distribution system which has been completed, providing fresh water to water treatment plants impacted by increased saltwater intrusion caused by the deeper channel. The underwater sill was constructed during FY 99 due to extremely low flows in the river which allowed salt water to threaten up river water supplies. The sill was successful in preventing impacts to these facilities.

Work has been initiated on the General Design Memorandum for the remaining authorized features of the project. This includes the deepening of the Mississippi River to 55 feet from the Gulf of Mexico to Baton Rouge. The State of Louisiana requested that the Corps not complete the report until clarifying language relative to cost sharing is included in a future Water Resources Development Act.

**Condition as of Sep. 30.** The 45-foot channel is completed from the Gulf to Baton Rouge. Construction of the permanent mitigation plan is underway. Work on the General Design Memorandum for the remaining authorized features continues.

**Flood Control**

### 4. COMITE RIVER (DIVERSION), LA

**Location.** In East Baton Rouge Parish, LA, between the Comite River and the Profit Island Chute of the Mississippi River, north of the town of Baker, LA, and south of the town of Zachary, LA.

**Existing project.** The project will provide protection for residents of the Comite River Basin by reducing stages in the river below the diversion point for events up to the 100-year flood event, and containing within banks events up to the 10-year flood event. The authorized project consists of construction of an

TABLE 11-B AUTHORIZING LEGISLATION

| Acts | Work Authorized | Documents |
|---|---|---|
| | **LAKE CHARLES, LA** | |
| Water Resources Development Act, 1986 | The project for deepening of the project for navigation, Lake Charles, Louisiana, to a depth of 45 feet, at a total cost of $1,070,000. | Public Law 99-662, Nov. 17, 1986 |
| | **MISSISSIPPI RIVER, BATON ROUGE TO GULF OF MEXICO, LA** | |
| Mar. 2, 1945 | Combines projects of Mississippi River, Baton Rouge to New Orleans, Mississippi River, South Pass, and Southwest Pass, adding thereto project for Mississippi River from New Orleans to Head of Passes, to provide a single project, "Mississippi River, Baton Rouge to the Gulf of Mexico," with channel dimensions as follows: Baton Rouge to New Orleans, 35 by 500 feet; port limits of New Orleans, 35 by 1,500 feet; New Orleans to Head of Passes, 40 by 1,000 feet; Southwest Pass, 40 by 800 feet; Southwest Pass Bar Channel, 40 by 600 feet; South Pass, 30 by 450 feet; South Pass Bar Channel, 30 by 600 feet. | H. Doc. 215, 76th Cong., 1st sess. |
| Oct. 23, 1962 | Deepen existing channel from 35 to 40 feet by 500 feet wide from one-tenth mile below Louisiana Highway Commission bridge at Baton Rouge to upper limits of Port of New Orleans, and also 40 by 500 feet within presently authorized 35- by 1,500-foot channel in port limits of New Orleans. | S. Doc. 36, 87th Cong., 1st sess. |
| | **MISSISSIPPI RIVER-GULF OUTLET, LA** (See Sec. 1 of Text) | |
| Mar. 29, 1956 | Construct a seaway canal 36 feet deep and 500 feet wide from Michoud to 38-foot contour in gulf and an inner tidewater harbor consisting of a 1,000- by 2,000-foot turning basin 36 feet deep and a connecting channel 36 feet deep and 500 feet wide to Inner Harbor Navigation Canal and provides, when economically justified, for construction of a lock to Mississippi River in the vicinity of Meraux, LA. | H. Doc. 245, 82d Cong., 1st sess. |
| Oct. 22, 1976 | Amends above Act making the construction of bridge relocations a Federal responsibility when required by the the construction of the Mississippi River-Gulf Outlet channel. | Sec. 186, Water Resources Development Act of 1976 (PL 94-587) 2d sess. |
| Water Resources Development Act, 1986 | The Mississippi River-Gulf Outlet feature is modified to provide that the replacement and expansion of the existing industrial canal lock and connecting channels or the construction of an additional lock and connecting channels shall be in the area of the existing lock or at the Violet site. | Public Law 99-662, Nov. 17, 1986 |
| Water Resources Development Act, 1996 | Amends above Act of 1986 to include a Community Impact Mitigation Plan as an authorized feature of the project to replace the Inner Harbor Navigation Canal Lock. | Public Law 104-303 Oct. 12, 1996 |

## TABLE 11-C (Continued) OTHER AUTHORIZED NAVIGATION PROJECTS

| Project | Status | For Last Full Report See Annual Report For | Cost To September 30, 2005: Construction | Cost To September 30, 2005: Operation and Maintenance | Mo. and Yr. Completed Deauthorized or Reclassified |
|---|---|---|---|---|---|
| Mississippi River-Gulf Outlet, | –[21] | 1996 | 88,535,000[20] | 2,376,498,994 | Jan. 1968[21] |
| Michoud Canal, LA | Complete | 1976 | 2,499,555 | 1,271,252 | Nov. 1974 |
| Mississippi River Outlets, Venice, LA | Complete | 1986 | 10,014,012 | 49,327,489 | Complete |
| Navigation work under special authorization (Calcasieu Pass channel in Old River Bend at Cameron, LA)[15] | – | 1957 | – | 139,755 | – |
| North Pass-Pass Manchac, LA | Complete | 1996 | 533,492 | -- | May 1995 |
| Pass Manchac, LA | Complete | 1950 | 79,845 | 124,681 | 1912 |
| Petite Anse, Tigre, and Carlin Bayous, LA | Complete | 1981 | | 1,453,172 | Nov. 1980 |
| Removal of Aquatic Growth, LA | | 1984 | – | 52,119,811 | |
| Sulphur River, AR and TX[2,3] | – | 1919 | 45,989 | – | – |
| Tangipahoa River, LA | – | 1985 | | 2,903,990 | – |
| Tickfaw, Natalbany, Ponchatoula, and Blood Rivers, LA[3] | Complete | 1973 | 8,115 | 94,164 | 1921 |
| Waterway from White Lake to Pecan Island, LA[11] | | 1948 | 10,904 | 742 | |
| Waterway from Empire, LA, to Gulf of Mexico | Complete | 1981 | 1,068,142 | 1,673,050 | Jun. 1950 |
| Waterway from Intracoastal Waterway to Bayou Dulac, LA | Complete | 1990 | 641,608 | 2,673,960 | Aug. 1964 |

1. Transferred to Department of Transportation. Authorized under Truman-Hobbs Act.
2. Completed. Date will be furnished when available.
3. Includes previous project costs.
4. No commerce reported.
5. Abandonment recommended in H. Doc. 467, 69th Cong., 1st sess.
6. Completed except that portion above mile 10.3 providing for widening from 40 feet to 60 feet, which is inactive.
7. By Public Law 88-404, that portion of Bayou Terrebonne between point where Barrow Street crosses said stream and a line determined by prolonging and extending eastern right-of-way line of New Orleans Boulevard southerly to south bank of said stream was declared nonnavigable.
8. Includes $66,000 contributed funds.
9. Operation and maintenance of the structure reported under project "Calcasieu River and Pass, LA."
10. Excludes $50,000 contributed funds.
11. Not completed; incorporated in navigation project "Mermentau River, LA."
12. Not completed; superseded for most of it length by present 12- by 125-foot Gulf Intracoastal Waterway, which coincides with or parallels it.
13. Maintenance project; no future work schedules.
14. Includes $57,555 ($29,974 of which was from Public Works funds) for new work on previous project. Includes $114,519 for maintenance of previous project.
15. Work is under continuing authority.
16. Includes $1,729,989 for previous project.
17. Does not include allotment of $40,000 (9613123).
18. Does not include expenditures of $63,370 (9613123).
19. Includes $169,055 for previous projects and $3,379,676 from permanent indefinite appropriation.
20. Includes $8,811,000 Non-Federal Costs.
21. Channel completed except for IHNC Lock replacement and foreshore protection.
22. Does not include expenditures of $7,475,000 for Dredge Wheeler Ready Reserve for 2004.