IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROCCO TOMMASEO, et al<br>Plaintiffs | ) | |
| V. | ) | 1:05-cv-1119 SGB<br>Hon. Susan G. Braden |
| THE UNITED STATES<br>Defendant | ) | |

**AGREED MOTION TO DELETE COUNSEL OF RECORD**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs Rocco Tommaseo, et al., who hereby move this Honorable Court for an Order deleting Randall A. Smith, Tiffany H. Davis and the firm of Smith & Fawer, LLC as counsel in this litigation. All Plaintiffs' counsel have agreed to this Motion, and is not opposed by Defense counsel. This Motion is being filed as Stephen M. Wiles is no longer a member of the firm of Smith & Fawer, LLC, and is now a member of F. Gerald Maples, P.A.; therefore it is appropriate to delete his former firm from the record as counsel.

**ORDER**

The foregoing Motion is granted. It is hereby ordered that Randall A. Smith, Tiffany H. Davis and the firm of Smith & Fawer, LLC are hereby deleted as counsel of record on behalf of Plaintiffs in this matter. The Court notes for the record that Stephen M. Wiles is now a member of F. Gerald Maples, P.A. and Mr. Wiles will remain as counsel for Plaintiffs as well as F. Gerald Maples, Carlos A. Zelaya II and J. Stewart Kirwan III of F. Gerald Maples, P.A., and that J. Wayne Mumphrey and John H. Musser, IV will remain as co-counsel of record on behalf of Plaintiffs. The Court notes that Smith & Fawer, LLC may submit an application for fees and costs to the Court at the appropriate time.

Executed in Washington, D.C., this ____ day of __________________, 2006.

______________________________
Honorable Susan Braden

Respectfully submitted,

s/ F. Gerald Maples ____________

F. Gerald Maples, T.A. (# 25960)
Stephen M. Wiles (# 17865)
Carlos A. Zelaya, II (# 22900)
MAPLES & KIRWAN, LLC
902 Julia Street
New Orleans, LA 70113
Telephone: (504) 569-8732
Facsimile: (504) 525-6932

-and-

J. Wayne Mumphrey (# 9824)
MUMPHREY LAW FIRM, LLC
9061 West Judge Perez Drive
Chalmette, LA 70043
Telephone: (504) 277-8989

-and-

John H. Musser, IV (# 9863)
201 St. Charles Avenue
Suite 2535
New Orleans, LA 70170
Telephone: (504) 566-1218
Facsimile: (504) 566-7185

**COUNSEL FOR PLAINTIFFS**
Rocco Tommaseo, et al.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing has been served upon all counsel of record via facsimile and electronic filing transmission on this 31st day of October, 2006.

s/ F. Gerald Maples ______________
F. Gerald Maples