# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **ROCCO TOMMASEO, et al** | |
| **Plaintiffs** | **1:05-cv-1119 SGB** |
| **V.** | **Hon. Susan G. Braden** |
| **THE UNITED STATES** | |
| **Defendant** | |

## SWORN DECLARATION OF DR. PAUL KEMP

G. Paul Kemp, under penalty of perjury pursuant to 28 U.S.C. § 1746, states as follows:

1. Attached as exhibit one is my declaration in the case of *In re Katrina Canal Breaches Litigation*, C.A. No. 05-4182, concerning C.A. No. 06-2268, *Robinson*, in those consolidated matters pending in the United States District Court for the Eastern District of Louisiana. My statements in that declaration are true and correct, and are adopted here by reference. My statement of qualifications recited in the attached declaration are also my *bona fides* for this declaration, such that the additional opinions recited here are appropriate under both the Federal Rules of Evidence and the Rules of the Court of Federal Claims.

2. In addition to the opinions I have issued in the attached declaration, I have the following opinions with respect to the instant matter:

   a. That the physical invasion of St. Bernard Parish and the Lower Ninth Ward of New Orleans by floodwaters on 29 August 2005 was a probable and likely



EXHIBIT 2

consequence of the continuous and ongoing conduct of the United States Army Corps of Engineers with respect to the design, creation, maintenance and dredging of the MR-GO, all of which was authorized by the United States. The implementation of this project was the cause of the flooding which is the subject matter of this litigation.

b. That evidence exists that the United States Army Corps of Engineers had knowledge at least since 1966, and had been warned on many occasions, including during the Hurricane Pam FEMA (July 16-23, 2004) exercise, that the MR-GO increased risk of flooding in St. Bernard Parish and the Lower 9th Ward. Such evidence exists in the form of a United States Army Corps of Engineers commissioned report titled "Storm Surge Effects of the Mississippi River-Gulf Outlet" written by consultants Bretschneider and Collins after Hurricane Betsy. Results of recent modeling conducted as part of the forensic investigation of the failures of the New Orleans hurricane protection system during Katrina by the United States Army Corps of Engineers Interagency Performance Evaluation Team confirms that flooding was aggravated by the presence of the MR-GO.

c. That repeat flood events in St. Bernard Parish and the Lower Ninth Ward of New Orleans continue as in Betsy (1965), Camille (1969), Katrina (2005) and Rita (2005) to be likely in the event of future hurricanes traversing the area where the MR-GO is located.

d. That the repairs to the levees which are currently in place do not remove the likelihood of repeat flood events caused by the design, creation, maintenance and

dredging of the MR-GO, especially given the massive wetlands degradation and loss of land attendant to the MR-GO project.

e. That the magnitude of such repeat flood events (in the event of hurricanes passing near the MR-GO) will likely be of the scale to deprive nearby residents of the use of their property for substantial periods of time, again.

3. In summary, it is my opinion that the MR-GO project has created a hazardous situation for the residents of St. Bernard Parish and the Lower Ninth Ward of New Orleans, which still exists today. Flooding is likely to recur in the event of repeat storm events.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

G. Paul Kemp

G. Paul Kemp

Executed on: 11/2/06