UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MR-GO, *Robinson* (06-2268) | |

**DECLARATION OF DR. PAUL KEMP**

G. Paul Kemp, under penalty of perjury, states as follows:

1. This declaration is submitted to address: (a) the effect of the design, construction, operation, and maintenance of the Mississippi River Gulf Outlet ("MR-GO") on the storm surges that occurred during Hurricane Katrina ("Katrina"); and (b) the effect of the MR-GO on the ability of the surrounding wetlands and marshes to serve as a source of protection against storm surges during Katrina. I have devoted much of my professional career in the past several years to considering issues of storm surges and environmental impact caused and/or exacerbated by the MR-GO. In particular, I have conducted extensive research with respect to the effects of the MR-GO on the storm surges and devastation during Katrina and Hurricane Rita.

EXHIBIT 2 (A)

2. My declaration is divided into several sections. Section I provides an overview of my qualifications to serve as an expert on the storm surge dynamics of the MR-GO and the effects of the MR-GO on the surrounding wetlands. Section II provides a sectional overview of the MR-GO in order to assess and understand MR-GO's effects of the storm surges and surrounding environment, including the wetlands and marshes. Section III explains the hydrological consequences of connecting the MR-GO and the Gulf Intracoastal Waterway ("GIWW"), including the storm surge dynamics that created the "funnel effect" that caused much of Katrina's devastation. Section IV discusses the MR-GO's impact on the surrounding wetlands and marshes, which – had they not been destroyed by the MR-GO – would have protected Greater New Orleans from much of Katrina's devastation.

## I. QUALIFICATIONS

3. I am an Associate Research Professor for the School of the Coast and Environment at Louisiana State University and have served in that position since 1994. I received my Bachelor of Science in Natural Resources from Cornell University in 1975, my Master of Science in Marine Sciences from Louisiana State University in 1978, and my Doctorate in Marine Sciences with a minor in Geology from Louisiana State University in 1986. My areas of expertise include hydrodynamic modeling of high-intensity, short-term events, such as hurricanes, and low-intensity long-term phenomena, such as delta formation, coastal wetlands, coastal erosion processes, ecosystem modeling, estuarine geochemistry, and natural resources/science policy. Attached hereto as Exhibit A is a true and correct copy of my current *curriculum vitae*.

4. Before and after Katrina, I conducted research on the storm surge impacts of the funnel formed by the convergence of the levees[1] that follow the south bank of the MR-GO and the north bank of the Gulf Intracoastal Waterway (GIWW) for various state agencies including the State Department of Homeland Security (FEMA Hurricane Pam exercise), the Louisiana Department of Transportation and Development and the Louisiana Attorney General's Office. Some of this work has been published in the peer-reviewed literature.

## II. SECTIONAL OVERVIEW OF THE MR-GO AND KATRINA'S PATH OF DESTRUCTION

5. As explained below, the design and construction of the MR-GO to connect with the GIWW, and the alignment of its pathway into two separate directional "reaches," caused much of the devastation of Katrina to Greater New Orleans. In order to understand the effect of the MR-GO on storm surges and Katrina, it is important to understand the layout of the regions of Greater New Orleans and the individual components of the MR-GO.

6. The pertinent geography to these issues discussed herein consists of the Mississippi River east bank portion of Greater New Orleans, which is comprised of three low-lying polders: Orleans Metro, Orleans East and St. Bernard. The Orleans Metro polder west of the Industrial Canal includes the Central Business District. The Orleans East and St. Bernard polders extend east from the Industrial Canal on the north and south sides, respectively, of the GIWW. All three of these polders flooded catastrophically during Katrina through breaches and, in some places, overtopped levees, floodwalls and spoilbanks that were too low to stop it.

[1] I have been informed that there is presently a dispute as to whether certain earthen structures constructed by the Army Cops along portions of the MR-GO are "levees." My use of the term "levees" in this declaration is for ease of reference and discussion and should not be construed or interpreted as an opinion as to the legal definition, requirements, or nature of these structures.

7. The MR-GO is a man-made navigational waterway approximately 76 miles long, and runs generally on a northwest direction from Breton Sound in the Gulf of Mexico through the parishes of St. Bernard and Plaquemines to New Orleans. As depicted in Graphic 1, below, the MR-GO connects with the GIWW and runs towards the west into the Industrial Canal (also referred to as the "Inner Harbor Navigational Canal"). The Army Corps' Katrina forensics team, the Interagency Performance Evaluation Task Force ("IPET"), has discussed the MR-GO as two separate sections – "Reach 1" and "Reach 2" – for purposes of understanding MR-GO's destructive effects on Katrina's storm surge:

a. **Reach 1**: the east-west oriented section running between the Industrial Canal and the confluence of the GIWW and the MR-GO near Paris Road Bridge. This reach constitutes the throat of the funnel and is the critical reach from a hydraulic standpoint.

b. **Reach 2**: the much longer southeast-northwest section extending from just east of the Paris Road Bridge down through Breton Sound into the Gulf of Mexico. The levees constructed on and of MR-GO spoils along the south bank form the south side of the storm surge funnel.




GRAPHIC 1. Source: Interagency Performance Evaluation Task Force, Army Corps of Engineers, *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System*, at IV-134, Figure 93 (June 2006). The "Funnel" and "Funnel's Throat" text boxes and arrows are not in the original graphic.

## III. THE HYDROLOGICAL CONSEQUENCES OF CONNECTING THE MR-GO AND THE GIWW

### A. Storm Surge Dynamics

8. A storm surge, unlike a river flood that lasts for days or months, is an event that is measured in hours. The storm will typically build up a surge sequentially against different landscape features as it approaches and moves through an area. Similarly, the cyclonic winds at any single coastal location may initially be along the shore, then onshore, and finally offshore. The coastal currents generated by the winds do not generally flow exactly in the direction of the winds but are strongly influenced by features like channels and levees even when these features are largely or completely submerged.

9. In the case of the MR-GO, for example, while the hurricane winds may blow across the channel, the highest flow velocity is always along the axis of the channel. Whenever I analyze storm surge effects on levees, I consider not only how high the water was, but the duration of exposure to high water, and whether the high water made it possible for waves to reach the face of any levees in its path. An important concept to note is called the "hurricane time dimension." The concept of "hurricane time dimension" is essentially a simple one based on the observation that if an efficient channel is absent, it will take longer for the storm surge to reach a given height. Thus, a fast moving storm may move on before that height is attained or, for a slower storm, the duration of high water is reduced. In both cases, the stress on the levees and floodwalls is also diminished. For a small, fast moving storm, distant landscape features like offshore islands, low ridges and wetlands may block the propagation of surge inland. These features will have less effect on a large or slow-moving storm, where levees must take more of the brunt of the impact.

10. Like a tsunami, the elevation of the surge is trivial in deep water but rises up against any barrier, whether such barrier is an island, beach, spoilbank, floodwall or levee, particularly if there is no ready avenue for the water to escape. In coastal Louisiana, the hurricane protection features and river embankments are the highest features in the landscape, so this is where the surge rises to its greatest height.

**B. The "Funnel Effect" Of The MR-GO**

11. While the Army Corps intended the MR-GO to be a navigational shortcut for cargo ships and other vessels, what it actually built was an excellent storm surge delivery system that magnifies the load potential for hurricane generated storm surge. The MR-GO is a conduit into the heart of Greater New Orleans for surge that builds up in Lake Borgne.

12. Since at least the time of Hurricane Betsy in 1965, research scientists and engineers have known that the convergence of the MR-GO's Reach 2 and GIWW formed a man-made hurricane storm surge accelerator that is commonly referred to as the "funnel." While the GIWW and Reach 2 are initially more than ten miles apart, they merge into a throat that is just 260 yards wide but with a cross-section nearly 12 times that of the shallow-draft barge channel it replaced when MR-GO was constructed. This efficient conduit has the potential to magnify exponentially hurricane-generated storm surge entering the Industrial Canal by 20 to 40 percent when that storm surge is delivered off of Lake Borgne, which lies just to the funnel's east. (*See* Graphic 1 above).

13. This "throat" is six miles long and runs the length of MR-GO's Reach 1. While Reach 1 is a large navigation channel (approximately 40 feet by 500 feet), it is small relative to the gape of Reach 2 and GIWW (approximately 10 miles) so that water pushed and focused into the funnel tends to pile up and increases in velocity. Reach 1 connects with the Industrial Canal at its west end.

14. While water could enter MR-GO's Reach 1 from anywhere in the funnel, it is apparent that MR-GO's Reach 2 is the main source. MR-GO's Reach 1, the throat of the funnel, has an appetite for water, as well as a conveyance capacity that will be satisfied either by water entering from the MR-GO or the GIWW, or, alternatively, from across the degraded wetlands situated at the funnel's mouth.

15. After Katrina, the Army Corps commissioned a study by various experts whose findings and conclusions are set forth in the IPET's report, *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System* (the "*IPET Report*"). The *IPET Report* acknowledges Reach 1 as the "critical reach" with regard to the storm surge propagation

into central New Orleans. When fellow L.S.U. Hurricane Center scientist, Hassan Mashriqui, and I modeled the Katrina surge, we located the critical reaches in the MR-GO navigational canal by looking at the zones of peak velocity. One of these peak velocity zones occurs in Reach 1, showing that surge propagation would be most sensitive to changes of cross-section in this region. As actually occurred in Katrina, the storm surge in our model flowed into the funnel from the east and found the most efficient route to the drain at the funnel's throat. (*See* Graphic 1 above). Although water can flow relatively slowly over flooded wetlands that are shallow and offer a relatively high resistance, that water moves much more quickly in a deep channel that offers far less resistance as was the case with the MR-GO impact on Katrina's storm surge.

16. As happened during Katrina and would be true for many critical storm tracks, the surge from Lake Borgne was higher and earlier that that in Lake Pontchartrain and was communicated into the Industrial Canal via MR-GO's Reach 1. Without the Reach 1 connector, the Industrial Canal's floodwalls would have seen a surge of 11 to 12 feet coming from Lake Pontchartrain and would have escaped most catastrophic levee failure and overtopping.

17. The Lake Borgne surge – delivered by the MR-GO funnel – added an additional three feet to Katrina's storm surge. The flow from the funnel also prolonged the period of high water by bringing it in earlier. Both of these outcomes resulted from the decision to join the MR-GO and the GIWW and the design and construction of the MR-GO in a manner that created and intensified storm surges to cause the catastrophic inundation and destruction during Katrina.

**C. Storm Surge Modeling Of The MR-GO**

18. Dr. Mashriqui and I used storm surge modeling to explore the dimensions of this critical and fundamental flaw built into the New Orleans hurricane protection system, known collectively as the "funnel," in the design and construction of the MR-GO prior to Katrina's

landfall. Unfortunately, as we discovered in Katrina's wake, our analyses and predictions of the MR-GO's funneling effect -- and its destructive consequences -- proved accurate.

19. Based on several Advanced Circulation Hydrodynamic Model ("ADCIRC") runs of simulated hurricanes with statistics similar to those of Katrina's, I have concluded that had the MR-GO not been defectively designed and constructed, Greater New Orleans would have experienced minimal levee overtopping and occasional flooding in Katrina's wake as opposed to the catastrophic devastation that actually occurred.

## III. THE MR-GO'S IMPACT ON NEW ORLEANS' WETLANDS

### A. Wetlands Are Natural Storm Surge Buffers

20. The wetlands and marshes surrounding the MR-GO would have formed a natural buffer against storm surges that would have protected Greater New Orleans from much of the ravaging effects of Katrina. Nature's protection, however, was destroyed by the defective route alignment, construction, operation, and maintenance of the MR-GO. In order to understand how this degradation of the natural environment occurred and contributed to the devastation of Katrina, it is important to understand the placement and function of the wetlands and marshes that now exist only as remnants of the natural barrier system that existed before the destructive influences of the MR-GO accelerated its conversion swamp to marsh, and from marsh to open water.

21. Southern Louisiana has a low-lying coastal floodplain adjacent to a broad continental shelf. The wetlands that fringe this coast were created by Mississippi River sedimentation as it has been modified by storms, subsidence, coastal currents, and sea level rise over the last 10,000 years. A majority of Greater New Orleans' populace lives at or below sea

level. New Orleans relies on a system of levees, floodwalls, and pumped drainage systems to protect from inundation during storms.

22. It is an established fact that wetlands act as a natural storm surge buffer. The concept is a simple one. As a hurricane's storm surge moves across thriving wetlands, the flora, trees and other organic materials quickly dissipate the storm surge's velocity, height and destructive energy. (*See* Graphics 2 & 3 below). A standard measurement for wetland impact on storm surge is that for every three to four miles of healthy wetlands, storm surge is reduced by one foot. The 2.7 miles per foot value used by the USACE for design of the Greater New Orleans hurricane protection system in the late 1960s was derived largely from analysis of storms hitting western Louisiana.

23. The storm surge defenses of Greater New Orleans are a composite of tidal wetlands, impounded wetlands and levees that were exposed to variable amounts of wave action during Katrina.




GRAPHIC 2. Source: Dan Swenson, *Times-Picayune*, March 2006.

**B. The MR-GO Destroyed Valuable Wetlands**

24. Upon its completion in 1968, the MR-GO was authorized to a depth of 36 feet, a surface width of 650 feet, and a bottom width of 500 feet. As it sat before Katrina in 2005, the MR-GO had grown nearly threefold to more than 2,000 feet across. The reasons for this dramatic increase are the MR-GO's delivery of saltwater to Greater New Orleans' wetlands, the impact of ships' wakes that travel the MR-GO, and the constant dredging of the eroded materials from the canal. Saltwater from the Gulf of Mexico travels up the MR-GO and erodes freshwater swamps and brackish marshes by killing vegetation and fauna. This saltwater intrusion, coupled

with the wake impact from ship traffic, erodes swamp and brackish marsh materials into the MR-GO which are then need dredged out and dumped along its banks. This cycle has continued unabated since the completion of the MR-GO's construction in 1968.

25. The MR-GO is acknowledged to have contributed to the destruction or degradation of over 65,000 acres (101 square miles) of hurricane buffering wetlands. If man does not intervene again, it will continue to threaten the stability of one of the main hurricane protection levees just south of Lake Borgne, forming one leg of the hurricane funnel. In addition to the MR-GO's funneling effect on hurricane storm surges, the MR-GO exacerbated and intensified Katrina's storm surge another way: it destroyed tens of thousands of acres of Greater New Orleans wetlands that once stood as natural line of defense against hurricane-driven waters.

26. Most levees in south Louisiana are constructed adjacent to dredged channels, from which material is often "borrowed" to build the levees. Most of the catastrophic destruction of the levees and floodwalls occurred where the levees were constructed with the dredged channel near the toe on the unprotected side, rather than on the protected side of the MR-GO. The bulk of the failures also occurred along levees and floodwalls without a significant wetlands buffer on the seaward side. This was spectacularly true of the unarmored earth levees on the south bank of the MR-GO that were exposed for 5 hours to 15 second waves. Miles of these embankments were built of sandy spoil dredged from the channel and were washed away by waves long before the surge reached the crown elevation. This wave damage could have been been thwarted by a relatively narrow intervening buffer of wetland vegetation.

27. While other factors can be important, levees fronted by swamps and marshes suffered much less or no damage even if they were overtopped. Analysis of debris lines and

aerial photographs suggests that swamps and wetlands acted as flow obstructions that resulted in lower wave energy, surge elevation and currents on the faces of the levees and spoil banks.

28. As was observed with Hurricane Rita in September 2005, computer simulations of Katrina's storm surge showed the locations of surge buildup and patterns of high-velocity circulation along the south side of the St. Bernard polder and in the funnel that opens to the east between the GIWW and the MR-GO. Since the 1920's three navigation canals – the Industrial Canal, the GIWW and the MR-GO – were dredged through the swamp and marshland. To accommodate MR-GO's maritime traffic, Reach 1 was dredged and the cross section was enlarged by a factor of 12 times the GIWW's original size.

29. Simulated flowlines indicate that most of the water that was delivered to New Orleans and the Lower Ninth Ward came via the GIWW and the MR-GO (Reach 1) rather than across the wetlands west of Lake Borgne. Prior to the MR-GO's construction, New Orleans was protected by about 10 miles of wetlands consisting of very dense swamp (average 445 trees/ac.), marsh (1m height with a density of 586 stems/$yd^2$) and a forested natural ridge. As was found after the 2004 tsunami in southeast asia, shorelines protected by dense mangrove forests experienced far less damage than areas where the mangroves had been logged. The stems of the vegetation provide resistance to flow, slowing down the mean velocity and delaying the buildup of surge. The storm surge also came off of Lake Borgne, swept over a remnant fringe of degraded wetlands that had relatively little effect, destroyed the earthen embankments along the MR-GO's Reach 2, and eventually overtopped the 40 Arpent Canal protecting St. Bernard Parish and the Lower 9th Ward. If these wetlands had not been destroyed by the MR-GO's construction and maintenance, they would have reduced surge from Katrina by about 3 feet

(assuming the same relationship holds here as was found for Hurricane Rita in southwest Louisiana).




GRAPHIC 3. Source: Interagency Performance Evaluation Task Force, Army Corps of Engineers, *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System*, at IV-134, Figure 93 (June 2006). The "Wetlands" text box and arrows are not in the original graphic.

30. Thus, the destruction of the wetlands and marshes greatly exacerbated Katrina to its catastrophic proportions. If the MR-GO had not destroyed the natural environment around it, nature's defenses would have battled Katrina quite effectively. By destroying the natural balance, however, the MR-GO became a lethal weapon of destruction at the hands of Katrina.

31. The manner in which Greater New Orleans flooded from Katrina on August 29, 2005 reflected the "open back door" to hurricane storm surge created by the MR-GO. As can be seen in the following time line, storm surge from the funnel and the MR-GO caused the water level in the combined MR-GO/GIWW channel and the Industrial Canal to rise, resulting in

flooding in Orleans East and St. Bernard Parish. It was not until later in the morning that hurricane storm surge from Lake Pontchartrain to the north – the direction from which the New Orleans area had historically suffered the greatest problem prior to the construction of the MR-GO – assaulted the lake front defenses:

> 5:00 A.M. or shortly before: The relatively minor breaches at the intersection of the CSX Railroad and the northern arm of the Industrial Canal send water into Orleans East and Orleans Metro bowls to the west. This flooding lasts about thirteen hours. Also, Katrina's storm surge begins its assault on the levees along MR-GO's Reach 2.
>
> 6:30 A.M. The levees in the infamous "Funnel" are attacked by waves as the surge rises and begin to erode and fail, flooding the Orleans East Bowl and adding to the flood in the St. Bernard Bowl.
>
> 6:50 A.M. The levees on both sides of the Industrial Canal are overtopped, with water pouring into the Orleans East, St. Bernard, and Orleans Metro bowls.
>
> 7:30 A.M. Sections of the levees on the west side of the Industrial Canal at the railroad yard are breached. This flooding lasts for twelve to fifteen hours.
>
> 7:45 A.M. The levee on the east side of the southern end of the Industrial Canal catastrophically breaches in two sections, sending a wall of water into the Lower Ninth Ward and other neighborhoods of the St. Bernard Bowl.
>
> 8:30 A.M. After Reach 2's levees fail catastrophically, waters advance across wetlands fronting St. Bernard, and overtop the 40 Arpent Canal flooding neighborhoods from Poydras to Chalmette.
>
> 9:00 A.M. The storm surge from Lake Pontchartrain peaks in the three drainage canals in the Orleans Metro Bowl, with no overtopping of the levees.

This timeline, taken from the 2006 book *The Storm* (Viking 2006) at 93-94, written by my Louisiana State University colleague Professor Ivor van Heerden, and the Times-Picayune

interactive graphic available at http://www.nola.com/katrina/graphics/flashflood.swf, shows the destructive flooding from the south that would not have taken place but for the funnel effect and the MR-GO's destruction of the southern marshland.

## V. CONCLUSION

32. For the foregoing reasons, it is my opinion that the catastrophic inundation of Katrina in St. Bernard Parish, New Orleans East, and the Lower Ninth Ward was caused by the storm surge dynamics and the destruction of the wetlands and marshes surrounding the MR-GO, both of which detrimental effects were caused by the design, construction, operation, and maintenance of the MR-GO.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 17, 2006, in Baton Rouge, Louisiana.

G. Paul Kemp

G. PAUL KEMP, Ph.D.

**G. PAUL KEMP**
1002-Q Energy Coast and Environment Bldg
Louisiana State University
Baton Rouge, La. 70803
gpkemp@lsu.edu

633 Magnolia Wood Avenue
Baton Rouge, La. 70808
Office 225-578-2734
Cell 225-772-1426
Home 225-769-5943

EDUCATION

| | |
|---|---|
| Ph.D. | Louisiana State University, Baton Rouge, 1986. Marine Sciences; minor in Geology. |
| M.S. | Louisiana State University, Baton Rouge, 1978. Marine Sciences. |
| B.S. | Cornell University, Ithaca, N.Y., 1975. Natural Resources. |

DISSERTATION

Mud Deposition at the Shoreface: wave and sediment dynamics on the Chenier Plain of Louisiana. under John T. Wells, Jr., Coastal Studies Institute, Louisiana State University, Baton Rouge.

INTERESTS

Hydrodynamic models to deal with high-intensity, short-term events like hurricanes and low-intensity long-term phenomena like delta formation, coastal wetlands, coastal erosion processes, ecosystem modeling, estuarine geochemistry, natural resources/science policy.

PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1994 - Present | Associate Research Professor, School of the Coast and Environment, Louisiana State University |
| 1991 - 1994 | Science and Technology Director, Coalition to Restore Coastal Louisiana, and Assistant Research Professor, Louisiana State University. |
| *One Year Sabbatical 1989-1990, Executive Director, Coalition to Restore Coastal Louisiana* | |
| 1987 - 1991 | Project Scientist, Director, Coastal Sciences Unit Woodward-Clyde Consultants, Baton Rouge. |
| 1985 - 1987 | Hydrogeologist / Project Manager, Groundwater Technology, Inc., South-Central Office, Mandeville, LA. |
| 1984 | NOAA/Knauss Congressional Fellow, Office of Senator Edward M. Kennedy, Washington, D.C. |
| 1983 | Geologist, Navarin Basin Project, Woodward-Clyde Oceaneering, Inc., Dutch Harbor, AK and Houston, TX |
| 1980 - 1983 | Consulting geologist / Graduate Research Assistant |

PERSONAL

Born May 2, 1954, in Port Jefferson, N.Y.; Married to Linda C. Fowler; Two sons, Andrew P. (12/17/88) and Nathan M. (8/21/92)

PUBLICATIONS AND REFERENCES (On request.)

## EMPLOYMENT HIGHLIGHTS

Associate Professor, Research (30% June 1992-January 1994, 80% February - September 1994, 100% since), Natural Systems Modeling Group, School of the Coast and Environment (SC&E), Louisiana State University, Baton Rouge, Louisiana

Dr. Kemp became a member of the research faculty in 1994 with the formation of the Natural Systems Program in the LSU School of the Coast & Environment. He is also affiliated with the Center for the Study of Public Health Impacts of Hurricanes in the LSU Hurricane Center in the College of Engineering. As part of planning initiatives funded by the U.S. Army Corps of Engineers and U.S. Environmental Protection Agency, he has applied various hydrodynamic, sediment transport and ecosystem models to reduce the cost and increase the effectiveness of river management and coastal wetlands restoration projects. He has directed efforts to mate hydrodynamic computer models with ecological algorithms that simulate various aspects of ecosystem response, and advocated the use of such technology in natural resource policy decision-making. More recently, he is leading an effort to use both numerical and a small-scale physical model to predict deltaic landform development. One surprising outgrowth of a focus on making long, continuous hydrodynamics simulations (up to 100 years) has been an invitation to provide operational storm surge forecasting using the massively parallel ADCIRC hydrodynamic model. For this work, the challenge was to provide very high-resolution results over a vast domain for up to 5 days within the 3- to 6-hour advisory window when emergency managers must make decisions on hurricane evacuations, road closures, etc. This model now runs on up to 250 processors simultaneously and provides the most reliable results operationally available. At the other end of the spatial and temporal spectrums, Dr. Kemp has also worked extensively with municipalities to introduce best management practices for incorporating natural and created wetlands into non-point source runoff abatement plans, and to provide communities with low-cost, high-quality tertiary treatment of sewer effluents using isolated, nutrient starved natural wetland systems to sequester nutrients and carbon. Dr. Kemp directs a research team including post-doctoral researchers, research associates, graduate research assistants and undergraduate students, that catalyzes creative solutions to environmental resource problems with the support of federal and state governmental agencies, municipalities, private foundations, and various sectors of industry. He led a multi-disciplinary effort to characterize conditions in the Barataria and Terrebonne estuaries for the EPA National Estuary Program. Dr. Kemp has also served as a member of the National Research Council Marine Board Committee on Marine Pipeline Safety. The National Research Council is the research arm of the National Academy of Sciences and the Committee issued its findings in early 1994. He has been appointed by various Governors to serve on three advisory task forces charged with developing environmental and wetlands policy, and from 1998 – 2003 was more directly engaged in policy-making on coastal restoration under contract to the Governor's Office of Coastal Activities. Dr. Kemp has been accepted by 6 different jurisdictions as an expert witness in hydrology and sedimentology.

PROJECTS: La. Dept. Transportation & Development – Hurricane Katrina Forensics Study, La. Board of Regents -- Hurricane Surge Modeling, La. DEQ/ East Baton Rouge City-Parish Planning Commission – Mitigating Nonpoint Source Pollution in Urban Watersheds, EPA – Modeling Support for Design of Maurepas Diversion, La. DNR Louisiana Coastal Area Study – Hydrodynamic and Landscape Modeling, La. DNR Castille Pass - Hydrodynamics and Sediment Transport, La. DNR Davis Pond – Hydrodynamic Modeling and Assessment, EPA/NSF Watershed Program, - Importance of pulsed physical events for watershed sustainability, USACE - Atchafalaya River Reevaluation, Office of the Governor - Scientific Advice to Amplified Resume the Office of Coastal Activities, EPA/ La. DEQ-PI, Characterization Report, Barataria-Terrebonne National Estuary Program; USGS - Critical physical processes of wetland loss; NOAA (Estuarine Habitat Research Program) - Use of sediment fences for marsh restoration and creation; USFWS - An evaluation of the impact of hydroperiod on marsh surface elevation change in marshes subjected to varying rates of relative sea-level rise; USACE (Waterways Experiment Station) - Wave action and erodibility of cohesive sediments in wetlands; USACE (Waterways Experiment Station) - The Fina-Laterre mitigation bank: monitoring designed to evaluate the effects of management decision making; City of Breaux Bridge - Use attainability analysis of municipal wastewater discharge to forested wetlands at Breaux Bridge, La.; Lake Pontchartrain Basin Foundation - Re-analysis of the Bonnet Carre spillway project; City of Morgan City - Flood damage reduction analysis and planning; USGS - Subsidence of wetlands associated with forced drainage.

Science Director (Sept. 1991 - Jan. 1994), Executive Director (June 1989 - June 1990), Coalition to Restore Coastal Louisiana, Baton Rouge, Louisiana

Beginning during a one year sabbatical from Woodward-Clyde, Dr. Kemp became the first Executive Director of the Coalition to Restore Coastal Louisiana (Coalition) and assisted in the framing of needed legislation at the state and federal levels. The Coalition is a broad-based non-profit organization dedicated to returning Louisiana's Mississippi River delta area to environmental (and economic) sustainability. Later, he returned to work full-time as Science Director and was responsible for daily operations and, with others, for the growth of this organization to an annual budget of nearly $300,000, solicited primarily from private charitable foundations. The Coalition has emerged as a responsible, scientifically credible source of information about the nature of wetland loss in Louisiana and the full range of solutions available. Coalition advice and testimony have been solicited in both technical and civic forums, including the U.S. Congress and Senate. These efforts have contributed to passage of legislation at the state and federal level and in approval of a state constitutional amendment, really the first statewide environmental referendum. The Coalition currently heads up citizen involvement with the multi-agency Task Force that has controlled coastal restoration planning and the expenditure of approximately $60 million annually since 1991 in one of the most ambitious habitat restoration efforts in progress anywhere. More recently, the Coalition has been effective in bringing more of the nation's leading wetland scientists into the agency planning effort to increase scientific credibility. The Coalition sponsors educational field trips to coastal research facilities for primary and secondary school children and has coordinated statewide planning for recycling Christmas trees into marsh building sedimentation fences.

Project Scientist (Nov., 1987 - Aug., 1991) Woodward-Clyde Consultants, Baton Rouge, Louisiana

Initiated Coastal Sciences group for the Gulf Coast Operating Unit, headquartered in Baton Rouge. Helped introduce GIS and other technology and otherwise contributed to success of an office that grew from 35 to 200 persons. Dr. Kemp headed several successful proposal teams that resulted in major

projects with various petrochemical and metals firms. Managed groundwater assessment and remediation projects in several states. Contributed nationwide to the solution of sediment transport problems unique to wetland and coastal projects. For two rivers in the Great Lakes region, Dr. Kemp carried out sampling and hydrographic characterization programs to guide remediation of PCB-contaminated sediments. He also played an on-site role in developing the shoreline cleanup assessment team (SCAT) approach to providing clean-up options following the grounding of the Exxon Valdez in Prince William Sound, Alaska. He was principal investigator on two coastal sedimentation research projects, one in King's Bay, Georgia, and the other in the marshes of Terrebonne Parish, Louisiana.

Post-Doctoral Researcher (Jan., 1987 - Oct., 1987), Coastal Ecology Institute, Louisiana State University

Reduced data generated by a multi-disciplinary research team into a final project report for the United States Fish and Wildlife Service. Work involved development of artificial methods to enhance deposition of fine-grained sediments in sea-level wetlands undergoing rapid submergence. Duties included collaboration with scientists from The Netherlands, technical overview, development of conceptual and numerical models, and interaction with the public. Drafted collaborative papers and proposals based on this work.

Hydrogeologist (1985 – 1986), Groundwater Technology, Inc., Mandeville, LA.

Employed with start-up office as a hydrogeologist to manage several projects in the south-central U.S. with annual budgets from $30 to $500 K. Supervised in-house technical staff and subcontractors in all phases of work, from emergency response to aquifer rehabilitation. This involved the design, permitting, and construction of specialized water well systems and treatment facilities to decontaminate air and groundwater, as well as recover free-phase hydrocarbons (liquid or gas). Prepared technical proposals, reports, and permit applications, usually under severe time constraints, for clients and regulatory authorities. Trained geological staff in investigative methods, and upgraded PC-based data management and modeling capabilities at new regional office with a six state territory. Left to complete dissertation after IPO.

NOAA / Knauss Congressional Fellow (1984), Office of Senator Edward M. Kennedy, Washington, D.C.

One of 10 graduate students selected in 1984 by the National Oceanic and Atmospheric Administration (NOAA). Served on the personal staff of Senator Edward M. Kennedy. Duties varied widely, ranging from background research to speechwriting and drafting of legislation. Contributed to several legislative initiatives dealing with space and ocean science, environmental protection, and resource management. Worked with the Senator, Hill staff, and constituents to see that two of these bills passed both houses of Congress (Striped Bass).

Consulting Geologist (1983), Woodward-Clyde Oceaneering, Inc., Houston, TX

Division of Oceaneering, Inc., providing geochemical, geophysical, and geotechnical consulting to the offshore oil industry (acquired wholly from Woodward-Clyde Consultants, Inc. in 1985). Employed as a Geologist on a part-time basis through most of the academic year, and full-time in the summer, collecting and evaluating geochemical and seismic data from the Navarin Basin area of the Bering Sea. Spent 2.5 months aboard ship as a scientific crew chief and subsequently drafted much of project report.

Consulting Geologist (1980 – 1983)

Free-lance consulting for companies involved in offshore oil exploration and development while a graduate student. Worked with Professors James Coleman and David Prior to analyze side-scan sonar and high-resolution sub-bottom seismic data from lease blocks slated for bidding. Purpose of work was to identify areas of potential geologic instability unsuited to the placement of fixed structures (rigs and pipelines).

Research Associate / Laboratory Manager (1977 – 1979), Department of Engineering Research, Louisiana State University

Set up a laboratory to analyze water from Louisiana wetlands for nitrogen, phosphorus, organic carbon, and other dissolved chemical species under a grant from the Water Resources Research Institute. Hired and supervised laboratory personnel in conduct of experiments into the effects of microbial decomposition on materials exchange across the sediment / water interface. Worked closely with principal investigator to analyze results and present them at scientific meetings. Research resulted in several publications.

PUBLICATIONS

Kemp, G.P., H.S. Mashriqui, I.Ll. van Heerden, M. Levitan, D. Braud, B.D. Ropers-Huilman, R. Cunningham, E. Evers, E. Hyfield and D. Dartez. Submitted. Forecasting surge flooding of New Orleans during Hurricane Katrina. EOS.

Mashriqui, H.S., G.P. Kemp, I.Ll. van Heerden, B.D. Ropers-Huilman, E. Hyfield, Y. Yang, K. Streva and A. Binselam. Accepted. Experimental storm surge simulations for Hurricane Katrina. Am. Inst. Hydrology

Day, J., J. Barras, E.J. Clairain, J. Johnston, D Justic, G.P. Kemp, J-Y. Ko, R. Lane, W. Mitsch, G. Steyer, and P. Templet. 2005. Implications of Global Climatic Change and Energy Cost and Availability for the Restoration of the Mississippi Delta. Ecological Engineering 24: 253-265.

Barras, J., S. Beville, D. Britsch, S. Hartley, S. Hawes, J. Johnston, G.P. Kemp, Q. Kinler, A. Martucci, J. Porthouse, D. Reed, K. Roy, S. Sapkota and J. Suhayda. 2004. Historical and Projected Coastal Louisiana Land Changes: 1978 - 2050. USGS Open File Report OFR 03-334. 40 pp.

Day, J.W., Jr., **Kemp**, G.P., Mashriqui, H.S., Lane, R.R., Dartez, D., and R. Cunningham. 2004. Development Plan for a Diversion into Maurepas Swamp Water Quality & Hydrologic Modeling Components. U.S. Environmental Protection Agency, Region 6, Coop. Agreement X-986946-01 (http://www.epa.gov/Arkansas/6wq/ecopro/em/cwppra/maurepas/).

Reyes, E., J. Martin, J. Day, P. Kemp, and H. Mashriqui. 2004. River forcing at work: ecological modeling of prograding and regressive deltas. Wetlands Ecology and Management. 12(2): 103-114.

Day, J., P. Templet, J.-Y. Ko, W. Mitsch, P. Kemp, J. Johnston, G. Steyer, J. Barras, D. Justic, E. Clairain, and R. Theriot. 2004. El delta del Rio Misisipi: Funcionamiento del sistema, impactos ambientales y manejo sustentable (The Mississippi Delta: System Functioning, Environmental Impacts, and Sustainable Management). Pp. 851-882. In M. Caso, I. Pisanty and E. Ezcurra (Eds.). Diagnostico Ambinetal del Gulfo de Mexico (Environmental Diagnosis of the Gulf of Mexico). Instituto Nacional de Ecologia (INE-SEMARNAT), Mexico City, Mexico.

Lane, R., Kemp, G. P., Mashriqui, H. S., Day, J. W., and Hamilton, A. 2003. Potential nitrate removal from a river diversion into a Mississippi delta forested wetland. Ecological Engineering 20: 237-249.

Reyes, E., J.F. Martin, J.W. Day, G.P. Kemp, H. Mashriqui. 2003. Impact of sea level rise on coastal landscapes. Chpt. 7. In: Ning, Z.H., R. E. Turner, T. Doyle, and K. Abdollahi. 2002. Integrated Assessment of the Climate Change Impacts on the Gulf Coast Region - Foundation Document. Published by GCRCC and LSU Press.

Reyes E., J.F. Martin, M.L. White, J.W. Day, G.P. Kemp, 2003. Habitat changes in the Mississippi Delta: future scenarios and alternatives. Chap. 5. 119-142, In: R. Costanza and A. Voinov (eds.), Landscape Simulation Modeling: A spatially explicit, dynamic approach. Springer-Verlag. New York.

Lane, R., J. Day, G. Kemp, and B. Marx. 2002. Seasonal and spatial water quality changes in the outflow plume of the Atchafalaya River, Louisiana, USA. 2001. Estuaries. 25 (1): 30-42.

Martin, J., E. Reyes, P. Kemp, H. Mashriqui, and J. Day. 2002. Landscape modeling of the Mississippi delta. BioScience. 52: 357-365.

Are, D., P. Kemp, G. Guistina, J. Day and F. Scarton. 2002. A portable, electrically-driven Dutch cone penetrometer for geotechnical measurements in soft estuarine sediments. Journal of Coastal Research. 18: 372-378.

Lane, R., J. Day, G. Kemp, and D. Demcheck. 2001. The 1994 experimental opening of the Bonnet Carre spillway to divert Mississippi River water into Lake Pontchartrain, Louisiana. Ecological Engineering. 17: 411-422.

Reyes, E., M. L. White, J.F. Martin, G.P. Kemp, J.W. Day, Jr., and V. Aravamuthan. 2000. Landscape modeling of coastal habitat change in the Mississippi delta. Ecology 81(8): 2331-2349.

Martin, J. F., M. L. White, G.P. Kemp, J.W. Day, Jr., and H. Mashriqui. 2000. Evaluation of coastal management plans with a spatial model: Mississippi Delta, Louisiana, USA. Environmental Management 26(2): 117-129.

Cardoch, L., J. Day, J. Rybczyk, and G.P. Kemp. 2000. An economic analysis of using wetlands for treatment of shrimp processing wastewater -- a case study in Dulac, LA. Ecological Economics. 33(1): 93-101.

Kemp, G. P., J.W. Day, Jr., D.J. Reed, D. R. Cahoon and M. Wang. 1999. Sedimentation, consolidation and surface elevation change in two salt marshes of the Mississippi River deltaic plain: Geotechnical aspects of wetland loss. IN Rozas, L.P., J.A. Nyman, C.E. Proffitt, N.N. Rabalais, D.J. Reed and R.E. Turner (eds.)Proc. Conf. Recent Research in Coastal Louisiana, February 2-5, 1998, Lafayette, LA. P.15-34.

Reyes, E., J.F. Martin, M.L. White, J.W. Day, Jr., G.P. Kemp. 1999. Landscape modeling in coastal Louisiana: regional mechanisms of wetland loss. IN Rozas, L.P., J.A. Nyman, C.E. Proffitt, N.N. Rabalais, D.J. Reed and R.E. Turner (eds.)Proc. Conf. Recent Research in Coastal Louisiana, February 2-5, 1998, Lafayette, LA. P. 202-217.

Boumans, R., J. Day, G.P. Kemp, and K. Kilgen. 1997. The effect of intertidal sediment fences on wetland surface elevation, wave energy, and vegetation establishment in two Louisiana coastal marshes. Ecological Engineering. 9:37-50.

Kemp, G.P., J.N. Suhayda, H.S. Mashriqui, I. Ll. van Heerden and O. Malbrough. 1995. Assessment of the Impact of the Wax Lake Outlet Weir on the Water Levels and Sedimentation with the Lower Atchafalaya River. Open File Report to City of Morgan City, Natural Systems Management and Engineering Program, Louisiana State University.

Day, J.W., Jr., D. Reed, J.N. Suhayda, G.P. Kemp, D. Cahoon, R.M. Boumans and N. Latif. 1994. Physical Processes of Marsh Deterioration In (H.H. Roberts, ed.) Critical Physical Processes of Wetland Loss 1988-1994, Final Report to U.S. Geol. Survey, Reston, Va.

Templet, P. H., M. A. Reams, G. P. Kemp. 1993. Hazardous Waste Taxes in Louisiana and Their Effect on Importation. Hazardous Waste and Hazardous Materials 10 (1): 97 - 104.

Suhayda, J.N., G. P. Kemp, R. S. Jones and J. Peckham. 1991. Restoration of wetlands using pipeline transported sediments, IN Coastal Depositional Systems in the Gulf of Mexico, Proc. GCS/SEPM Found. 12th Ann. Res. Conf., Dec. 8-11, Houston, TX.

Nakashima, L. D., S. V. Cofer-Shabica, J. W. Day, Jr., R. Knaus, R. Delaune, D. Reed, G. P. Kemp and E. H. Owens. 1991. Marsh/mudflat sedimentation, Cumberland Island, Georgia., Coastal Zone '91, Seventh Symposium on Coastal and Ocean Management, July 8-12, 1991, Long Beach, CA.

Owens, E. H., and G. P. Kemp. 1989. Toxic Materials in the Coastal Zone - The Implications of Sea-Level Rise for Siting Analyses and Risk Assessment; Proc. 1989 Pacific Basin Conf. on Hazardous Waste, Singapore, April 2-7, East-West Center, Honolulu.

Kemp, G. P., and J. T. Wells. 1987. Observations of shallow-water waves over a fluid mud bottom: implications to sediment transport , In (N. C. Kraus, ed.) Coastal Sediments '87, Proc. Spec. Conf. Adv. in Understanding Coastal Sediment Processes, New Orleans, LA., 12-14 May, 1987. Am. Soc. Civil Engrs., Vol I: 363-378.

Wells, J. T., and G. P. Kemp. 1985. Interaction of surface waves and cohesive sediments: field observations and geologic significance. In (A. J. Mehta, ed.) Cohesive Sediment Dynamics: Lecture Notes on Coastal and Estuarine Studies No. 14. Springer-Verlag, New York.

Kemp, G. P., W. H. Conner, and J. W. Day, Jr. 1985. Effects of flooding on decomposition and nutrient cycling in a Louisiana swamp forest. Wetlands 5: 35-51.

Day, J. W., Jr., and G. P. Kemp. 1985. Long-term impacts of agricultural runoff in a Louisiana swamp forest. In (P.J. Godfrey, E. R. Kaynor, S. Pelczarski, and J. Benforado, eds.) Ecological Considerations in Wetlands Treatment of Municipal Wastewaters, Van Nostrand Reinhold Co., N.Y.

Kemp, G. P., and J. W. Day, Jr. 1984. Nutrient dynamics in a Louisiana swamp. IN K. C. Ewel (Ed.) Cypress Swamps, Univ. of Fla. Press, Gainesville, FL.

Wells, J. T., and G. P. Kemp. 1982. Mudflat / marsh progradation along Louisiana's Chenier Plain. In (D. Nummedal, ed.) Sedimentary Processes and Environments Along the Louisiana-Texas Coast, Guidebook for 1982 Annual Mtg., Geol. Soc. Am., New Orleans, LA.

Wells, J. T., and G. P. Kemp. 1982. Mudflat / marsh progradation along Louisiana's Chenier Plain: a natural reversal of coastal erosion. In (D. F. Boesch, ed.) Proc., Conf. on Coastal Erosion and Wetlands Modification in Louisiana: Causes, Consequences, and Options. U.S. Fish and Wildlife Serv., Washington, D.C., FWS/OBS-82/59, 256 p.

Wells, J. T. and G. P. Kemp. 1981. Atchafalaya mud stream and recent mudflat progradation: Louisiana Chenier Plain. Trans., Gulf Coast Assoc. Geol. Soc., 31: 409-416.

Wells, J. T., R. L. Crout, and G. P. Kemp. 1981. An assessment of coastal processes, dredged sediment transport, and biological effects of dredging on the coast of Louisiana. Center for Wetland Resources, Louisiana State Univ., Baton Rouge, Sea Grant Publ. No. LSU-T-81-001, 36 p.

Kemp, G. P., and J. W. Day, Jr. 1981. Floodwater nutrient processing in a Louisiana swamp forest receiving agricultural runoff. La. Water Resources Res. Inst., Louisiana State Univ., Baton Rouge, Rept. No. A-043-LA.,60p.

Kemp, G. P., J. T. Wells, and I. Ll. van Heerden. 1980. Frontal passages affect delta development in Louisiana. Coastal Oceonogr. Climat. News 3: 4-5.

Day, J. W., Jr., W. H. Conner, and G. P. Kemp. 1980. Contribution of wooded swamps and bottomland forests to estuarine productivity. In (P. L. Fore and R. D. Peterson, eds.) Proc. of the Gulf of Mexico Coastal Ecosystem Workshop. U.S. Fish and Wildlife Serv., Albuquerque, N. M., FWS / OBS-80 / 30.

Kemp, G. P. 1977. Lake Pontchartrain. In (N. J. Craig and J. W. Day, Jr., eds.) Cumulative Impact Studies in the Louisiana Coastal Zone. Final Rept. La. State Planning Office, Baton Rouge, LA.

Presented Papers

Kemp, G. P., D. Davis, C. Willson, J. Day, E. Reyes, and E. Hyfield. The role of very large, infrequent diversions in the formation, maintenance and restoration of the Mississippi Delta. Coastal Restoration and Enhancement Through Science and Technology (CREST). Lafayette, LA April 12-13, 2005.

Kemp, G. P. Role of Wetlands for Water Quality Improvement and Implications for East Baton Rouge Parish. Wetlands Steering Committee Meeting. Baton Rouge, LA. August 12, 2005.

Kemp, G. P. and H. S. Mashriqui. Accepted. Using SWAMPSUSTAIN to forecast coastal swamp forest response to reintroduction of Mississippi River water after a century of isolation. 17th Biennial Conference of the Estuarine Research Federation, October 16-21, 2005, Norfolk, VA.

Kemp, G. P. A Louisiana perspectives on the U.S. Oceans Commission and Pew Commissions Reports. 19th International Conference. The Coastal Society. Newport, RI May 23 – 26, 2004.

Kemp, G. P., and D. J. Reed. Quantifying and reducing uncertainty in wetland restoration forecasts for the Mississippi River deltaic plain: the CLEAR Program. First National Conference on Ecosystem Restoration. December 6-10, 2004 Orlando

Kemp, G.P., Suhayda, J.N., Day, J.W., Jr., and R. M. J. Boumans. The WESWAVES project: wave action and the erodibility of salt marsh soils. Proc. National Interagency Workshop on Wetlands Technology Advances for Wetlands Science. 3-7 April, 1995. 264-268.

Kemp, G. P., Suhayda, J. N., Boumans, R. M., Day, J. W., Jr. and G. Williams. Wave/sediment interactions in coastal wetland ponds in Louisiana. Coastal Zone '93, Eighth Symp. on coastal and Ocean Management, New Orleans, 19- 23 July, 1993

Kemp, G. P., and J. T. Wells. Dynamics of nearshore mud deposition: Louisiana Chenier Plain. Eleventh Int. Cong. on Sedimentology, McMaster Univ., Hamilton, Ontario. 22-27 August, 1982.

Kemp, G. P., I. Ll. van Heerden, and R. Hamiter. Statistical classification of cold fronts in coastal Louisiana. Ann. Mtg. La. Acad. Sci., Alexandria, LA. March, 1981.

Kemp, G. P., and J. W. Day, Jr. Floodwater processing in a Louisiana swamp. Ann. Mtg., Gulf Estuarine Res. Fed., Pensacola, FL. 9-11 October, 1980.

Kemp, G. P., and J. W. Day, Jr. Nutrient dynamics in a hydrologically disrupted Louisiana delta swamp. Ann. Mtg., Am. Soc. Limnol. and Oceonogr., Stony Brook, NY. 18-21, June 1979.

Kemp, G. P., D. Lindstedt, and L. Peeler. Effects of storm water pumpage on Lake Pontchartrain, Louisiana. 27th Ann. Mtg., Am. Inst. Bio. Sci. 1-4 June, 1976.