**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **ROCCO TOMMASEO, et al.** | |
| **Plaintiffs** | |
| **V.** | **1:05-cv-1119 SGB**<br>**Hon. Susan G. Braden** |
| **THE UNITED STATES** | |
| **Defendant** | |

**SWORN DECLARATION OF RUSSELL GELVIN, JR.**

Russell Gelvin, under penalty of perjury pursuant to 28 U.S.C. § 1746, states as follows:

1. I am a person of the full age of majority, born August 27, 1960, and a life-long resident of St. Bernard Parish, Louisiana.

2. I live in St. Bernard Parish and work as a law enforcement officer with the Lake Borgne Basin Levee District. I remained in St. Bernard Parish during Hurricanes Katrina and Rita performing my official duties.

3. Storm surge associated with Hurricane Katrina flowed through the Mississippi River-Gulf Outlet ("MR-GO"), over the top of levees, and into residential and commercial areas of St. Bernard Parish. The water remained for several days following the passage of Hurricane Katrina on 29 August 2005. Similarly, on 24 September 2005, St. Bernard Parish flooded once again in connection with the passage of Hurricane Rita.

EXHIBIT
tabbies
4

4. I am personally familiar with the MR-GO and by the summer of 2005 it was over 2000 feet wide.

5. The flooding associated with the passage of Hurricanes Katrina and Rita resulted in my being unable to use my residential property for a period of over six months.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Russell J. Gelvin

~~Brad Robin~~ Russell J Gelvin Jr

Executed on: 1 November 2006