MRGO

Home

"Closing the MRGO" by the LSU Ag Center

Contact your Congressman

Sample Letter printable letter to your congressman

About Us

Contribute

# Close the Mississippi River Gulf Outlet

Louisiana Congressmen are destroying our wetlands, endangering our lives, and wasting our tax dollars!

Tell Louisiana Congressmen to Close the MRGO NOW!

## MRGO History

The Mississippi river Gulf Outlet (MRGO) is a 76-mile long man-made navigation channel connecting the Gulf of Mexico to the Port of New Orleans' Inner Harbor Navigation Canal in eastern New Orleans. Construction was originally authorized by Congress in the River and Harbor Act of 1956 and completed in 1965. The MRGO is a shorter route to New Orleans than the Mississippi River. The MRGO provides deep-draft, ocean-going vessels with access to the Port of New Orleans' Inner Harbor Navigation Canal (IHNC) wharves. Deep-draft ships cannot get to the inner harbor from the Mississippi River because they cannot fit through the existing Industrial Canal Lock, which is 31.5 feet deep and 75 feet wide.

## Wetlands Destruction by Soil Erosion

The MRGO channel was excavated through 40 miles of the virgin wetlands of lower St. Bernard Parish and cut through four natural levees to a depth of 36 feet, a surface width of 650 feet, and a bottom width of 500 feet. This means that the sides of the original channel were at a 25-degree angle. But the soft soils on the sides of the original channel would not stand up at such a steep angle, so the soil slid or "sloughed-off" into the bottom of the channel. This erosion process has continued over the years, and as a result, the channel is now over 2,000 feet wide at the surface. But this sloughing-off of the soft sides along the channel banks only partially explains why the MRGO's banks have eroded from 650 feet wide to over 2,000 feet wide.

## Wetlands Destruction by Saltwater Intrusion

The MRGO has no current like the Mississippi River, so saltwater from the Gulf of Mexico flows up the MRGO and into the St. Bernard Parish marshes through which the channel was dug. This saltwater intrusion kills the natural vegetation of the marsh the roots of these dead plants can no longer hold the soil together along the MRGO channel banks. The MRGO has thus created an environmental disaster. Tidal flows, and the wave action, suction, and propeller backwash from passing ships and other marine vessels erode the soil from the MRGO channel banks and it settles into the bottom of the channel.

## Wetlands Destruction by Dredging

Soil from the MRGO's banks which settles in the bottom of the channel impedes

How t

The CCM recogniz 501(c)(: organiza Departm Treasury Revenue Donatio CCMRGC deductib payable Close th mailed t

*Coalitic Mississ Outlet,* P.O. Bo: Arabi, L

© 200 All Ri Site by p

EXHIBIT tabbies TWO

the movement of ships. In order to maintain the depth of the channel to allow ships to pass, the U.S. Army Corps of Engineers dredges soil from the bottom of the channel, hauls most of it away in barges and dumps it into the Gulf of Mexico. Some of the dredged soil is piled on spoil banks along the channel, but very little is used beneficially to restore the wetlands the channel has destroyed. The Corps of Engineers does not mitigate or compensate for the damage they do to the wetlands. Each year our U.S. Congress pays contractors $22 million to dredge the bottom of the MRGO channel and dump soil, which came from St. Bernard Parish wetlands, into the Gulf of Mexico. Our U.S. Congress has authorized the removal of our wetlands and annually appropriates $22 million for the Corps of Engineers to do the work! To make matters worse, the Corps does advanced maintenance dredging of the channel to a depth of 41 feet. With each dredging the MRGO channel grows wider and wider. **The MRGO dredging must be stopped now!**

^ top

---

**How can Louisiana Congressmen spend $22 million a year destroying our wetlands instead of using this money to restore our coast? How can Louisiana Congressmen ask the U.S. Congress and the President to appropriate $15 billion for Louisiana coastal restoration while they allow the operation and dredging of the MRGO to destroy Louisiana's wetlands? How can they destroy wetlands and ask for money to restore our coast at the same time?**

^ top

---

## The MRGO Is A Threat To Public Safety

Since 1965 operation and maintenance of the MRGO channel have caused the destruction of over 20,000 acres of Louisiana wetlands resulting from soil erosion, saltwater intrusion and channel dredging. The wetlands provide a natural barrier against tidal surge from storms and hurricanes. When hurricanes pass over wetlands, friction is created, which in turn reduces the storm's wind speeds. Wetlands also absorb hurricane storm surges, softening and shrinking the wall of water that slams inland during a hurricane. Wetlands loss caused by the MRGO now allows a greater volume of water from the Gulf of Mexico to move more quickly inland. Wetlands loss from the MRGO now

In 1965 Hurricane Betsy created a tidal surge that moved up the MRGO channel and breached the levees in Orleans Parish killing over 80 people and causing $2 billion in damages. Today the MRGO is a much greater threat to the safety of people living in Orleans, St. Bernard and Plaquemines parishes than it was in 1965 because the MRGO is more than 2000 feet wide, allowing it to carry a tidal surge several times greater than the destructive power of Hurricane Betsy. In 1998 the tidal surge from Hurricane George caused enough erosion to shut down the MRGO for several months, and the channel had to be re-dredged in order to re-open it to navigation. The MRGO provides a superhighway for tidal surge caused by tropical storms and hurricanes. The MRGO threatens lives and property! **The MRGO must be closed now!**

Case 1:05-cv-01119-SGB Document 32-3 Filed 11/02/2006 Page 3 of 5

makes the residents of Orleans, St. Bernard and Plaquemines parishes more vulnerable to tidal surge from tropical storms and hurricanes. The MRGO has increased the flooding risk to thousands of people, their homes and businesses!

**How can Louisiana Congressmen continue to allow our lives and property to be endangered by the operation of the MRGO when they have the power to close it now?**

**^ top**

## The MRGO Is Not Economically Justified

The economic rationale for building the MRGO was to provide deep draft vessels and ships with access to the Port of New Orleans' inner harbor navigation canal (INHC) from the Gulf of Mexico. These vessels could not access the inner harbor from the Mississippi River because they could not fit through the existing Industrial Canal Lock. The goal was increased earnings for the Port of New Orleans by enabling ships to access the inner harbor wharves.

The MRGO was also supposed to bring industrial development to St. Bernard Parish, but this has not happened. Nor has the MRGO had any strategic military use as was envisioned in the original appropriation for the channel's construction.

**But the MRGO is uneconomic to operate!** It is an unfair burden to taxpayers. Congress spends over $22 million a year dredging the MRGO so ships can have access to the Port of New Orleans' container terminal on the INHC. However these ships generate less than $1 million a year in revenue for the Port. This INHC container operation could be moved to the Port of New Orleans' new container terminal on the Mississippi River now, without any loss of jobs or revenue to the Port. Deep-draft vessels would no longer need to get to the INHC. The MRGO could be closed now! Any business now being done on the INHC that is dependent on deep draft vessels can be moved to the Mississippi River with no loss of jobs and no loss of revenue to the State. **The MRGO must be closed to deep draft, ocean going vessels now!**

**There is no economic justification for keeping the MRGO open!** There are no economic benefits being derived from the operation of the MRGO which could ever outweigh the risk to our lives and property, and the environmental damage being caused by the MRGO.

**^ top**

**How can Louisiana Congressmen waste $22 million a year dredging the MRGO when the Port of New Orleans generates only $1 million in revenue from the inner harbor terminal operation, when this same revenue could be generated by the Port on the Mississippi River? Why do Louisiana Congressmen put the Port of New Orleans and the shipping industry ahead of our safety and the restoration of our coast?**

^ top

## A Ship Lock Is Unnecessary; The MRGO Can Be Closed Now!

Louisiana Congressmen and the U.S. Army Corps of Engineers have said that the MRGO channel cannot be closed to deep-draft vessels until a ship lock is built at the Industrial Canal. They say before closure of the MRGO can happen ships must have a way to access the Port of New Orleans' inner harbor wharves from the Mississippi River. But any business being done on the INHC that is dependent on deep-draft vessels can be moved to the Mississippi River with no loss of jobs and no loss of revenue to the State. If the Port's inner harbor container operation is moved to the Port's new Mississippi River container terminal now, deep draft vessels will no longer have to go the inner harbor and **the MRGO could be closed now**. So, closure of the MRGO does not have to wait on the construction of a ship lock at the Industrial Canal which will probably not be completed until 2025. A deep draft ship lock then becomes unnecessary, and Congress could save millions of our tax dollars by building only a 12 foot deep barge lock at the Industrial Canal instead of a 36 foot deep ship lock.

**How can Louisiana Congressmen allow the Corps of Engineers to waste our tax dollars by building a ship lock at the Industrial Canal when the Port of New Orleans' inner harbor container operation could be moved to the Port's new container terminal on the Mississippi River now, without any loss of jobs or revenue to the Port?**

^ top

## Studies Are Unnecessary; The MRGO Must Be Closed Now!

Louisiana Congressmen and the Corps of Engineers have said that they must complete a five year re-evaluation of the MRGO before the channel can be closed. But studies are unnecessary! The MRGO has proven to be an environmental disaster which is destroying our wetlands. The MRGO has increased the flooding risk to thousands of people, their homes and businesses. It is a threat to our lives and property. Operation of the MRGO is not economically justified. Our tax dollars are being wasted on dredging the MRGO instead of restoring Louisiana's coast. These facts make further study of the MRGO's closure unnecessary and a total waste of time. **The MRGO must be closed now!**

**How can Louisiana Congressmen allow the Corps of Engineers to waste time studying the closure of the MRGO when its continued operation destroys our wetlands, threatens our safety and wastes our tax dollars?**

^top