**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROCCO TOMMASEO, et al** | ) | |
| **Plaintiffs** | ) | |
| **V.** | ) | **1:05-cv-1119 SGB**<br>**Hon. Susan G. Braden** |
| **THE UNITED STATES** | ) | |
| **Defendant** | ) | |

**MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL MEMORANDUM**

**NOW INTO COURT** comes counsel for Plaintiffs Rocco Tommaseo, et al. who hereby respectfully requests this Honorable Court for leave to file a Supplemental Memorandum into the record to provide additional factual and legal support for Plaintiffs' Motion In Limine (Record Document 29) and Plaintiffs' Opposition to Defendant's Motion to Dismiss (Record Document 32). This filing is necessary and good cause exists as a full exposition of these factual and legal issues is required in this case. The document is eight pages long and contains four exhibits:

- A thirteen page Declaration of G. Paul Kemp, Ph.D relating to the flooding in St. Bernard and Orleans Parishes. This is new evidence which was only provided this month.
- A twelve page article: *An Initial Assessment of the New Orleans' Flooding Event* by Ivor L. Van Heerden, G. Paul Kemp, Wes Shrum, Ezra Boyd and Hassan Mashruqui. The authors are affiliated with the Center for the Study of Public Health Impacts of Hurricanes at Louisiana State University. The research was

funded by that entity and the Louisiana Department of Transportation and Development.

- Two Declarations totaling five pages containing the observations of two live-long residents of St. Bernard Parish who worked and used the waterways in southeast Louisiana including the Mississippi River-Gulf Outlet. These declarations were previously filed into the record and these copies are tendered here for the convenience of the court.

Wherefore Plaintiffs' request leave to file this document into the record.

Respectfully submitted this 27th day of January, 2007.

s/Stephen M. Wiles
F. Gerald Maples T.A. (LA#25960)
Stephen M. Wiles (LA# 17865)
Carlos A. Zelaya, II (LA#22900)
F. GERALD MAPLES, P.A.
902 Julia Street
New Orleans, LA 70113
Telephone: (504) 569-8732
Facsimile: (504) 525-6932

-and-

J. Wayne Mumphrey (LA#9824)
MUMPHREY LAW FIRM, LLC
One Canal Place
365 Canal Street, Sute 2280
New Orleans, LA 70130
Telephone: (504) 569-0661
Facsimile: (504) 569-0665

-and-

John H. Musser, IV (LA# 9863)
201 St. Charles Avenue; Suite 2500
New Orleans, LA 70170
Telephone: (504) 599-5964
Facsimile: (504) 566-7185

**CERTIFICATE OF SERVICE**

I hereby certify that by filing the foregoing pleading via the ECF for the U.S. Court of Federal Claims a copy of the above and foregoing will be served on counsel for the United States, Fred Russell Disheroon, at fred.disheroon@usdoj.gov this 27th day of January, 2007.

s/Stephen M. Wiles
Stephen M. Wiles