# INITIAL ASSESSMENT OF THE NEW ORLEANS' FLOODING EVENT DURING THE PASSAGE OF HURRICANE KATRINA

**Ivor L. van Heerden, G. Paul Kemp, Wes Shrum, Ezra Boyd and Hassan Mashriqui**
Center for the Study of Public Health Impacts of Hurricanes
Louisiana State University, Baton Rouge, LA 70803, USA

## ABSTRACT

Hurricane Katrina made landfall in Louisiana at 6:10 am on Monday 29th of August, 2005 as a fast-moving Cat 3 storm. The storm moved north along a track almost 30 miles east at its closest approach to downtown New Orleans. After the storm 85 percent of greater New Orleans was flooded, over 1200 persons had lost their lives and approximately 100,000 families were homeless. Most of these families had heeded the evacuation orders and left the city. The hurricane protection system that all residents of New Orleans depended upon -- their security from surge floods -- failed catastrophically with over 50 breachings or breaks. The Corps of engineers has reported that 169 miles of the 350 miles of levees around greater New Orleans were either destroyed or damaged.

A preliminary assessment of the flooding event is given here. The flooding of New Orleans represents two separate flooding events, distinct in time, space and intensity. One surge event originating in Lake Borgne challenged levees and floodwalls along the Mississippi River Gulf Outlet (MRGO), Gulf Intracoastal Waterway (GIWW) and Inner Harbor Navigation Canal (IHNC), all elements of the "surge funnel." A second, slightly later, less intense surge event was associated with Lake Pontchartrain. Both events caused overtopping, or flow over intact levees and floodwalls, as well as breaching that resulted in flow under and through levees and floodwalls. In some cases, overtopping preceded or led to breaching, while in other places breaches opened before surge levels rose high enough to cause overtopping. We have estimated that about 84 percent of the volume of water that entered the Greater New Orleans (GNO) flood defense perimeter came through breaches, suggesting that the flooding of New Orleans is more of a "weather-related engineering disaster" than an "act of God."

## RESEARCH ACTIVITIES

We include here a brief discussion of findings with respect to the objectives of our levee forensics study, including:

**a.** Determine the timing and mechanisms responsible for the various flooding events that led to the New Orleans catastrophe. This included what could be determined about timing from the "stopped clock program." Stopped battery-operated and mechanical hand-dial clocks were observed in flooded homes, noting both the time and elevation referenced to high-resolution LiDAR data. Video camera footage as well as first responder and survivor interviews were also used to correlate and corroborate levee breach times developed from the clocks and to improve understanding of how rapidly the flood water spread;



EXHIBIT
tabbies
2

b. Map the flood front as it advanced throughout the City of New Orleans using available satellite imagery, oblique air photographs and still pictures;
c. Gain an understanding of how the various levees and floodwalls failed based on field observations, sample analysis and other measurements.

## NEW ORLEANS PHYSICAL SETTING

New Orleans and its surrounding suburbs make up a metro area that is largely below sea level and entirely surrounded by hurricane protection levees. As a consequence, every drop of rain that falls in the city must be pumped out to Lake Pontchartrain or other sea level waterbodies. A system of internal drainage canals, pump stations and their associated levees is required to keep the city dry. GNO on the east bank of the Mississippi River west of the IHNC is divided about equally into Orleans and Jefferson Parishes. The Orleans Parish area to the east includes the downtown and older parts of the city. The 17th Street Canal forms the boundary dividing older Orleans Metro from the younger Jefferson suburbs. While Jefferson Parish is as low as Orleans, drainage canals in Jefferson Parish have no floodwalls and are maintained below sea level by pump stations built at the Lake Pontchartrain shoreline as an integral part of the perimeter hurricane protection system. Well-engineered and substantial concrete levee walls connect the pump stations to the earthen levees along the Lake shore.

A very different drainage system is used east of the 17th Street Canal in Orleans Parish. There, the pumps are located at the most inner city limit of the canals, and they are open and free-flowing at the Lake shore. Drainage water must be lifted to slightly higher than lake level to initiate flow to the Lake while a complex system of parallel earthen embankments topped by concrete walls is necessary to contain whatever surge levels develop in the Lake. A Dutch member of the *post mortem* team brought in by the American Society of Civil Engineers compared the two systems and asked about the one in Orleans Parish, "Why in the world would you invite the enemy deep inside your own camp?" Indeed. A bridge across the 17th Street Canal is designed to stop waves from entering, and earthen "S" curves at the end of the Orleans and London Avenue Canals have been built to serve the same purpose.

The Orleans pump stations were in the right place *early in the previous century*, when they were built at the edge of town. As the city expanded north toward the lake (which was possible only as pumping drained the swamps), the stations ended up deeper and deeper "inside" the burgeoning city. In suburban Jefferson Parish, on the contrary, where residential and commercial development has been relatively recent, it was obvious that these neighborhoods would extend all the way to the lake. In fact, it was the building of the lake levees and initial pump stations that allowed Jefferson Parish to develop and expand so rapidly in the 1960's and 1970's. This rather strange engineering was about to set the stage for one the greatest 'natural' disasters to hit the US.

Greater New Orleans consists of four independent bowls – what the Dutch would call polders – on the east bank of the Mississippi River, each encased by its own set of levees.

One bowl includes the easternmost areas of the city and the outlying communities of Orleans Parish between Lake Pontchartrain and the GIWW. This is the Orleans East bowl, the "deepest" or lowest of them all. A second bowl, that of St. Bernard, falls between the GIWW/MRGO and the Mississippi River, and includes the Lower 9th Ward in Orleans Parish and the inhabited portion of St. Bernard parish. The St. Bernard bowl also harbors a large swatch of damaged marshlands between the levee along the south side of the MRGO and the much lower 40 Arpent Levee that protects the developed area. The western boundary of both of these bowls is the IHNC that connects the Lake through a set of locks to the river, and through a deepened section of the GIWW to the Lake Borgne "funnel."

The third bowl, Orleans Metro, extends from IHNC canal west to the 17th Street Canal, and from the lake to the river, as has already been discussed. The fourth bowl, Jefferson, also mentioned earlier, reaches from the 17th Street Canal to a floodwall placed on the boundary with St. Charles Parish on the west. South of the southern end of the 17th Street Canal, the separation between the Orleans Metro and Jefferson bowls is the Metairie Ridge, which is the slightly higher land of the natural levees of an ancient channel of the Mississippi. More bowls lie on the other side of the Mississippi River, on the West Bank, that are somewhat protected by another set of levees. This system is not completed, but was fortunately not tested during Katrina, though Rita caused a flood fight there one month later.

## SEQUENCE OF LEVEE BREACHES AND FAILURES

### The First Breaches

The first Katrina flooding of residential areas in greater New Orleans occurred almost two hours before the storm's landfall west of the mouth of the Mississippi River. Between 4:30 and 5:00 am water was already rising in the IHNC and sand bags that had been placed in lieu of gates where the CSX Railroad crosses the northern arm of the IHNC were washed out near the Interstate 10 crossing (Figure 1). Based on the record from a water level recorder at this point, the surge was 9 feet above sea level at this time and it rapidly fell 4-5 feet as water flowed into the Gentilly section of the Orleans Metro bowl to the west, and into the Orleans East bowl on the other side of the Canal. So the first flood waters started to enter GNO around 4:45am Monday morning. While these breaches were not huge flood makers, the appearance of water in the streets frightened local residents.

### "MRGO" levee erosion

A 16 to 17 foot surge with large waves developed in Lake Bourne, east of the city, peaking around 7:00 am. By 5:00 am, however, over an hour before the Louisiana landfall, water levels in the "funnel," and velocities in the MRGO reach along the southern side of the triangle were on the rise and beginning to expose the unarmored earthen hurricane protection levee near the ship channel to erosive flows associated with waves and currents. Parts of the MRGO levees were breached so that the wetlands extending south to the 40 Arpent Levee filled. As the water and velocities increased, more and more of the MRGO levee collapsed. Much of what survived this combination

of factors was washed away when the surge eventually reached high enough to cause overtopping (Figure 2). Waves with periods of 3-5 seconds set up a continuous pounding of the levees, and particularly sections including sheet piles, setting up a 'vibration' that is thought to have caused liquefaction of silty materials making up the bulk of the levee mass. The St Bernard bowl and the Lower 9th Ward saw the highest water levels of any part of the GNO flooded during Katrina because the levee failures began so early. While Chalmette, Meraux, and Violet are not low in elevation compared with much of Orleans East and Orleans Metro, they experienced a much greater depth of flooding. The flood reached to protected side of the Mississippi River levees. The flooding surge water entering from the east also flowed west towards the Lower Ninth Ward (Orleans Parish, St Bernard Bowl).

The "Funnel" effects

As the eye of the storm approached the latitude of New Orleans a 14 - 17 foot surge was pushed into the western apex of a triangle known as the 'Funnel', so called because the hurricane protection levees that form the south bank of the MRGO and the north bank of the GIWW converge from being about 10 m miles apart to a few hundred yards as the banks of the GIWW where it separates the East Orleans and St. Bernard polders. The Funnel is a 6-mile long section of the GIWW where the cross-section was enlarged by a factor of three when the MRGO was built to expand it from a barge channel to accommodate ocean-going vessels. At the western end, the funnel focused a jet into the IHNC. The US Army Corps of Engineers had inadvertently designed an excellent *storm surge delivery system*—nothing less—to bring this mass of water with simply tremendous "load"—potential energy—right into the middle of New Orleans. At approximately 6:10am, when the eye was still south of the City, the surge overwhelmed the levees in the Funnel and started to flood areas on both sides of the channel (GIWW/MRGO) (Figure 1). To the south of the GIWW in the St Bernard bowl, these flood waters added to those coming from the southeast, from the MRGO breaches. At 6:30 am residents on Tennessee Road in the Lower Ninth Ward started to see flood water approaching from the east.

Concurrently, the surge had pushed westwards along the GIWW towards the IHNC where the turbulence created by deflection of the jet attacked levees and floodwalls first on both sides of the southern arm of the IHNC, and then in the northern arm as water raced into Lake Pontchartrain, then 10 feet lower in elevation. The rush of water into the lake scoured holes 80 feet deep in bed of the northern part of the IHNC canal, which was originally 36 feet deep. At approximately 6:50 am the levees along all reaches of the Industrial Canal began to be overtopped and water started to pour into the city both to the east and the west. In the Lower 9th Ward, the surge water overtopping the IHNC levee exacerbated flooding that was coming from the east. At the Louisiana National Guard Jackson Barracks HQ in Arabi, situated on the high ground of the natural levees of the Mississippi River, flood waters were first seen about 7:00 am. However, the flood conditions were about to deteriorate rapidly.

Flooding the Lower Ninth Ward (St Bernard Bowl)

Along the southern arm of the Industrial Canal the stage was being set for major levee breachings. In the Lower 9th Ward water flowing over the top of the "I"-type floodwalls had started to erode the top of earthen levee embankments that form the floodwall foundation, scouring out trenches behind the wall for hundreds of feet. The water pressure from the rising head in the IHNC 'pushed' the walls outwards causing four sections along the length of the levee "I" wall to start leaning backwards; cracks appeared in the concrete "I" walls. As the "I" walls were tilted and in some cases moved laterally (translational slide) backwards, large cracks developed in the soil at the base of the wall on the canal-side. Water started to percolate down these cracks and then under the tip of the sheetpilings resulting in sand boils and weakening of the soil foundation. Meanwhile the scour trenches behind the walls were deepening and the pressure on the walls and especially the soils foundations was increasing. Around 7:45 am the floodwalls along the eastern side of the Industrial Canal, were breached at two of the four weakened sections and the Lower 9th Ward flooded extremely rapidly (Figure 2). All evidence at both breaks was washed away so the exact mechanism of collapse may never be known. However, the likely mechanism can be gleaned from observing the sections of flood wall that were damaged but did not completely collapse.

Here the relatively shallow sheet pile foundations could not hold the static load or potential for seepage due the surge in addition to any dynamic load associated with circulation set up as the surge jet was deflected. The geotechnical collapse was aided in part by the overtopping scour trench development behind the wall in the embankment. Because these breaches occurred *before* the peak of the surge at 8:30 am, this neighborhood four feet *below* sea level was drowned by water as high as 12 feet *above* sea level. Many homes many were flooded to the rooftops and thousands



Figure 1 - 10 M SPOT Satellite Image: 2 Sept 2005
With Water depth overlays – Orleans East

of people were trapped. That 16-foot head of water explains the total devastation of the homes within the three blocks of the breaches—devastation very like that on the Mississippi shoreline a short time later. Hundreds drowned in the space of about 90 minutes. A barge floated through the largest breach knocking the top 9 inches off the concrete wall that had already failed. All indications are that this barge, like many others along the MRGO, floated in after the breach was well established.

At about the same time, there were also breaches on the other side of the Industrial Cana -- the west side -- where a 300-foot section of an "I" wall failed at a railroad yard, and a 70-foot section of levee comprised of a sandy "shell" fill was scoured and blew out. Yet another break, smaller than the others, occurred at the junction of a soil berm and a concrete wall. Thus the integrity of the Orleans Metro Bowl was now also compromised, and surge water from the Industrial Canal started to flood the city proper. Still, if these had been the only breaches in this "heart of the city" bowl, we would have felt we had dodged the bullet, because these breaks had "sills" three to five feet above sea level so that the flooding stopped when the surge outside dropped back to more normal tide levels. All pictures of the breaches adjacent to the Lower 9th Ward taken in the days after the storm show water rushing out back into the IHNC, as the level in the St. Bernard bowl dropped from +12 ft to +5 ft in three days after the "dam break" flooding event.




In addition to the breaches along the east and west banks of the IHNC, miles of levees along the MRGO had now been totally eroded, and St Bernard and Orleans Parishes between the MRGO and the Mississippi River were completed flooded. The westerly winds then started to push water out of these areas, rearranging some of the sheet piling used to raise levee heights along the MRGO.

Lake Pontchartrain levee overtopping

Between 8:30 and 11:00 am, flood water poured into Orleans East from Lake Pontchartrain where a section of concrete levee wall at the Lakefront Airport that strangely was almost two feet lower than the earthen walls it was attached to served as a spillway when it was overtopped. Otherwise, no significant overtopping occurred anywhere along the south shore of Lake Pontchartrain.

Inner City Floods (Orleans Metro bowl)

By 10 am, the eye of the Katrina was well to the north of New Orleans area, and storm surge in the Funnel and IHNC Canal had leveled off. Lake Pontchartrain was now about 8 feet above normal with large waves. The turbulence from these waves eroded the Lake bottom. By the time Katrina's winds were no longer whipping up the large waves, some areas of the Lake had deepened by at least two feet. Thus, the lake waters now had a large amount of suspended sediments entrained and dispersed through the water column. The eye of Katrina then continued its trek north moving at about 14 miles an hour. By noon it had reached to north of Slidell, on the north shore of Lake Pontchartrain, having pushed a 12 foot surge into that city and surrounding areas.




a. The 17th Street Canal

As the eye of the storm started to cross the Rigolets, the wind backed to the north and then northwest pushing the highly turbulent surge water against the levees along the south side of the Lake. Surge levels rose to 10 feet in places. At the mouth of the 17th Street Canal small homes and boat houses immediately west of the lake entrance to the Canal started to fly apart and the debris was blown into the canal. As the water rose in the canal and flowed south this debris formed a dam against the Metairie-Hammond Highway bridge. Restaurants at the mouth of the Canal, along its eastern flank, were also annihilated by the winds and waves and much of this debris then also entered the 17th Street Canal. The surge peaked at 9:00am at about 10.5 feet above mean sea level. At approximately 9:45 am, the eastern floodwall of the 17th Street Canal, a hundred yards inland from the hurricane proof bridge crossing the Canal near the Lake shore (Metairie Hammond Highway) was breached, and surge waters immediately started to flow into the western portion of Orleans Parish. Eye witnesses reported the flood waters rose rapidly. As these waters gushed up the canal from the Lake, more and more of the debris floating in the canal mouth was swept up against the Metairie-Hammond Highway hurricane bridge, the design of which really restricts the cross sectional area of the canal due to its piers and low base level. The debris rapidly packed up as a porous dam that in

combination with the hurricane bridge became an effective barrier for any waves that may otherwise have propagated up the canal from the lake.

b. The London Avenue Canal
Surge levels similarly rose in the London Ave Canal to the east of the 17th Street Canal until 9:00am. The design of the latter canal is similar to the former, with a pump station at its most inner end and concrete "I" walls atop earthen embankments comprising the levees. About half way down the length of the London Ave canal, just inland of the Robert E. Lee Bridge, the levee walls started to bend outwards on both sides of the Canal. A similar pattern of failure was developing farther south. At approximately 9:30am just after the peak of the surge, a catastrophic failure of the London Ave Canal occurred 1500 feet from the pump station near the Mirabeau Ave Bridge, and flood waters immediately poured into the City, displacing one home off its foundations and sliding it 90 feet across a road. Flood water from the Lake then started to stream down the Canal towards this breach. While water levels were lowered close to this inner, east side breach, elsewhere along the Canal the surge level continued to slowly fall until around 10:30 am, when a second levee failure occurred on the west side of the Canal, just south of the Robert E. Lee bridge, where the levee walls had earlier started to move. The surge at this time was 7 feet above sea level – down 3 feet from the peak 90 minutes earlier. The breach sent an 8 foot high wall of water cascading into the surrounding neighborhoods. New Orleans's doom was now sealed with 3 catastrophic failures of relatively recently engineered floodwalls, constructed to protect the city from a surge of at least 2 to 3 ft higher than what occurred; levee walls that failed before design criteria were exceeded.

Unlike the 17th Street Canal, there was no debris dam at the entrance of the London Ave Canal. Lake waters with their full suspended sediment load poured down into the "S" (wave break) at the entrance of the Canal, at velocities high enough to keep all of the sediment, originally eroded by waves from the floor of Lake Pontchartrain, in suspension. At the Mirabeau breach a 40 foot thick layer of beach sand 10 feet beneath the "I" walls and exposed in the canal bottom, was scoured and this fine sand along with the high suspended load coming from lake Pontchartrain led to the deposition of a thick layer of sand around and in homes near the breaches. These beach sands below the "I" wall appear to have blown out as a huge sand boil and the wall segments collapsed into the void so created. As happens in a river discharging to a bay, once these flood waters exited the confines of the Canal and velocity diminished, the heavier sediments, a white sand, deposited first. Thus, the appearance of this neighborhood in the aftermath of the flood from the London Ave Canal is dramatically different from that at the 17th Street Canal breach. The former has tons of sand spread over a large area collected in places into bars and dunes, while the latter left only a muddy drape. The difference is reflective of the very thick layer of beach sand in the London Ave Canal that was eroded by the waters rushing out the breach.

c. The Orleans Ave Canal
Between the 17th Street and London Ave canals, the levees of the Orleans Canal held, but this success no doubt was helped by an overflow spillway near the pump house that flowed for at least two hours. This section of embankment, about 400 feet long, is six feet

lower than the floodwalls along the rest of the canal. The tops of the floodwalls here are missing! This overtopping caused significant and early flooding at City Park, but it also lowered the pressure on the floodwalls between the pumping station and the lake. In effect, Orleans Canal was a spillway for two hours, and the floodwalls held.

Water would pour through the three deep breaches of the drainage canals into the New Orleans Metro bowl for more than 60 hours, until early Thursday morning, when the level inside reached equilibrium with the water in the lake at about 3 feet above sea level, and with the "average" home in the flooded neighborhoods standing in six to nine feet of water.

## LEVEE FAILURE MECHANISMS

Why had these complex flood walls breached? Why the catastrophic failure? The details of the failure mechanisms are discussed in subsequent chapters. A cursory explanation is given here. The MRGO levee probably failed early as a consequence of wave and current erosion prior to overtopping. The Funnel caused the introduction of a high velocity jet into the IHNC that caused both static and dynamic loadings of adjacent floodwalls and levees. The overtopping of the IHNC floodwall adjacent to the Lower 9th Ward caused erosion of an ever expanding scour trench behind the wall and the eventual failure of the wall as it collapsed into this scour trench. This scour collapse was hastened by soil foundation failures. The London Ave and 17th Street canals were not overtopped and their failures did not duplicate the scour trench collapse mechanisms that aided the failure of the IHNC levees, or the dynamic forces that destroyed the MRGO levee. At the 17th Street Canal there was a heave, a lateral displacement of the whole levee wall complex due to the surge head, the equivalent of a pressure burst in a dam or reservoir. The soil foundation failed catastrophically, but only as a consequence of hydrostatic forces. The levees were pushed laterally up to 45 feet, heaving everything in their way forwards and upwards so that some buildings ended up almost 9 feet higher than when they were originally built. Previously flat and level back yards became hummocky terrains due to the bulldozing action of the heave.

The London Ave Canal breach at Mirabeau Blvd represents a very typical 'blowout' failure, where the deep sand layer beneath the flood wall became saturated and then blew out as a series of large sand boils or volcanoes on the low, protected side. At the London Ave Canal breach near Robert E. Lee Blvd, the breach reflects both a heave failure and a major blowout of the underlying sands.

There is evidence of other possible problems with the "I" wall structure in Orleans Metro. When the concrete walls were built in the early 1990's, the concrete was attached on top of steel sheet pilings, the attachment overlap being about 20 inches. Some wall segments exhibit failures at the pivot point of the termination of the steel piling inside the concrete wall. Some show that the reinforcing bars (to add strength to the concrete section) were not welded to the sheet pilings and thus could have contributed to the problems.

Suffice to say, the 17th Street and London Ave Canal breaches were not induced by the surge associated with Hurricane Katrina per se', but rather reflect the catastrophic failure of man-made and engineered hybrid levee/floodwall structures that finally received a good test. The Corps of Engineers designed and supervised the construction and inspection of all of the levees and floodwalls that failed during Katrina.

**KATRINA FLOODING SUMMARY**

The following timetable summarizes the flooding of Greater New Orleans on Monday morning, August 29, with the arrival and passage of Hurricane Katrina:

4:30 a.m., or shortly before: The relatively minor breaches at the intersection of the CSX Railroad and the northern arm of the industrial Canal send water into Orleans East and Orleans Metro to the west. This flooding lasts about 13 hours.

5 a.m., give or take: The MR-GO levees in St. Bernard Parish begin to erode and fail, with water pouring into the St. Bernard Bowl up to 11 ft above sea level.

6:10 a.m.: Katrina makes landfall at Buras, on the west bank of the Mississippi River. Storm surge overtops the levees on the *east* bank of the river, "crosses" the river, overtops the levees on the west bank, and sends additional water into these neighborhoods in Plaquemines Parish.

6:30 a.m.: The levees in the infamous Funnel are overtopped, flooding the Orleans East bowl and adding to the flood in the St. Bernard bowl.

6:50 a.m.: The levees on both sides of the IHNC are overtopped, with water pouring into the Orleans East, St. Bernard and Orleans Metro bowls.

7:30 a.m.: The levees on the west side of the IHNC at the railroad yard breached. This flooding lasts for 12 to 15 hours.

7:45 a.m.: The levee on the east side of the southern end of the Industrial Canal catastrophically breaches in two sections, sending a wall of water into the Lower Ninth Ward and other neighborhoods of the St. Bernard bowl.

8:30 a.m.: The one-mile stretch of levee behind the Lakefront Airport that is two feet lower than the adjacent earthen levee is overtopped by the surge from the lake. Floods for about 3 hours.

9:00 a.m.: The storm surge from Lake Pontchartrain peaks in the three drainage canals in the Orleans Metro bowl, *with no overtopping* of the levees.

9:30 a.m: Though never overtopped, one section of the levee on the east side of the London Avenue Canal near Mirabeau Bridge breaches catastrophically, flooding the Orleans Metro Bowl.

9:45 a.m. or thereabouts: Though never overtopped, one section of the levee on the east side of the 17th Avenue Canal breaches catastrophically, flooding the Orleans Metro Bowl.

10:30 a.m.: Though never overtopped, one section of the levee on the west side of the London Avenue Canal breaches catastrophically, flooding the Orleans Metro Bowl.

According to our calculations, 87 percent of the flooding in the Orleans Metro Bowl, by volume, was due to the breaches on the London Avenue, 17$^{th}$Street and IHNC canals. In Orleans East, 63 percent of the flood was due to breaches. In the St. Bernard bowl, 89 percent. Thus, on average, *84% percent* of all the water that ended up flooding the greater New Orleans metro area was the result of levee failures that totaled less than 400 yards on the drainage canals and 650 yards on the Industrial Canal. In contrast, the breaching on the MRGO levee was measured in miles. By mid-morning Monday, these levee breaches had effectively sealed the fate of one of America's oldest cities.

**ACKNOWLEDGEMENTS**

This research was supported by the Center for the Study of Public Health Impacts of Hurricanes, a Louisiana Board of Regents HEF Center as well as the Louisiana Department of Transportation and Development.