IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROCCO TOMMASEO, et al.<br>Plaintiffs<br>v.<br>THE UNITED STATES<br>Defendant | 1:05-cv-1119 SGB<br>Hon. Susan G. Braden |

**SWORN DECLARATION OF EDWARD J. ROBIN, SR.**

Edward J. Robin, Sr., under penalty of perjury pursuant to 28 U.S.C. § 1746, states as follows:

1. I am a person of the full age of majority, born March 9, 1926, and a life-long resident of St. Bernard Parish, Louisiana.

2. I have lived and worked most of my life in that portion of lower St. Bernard Parish known as Yscloskey, where I have worked as an oyster fisherman and fished recreationally in the waterways throughout southeast Louisiana, including St. Bernard Parish.

3. The Mississippi River-Gulf Outlet ("MR-GO") is a man-made channel that cut through previously existing marshes of lower St. Bernard Parish between those marshes and the waters of Chandeleur Sound.

4. I specifically recall two navigational beacons located near Shell Beach as having previously been on dry land. Over the course of time, the MR-GO has widened to such

EXHIBIT
tabbles
4

an extent that those beacons are now in the MR-GO channel approximately 500 feet from shore. At the time the MR-GO was originally constructed, the channel was approximately 600 feet wide, but it was over 2000 feet wide by the summer of 2005.

5. The creation of the MR-GO allowed saltwater from the Gulf of Mexico to travel inland into the marshes and wetlands of St. Bernard Parish, Louisiana. I personally observed the effects of this saltwater intrusion which caused the death of most of the marsh vegetation and cypress trees previously existing in the marshes in and around St. Bernard Parish. Those marshes used to act as a barrier to slow down storm surge, but now no cypress trees or marshes are left to slow down storm surge.

6. I remained in St. Bernard Parish during Hurricane Katrina to protect my family's boats which are the source of our livelihood. I was in Violet, Louisiana with the boats at the Violet Canal. During the early morning of 29 August 2006, I observed a wall of water five to six feet high approaching my location from the direction of the MR-GO. I entered my truck to attempt to move it to the top of the embankment along the Violet Canal, but was unable to complete that task before the rushing water reached my truck. I exited my truck into waist deep water and swam to my boat. The amount of time from when I first observed the wall of water approaching from the direction of the MR-GO until it reached my truck was only a few minutes.

7. Similarly, on 24 September 2005, St. Bernard Parish flooded once again in connection with the passage of Hurricane Katrina. Such flooding from the MR-GO into lower St. Bernard now occurs not only upon the passage of a hurricane, but upon the passage of

cool fronts with dominantly northeasterly winds. This repeat flooding all is caused by the MR-GO.

8. The flooding associated with the passage of Hurricanes Katrina and Rita resulted in my being unable to use my property, both commercial and residential, for a period of over twelve months.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Edward J. Robin, Jr.

Executed on: 11-1-06