# In the United States Court of Federal Claims

No. 05-1119L
Filed: February 7, 2007

| | |
|---|---|
| ROCCO TOMMASEO, THOMAS TOMMASEO, ROCKY AND CARLO, INC., STEVEN BORDELON, husband of, CYNTHIA BORDELON and, STEVE'S MOBILE HOME & R.V. REPAIR, INC., | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

Plaintiffs' January 27, 2007 Motion for Leave to File Supplemental Memorandum is, hereby, granted. Plaintiffs may file a Supplemental Memorandum into the record in support of Plaintiffs' November 2, 2006 Motion *in Limine* and Plaintiffs' November 2, 2006 Response to Defendant's Motion to Dismiss.

**IT IS SO ORDERED**.

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**