**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **ROCCO TOMMASEO, et al.** <br> **Plaintiffs** <br> **V.** <br> **THE UNITED STATES** <br> **Defendant** | **1:05-cv-1119 SGB** <br> **Hon. Susan G. Braden** |

**SWORN DECLARATION OF BRAD ROBIN**

Brad Robin, under penalty of perjury pursuant to 28 U.S.C. § 1746, states as follows:

1. I am a person of the full age of majority, born June 24, 1954, who was a life-long resident of St. Bernard Parish, Louisiana prior to August/September 2005.

2. I lived and worked in those portions of lower St. Bernard Parish known as Violet and Ycloskey, respectively. I have worked as an oyster fisherman and have fished recreationally in the waterways throughout southeast Louisiana, including St. Bernard Parish.

3. The Mississippi River-Gulf Outlet ("MR-GO") is a man-made channel that cut through previously existing marshes of lower St. Bernard Parish between those marshes and the waters of Chandeleur Sound.

4. I specifically recall being able to swim across the MR-GO as an adolescent when MR-GO was significantly more narrow than it was in 2005 at the times Hurricanes Katrina

EXHIBIT 3

and Rita struck Louisiana. At the time I could swim across the MR-GO, the channel was approximately 600 feet wide. However, over the passage of time, the width of the MR-GO nearly tripled to over 2000 feet wide by the summer of 2005.

5. The creation of the MR-GO allowed saltwater from the Gulf of Mexico to travel inland into the marshes and wetlands of St. Bernard Parish, Louisiana. I personally observed the effects of this saltwater intrusion which caused the death of most of the marsh vegetation and cypress trees previously existing in the marshes in and around St. Bernard Parish.

6. I am personally aware of the flooding associated with the passage of Hurricane Katrina which resulted from storm surge traveling up the MR-GO into interior portions of St. Bernard Parish, and similar flooding which accompanied the passage of Hurricane Rita. Further, flooding from the MR-GO into lower St. Bernard now occurs not only upon the passage of a hurricane, but upon the passage of cool fronts with dominantly northeasterly winds. These northeasterly weather events occur on a regular basis now. For example, such flooding happened just last week in St. Bernard Parish from the MR-GO.

7. The flooding associated with the passage of Hurricanes Katrina and Rita resulted in my being unable to use my property, both commercial and residential, for a period of over twelve months.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Brad Robin (signature)
Brad Robin

Executed on: 11-1-06