**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROCCO TOMMASEO, et al** | ) | |
| **Plaintiffs** | ) | |
| **V.** | ) | **1:05-cv-1119 SGB**<br>**Hon. Susan G. Braden** |
| **THE UNITED STATES** | ) | |
| **Defendant** | ) | |

**<u>MOTION FOR LEAVE OF COURT TO FILE DECLARATION AND EXHIBITS RELATING TO PLAINTIFFS' STANDING</u>**

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs Rocco Tommaseo, Thomas Tommaseo, Rocky and Carlo, Inc., Steven Bordelon, husband of, and Cynthia Bordelon, and Steve's Mobile Home & RV Repair Inc., who hereby respectfully request this Honorable Court for leave to file a Declaration and Exhibits. This filing is necessary and good cause exists for the filing as specified by the Court's instruction received during the 11 June 2007 telephone conference.

**Wherefore** plaintiffs' request leave to file this document into the record.

Respectfully submitted this 13th day of June, 2007.

s/Stephen M.Wiles
F. Gerald Maples T.A. (LA#25960)
Stephen M. Wiles (LA# 17865)
Carlos A. Zelaya, II (LA#22900)
F. GERALD MAPLES, P.A.
902 Julia Street
New Orleans, LA 70113
Telephone: (504) 569-8732
Facsimile: (504) 525-6932

-and-

J. Wayne Mumphrey (LA#9824)
Wayne B. Mumphrey (LA #26437)
Clayton M. Conner (LA#26240)
MUMPHREY LAW FIRM, LLC
One Canal Place
365 Canal Street, Suite 2280
New Orleans, LA 70130
Telephone: (504) 569-0661
Facsimile: (504) 569-0665

-and-
John H. Musser, IV (LA# 9863)
201 St. Charles Avenue; Suite 2500
New Orleans, LA 70170
Telephone: (504) 599-5964
Facsimile: (504) 566-7185

**CERTIFICATE OF SERVICE**

I hereby certify that by filing the foregoing pleading via the ECF for the Court of Federal Claims a copy of the above and foregoing will be served on all counsel of record for United States, this 13th day of June, 2007.

S/Stephen M.Wiles
Stephen M. Wiles