5 000 000 0 0004 4/04/07 Page 1

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

50% UNDIV. 1/2 INT.: LOT 10 HOPEDALE SUB. #2 97 X 596

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| NELSON, BERNARD P. | 485 / 148 | 6/27/1990 | A Adjud | | |
| * | 79 / 145 | 7/03/1961 | | | |

COM Comment E00000000056 UNDIV 1/2 INT LOT 10 HOPEDALE #2
COM Comment 715200003010 40% UNDIV 1/2 INT LOT 10 HOPEDALE #2

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 1.00 | 145 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 145 | 0 | 145 |

EXHIBIT
tabbles
46

Marlene M. Vinsanau
Assessor St. Bernard Par.
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0005 1/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 2-A DANIEL PARK SUB. 25 X 100

Location

3319 STACIE

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| POITEVENT, JACQUELYN F. | 565 / 262 | 6/22/1994 | TD Tax D | $188 | |
| BOUDOIN, RICKY | 530 / 250 | 1/08/1993 | LI Land | $11000 | |
| * | 427 / 341 | 6/17/1988 | | $18000 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 150 | 2500 |
| CI City Improvement | 1.00 | 975 | 1090 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,125 | 0 | 1,125 |

EXHIBIT
tabbies
47

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 208 HIGHLAND VILLA EXT 5 69X95=5700

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| SUAREZ, DENNISON, JR. | 646 / 630 | 6/26/1998 | A Adjud | $211 | |
| * | 134 / 846 | 1/28/1977 | | $16666 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 1,019 | 5700 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,019 | 0 | 1,019 |

EXHIBIT
tabbles
48

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0008 4/04/07 Page 1 AP

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 212 HIGHLAND VILLA EXT. #5
MEAS. 56 X 95 = 5320

Location
2431 JAMIE CT.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| MARSIGLIA, JOHN V. | 485 / 157 | 6/27/1990 | A Adjud | $745 | |
| * | 363 / 49 | 12/02/1986 | | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 500 | 5320 |
| CI City Improvement | 1.00 | 2,000 | 3000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 2,500 | 0 | 2,500 |

EXHIBIT
tabbies
49

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0009 4/04/07 PAGE 1 AP

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 211 HIGHLAND VILLA EXT. #5
MEAS. 56 X 95 = 5320

Location
2501 JAMIE CT.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| MARSIGLIA, JOHN V. | 485 / 154 | 6/27/1990 | A Adjud | $745 | |
| * | 363 / 49 | 12/02/1986 | | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 500 | 5320 |
| CI City Improvement | 1.00 | 2,000 | 3000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 2,500 | 0 | 2,500 |

EXHIBIT
tabbies
50

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette La. 70043

E 000 000 0 ... Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOTS 50A, DANIEL PK. SUB., MEAS. 31' X 79' = 2,449

Location

2810 DANIEL

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| BROWN, JERROD G. | 679 / 108 | 6/19/2000 | TD Tax D | $218 | |
| H. U. D. | 555 / 521 | 2/11/1994 | LI Land | $6310 | |
| FEDERAL NATIONAL MORTGA | 550 / 490 | 11/16/1993 | LI Land | $36292 | |
| NOEL, LINUS | 549 / 481 | 10/25/1993 | SS Sherr | $44600 | |
| * | 454 / 273 | 1/25/1989 | | $37193 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 150 | 2449 |
| CI City Improvement | 1.00 | 975 | 918 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,125 | 0 | 1,125 |

EXHIBIT
tabbies
51

*Marlene M. Vinsanau*
*Assessor St. Bernard Parish*
*Room 105 Courthouse*
*Chalmette, La. 70043*

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

1/3 INT. INTO: LOT 19 BEGINS 1804.35' FROM INTER HWY & PVT. RD.
MEAS. 979.96' FRONT ON RD. DEPTH 55' TS13SR13E SEC. 29

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| RICHARD, RAYMOND | 586 / 489 | 6/22/1995 | TD Tax D | $95 | |
| * #163 209 | 168 / 259 | 3/21/1979 | | | |
| COM Comment | 639900002740(NORMAN LANDRY OTHER 1/3 INT. IN | | | | |
| COM Comment | LOT 19 | | | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 145 | 53845 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 145 | 0 | 145 |

EXHIBIT
52

*Marlene M. Vinsanau*
*Assessor St. Bernard Parish*
*Room 105 Courthouse*
*Chalmette La 70043*

E 000 000 0 ... Page 1 AP

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

1/10 INT.INTO LOT 4 HOPEDALE SUB.#2 112X245

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| PHILLIPS, NATHAN | 586 / 492 | 6/22/1995 | TD Tax D | $85 | |
| * | 130 / 435 | 6/15/1976 | | | |

XRF Cross ref-see 715200000004 GRANDJEAN, RENE

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 1.00 | 14 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 14 | 0 | 14 |

EXHIBIT
tabbies
53

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOTS 2,3,4 SQ.2 ST. BERNARD PARK MEAS. EA. 25 X 106

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| MEAGER, N. | 586 / 495 | 6/22/1995 | TD Tax D | $95 | |
| * #91410 | 102 / 382 | 12/12/1968 | | $3228 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 3.00 | 145 | 7950 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 145 | 0 | 145 |

EXHIBIT
54

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 ... Page 1 AP

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 5 SQ. 4 ST. BERNARD PARK MEAS. 25 X 106

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| MONICA, A.V. | 586 / 498 | 6/22/1995 | TD Tax D | $86 | |
| * | 421 / 2 | 4/09/1988 | | $80 | |

| Code | Type | Units | A/V | SqFt |
|---|---|---|---|---|
| CL | City Lots | 1.00 | 29 | 2650 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 29 | 0 | 29 |

tabbies EXHIBIT 55

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0015 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOTS 16,17,18 SQ. 4 ST.BERNARD PARK MEAS. 25 X 106

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| MONICA, ANTHONY V. | 586 / 501 | 6/22/1995 | TD Tax D | $87 | |
| * | 421 / 1 | 4/19/1988 | | $86 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 3.00 | 43 | 7950 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 43 | 0 | 43 |

tabbies
EXHIBIT
56

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 Page 1 AP

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

39/40 OF 80%: TS13SR18E SEC.32 & 33, DES. AS LOT 53, CONT 10 ACRES OF SUB. DIV. SEC. 32 & 33

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| PHILLIPS, NATHAN | 586 / 504 | 6/22/1995 | TD Tax D | $87 | |
| * | 226 / 624 | 6/20/1983 | | $18 | |
| XRF Cross ref-see | 739900012827 | | DRAKE, WALKER | | |
| XRF Cross ref-see | 739900013623 | | GALJOUR, CLARENCE | | |

| Code Type | Units | A/V |
|---|---|---|
| ML Marshlands | 7.00 | 21 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 21 | 0 | 21 |

EXHIBIT
tabbies
57

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 700[illegible]

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 12 SQ. P ST. BERNARD GROVE ADDN.
MEAS. 50 X 150 = 7500

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| CARBONE, AMELIA NEHLIG | 607 / 317 | 6/18/1996 | A Adjud | $127 | |
| * | 128 / 90 | 12/05/1975 | | $795 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 145 | 7500 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 145 | 0 | 145 |

EXHIBIT
tabbies
58

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0035 4/04/07 Page 1 AP

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

TS14SR15E SEC. 39; W. BDD IS SEC. LINE BETW. SEC. 39 & 43; NO. BDD IS NO. BDD OF SEC. 39; E. BDD. PARALLEL A DIST. 1200' ALONG YSCLOSKEY RD. FROM W. BOUNDARY THE SO. BDD. IS BACK OF LEVEE, WHICH IS APP. 2300' FROM NO. BDD. MEAS. ALONG THE W. BDD. THE DIST. FROM NO. BDD. MEAS. ALONG E. BDD. TO SO. BDD., HAS NOT BEEN DETERMINED.
LESS AND EXCEPT LAND FOR SERVITUDE

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| CARNELL, ALNA BOYD | 628 / 625 | 6/25/1997 | A Adjud | $156 | |
| LBBLD | 620 / 306 | 2/05/1997 | SR Servi | $876 | |
| ANDERSON, JAMES | 604 / 226 | 4/24/1996 | R Redem | $257 | |
| CARNELL, JAMES A. | 565 / 287 | 6/22/1994 | TD Tax D | $126 | |
| CARNELL, JAMES A. | 553 / 269 | 12/30/1993 | DN Donat | | |
| CARNELL, BETTY | 533 / 442 | 2/25/1993 | DN Donat | | |
| * | 86 / 258 | 10/29/1963 | | | |

| Code Type | Units | A/V |
|---|---|---|
| SL Suburban Land | 4.00 | 540 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 540 | 0 | 540 |

EXHIBIT
tabbies
59

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 36 SQ. 3 HI-LAN SUB. MEAS. 40 X 82

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| JACKSON, VIRGINIA | 679 / 104 | 6/19/2000 | TD Tax D | $148 | |
| CALUDA, DANIEL (ETALS) | 540 / 511 | 6/16/1993 | TD Tax D | $119 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 371 | 3280 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 371 | 0 | 371 |

EXHIBIT
tabbies
60

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0[illegible] [illegible] Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 43 SQ. 4 HILAN SUB 40X80=3200

Location
2435 CALUDA

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| BUTLER, HENRY | 698 / 430 | 6/20/2001 | A Adjud | $310 | |
| * | 81 / 572 | 6/01/1962 | | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 436 | 3200 |
| CI City Improvement | 1.00 | 1,205 | 600 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,641 | 0 | 1,641 |

EXHIBIT
tabbies
61

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0052 1/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 30 RIVERBEND SUB 60X135=8100

Location
2224 REUNION

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| DALON, EDWARD H.,JR.,MR | 698 / 441 | 6/20/2001 | A Adjud | $583 | |
| * | 104 / 502 | 9/11/1969 | | $17600 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 936 | 8100 |
| CI City Improvement | 1.00 | 3,100 | 1200 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 4,036 | 0 | 4,036 |

EXHIBIT
tabbies
62

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0056 4/04/07 Page 1 AP

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

UNDIV. 1/2 INT. IN & TO: LOT 10 HOPEDALE SUB. # 2 97X596

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| NELSON, JOHN J., ETALS | 698 / 471 | 6/20/2001 | A Adjud | $141 | |
| KERSHENSTINE, JAY & MIN | 555 / 462 | 2/08/1994 | R Redem | $189 | |
| NELSON, JOHN | 540 / 535 | 6/16/1993 | TD Tax D | $96 | |
| * | 104 / 481 | 9/09/1969 | | $1000 | |
| XRF Cross ref-see | E00000000004 | | ADJUDICATED TO ST. BERNARD PAR | | |
| XRF Cross ref-see | 715200003010 | | STOUT, DALE C. | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 145 | 57812 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 145 | 0 | 145 |

EXHIBIT
tabbies
63

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0060 4/04/07 Page 1 AP

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

TRACT OF LAND PT. OF FLORESSANT PLANT., MEAS. 124' FRT. ON YSCLOSKEY BY 700'. LESS AND EXCEPT LAND FOR SERVITUDE

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| NUNEZ, ANTHONY B. | 698 / 482 | 6/20/2001 | A Adjud | $140 | |
| LBBLD | 620 / 214 | 2/03/1997 | SR Servi | $321 | |
| * | 54 / 119 | 0/00/0000 | | | |

| Code Type | Units | A/V |
|---|---|---|
| SL Suburban Land | 1.00 | 135 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 135 | 0 | 135 |

EXHIBIT
tabbles
64

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0082 4/04/07 Page 1 AP

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 94 SUZANNE PARK SUB.
MEAS. 50 X 100

Location
1637 ROBERT

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| ZAHN, EARL G., JR. | 719 / 526 | 6/18/2002 | A Adjud | $286 | |
| MORIAN, CYNTHIA A. | 621 / 516 | 2/26/1997 | SI Sale | | |
| MORIAN, CYNTHIA A. | 621 / 428 | 2/24/1997 | SI Sale | | |
| MAILES, CHAD E., MR/MRS | 602 / 29 | 4/04/1996 | LI Land | $25000 | |
| * | 193 / 362 | 1/27/1981 | | $12500 | |
| XRF Cross ref-see | 614300000094 | | XRF | | |

| Code Type | Units | A/V | SqFt | Imp Dat |
|---|---|---|---|---|
| CL City Lots | 1.00 | 900 | 5000 | |
| CI City Improvement | 1.00 | 500 | | 1996 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,400 | 0 | 1,400 |

EXHIBIT
tabbies
65

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0066 4/04/07 Page 1 AP

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 16 SQ. 3 HILAN SUB.
MEAS. 40 X 80 = 3200

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| SWEET, JEANNIE | 719 / 518 | 6/18/2002 | A Adjud | $176 | |
| BEAL, JAMES | 501 / 631 | 7/01/1991 | TD Tax D | | |
| * | 58 / 171 | 0/00/0000 | | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 436 | 3200 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 436 | 0 | 436 |

EXHIBIT
tabbies
66

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0073 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 93, SUZANNE PARK SUB.
MEAS. 50' X 100' = 5,000

Location
1641 ROBERT

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| DAGUIMOL, MARIANO E., M | 738 / 498 | 6/23/2003 | A Adjud | | |
| * | 193 / 470 | 1/30/1981 | | $17000 | |
| XRF Cross ref-see | 614300000093 | | XRF | | |

| Code | Type | Units | A/V | SqFt |
|---|---|---|---|---|
| CL | City Lots | 1.00 | 900 | 5000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 900 | 0 | 900 |

EXHIBIT
tabbies
67

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 125 Courthouse
Chalmette, La. 70043

E 000 000 00071 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 71 HIGHLAND VILLA EXT 4 59 X 90 = 5310

Location

2601 ELIZABETH CT.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| WILLIAMS, JOHN H., MR/M | 759 / 479 | 6/22/2004 | TD Tax D | $306 | |
| #117 494 | 116 / 368 | 1/22/1973 | | $18200 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 1,062 | 5310 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,062 | 0 | 1,062 |

EXHIBIT
tabbies
68

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 46 DANIEL PK.SUB 68X108=7344

Location

2708 DANIEL
2710 DANIEL

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| PENDERGRAFT, RITA ERNY | 759 / 477 | 6/22/2004 | TD Tax D | $226 | |
| PENDER-CRAFT CONST. CO, | 592 / 239 | 10/09/1995 | PS Prope | | |
| * | 241 / 757 | 4/17/1984 | | $15500 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 300 | 7344 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 300 | 0 | 300 |

EXHIBIT
tabbies
69

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 [illegible] 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 89-A SQ.4 CAROLYN PARK SUB. MEAS. 1'FRONT ON PERRIN, WIDTH IN REAR 2.93' DEPTH OF 116'

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| WELLMEYER, ROELING | 781 / 436 | 8/21/2005 | A Adjud | $205 | |
| * | 386 / 131 | 6/26/1987 | | $70 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 116 | 232 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 116 | 0 | 116 |

EXHIBIT
tabbies
70

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0079 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 22-A SUZANNE PARK ADDN.
MEAS. 50'X141'

Location
1708 ROBERT

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| WALLACE, LOVONE, MR/MRS | 781 / 442 | 6/21/2005 | A Adjud | $323 | |
| * | 195 / 788 | 4/27/1981 | | $24729 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 987 | 7050 |
| CI City Improvement | 1.00 | 200 | 900 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,187 | 0 | 1,187 |

EXHIBIT
tabbies
71

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0080 4/04/07 Page 1 AP

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 4 OF SUB OF FARMLOT 8 & 1 LOT.MEAS. 25' FRONT ON GUERRA RD
DEPTH 92' PT OF LOT 64 ADJ LOT 4 SEBASTAPOL PLN

Location

1948 SEBASTOPOL

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| JONES, ISAAC | 781 / 772 | 6/27/2005 | A Adjud | $521 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 582 | 2300 |
| CI City Improvement | 1.00 | 2,411 | 1850 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 2,993 | 0 | 2,993 |

EXHIBIT
tabbies
72

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0081 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ DR.
CHALMETTE, LA 70043

LOT 1-B, PTN. OF ST. MARY PLANTATION SITUATED ON LEFT DES. BANK OF BTAB. LOT 1-B MEAS. 128' FRT. ON BAYOU RD. (BTAB) X 128' WIDTH IN REAR X OPP. DEP. OF 118' CONT. 21,947 SQ. FT.

Location

3301 BAYOU RD.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| J & B EMMONS, L.L.C. | 781 / 445 | 6/21/2005 | A Adjud | $1198 | |
| JABER, ABE A., MR/MRS | 737 / 499 | 6/04/2003 | LI Land | $76000 | |
| CALLAIS, GARY J. MR/MRS | 610 / 450 | 8/06/1996 | L Land | $65000 | |
| RESUB. (LOT 1) | 608 / 217 | 6/28/1996 | | | |
| * | 355 / 37 | 0/00/0000 | | | |
| * | 349 / 174 | 0/00/0000 | | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 3,000 | 21947 |
| CI City Improvement | 1.00 | 6,150 | |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 9,150 | 0 | 9,150 |

EXHIBIT
tabbies
73

Marlene M. Vinsanau
Clerk St. Bernard Parish
... Courthouse
Chalmette, La. 70043

E 000 000 0 0082 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 206, HIGHLAND VILLA EXT. 5, MEAS. 59.26' FRT. ON JAMIE'S CT., SAME WIDTH IN REAR BY A DEPTH OF 95.32

| Vendors | C O B | Date | Sale Type | | Price | Succession |
|---|---|---|---|---|---|---|
| JONES TYRONE M. MR/MRS | 781 / 433 | 6/21/2005 | A | Adjud | $317 | |
| DEROSE, THOMAS A. JR., | 614 / 520 | 10/01/1996 | L | Land | $4500 | |
| * | 240 / 660 | 3/28/1984 | | | $18000 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 1,140 | 5700 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,140 | 0 | 1,140 |

EXHIBIT
tabbies
74

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0083 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 5A, DANIEL PARK SUB., MEAS. 25' X 100' = 2,500

Location
3307 STACIE

| Vendors | C O B | Date | Sale Type | | Price | Succession |
|---|---|---|---|---|---|---|
| COLONIAL TRACER CO., IN | 781 / 415 | 6/21/2005 | A | Adjud | $485 | |
| DOUBLET, LYLE | 756 / 519 | 4/26/2004 | BD | Bond | $26666 | |
| H.U.D. | 600 / 279 | 3/07/1996 | LI | Land | $7200 | |
| ANCHOR MORTGAGE SERVICE | 592 / 573 | 10/23/1995 | LI | Land | $36012 | |
| LIUZZA, RHONDA F. | 591 / 458 | 9/22/1995 | SS | Sherr | $5000 | |
| * | 202 / 135 | 9/14/1981 | | | $41300 | |

| Code | Type | Units | A/V | SqFt |
|---|---|---|---|---|
| CL | City Lots | 1.00 | 150 | 2500 |
| CI | City Improvement | 1.00 | 2,516 | 1025 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 2,666 | 0 | 2,666 |

EXHIBIT
tabbies
75

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0084 4/04/07 Page 1 AP

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 32A DANIEL PK. SUB 25X100=2500

Location

2831 STACIE

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| DOUBLET, LYLE K. | 781 / 424 | 6/21/2005 | A Adjud | $357 | |
| SYLVE, NETIOKEE HILL | 695 / 628 | 5/08/2001 | LI Land | $4000 | |
| H.U.D. | 526 / 441 | 10/30/1992 | LI Land | $15000 | |
| PRENDERGAST, MARK | 520 / 442 | 7/06/1992 | DA Datio | $38000 | |
| * | 196 / 771 | 5/21/1981 | | $39300 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 150 | 2500 |
| CI City Improvement | 1.00 | 1,350 | 918 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,500 | 0 | 1,500 |

EXHIBIT
tabbles
76

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 32-B, DANIEL PARK SUB. MEAS. 25 X 100= 2500

Location

2829 STACIE

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| COLONIAL TRACER CO., IN | 781 / 427 | 6/21/2005 | A Adjud | $485 | |
| DOUBLET, LYLE | 756 / 519 | 4/26/2004 | BD Bond | $26666 | |
| N.O. REVIVAL CTR. PENT. | 607 / 489 | 6/20/1996 | LI Land | $8500 | |
| H.U.D. | 600 / 436 | 3/11/1996 | LI Land | $8000 | |
| JACKSON, JOSEPH | 502 / 486 | 7/12/1991 | SA Assum | $36658 | |
| VITA, THOMAS | 196 / 769 | 5/21/1981 | | $39300 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 150 | 2500 |
| CI City Improvement | 1.00 | 2,516 | 918 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 2,666 | 0 | 2,666 |

EXHIBIT
tabbles
77

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 115 Courthouse
Chalmette, La. 70043

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 5 SQ.3 N.BORGNEMOUTH 30X150=4500

Location

2210 PACKENHAM

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| GARCIA, LOUIS L. SR. MR | 781 / 412 | 6/21/2005 | A Adjud | $401 | |
| * | 389 / 249 | 7/20/1987 | | $500 | |

| Code Type | Units | A/V | SqFt | Property ID |
|---|---|---|---|---|
| CL City Lots | 1.00 | 900 | 4500 | |
| CI City Improvement | 1.00 | 1,000 | 400 | TRAILER |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,900 | 0 | 1,900 |

EXHIBIT
tabbies
78

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0087 4/04/07 Page 1 AP

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 13 SQ.2 SO. BORGNEMOUTH 30 X 120

Location

6424 FIRST

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| ACOSTA, ANTHONY MR/MRS | 781 / 775 | 6/27/2005 | A Adjud | $283 | |
| * | 90 / 252 | 2/01/1965 | | $1000 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 720 | 3600 |
| CI City Improvement | 1.00 | 100 | 660 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 820 | 0 | 820 |

EXHIBIT
79

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0[illegible] [illegible] Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 133 DANIEL PK. SUB 50X100=5000

Location

3000 STACIE
3002 STACIE

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| BERNARD, JENNIFER LYNN | 781 / 421 | 6/21/2005 | A Adjud | $439 | |
| OAK TREE SAVINGS | 530 / 62 | 1/04/1993 | LI Land | $27000 | |
| * | 530 / 57 | 1/04/1993 | | | |
| * | 461 / 318 | 4/13/1989 | SS Sherr | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 300 | 5000 |
| CI City Improvement | 1.00 | 1,950 | 1725 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 2,250 | 0 | 2,250 |

EXHIBIT
tabbies
80

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2056 4/04/07 Page 1 AP

ST.B.P. GOVERNMENT
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOTS, 1,2,3,4,5 SQ. 398; VERS. SUB. ADJOIN EACH OTHER AND MEAS. AS FOLLOWS: EACH MEAS. 32' X 124' IN DEPTH. LOT 5 MEAS. 31' BY 132' IN DEPTH.

| Vendors | C O B | Date | Sale Type | | Price | Succession |
|---|---|---|---|---|---|---|
| CFPI, INC. | 606 / 303 | 6/03/1996 | L | Land | $60000 | |
| BECKLER, THERESA ANN | 606 / 301 | 6/03/1996 | L | Land | $57500 | |
| INGRAM, LIONEL R., JR. | 605 / 164 | 5/07/1996 | L | Land | | |
| INGRAM, LIONEL R., JR. | 592 / 559 | 10/20/1995 | R | Redem | $173 | |
| INGRAM, LIONEL R., JR. | 586 / 462 | 6/22/1996 | TD | Tax D | $85 | |
| * | 424 / 51 | 5/12/1988 | | | | 36-2822 |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 5.00 | 6,000 | 19964 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 6,000 | 0 | 6,000 |

EXHIBIT 81

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0230517 4/04/07 Page 1 AP

ST.B.P. GOVERNMENT
8201 W. JUDGE PEREZ DR.
CHALMETTE, LA 70043

****************************
LIBRARY (FUTURE)

1) LOT 25-F-3 BEING A PART OF ORIG. LOT 25 OF CORINNE & MYRTLE GROVE PLANT. MEAS. 419' FRT ON E. JUDGE PEREZ X DEPTH OF 836' X OPP. DEPTH OF 646' ON JUDY DR. CONTAINS 6.58 ACRES. FORMS CORNER OF E. JUDGE PEREZ & JUDY DR.
2) LOT 80-A SQ. D CINDY PARK SUB. MEAS. 70.5' BARTOLO X 71'

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| FISHER, HARRY M., ETALS | 708 / 373 | 12/04/2002 | L Land | $1074821 | |
| RUSUB | 701 / 207 | 8/07/2001 | | | |
| FISHER, HARRY M. | 574 / 495 | 11/08/1994 | LI Land | $950000 | |
| FISHER, EMILIE MERAUX | 573 / 249 | 10/14/1994 | SU Succ | | 21791 |
| * | 97 / 60 | 12/20/1966 | | | |

| Code Type | Units | A/V |
|---|---|---|
| SL Suburban Land | 7.00 | 107,500 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 107,500 | 0 | 107,500 |

tabbies EXHIBIT 82

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

ST.B.P. GOVERNMENT
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

******************************
DUMP

SQ. 363 LOTS 5,6,7,8,9,10,24,25,26
SQ. 364 LOTS 5,6,7,8,9,10,19,24,25,26
SQ. 365 LOTS 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20
21,22,23,24,25,26
SQ. 389 LOTS 23,24,25,26
SQ. 391 LOTS 18,19,20,21,22,23,26
SQ. 392 LOTS 1,2,3,6,7,11,12,13,17,18,19,22,23
SQ. 393 LOTS 16,17,18,19,20,21,22,23,24,25,26
SQ. 394 LOTS 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20
21,22,23,24,25,26
SQ. 395 LOTS 11,12,19,20,21,22,23,24,25
SQ. 396 LOTS 10,11,12,13,14
SQ. 397 LOTS 9,10,11,14,15,16,17,18
SQ. 398 LOTS 6,7,11,16,17,18,19,20,21,22,23,24,25,26
SQ. 534 LOTS 7,8,9,10 & PARTIAL LOTS 6,11,12 & 13
SQ. 535 LOTS 1,2,3,4,5,6,7,8,9,10,11,12,24,25,26 & PARTIAL LOTS
13,15,16,17,18,19,20,21,22,23
SQ. 536 LOTS 1,2,3,4,5,6,7,9,10 & 26
SQ. 542 LOTS 1,2,3,4,7,16,17,18,19,19,20,21,22,23,24,25,26
SQ. 543 LOTS 1,2,3,4,5,6,7,8,11,12,13,14,22,23,24,25
SQ. 544 LOTS 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,21,
22,23,24,25,26
SQ. 545 LOTS 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,
24,25,26 & PARTIAL 21,22,23
SQ. 546 LOTS 3,4,5,6,7 PARTIAL LOTS 1,2
SQ. 547 LOTS 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,
18,19,20,21,22,23,24,25,26
SQ. 548 LOTS 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,
21,22,23,24,25,26
SQ. 549 LOTS 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,
21,22,23,24,25,26
SQ. 550 LOTS 1,2,3,4,5,8,9,10,11,12,13,16,17,18,19,20,21,22,
23,24,25,26
SQ. 551 LOTS 2,3,4,5,22,23,24,25,26
AND: 24.43 ACRES OF UNSUBDIVIDED PROPERTY LOCATED IN TS12SR12E
SECTION 47 IMMEDIATELY WEST OF & BORDERING SQS. 548,547,394,393,
362, "PLACE BOILEAU" AND 332

EXHIBIT
tabbies
83
page 1 of 2

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| MC FARLAND, UNA GAIDRY | 657 / 304 | 1/10/1999 | QC Quit | | |
| MC FARLAND, UNA GAIDRY | 657 / 300 | 2/10/1999 | L Land | $27600 | |
| MC FARLAND, UNA GAIDRY | 641 / 89 | 3/09/1998 | QC Quit | $24200 | |

* CONTINUED *

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2059 4/04/07 Page 2 AP
ST.B.P. GOVERNMENT * CONTINUED *

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| MC FARLAND, UNA GAIDRY | 641 / 85 | 3/09/1998 | L Land | $50800 | |
| MC FARLAND, UNA GAIDRY | 606 / 297 | 6/03/1996 | QC Quit | $58600 | |
| MC FARLAND, UNA GAIDRY | 606 / 293 | 6/03/1996 | L Land | $182900 | |
| * | 83 / 484 | 1/07/1963 | | | |

| Code Type | Units | A/V |
|---|---|---|
| SL Suburban Land | 22.00 | 26,910 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 26,910 | 0 | 26,910 |

EXHIBIT
83
page 2 of 2

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2060 4/04/07 Page 1 AP
ST.B.P. GOVERNMENT
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

JAIL COMPLEX
DELARONDE RUINS
PACKENHAM OAKS

5.67 ACRES IRREGULAR SHAPED PARCEL BDD. ON E. SIDE BY PARIS RD., N. BY LA. SOU. R.R., S. & W. BY TENNECO (PACKENHAM OAKS) & N.O. TERM. R/W IN SEC. 6 TS13SR12E

Location

1900 PARIS RD.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 492 / 155 | 0/00/0000 | | | |
| * | 481 / 165 | 0/00/0000 | | | |
| * | 473 / 511 | 0/00/0000 | | | |
| * | 349 / 287 | 9/26/1986 | | | |

| Code Type | Units | A/V |
|---|---|---|
| IL Industrial Land | 6.00 | 17,035 |
| RI Rural Improvements | 1.00 | 836,850 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 853,885 | 0 | 853,885 |

EXHIBIT
84

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2061 4/04/07 Page 1 AP

ST.B.P. GOVERNMENT
3201 W. JUDGE PEREZ
CHALMETTE, LA 70043

*********************
ANIMAL CONTROL

SQ. 272 VERSAILLES SUB.
MEAS. 338' FRT. ON PARIS RD. X DEPTH OF 260' ON INDUSTRY X WIDTH
IN REAR & SECOND FRT. ON MONTESQUIEU X OPP. DEPTH ON AGRICULTURE
OF 260'.

Location
115 AGRICULTURE

| Vendors | C O B | Date | Sale Type | | Price | Succession |
|---|---|---|---|---|---|---|
| J & A MERAUX, INC. | 696 / 199 | 5/17/2001 | L | Land | $309312 | |
| MERAUX & NUNEZ | 691 / 302 | 2/16/2001 | | | | |
| * | 245 / 123 | 0/00/0000 | | | | |
| * | 34 / 486 | 0/00/0000 | | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| SL | Suburban Land | 2.00 | 30,931 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 30,931 | 0 | 30,931 |

EXHIBIT
tabbies
85

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

: 000 000 0 2062
ST.B.P. GOVERNMENT
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

**************
ISLENOS MUSEUM
MEETING HALL

TRACT LAND MEAS. 3/4 ARPT. FR. LEFT SIDE STAB DEPTH 20 ARPT
DESIGNATED AS LOT D-1 & E-1
LOT D-1 MEAS. 145.69' LEFT DESC. SIDE BTAB X DEPTH 469.82' WIDTH IN
REAR 240.79', OPP. DEPTH 303', THENCE W. 95.99',THENCE SECOND DEPTH OF
150' CONTAINING 1.9 ACRES.
LOT E-1 COMMENCES 469' FROM LEFT DESC. SIDE BTAB & MEAS. 240' X 1347'
CONT. 7.5 ACRES.

Location 1357 BAYOU RD.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| BENGE, DOROTHY, ETALS | 637 / 28 | 12/10/1997 | L Land | | |
| O'TOOLE, MARIE L. MOLER | 634 / 228 | 10/21/1997 | SU Succ | | 481562 |
| * | 185 / 31 | 5/28/1980 | | | |

| Code Type | Units | A/V | SqFt | Imp Dat |
|---|---|---|---|---|
| SL Suburban Land | 13.00 | 2,600 | | |
| RI Rural Improvements | 1.00 | 13,000 | 2736 | 2001 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 15,600 | 0 | 15,600 |

EXHIBIT
96

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

ST.B.P. GOVERNMENT
8300 W. JUDGE PEREZ DR.
CHALMETTE, LA 70043

DOVE PARK CHURCH

LOT 86 DANIEL PK. SUB. 50 X 100

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| BETHEL ASSEMBLY OF GOD, | 643 / 95 | 4/16/1998 | DN Donat | | |
| WIGGINTON, MICHAEL, MR | 566 / 339 | 7/08/1994 | L Land | $17000 | |
| * | 165 / 155 | 12/29/1978 | | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 1,700 | 5000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,700 | 0 | 1,700 |

EXHIBIT
tabbies
87

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

: 000 000 0 2064 4/04/07 Page 1 AP
ST.B.P. GOVERNMENT
8300 W. JUDGE PEREZ
CHALMETTE, LA 70043

*******************
MESSA BUILDING

Location 1357 BAYOU RD.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| LOS ISLENOS HERT. & CUL | 663 / 78 | 6/22/1999 | DN Donat | | |
| BONOMO, JOANN MESSA | 646 / 126 | 6/11/1998 | DN Donat | $25000 | |
| * | 555 / 419 | 2/08/1994 | P Parti | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| RI | Rural Improvements | 1.00 | 2,500 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 2,500 | 0 | 2,500 |

EXHIBIT
tabbies
88

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2065 4/04/07 Page 1 AP
ST.B.P. GOVERNMENT
8300 W. JUDGE PEREZ
CHALMETTE, LA 70043

*****************
ESTOPINAL-SALLES HOUSE

Location
1357 BAYOU RD.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| LOS ISLENOS HERT. & CUL | 663 / 78 | 6/22/1999 | DN Donat | | |
| SALLES, MICHAEL, MR. & | 646 / 123 | 6/11/1998 | DN Donat | $35000 | |
| * | 596 / 451 | 1/03/1996 | | | |
| RESUB | 595 / 257 | 11/30/1995 | | | |
| * | 250 / 532 | 1/01/1984 | | | |

| Code Type | Units | A/V |
|---|---|---|
| RI Rural Improvements | 1.00 | 3,500 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 3,500 | 0 | 3,500 |

EXHIBIT
tabbles
89

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

: 000 000 0 2066
ST.B.P. GOVERNMENT
3201 W. JUDGE PEREZ DR.
CHALMETTE, LA 70043

TRACT OF LAND SITUATED IN OLIVIER PLANT. DES. AS LOT C AND MEAS.
AS FOLLOWS: 60 FT. FRT. ON BAYOU RD. BY DEP. OF 402 AND OPP
DEP. OF 355 FT. AND A WID. IN REAR OF 128 FT. CONT. 33451 SQ. FT.
CONTAINS 7 ACRES.

| Vendors | C O B | Date | Sale Type | | Price | Succession |
|---|---|---|---|---|---|---|
| LEON, RUTH ROBINSON ETA | 592 / 562 | 10/20/1995 | L | Land | $31800 | |
| RESUB. | 563 / 594 | 5/24/1994 | | | | |
| LEON, RUTH (ETALS) | 514 / 289 | 3/16/1992 | | | | |
| COX, MRS. | 503 / 369 | 7/31/1991 | | | $28953 | |
| * | 496 / 267 | 3/18/1991 | C | Corre | | |
| * | 496 / 267 | 3/18/1991 | C | Corre | | |
| DAVIS, JOSEPH | 496 / 142 | 3/11/1991 | SS | Sherr | | |
| FRANKLIN, N. | 496 / 140 | 3/11/1991 | SS | Sherr | | |
| RESUB. | 494 / 296 | 1/25/1991 | | | | |
| * | 366 / 204 | 0/00/0000 | | | | |
| * | 163 / 263 | 0/00/0000 | | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| SL | Suburban Land | 1.00 | 3,180 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 3,180 | 0 | 3,180 |

EXHIBIT 90

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, ...

E 000 000 0 2067 4/04/07  AP

ST.B.P. GOVERNMENT
8201 W. JUDGE PEREZ DR.
CHALMETTE, LA 70043

TWEETY BIRD PARK

LOT 'D' BEING PT. OF LOTS 3,4,5 REUNION PLANT. TS13SR13E
THE WHOLE OF LOT 'D' CONTAINS 24 ACRES WITH JUDGE PEREZ GOING RIGHT THROUGH IT. THE LARGER PT. OF LOT 'D' IS ON SIDE OF JUDGE PEREZ WHICH ADJOINS REAR RIVERBEND SUB. IT MEAS. APPROX. 1037' ON JUDGE PEREZ X 695' DEEP; 825' WIDTH IN REAR ALONG DRAINAGE DITCH & REAR END RIVERBEND SUB. THE LARGER PT. LOT 'D' CONTAINS 18.9 ACRES
THE SMALLER PT. OF LOT 'D' IS ON LOWER SIDE JUDGE PEREZ & CONTAINS 4.9 ACRES AND MEAS. 746' ALONG JUDGE PEREZ. IT IS TRIANGULAR SHAPED BEING 478' DEEP & 872' WIDTH IN REAR.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| SIZELER, A. LOUIS, MR. | 651 / 53 | 9/04/1998 | | | |
| SIZELER, A. LOUIS MR. & | 552 / 368 | 12/16/1993 | DN Donat | $200000 | |
| * | 74 / 251 | 9/02/1969 | | $50000 | |

| Code Type | Units | A/V |
|---|---|---|
| SL Suburban Land | 24.00 | 20,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 20,000 | 0 | 20,000 |

EXHIBIT
91

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2068 4/04/07 Page 1 AP

ST.B.P. GOVERNMENT
8201 W. JUDGE PEREZ DR.
CHALMETTE, LA 70043

LOT 313, KARE SUE EXT. #2
- MEAS. 103' ON MAGISTRATE X 44.53' ON PALMISANO X 114.64' TO PT.
BEGIN. TRIANGULAR SHAPED LOT = 2,306 SQ. FT.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| FRED J. SIGUR & SONS, I | 596 / 371 | 12/29/1995 | DN Donat | $14500 | |
| FINAL APPROVAL | 574 / 88 | 10/28/1994 | | | |
| FRED SIGUR & SONS, INC. | 573 / 380 | 10/19/1994 | L Land | $39000 | |
| SIGUR, FRED | 554 / 72 | 1/13/1994 | L Land | $818000 | |
| GORE, KAREN | 530 / 109 | 1/04/1993 | L Land | $51000 | |
| * | 120 / 325 | 11/27/1973 | | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 1,450 | 2306 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,450 | 0 | 1,450 |

EXHIBIT
tabbies
92

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2069 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

*******************
FIRE STATION

LOT 13 & 20 OF LOT 14 SQ. 3 ALLUVIAL CITY

Location
2424 FLORISSANT

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 76 / 498 | 8/25/1960 | | $3000 | |

| Code Type | Units | A/V | Imp Dat |
|---|---|---|---|
| CL City Lots | 1.00 | 200 | |
| CI City Improvement | 1.00 | 1,800 | 1996 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 2,000 | 0 | 2,000 |

EXHIBIT
tabbies
93

Marlene M. Vinsonau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2070 4/04/07 Page 1 AP
ST.B.P. GOVERNMENT
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

****************************
WATER TOWER

LOT WT-1 FLORISSANT PLANT.
MEAS. 55' FRT. ON LA HWY. #46 X DEPTH OF 606' X WIDTH IN REAR OF 250' X DEPTH OF 250' X WIDTH OF 190' X DEPTH OF 344' CONT.
83,548 SQ. FT.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| ACOSTA, JAMES J., JR., | 712 / 432 | 2/22/2002 | LI Land | $35000 | |
| RESUB | 695 / 499 | 5/04/2001 | | | |
| ACOSTA, JAMES J., SR. | 603 / 494 | 0/00/0000 | SU Succ | | 76-516 |
| LICATA, VINCENT | 523 / 416 | 9/08/1992 | L Land | $27000 | |
| * | 115 / 471 | 11/02/1972 | | $13500 | |

| Code | Type | Units | A/V |
|---|---|---|---|
| SL | Suburban Land | 2.00 | 3,500 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 3,500 | 0 | 3,500 |

EXHIBIT
tabbies
94

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2071 4/04/07 Page 1 AP

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

COUNCIL OF AGING

BLOCK Y, ST.CLAUDE HGTS.SUB.,320'ON CENTER, SAME WIDTH & DEPON KARL

Location
1818 CENTER

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 82 / 282 | 7/23/1962 | | | |

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 1.00 | 2,000 |
| CI City Improvement | 1.00 | 2,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 4,000 | 0 | 4,000 |

EXHIBIT
tabbies
95

Arlene M. Vinsanau
Assessor St. Bernar
Room 105 Courtho
Chalmette, La. 70...

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

BUCCANEER VILLA PLAYGROUND

4 AC.LAND, BUCC.VILLA NO.,WITHIN SQ.9 & 19, INC.LOTS 619-626;639;644;
631; AND BETWEEN 653 (PLAYGROUND)
LOTS 627,628 SQ. 9; LOTS 629,630,654,655,PARCEL X SQ. 19 BVNSUB.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 114 / 154 | 7/03/1972 | | $77570 | |
| COM Comment | ALSO COB 115/603 | | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| SL | Suburban Land | 4.00 | 8,112 |
| CL | City Lots | 7.00 | 2,400 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 10,512 | 0 | 10,512 |

EXHIBIT
tabbies
96

Marie M. Vinsanau
Assessor St. Bernard Pa.
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2074 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

MOSQUITO CONTROL BLDG.

TS13S R12E, SEC.5, LACOSTE PLANT., MEAS.120' FR. X 540.58'

Location

2004 PALMISANO

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 74 / 237 | 8/28/1959 | | $2766 | |
| * | 51 / 510 | 0/00/0000 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 2.00 | 1,040 |
| CI | City Improvement | 1.00 | 4,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 5,040 | 0 | 5,040 |

EXHIBIT
tabbles
97

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2075 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

******************
WATER TOWER

LOTS 1, 2 & 3 SQ.21 ALLUVIAL CITY

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 76 / 535 | 8/29/1960 | | $2400 | |

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 3.00 | 312 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 312 | 0 | 312 |

EXHIBIT
tabbies
98

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2076 4/04/07 Page 1 AP

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

FIRE STATION

LOT 369A SQ.20 CAROLYN PARK EXT.2 MEAS.75'FR.ON CLAIBORNEX 87'

Location

7639 W. JUDGE PEREZ

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 1.00 | 520 |
| CI City Improvement | 1.00 | 1,060 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,580 | 0 | 1,580 |

EXHIBIT
99

Marlene M. Vinsonau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2077 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

PORT. 25' (STRIP EXTENDS FROM ST.BERN.HWY. TO LATERAL CANAL #1)

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 78 / 1 | 2/23/1961 | | | |

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 1.00 | 416 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 416 | 0 | 416 |

EXHIBIT
tabbies
100

Lena M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2078 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

1) MAJOR PTN. OLD SQ. 296 VERS.SUB. & NORTHERLY HALF OF FORMER AGRIG. ST. ADJ. OLD SQ. 296. MEAS. 309.52' X 24.51' X 261' X 302.27' X 298' COMM. AT THE INTER. OF THE W. LINE OF PARIS RD. & THE SE COR. OF OLD SQ. 295 & ACROSS FORMER MONTESQUIEU ST. TO THE SE COR.OLD.SQ296.
2) PTN. GRD.FORMS WHOLE OF OLD SQ. 271 & ONE HALF OF FORMER AGRIG.ST ADJ. OLD SQ. 271 ON THE N. SIDE. COMM. AT THE INTER. OF THE W. LINE OF PARIS RD. & THE SE CORNER OF OLD SQ. 295 MEAS. 309.52' X 24.51' X 300' X 362.88' X 300

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 94 / 625 | 0/00/0000 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 1.00 | 1,040 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,040 | 0 | 1,040 |

EXHIBIT
tabbies
101

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

******************
FIRE STATION

TRACT Z-1-B CYPRESS GARDEN SUB.#2

Location
4119 E. JUDGE PEREZ

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 123 / 229 | 8/09/1974 | | $33422 | |

| Code | Type | Units | A/V |
|---|---|---|---|
| SL | Suburban Land | 1.00 | 2,163 |
| CI | City Improvement | 1.00 | 1,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 3,163 | 0 | 3,163 |

EXHIBIT
tabbles
102

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2080 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOTS 110,111,112,113,114,115 LA PETITE MANOR SUB

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 102 / 275 | 0/00/0000 | | | |

COM Comment PLAYGROUND - CORNER MARIETTA & JOSEPHINE

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 6.00 | 6,240 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 6,240 | 0 | 6,240 |

EXHIBIT
tabbies
103

Marlene A. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

90933

| | |
|---|---|
| ACT OF DEPOSIT AND DEDICATION OF PLAYGROUND | UNITED STATES OF AMERICA |
| | STATE OF LOUISIANA |
| BY: SECURITY HOMES, INC. | PARISH OF ORLEANS |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

BE IT KNOWN, that on this 15th day of NOVEMBER, in the year of Our Lord One Thousand Nine Hundred and Sixty-Eight, and of the Independence of the United States of America, the One Hundred Ninety-Third;

BEFORE ME, Sidney F. Rothschild, a Notary Public, duly commissioned and qualified, in and for the Parish of Orleans, State of Louisiana, therein residing, and in the presence of the witnesses hereinafter named and undersigned:

PERSONALLY CAME AND APPEARED:

SECURITY HOMES, INC., a corporation organized and existing under the laws of the State of Louisiana, herein appearing by and through its President, Louis Guareasko, duly authorized to act herein;

who exhibited to me, Notary, four certain instruments as hereinafter described:

(1) A resolution of the Police Jury of the Parish of St. Bernard, dated September 10, 1968, authorizing final approval of a portion of La Petite Manors Subdivision.

(2) A plan of subdivision of Eugene I. Estopinal, C.E., originally dated June 20, 1964, revised July 28, 1966, revised May 20, 1968 and revised September 10, 1968, being a plan of La Petite Manors Subdivision.

(3) An ordinance of the St. Bernard Parish Police Jury dated September 10, 1968 revoking the dedication of Lots 12, 13, 14 and 15 and Lots 11 and 16 of La Petite Manors Subdivision as a playground area.

(4) An ordinance of the St. Bernard Parish Police Jury dated September 10, 1968 approving the proposed dedication of Lots 110, 111, 112 and 113 of La Petite Manors Subdivision as a playground area and the option to purchase Lots 114 and 115 of La Petite Manors Subdivision for a playground area.

EXHIBIT 103A page 1 of 8

And the said appearer requested me, Notary, to deposit the said instruments as part of a notarial act to be filed in the conveyance records of the

Recorded in C. O. B. 102 Folio 275
Parish of St. Bernard on the 19 day
of November 19 68
[signature]
Clerk of Court and Recorder
Filed Same Day

90209

Police Jury

# St. Bernard Parish

St. Bernard Courthouse Annex
CHALMETTE, LOUISIANA

OFFICERS:

Valentine Riess, President
Joseph V. Papania, Vice-President
Raymond M. McDougall, Secretary-Treasurer

MEMBERS:

Henry C. Schindler, Jr., First Ward, 946 Mehle Avenue, Arabi
Roy H. Gonzales, Second Ward, 117 Norton Avenue, Arabi
Joseph V. Papania, Second Ward, 7000 Royal Street, Arabi
Peter Perniciaro, Second Ward, 56 Carolyn Court, Arabi
John A. Metzler, Third Ward, 2800 Ivy Place, Chalmette
Louis P. Munster, Third Ward, 2116 Paris Road, Chalmette
Valentine Riess, Third Ward, 2430 Paris Road, Chalmette
Claude S. Mumphrey, Fourth Ward, 2012 Mumphrey Road, Chalmette
Celestine Melerine, Fifth Ward, Route 1, Box 219 N, Meraux
Edward L. Jeanfreau, Sixth Ward, Box 278, St. Bernard P. O.
Mrs. Blanche Molero, Seventh Ward, Box 626, St. Bernard P. O.

271-0421

EXTRACT OF THE OFFICIAL PROCEEDINGS OF THE POLICE JURY OF THE PARISH OF ST. BERNARD, STATE OF LOUISIANA, TAKEN AT THE REGULAR MEETING HELD IN THE POLICE JURY ROOM OF THE COURTHOUSE ANNEX, AT CHALMETTE, LOUISIANA, ON TUESDAY, SEPTEMBER 10, 1968, AT ELEVEN (11:00) O'CLOCK A. M.

Upon recommendation by the Parish Engineer, Mr. Thomas F. Reed, and on motion of Mr. Munster, seconded by Mr. Cusimano, and unanimously carried, the following resolution was adopted:

## R E S O L U T I O N

BE IT RESOLVED, that the St. Bernard Parish Police Jury, the governing authority of the Parish of St. Bernard, State of Louisiana, does hereby give the FINAL ACCEPTANCE of LaPETITE MANORS SUBDIVISION, Marietta Street from Ellen Drive to the Drainage Canal, St. Bernard Parish, Louisiana.

BE IT FURTHER RESOLVED, that the St. Bernard Parish Police Jury hereby accepts for the Parish of St. Bernard, perpetual maintenance of LaPETITE MANORS SUBDIVISION, Marietta Street from Ellen Drive to the Drainage Canal, St. Bernard Parish, Louisiana.

Owner of the above is Louis Quereako, Security Lumber Company.

This resolution having been submitted to a vote, the vote thereon resulted as follows:

YEAS: Messrs. Perniciaro, Gonzales, Metzler, Munster, Cusimano, Melerine, Bergeron and Molero.

NAYS: None

ABSENT: Messrs. Schindler and Mumphrey.

And the resolution was declared adopted on the 10th day of September, 1968.

R. M. MC DOUGALL
SECRETARY-TREASURER
ST. BERNARD PARISH
POLICE JURY

[illegible]
PRESIDENT
ST. BERNARD PARISH
POLICE JURY

## C E R T I F I C A T E

I CERTIFY THAT the above is a true and correct copy of a resolution adopted by the St. Bernard Parish Police Jury, at the Regular Meeting held at Chalmette, Louisiana, in the Police Jury Room of the Courthouse Annex, on the 10th day of September, 1968.

Witness my hand and the seal of the St. Bernard Parish Police Jury this 12th day of September, 1968.

R. M. MC DOUGALL
SECRETARY-TREASURER

"NE VARIETUR"
In conformity with an Act of passed before me this day. New Orleans, La. NOV ... 1968
Notary Public

EXHIBIT 163A
page 2 of 8

Police Jury

# St. Bernard Parish

St. Bernard Courthouse Annex
CHALMETTE, LOUISIANA

271-0421

OFFICERS:

Joseph V. Papania, President
Henry C. Schindler, Jr., Vice-President
Valentine Riess, Parish Manager
Raymond M. McDougall, Secretary-Treasurer

MEMBERS:

Henry C. Schindler, Jr., First Ward, 946 Mehle Avenue, Arabi
Roy H. Gonzales, Second Ward, 117 Norton Avenue, Arabi
Joseph V. Papania, Second Ward, 7000 Royal Street, Arabi
Peter Perniciaro, Second Ward, 56 Carolyn Court, Arabi
Nunzio S. Cusimano, Third Ward, 2005 Marietta St., Chalmette
John A. Metzler, Third Ward, 2800 Ivy Place, Chalmette
Louis P. Munster, Third Ward, 2116 Paris Road, Chalmette
Claude S. Mumphrey, Fourth Ward, 2012 Mumphrey Road, Chalmette
Celestine Melerine, Fifth Ward, Route 1, Box 219 N, Meraux
Roland J. Bergeron, Jr., Sixth Ward, Box 38, St. Bernard P. O.
Walter S. Molero, Seventh Ward, Box 626, St. Bernard P. O.

EXTRACT OF THE OFFICIAL PROCEEDINGS OF THE POLICE JURY OF THE PARISH OF ST. BERNARD, STATE OF LOUISIANA, TAKEN AT THE REGULAR MEETING HELD IN THE POLICE JURY ROOM OF THE COURTHOUSE ANNEX, AT CHALMETTE, LOUISIANA, ON TUESDAY, SEPTEMBER 10, 1968 AT ELEVEN (11:00) O'CLOCK A.M.

Upon recommendation of the Parish Engineer, Mr. Thomas P. Reed, and on motion of Mr. Munster, seconded by Mr. Cusimano, and unanimously carried, the following ordinance was adopted:

## ORDINANCE

LA PETITE MANORS - PLAYGROUND ORDINANCE

BE IT ORDAINED, that the St. Bernard Parish Police Jury, the governing authority of the Parish of St. Bernard, State of Louisiana, does hereby give approval to the proposed dedication of a playground area in LA PETITE MANORS SUBDIVISION, being the proposed dedication of Lots 110, 111, 112 and 113 and the additional option to the Police Jury of the Parish of St. Bernard to purchase Lots 114 and 115 of La Petite Manors Subdivision for additional playground area, said purchase option to be effective for two years from the date of Police Jury final approval of that portion of this subdivision wherein said lots are located and to be at a price of the front foot commitment valuation by the Federal Housing Administration at the time of such purchase, said dedication of lots being in accordance with the plan of subdivision by Eugene I. Estopinal, C. E., dated June 20, 1964, revised July 28, 1966.

BE IT FURTHER ORDAINED, that the President of the St. Bernard Parish Police Jury is hereby authorized and empowered to execute and sign any and all documents and acts which may be necessary to effect the foregoing.

Owner of the above property is Security Homes, Inc. represented by Mr. Louis Gureasko, its President.

The above Ordinance having been submitted to a vote, the vote thereon resulted as follows:

YEAS: Messrs: Perniciaro, Gonzales, Metzler, Munster, Cusimano, Melerine, Bergeron and Molero.

NAYS: none

ABSENT: Messrs: Schindler and Mumphrey

And the Ordinance was declared adopted on the 10th day of September, 1968.

R. M. McDougall
R. M. MC DOUGALL
SECRETARY-TREASURER
ST. BERNARD PARISH POLICE JURY

JOSEPH V. PAPANIA
PRESIDENT
ST. BERNARD PARISH POLICE JURY

Recorded in C. O. B. 102 Folio 18
Parish of St. Bernard on the 18 day
of September 1968
Clerk of Court and Recorder
Filed Same Day

EXHIBIT 103A
Box 3 of 8

Police Jury

# St. Bernard Parish

St. Bernard Courthouse Annex
CHALMETTE, LOUISIANA

271-0421

OFFICERS:

Joseph V. Papania
President

Henry C. Schindler, Jr.
Vice-President

Valentine Riess
Parish Manager

Raymond M. McDougall
Secretary-Treasurer

MEMBERS:

Henry C. Schindler, Jr.
First Ward
946 Mehle Avenue,
Arabi

Roy H. Gonzales
Second Ward
117 Norton Avenue,
Arabi

Joseph V. Papania
Second Ward
7000 Royal Street,
Arabi

Peter Perniciaro
Second Ward
56 Carolyn Court,
Arabi

Nunzio S. Cusimano
Third Ward
2005 Marietta St.,
Chalmette

John A. Metzler
Third Ward
2800 Ivy Place,
Chalmette

Louis P. Munster
Third Ward
2116 Paris Road,
Chalmette

Claude S. Mumphrey
Fourth Ward
2012 Mumphrey Road,
Chalmette

Celestine Melerine
Fifth Ward
Route 1, Box 219 N,
Meraux

Roland J. Bergeron, Jr.,
Sixth Ward
Box 38,
St. Bernard P. O.

Walter S. Molero
Seventh Ward
Box 626,
St. Bernard P. O.

PAGE 2

ORDINANCE ADOPTED 9/10/68
LA PETITE MANORS - PLAYGROUND ORDINANCE

CERTIFICATE

I CERTIFY THAT the above is a true and correct copy of an ordinance adopted by the St. Bernard Parish Police Jury at a Regular meeting held at Chalmette, Louisiana, in the Police Jury Room on the 10th day of September, 1968.

Witness my hand and the Seal of the St. Bernard Parish Police Jury this 17th day of September, 1968.

R. M. McDougall

R. M. MC DOUGALL
SECRETARY-TREASURER

In conformity with ... an Act of ... passed before me this ... day ...

Notary Public

EXHIBIT
103A
Page 4 of 8

act # 4007



# Police Jury
# St. Bernard Parish
St. Bernard Courthouse Annex
CHALMETTE, LOUISIANA

OFFICERS:
Valentine Riess, President
Joseph V. Papania, Vice-President
Raymond M. McDougall, Secretary-Treasurer

MEMBERS:
Henry C. Schindler, Jr., First Ward, 946 Mehle Avenue, Arabi
Roy H. Gonzales, Second Ward, 117 Norton Avenue, Arabi
Joseph V. Papania, Second Ward, 7000 Royal Street, Arabi
Peter Perniciaro, Second Ward, 56 Carolyn Court, Arabi
John A. Metzler, Third Ward, 2800 Ivy Place, Chalmette
Louis P. Munster, Third Ward, 2116 Paris Road, Chalmette
Valentine Riess, Third Ward, 2430 Paris Road, Chalmette
Claude S. Mumphrey, Fourth Ward, 2012 Mumphrey Road, Chalmette
Celestine Melerine, Fifth Ward, Route 1, Box 219 N, Meraux
Edward L. Jeanfreau, Sixth Ward, Box 278, St. Bernard P. O.
Mrs. Blanche Molero, Seventh Ward, Box 626, St. Bernard P. O.

EXTRACT OF THE OFFICIAL PROCEEDINGS OF THE POLICE JURY OF THE PARISH OF ST. BERNARD, STATE OF LOUISIANA, TAKEN AT THE REGULAR MEETING HELD IN THE POLICE JURY ROOM OF THE COURTHOUSE ANNEX, AT CHALMETTE, LOUISIANA, ON TUESDAY, SEPTEMBER 10, 1968, AT ELEVEN (11:00) O'CLOCK A. M. 271-0421

Upon recommendation of the Parish Engineer, Mr. Thomas P. Reed, and on motion of Mr. Munster, seconded by Mr. Cusimano, and unanimously carried, the following Ordinance was adopted:

**O R D I N A N C E**

LA PETITE MANORS - PLAYGROUND ORDINANCE

BE IT ORDAINED, that the St. Bernard Parish Police Jury, the governing authority of the Parish of St. Bernard, State of Louisiana, does hereby revoke and set aside the dedication of that certain playground area in LA PETITE MANORS SUBDIVISION under which Lots 12, 13, 14, 15 and 16 were dedicated as a playground and Lots 11 and 16 were reserved for purchase by the Police Jury of the Parish of St. Bernard, as per plan of subdivision by Eugene I. Estopinal, C.E., dated June 20, 1964, as revised July 26, 1966, the revocation applying to all above designated lots, this revocation being made in view of the fact that the playground is no longer needed for public purposes and use in the aforesaid location.

BE IT FURTHER ORDAINED, that the President of the St. Bernard Parish Police Jury is hereby authorized and empowered to execute and sign any and all documents and acts which may be necessary to effect the foregoing.

The owner at the time of dedication and the current owner of the above property is Security Homes, Inc., represented by Mr. Louis Gureasko, its President.

The above Ordinance having been submitted to a vote, the vote thereon resulted as follows:

YEAS: Messrs. Perniciaro, Gonzales, Metzler, Munster, Cusimano, Melerine, Bergeron and Molero.

NAYS: None

ABSENT: Messrs. Schindler and Mumphrey

EXHIBIT 103A
pge 5048

And the Ordinance was declared adopted on the 10th day of September, 1968.

R. M. McDougall
R. M. MC DOUGALL
SECRETARY-TREASURER
ST. BERNARD PARISH POLICE JURY

Joseph V. Papania
JOSEPH V. PAPANIA
PRESIDENT
ST. BERNARD PARISH POLICE JURY

Recorded in C.O.B. 102, Folio 19, Parish of St. Bernard on the 18th day of September, 1968
By: Sidney D. Torres
Clerk of Court and Recorder
Filed Same Day

9004½

Police Jury
# St. Bernard Parish
St. Bernard Courthouse Annex
CHALMETTE, LOUISIANA

PAGE 2

271-0421

OFFICERS:
Valentine Riess, President
Joseph V. Papania, Vice-President
Raymond M. McDougall, Secretary-Treasurer

MEMBERS:
Henry C. Schindler, Jr., First Ward, 946 Mehle Avenue, Arabi
Roy H. Gonzales, Second Ward, 117 Norton Avenue, Arabi
Joseph V. Papania, Second Ward, 7000 Royal Street, Arabi
Peter Perniciaro, Second Ward, 56 Carolyn Court, Arabi
John A. Metzler, Third Ward, 2800 Ivy Place, Chalmette
Louis P. Munster, Third Ward, 2116 Paris Road, Chalmette
Valentine Riess, Third Ward, 2430 Paris Road, Chalmette
Claude S. Mumphrey, Fourth Ward, 2012 Mumphrey Road, Chalmette
Celestine Melerine, Fifth Ward, Route 1, Box 219 N, Meraux
Edward L. Jeanfreau, Sixth Ward, Box 278, St. Bernard P. O.
Mrs. Blanche Molero, Seventh Ward, Box 626, St. Bernard P. O.

ORDINANCE ADOPTED 9/10/68
LA PETITE MANORS - PLAYGROUND ORDINANCE (CONTINUED)

## CERTIFICATE

I CERTIFY THAT the above is a true and correct copy of an Ordinance adopted by the St. Bernard Parish Police Jury, at the Regular Meeting held at Chalmette, Louisiana, in the Police Jury Room on the 10th day of September, 1968.

Witness my hand and the seal of the St. Bernard Parish Police Jury this 17th day of September, 1968.

R. M. McDougall
R. M. MC DOUGALL
SECRETARY-TREASURER

NE VARIETUR
In conformity with an Act of
before me this day.

EXHIBIT
103A
page 6 of 8

Parish of St. Bernard and in my notarial archives for safe keeping.

Wherefore I, Notary, in conformity with the said request, have annexed the said instruments to this act after having paraphed each page of the same "Ne Varietur" for identification herewith, to the end that the said instruments shall constitute with this act, a portion of the conveyance records of the Parish of St. Bernard and of my notarial records to serve as the occasion may require.

And the said appearer does further declare that in view of the aforesaid ordinance of the Police Jury of the Parish of St. Bernard dated September 10, 1968 approving the dedication of Lots 110, 111, 112 and 113 of La Petite Manors Subdivision that the said Security Homes, Inc. through its undersigned President does accordingly by these presents transfer, assign, set over, grant and dedicate to and in favor of the Parish of St. Bernard, and the inhabitants thereof, represented by the President of the St. Bernard Parish Police Jury the property described in the said ordinance, which property is further described as follows:

> FOUR CERTAIN LOTS OF GROUND, etc., situated in the Parish of St. Bernard, State of Louisiana, in that part thereof designated as La Petite Manors Subdivision, in accordance with a plan of Eugene I. Estopinal, dated June 20, 1964, as revised, according to which said lots are designated as:
>
> Lot No. 110
> Lot No. 111
> Lot No. 112 and
> Lot No. 113.

AND NOW TO THESE PRESENTS, personally came and appeared Joseph V. Papania, the President of the St. Bernard Parish Police Jury here present to accept the dedication of the aforesaid lots as a playground area in accordance with the ordinance of the St. Bernard Parish Police Jury dated September 10, 1968.

THUS DONE AND PASSED, in duplicate original, in my office in the City of New Orleans, on the day, month and year hereinabove first written, in the presence of the undersigned competent witnesses, who hereunto sign their

EXHIBIT
tabbies
103A
page 7 of 8

names with the said appearers and me, Notary, after due reading of the whole.

| | |
|---|---|
| WITNESSES: | SECURITY HOMES, INC. |
| Leon A. Prade | BY: Louis Gureasko, President |
| Verna Z. Pezold | ST. BERNARD PARISH POLICE JURY |
| | BY: Joseph V. Papania, President |

STIDNEY F. ROTHSCHILD, NOTARY PUBLIC

EXHIBIT
103A
page 8 of 8