# In the United States Court of Federal Claims

No. 05-1119L
Filed: June 20, 2007

*************************************
ROCCO TOMMASEO, THOMAS TOMMASEO, ROCKY AND CARLO, INC., STEVEN BORDELON, husband of, CYNTHIA BORDELON and, STEVE'S MOBILE HOME & R.V. REPAIR, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

Plaintiff's June 14, 2007 Motion for Leave to file a Declaration and Exhibits related to Plaintiff's standing is, hereby, granted.

**IT IS SO ORDERED**.

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**