# In the United States Court of Federal Claims

No. 05-1119L
Filed: June 20, 2007

*************************************
*
ROCCO TOMMASEO, THOMAS *
TOMMASEO, ROCKY AND CARLO, INC., *
STEVEN BORDELON, husband of, *
CYNTHIA BORDELON and, STEVE'S *
MOBILE HOME & R.V. REPAIR, INC., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

## SCHEDULING ORDER

Pursuant to the court's oral order, Plaintiffs and Defendant have submitted the following proposed schedule for completion of discovery on statute of limitation issues, and the Court being of the opinion that such schedule should be adopted, it is therefore ordered as follows:

1. Not later than September 15, 2007 the parties shall complete all agreed upon oral depositions, including the Perpetuation Depositions of Gary Guerra, Edwine Nunez, and Brad Robin, and the depositions of Geoff Webster and Dr. Paul Kemp by Plaintiff, and the Depositions of all Plaintiffs or their representative by Defendant. The depositions will be limited to issues relating to the statute of limitation issues in this case.

2. The parties are directed to meet and confer regarding Plaintiffs' previous requests for admissions and for production of documents, with the intent of reaching an agreement as to what further responses or supplementation may be appropriate and the timing for any such responses. The Plaintiffs may propound one additional set of requests for production of documents for review by Counsel for the Defendant to see if there is agreement as to appropriate responses to those requests. The parties shall submit a joint report to the Court not later than July 15, 2007 with regard to such discussions and agreements.

**IT IS SO ORDERED**.

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**