THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROCCO TOMMASEO, THOMAS TOMMASEO, ROCKY AND CARLO, INC., STEVEN BORDELON, husband of, CYNTHIA BORDELON , STEVE'S MOBILE HOME & R.V. REPAIR, INC., AND ST. BERNARD PARISH GOVERNMENT<br><br>Plaintiffs | ) | |
| V. | ) | 1:05-cv-1119 SGB<br>Hon. Susan G. Braden |
| THE UNITED STATES<br><br>Defendant | ) | |

28 U.S.C. § 1746 DECLARATION

Wayne B. Mumphrey, an attorney licensed to practice law in the State of Louisiana, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that he personally obtained the attached property ownership records for the named Plaintiffs from the Office of the Assessor of Property for St. Bernard Parish, Louisiana. He hereby authenticates and attaches the following:

1) With respect to Plaintiff Rocco Tommaseo, as demonstrated by Exhibits 1-2:

**Exhibit 1**—Assessor Document Record Number: 6 144 000 0 004A, describing improved real property located at 1918 Robert Drive, St. Bernard, St. Bernard Parish, Louisiana, acquired 2 October 1987,

**Exhibit 2**—Assessor Document Record Number: 3 044 156 A 0001, describing real property in the Versailles Subdivision in St. Bernard Parish, Louisiana,

acquired 23 April 2001,

He is the owner of properties at issue is this litigation located in St. Bernard Parish, Louisiana.

2) With respect to Plaintiff Rocco Tommaseo, as demonstrated by Exhibits 3-19:

**Exhibit 3**—Assessor Document Record Number: A 111 00 0 0084, describing improved real property located at 3213 and 3215 Daniel Drive, Violet, St. Bernard Parish, Louisiana, acquired 26 January 1979,

**Exhibit 4**—Assessor Document Record Number: 3 546 00B 0 0027, describing improved real property located at 8809 West Judge Perez Drive, Chalmette, St. Bernard Parish, Louisiana, acquired 31 August 1975,

**Exhibit 5**—Assessor Document Record Number: 6 399 000 0 5335, describing a golf driving range located at 1923 and 1927 Rocky Road, St. Bernard, St. Bernard Parish, Louisiana, acquired 13 October 1981,

**Exhibit 6**—Assessor Document Record Number: 3 044 124 0 0005, describing lots 5 and 6 on Montesquieu Street in Chalmette, St. Bernard Parish, Louisiana, acquired 17 April 2001,

**Exhibit 7**—Assessor Document Record Number: 3 044 124 0 0007, describing lots 7 and 8 on Montesquieu Street, in Chalmette, St. Bernard Parish, Louisiana, acquired 16 April 2001,

**Exhibit 8**—Assessor Document Record Number: 3 044 156 A 0006, describing real property in the Versailles Subdivision in St. Bernard Parish, Louisiana, acquired 25 July 1985,

**Exhibit 9**—Assessor Document Record Number: 3 544 124 0 0001, describing improved real property located at 2910 Paris Road, Chalmette, St. Bernard Parish,

Louisiana, acquired 17 April 2001,

**Exhibit 10**—Assessor Document Record Number: 3 546 00A 0 0063, describing improved real property located at 9025 and 9027 West Judge Perez Drive, Chalmette, St. Bernard Parish, Louisiana, acquired 30 July 1973,

**Exhibit 11**—Assessor Document Record Number: 3 546 00B 0 0051, describing improved real property located at 8939 West Judge Perez Drive, Chalmette, St. Bernard Parish, Louisiana, acquired 21 March 1977,

**Exhibit 12**—Assessor Document Record Number: 3 546 00B 0 0053, describing improved real property located at 8945 and 8947 West Judge Perez Drive, Chalmette, St. Bernard Parish, Louisiana, acquired 28 May 1999,

**Exhibit 13**—Assessor Document Record Number: 3 530 00D 0 000A, describing improved real property located at 515 and 519 West St. Bernard Highway, Chalmette, St. Bernard Parish, Louisiana, acquired 5 May 1999,

**Exhibit 14**—Assessor Document Record Number: 3 044 184 0 000C, describing improved real property located at 505 and 507 East Genie Drive, Chalmette, St. Bernard Parish, Louisiana, acquired 26 November 1997,

**Exhibit 15**—Assessor Document Record Number: 7 170 000 0 0026, describing a boat shed located in Proctor's Landing Subdivision, 6 Black Beard Key, St. Bernard Parish, Louisiana, acquired 25 July 1996,

**Exhibit 16**—Assessor Document Record Number: 3 015 053 0 0009, describing improved real property owned by Rocco Tommaseo and Calogero Gioe located at 2126 Delille Street, Chalmette, St. Bernard Parish, Louisiana,

**Exhibit 16A**—Record of Cash Sale dated 25 October 1951 to Calogero Gioe,

listed as a co-owner of the property listed in Exhibit 16. No documentation survives verifying the dates of ownership of this property for Rocco Tommaseo; however, the undersigned verifies his client Rocco Tommaseo states he co-owned this property as of 29 August 2005,

**Exhibit 17**—Assessor Document Record Number: 3 015 067 0 0005, describing improved real property located at 2215 Delille Street, Chalmette, St. Bernard Parish, Louisiana, 6 July 1967,

**Exhibit 18**—Assessor Document Record Number: A 612 000 0 31B2, describing improved real property located at 5442 East Judge Perez Drive, Violet, St. Bernard Parish, Louisiana, acquired 15 June 1984, and

**Exhibit 19**—Assessor Document Record Number: 3 040 000 0 029A, describing three improved city lots located at 2210/2212 Stander Place, 2214 Stander Place, 2216/2218 Stander Place, Chalmette, St. Bernard Parish Louisiana, acquired 6 March 1996.

He is the co-owner of properties at issue is this litigation located in St. Bernard Parish, Louisiana.

3) With respect to Thomas Tommaseo, as evidenced by Exhibits 20-38:

**Exhibit 20**—Assessor Document Record Number: 3 044 184 0 00C, describing improved real property located at 505 and 507 East Genie Street, Chalmette, St. Bernard Parish Louisiana, acquired 26 November 1997,

**Exhibit 21**—Assessor Document Record Number: 7 170 000 0 0026, describing a boat shed located in Proctor's Landing Subdivision, St. Bernard Parish, Louisiana, acquired 26 July 1996,

**Exhibit 22**—Assessor Document Record Number: 6 399 000 0 5335, describing a golf driving range located 1923 and 1927 Rocky Road, St. Bernard, St. Bernard Parish, Louisiana, acquired 13 October 1981,

**Exhibit 23**—Assessor Document Record Number: 3 025 191 0 0024, describing two lots in Jackson Park Subdivision, St. Bernard Parish, Louisiana, acquired 16 June 1999,

**Exhibit 24**—Assessor Document Record Number: 3 018 000 0 0048, describing real property located at 109 and 111 Philip Court West, St. Bernard Parish, Louisiana, acquired 27 June 1984,

**Exhibit 25**—Assessor Document Record Number: 3 041 003 0 0007, describing improved real property located at 2300 Trio Street, Chalmette, St. Bernard Parish, Louisiana, acquired 27 August 1973,

**Exhibit 26**—Assessor Document Record Number: 3 041 004 0 0002, describing improved real property located at 2205 and 2207 Trio Street, Chalmette, St. Bernard Parish, Louisiana, acquired 13 January 2004,

**Exhibit 27**—Assessor Document Record Number: 3 045 001 0 001D, describing improved real property located at 2004 and 2006 Victor Street, Chalmette, St. Bernard Parish, Louisiana, acquired 31 January 2001,

**Exhibit 28**—Assessor Document Record Number: 3 030 00D 0 0001, describing improved real property located at 2019 Lloyds Avenue, Chalmette, St. Bernard Parish, Louisiana, acquired 12 March 1982,

**Exhibit 29**—Assessor Document Record Number: 3 040 000 0 0018, describing improved real property located at 2120 Stander Place, Chalmette, St. Bernard

Parish, Louisiana, acquired 26 January 2001,

**Exhibit 30**—Assessor Document Record Number: 3 015 067 0 0007, describing improved property located at 2217 and 2219 Delille Street, Chalmette, St. Bernard Parish, Louisiana, acquired 12 March 1982,

**Exhibit 31**—Assessor Document Record Number: 3 025 191 0 0020, describing improved real property located at 3618 and 3620 Fenelon Street, Chalmette, St. Bernard Parish, Louisiana, acquired 16 January 2004,

**Exhibit 32**—Assessor Document Record Number: 3 025 191 0 0022, describing improved real property located at 3614 and 3616 Fenelon Street, Chalmette, St. Bernard Parish, Louisiana, acquired 16 January 2004,

**Exhibit 33**—Assessor Document Record Number: 3 030 00D 0 0011, describing improved real property located at 2305 Lloyds Avenue, Chalmette, St. Bernard Parish, Louisiana, acquired 12 May 1983,

**Exhibit 34**—Assessor Document Record Number: 3 025 016 0 0007, describing improved real property located at 3613 Sinclair Street and 3614 La Fontaine Street, Chalmette, St. Bernard Parish, Louisiana, acquired 9 August 1995,

**Exhibit 35**—Assessor Document Record Number: 3 025 191 0 0024, describing two city lots located in Jackson Park Subdivision, St. Bernard Parish, Louisiana, acquired 16 June 1999,

**Exhibit 36**—Assessor Document Record Number: 3 044 156 A 0005, describing improved real property located at 3200 Delille Street, Chalmette, St. Bernard Parish, Louisiana, acquired 26 November 1997,

**Exhibit 37**—Assessor Document Record Number: 3 025 016 0 0005, describing

improved real property located at 3610 La Fontaine Street and 3609 Sinclair Street, Chalmette, St. Bernard Parish, Louisiana, acquired 2 February 2005, and

**Exhibit 38**—Assessor Document Record Number: 3 530 00D 0 000A, describing improved real property located at 515 and 519 West St. Bernard Highway, Chalmette, St. Bernard Parish, Louisiana, acquired 5 May 1999,

He is the owner of properties at issue in this litigation located in St. Bernard Parish, Louisiana.

3) With respect to Rocky and Carlo, Inc., as evidenced by Exhibits 39-41:

**Exhibit 39**—Assessor Document Record Number: 3 030 00A 0 004A, describing improved real property located at 2016 and 2018 Lloyds Avenue, Chalmette, St. Bernard Parish, Louisiana, acquired 6 November 2002,

**Exhibit 40**—Assessor Document Record Number: 3 530 00A 0 0050, describing improved real property located at 601, 603 and 605 West St. Bernard Highway, Chalmette, St. Bernard Parish, Louisiana, acquired 6 November 2002, and

**Exhibit 41**—Assessor Document Record Number: 3 545 002 0 0002, describing Rocky & Carlo's Restaurant located at 613 West St. Bernard Highway, Chalmette, St. Bernard Parish Louisiana, acquired 6 November 2002,

It is the owner of properties at issue in this litigation located in St. Bernard Parish, Louisiana.

4) With respect to Steven Bordelon and Cynthia Bordelon, husband and wife, as evidenced by Exhibit 42:

**Exhibit 42**—Notarized Real Estate Mortgage Document for Cynthia Bacala Bordelon and Steven J. Bordelon dated 27 January 1993 for their home at 3024 Lakewood Drive, Violet, Louisiana,

They are the owners of property at issue in this litigation located in St. Bernard Parish,

Louisiana.

5) With respect to Steve's Mobile Home & R.V. Repair, Inc., as evidenced by Exhibits 43-45:

**Exhibit 43**—Assessor Document Record Number: 4 899 000 0 0188, describing multiple parcels of real property located at 3209 East Judge Perez Drive, Meraux, St. Bernard Parish, Louisiana, acquired 20 July 1999,

**Exhibit 44**—Record of Cash Sale dated 28 January 1998 to Steve's Mobile Home & R.V. Repair Inc. from Roucher, L.L.C., describing real property located at 3209 East Judge Perez Drive, Meraux, St. Bernard Parish, Louisiana, and

**Exhibit 45**—Record of Cash Sale dated 15 July 1999 to Steve's Mobile Home & R.V. Repair Inc. from Professional Funeral Services, Inc., describing real property located at 3209 East Judge Perez Drive, Meraux, St. Bernard Parish, Louisiana,

It is the owner of properties at issue in this litigation located in St. Bernard Parish, Louisiana.

6) With respect to the Government of the Parish of St. Bernard, State of Louisiana, as evidenced by Exhibits 46-135:

**Exhibit 46**—Assessor Document Record Number: E 000 000 0 0004, describing real property located in Hopedale Subdivision in St. Bernard Parish, acquired 27 June 1990,

**Exhibit 47**—Assessor Document Record Number: E 000 000 0 0005, describing improved real property located at 3319 Stacie Drive, Violet, St. Bernard Parish, Louisiana, acquired 22 June 1994,

**Exhibit 48**—Assessor Document Record Number: E 000 000 0 0006, describing a city lot located in the extension of the Highland Villa Subdivision in St. Bernard

Parish, Louisiana, acquired 26 June 1998,

**Exhibit 49**—Assessor Document Record Number: E 000 000 0 0008, describing improved real property located at 2431 Jamie Court, Violet, St. Bernard Parish, Louisiana, acquired 27 June 1990,

**Exhibit 50**—Assessor Document Record Number: E 000 000 0 0009, describing improved real property located at 2501 Jamie Court, Violet, St. Bernard Parish, Louisiana, acquired 27 June 1990,

**Exhibit 51**—Assessor Document Record Number: E 000 000 0 0010, describing improved real property located at 2810 Daniel Drive, Violet, St. Bernard Parish, Louisiana, acquired 19 June 1990,

**Exhibit 52**—Assessor Document Record Number: E 000 000 0 0011, describing real property located in St. Bernard Parish, Louisiana, acquired 22 June 1995,

**Exhibit 53**—Assessor Document Record Number: E 000 000 0 0012, describing real property in the Hopedale Subdivision located in St. Bernard Parish, Louisiana, acquired 22 June 1995,

**Exhibit 54**—Assessor Document Record Number: E 000 000 0 0013, describing real property located in St. Bernard Park, St. Bernard Parish, Louisiana, acquired 22 June 1995,

**Exhibit 55**—Assessor Document Record Number: E 000 000 0 0014, describing real property located in St. Bernard Park, St. Bernard Parish, Louisiana, acquired 22 June 1995,

**Exhibit 56**—Assessor Document Record Number: E 000 000 0 0015, describing real property located in St. Bernard Park, St. Bernard Parish, Louisiana, acquired

22 June 1995,

**Exhibit 57**—Assessor Document Record Number: E 000 000 0 0016, describing marshlands located in St. Bernard Parish, Louisiana, acquired 22 June 1995,

**Exhibit 58**—Assessor Document Record Number: E 000 000 0 0017, describing real property in the St. Bernard Grove Addition located in St. Bernard Parish, Louisiana, acquired 18 June 1996,

**Exhibit 59**—Assessor Document Record Number: E 000 000 0 0035, describing real property along Yscloskey Road in St. Bernard Parish, Louisiana, acquired 25 June 1997,

**Exhibit 60**—Assessor Document Record Number: E 000 000 0 0044, describing real property located in the Hilan Subdivision in St. Bernard Parish, Louisiana, acquired 19 June 2000,

**Exhibit 61**—Assessor Document Record Number: E 000 000 0 0049, describing improved real property located at 2435 Caluda Lane, Violet, St. Bernard Parish, Louisiana, acquired 20 June 2001,

**Exhibit 62**—Assessor Document Record Number: E 000 000 0 0052, describing improved real property located at 2224 Reunion Drive, Violet, St. Bernard Parish, Louisiana, acquired 20 June 2001,

**Exhibit 63**—Assessor Document Record Number: E 000 000 0 0056, describing real property located in the Hopedale Subdivision, St. Bernard Parish, Louisiana, acquired 20 June 2001,

**Exhibit 64**—Assessor Document Record Number: E 000 000 0 0060, describing real property located along Yscloskey Road in St. Bernard Parish, Louisiana,

acquired 20 June 2001,

**Exhibit 65**—Assessor Document Record Number: E 000 000 0 0062, describing improved real property located at 1637 Robert Drive, St. Bernard, St. Bernard Parish, Louisiana, acquired 18 June 2002,

**Exhibit 66**—Assessor Document Record Number: E 000 000 0 0066, describing real property located in the Hilan Subdivision in St. Bernard Parish, Louisiana, acquired 18 June 2002,

**Exhibit 67**—Assessor Document Record Number: E 000 000 0 0073, describing real property located at 1641 Robert Drive, St. Bernard, St. Bernard Parish, Louisiana, acquired 23 June 2003,

**Exhibit 68**—Assessor Document Record Number: E 000 000 0 0074, describing real property located at 2601 Elizabeth Court, Violet, St. Bernard Parish, Louisiana, acquired 22 June 2004,

**Exhibit 69**—Assessor Document Record Number: E 000 000 0 0077, describing real property located at 2708 and 2710 Daniel Drive, Violet, St. Bernard Parish, Louisiana, acquired 22 June 2004,

**Exhibit 70**—Assessor Document Record Number: E 000 000 0 0078, describing real property located in the Carolyn Park Subdivision in St. Bernard Parish, Louisiana, acquired 21 August 2005,

**Exhibit 71**—Assessor Document Record Number: E 000 000 0 0079, describing improved real property located at 1708 Robert Drive, St. Bernard, St. Bernard Parish, Louisiana, acquired 21 June 2005,

**Exhibit 72**—Assessor Document Record Number: E 000 000 0 0080, describing

improved real property located at 1948 Sebastepol, St. Bernard, St. Bernard Parish, Louisiana, acquired 27 June 2005,

**Exhibit 73**—Assessor Document Record Number: E 000 000 0 0081, describing improved real property located at 3301 Bayou Road, St. Bernard, St. Bernard Parish, Louisiana, acquired 21 June 2005,

**Exhibit 74**—Assessor Document Record Number: E 000 000 0 0082, describing real property located in the Highland Villa Extension in St. Bernard Parish, Louisiana, acquired 21 June 2005,

**Exhibit 75**—Assessor Document Record Number: E 000 000 0 0083, describing improved real property located at 3307 Stacie Drive, Violet, St. Bernard Parish, Louisiana, acquired 21 June 2005,

**Exhibit 76**—Assessor Document Record Number: E 000 000 0 0084, describing improved real property located at 2831 Stacie Drive, Violet, St. Bernard Parish, Louisiana, acquired 21 June 2005,

**Exhibit 77**—Assessor Document Record Number: E 000 000 0 0085, describing improved real property located at 2829 Stacie Drive, Violet, St. Bernard Parish, Louisiana, acquired 21 June 2005,

**Exhibit 78**—Assessor Document Record Number: E 000 000 0 0086, describing a trailer located at 2210 Packenham in St. Bernard Parish, Louisiana, acquired 21 June 2005,

**Exhibit 79**—Assessor Document Record Number: E 000 000 0 0087, describing improved real property located at 6424 First Street, Violet, St. Bernard Parish, Louisiana, acquired 27 June 2005,

**Exhibit 80**—Assessor Document Record Number: E 000 000 0 0090, describing improved real property located at 3000 and 3002 Stacie Drive, Violet, St. Bernard Parish, Louisiana, acquired 21 June 2005,

**Exhibit 81**—Assessor Document Record Number: E 000 000 0 2056, describing five city lots located in St. Bernard Parish Louisiana, acquired 3 June 1996,

**Exhibit 82**—Assessor Document Record Number: E 000 000 0 2057, describing real property located at East Judge Perez and Judy Drive, Meraux, St. Bernard Parish, Louisiana, acquired 4 December 2002,

**Exhibit 83**—Assessor Document Record Number: E 000 000 0 2059, describing real property used as a dump in St. Bernard Parish, Louisiana, acquired 10 January 1999,

**Exhibit 84**—Assessor Document Record Number: E 000 000 0 2060, describing the St. Bernard Parish Jail Complex located at 1900 Paris Road, Chalmette, St. Bernard Parish, Louisiana, acquired 26 September 1986,

**Exhibit 85**—Assessor Document Record Number: E 000 000 0 2061, describing an animal control facility located at 115 Agriculture Road, Chalmette, St. Bernard Parish, Louisiana, acquired 17 May 2001,

**Exhibit 86**—Assessor Document Record Number: E 000 000 0 2062, describing a museum and meeting hall located at 1357 Bayou Road, St. Bernard, St. Bernard Parish, Louisiana, acquired 10 December 1997,

**Exhibit 87**—Assessor Document Record Number: E 000 000 0 2063, describing real property formerly known as the Dove Park Church, located in the Daniel Park Subdivision, St. Bernard Parish, Louisiana, acquired 16 April 1998,

**Exhibit 88**—Assessor Document Record Number: E 000 000 0 2064, describing a structure referred to as the Messa Building located at 1357 Bayou Road, St. Bernard, St. Bernard Parish, Louisiana, acquired 22 June 1999,

**Exhibit 89**—Assessor Document Record Number: E 000 000 0 2065, describing a structure referred to as the Estopinal-Salles House located at 1357 Bayou Road, St. Bernard, St. Bernard Parish, Louisiana, acquired 22 June 1999,

**Exhibit 90**—Assessor Document Record Number: E 000 000 0 2066, describing real property located on Bayou Road in St. Bernard Parish, Louisiana, acquired 20 October 1995,

**Exhibit 91**—Assessor Document Record Number: E 000 000 0 2067, describing a park along Judge Perez Drive in St. Bernard Parish, Louisiana, acquired 4 September 1998,

**Exhibit 92**—Assessor Document Record Number: E 000 000 0 2068, describing real property at the intersection of Magistrate Street and Palmisano Boulevard in Chalmette, St. Bernard Parish, Louisiana, acquired 29 December 1995,

**Exhibit 93**—Assessor Document Record Number: E 000 000 0 2069, describing a fire station located at 2424 Florissant Highway, St. Bernard, St. Bernard Parish, Louisiana, acquired 25 August 1960,

**Exhibit 94**—Assessor Document Record Number: E 000 000 0 2070, describing a water tower located on Louisiana Highway 46 in St. Bernard Parish, Louisiana, acquired 22 February 2002,

**Exhibit 95**—Assessor Document Record Number: E 000 000 0 2071, describing improved real property located at 1818 Center Street, Arabi, St. Bernard Parish,

Louisiana, acquired 23 July 1962,

**Exhibit 96**—Assessor Document Record Number: E 000 000 0 2072, describing the Buccaneer Villa Playground located in St. Bernard Parish, Louisiana, acquired 3 July 1972,

**Exhibit 97**—Assessor Document Record Number: E 000 000 0 2074, describing a mosquito control building located at 2004 Palmisano Boulevard, Chalmette, Louisiana, acquired 28 August 1959,

**Exhibit 98**—Assessor Document Record Number: E 000 000 0 2075, describing a water tower located in St. Bernard Parish, Louisiana, acquired 29 August 1960,

**Exhibit 99**—Assessor Document Record Number: E 000 000 0 2076, describing a fire station located at 7639 West Judge Perez Drive, Arabi, St. Bernard Parish, Louisiana. No documentation survives verifying the date of acquisition of this property; however, the undersigned verifies that his client, the St. Bernard Parish Government, states that it acquired and continuously owned this property prior to 29 August 2005,

**Exhibit 100**—Assessor Document Record Number: E 000 000 0 2077, describing port infrastructure located in St. Bernard Parish, Louisiana, acquired 23 February 1961,

**Exhibit 101**—Assessor Document Record Number: E 000 000 0 2078, describing real property labeled Old Square 296 in the Versailles Subdivision located along Paris Road in St. Bernard Parish, Louisiana,

**Exhibit 101A**—Sale of Property dated 7 July 1966 bearing the stamp of the St. Bernard Parish Clerk of Court documenting the transfer of real property labeled

Old Square 296 in the Versailles Subdivision, St. Bernard Parish, Louisiana,

**Exhibit 102**—Assessor Document Record Number: E 000 000 0 2079, describing a fire station located at 4119 East Judge Perez Drive, Meraux, St. Bernard Parish, Louisiana, acquired 9 August 1974,

**Exhibit 103**—Assessor Document Record Number: E 000 000 0 2080, describing multiple lots and a playground in La Petite Manor Subdivision, St. Bernard Parish, Louisiana,

**Exhibit 103A**—notarized documents dated 15 November 1968 bearing the stamp of the St. Bernard Parish Clerk of Court confirming the transfer of the above lots listed in Exhibit 103 in the La Petite Manor Subdivision to the St. Bernard Parish government.

**Exhibit 104**—Assessor Document Record Number: E 000 000 0 2081, describing a fire station located at 2400 East Judge Perez Drive, Chalmette, St. Bernard Parish, Louisiana, acquired 28 October 1965,

**Exhibit 105**—Assessor Document Record Number: E 000 000 0 2082, describing the E. J. Gore Pumping Station located at 7701 East Judge Perez Drive, St. Bernard Parish, Louisiana, acquired 23 March 1984,

**Exhibit 106**—Assessor Document Record Number: E 000 000 0 2083, describing a former fire station located at 1101 West St. Bernard Highway, Chalmette, St. Bernard Parish, Louisiana, acquired 18 June 1962,

**Exhibit 107**—Assessor Document Record Number: E 000 000 0 2084, describing real property located in the Fernandez Subdivision in St. Bernard Parish, Louisiana, acquired 23 March 1984,

**Exhibit 108**—Assessor Document Record Number: E 000 000 0 2085, describing a museum located at 1357 Bayou Road, St. Bernard, St. Bernard Parish, Louisiana, acquired 30 December 1980,

**Exhibits 109**—Assessor Document Record Number: E 000 000 0 2086, describing a fire station located at 1500 Aycock Street, Arabi, St. Bernard Parish, Louisiana, acquired 25 October 1991,

**Exhibit 110**—Assessor Document Record Number: E 000 000 0 2087, describing a community center located at 2204 and 2208 Florissant Highway, St. Bernard, St. Bernard Parish, Louisiana, acquired 16 August 1977,

**Exhibit 111**—Assessor Document Record Number: E 000 000 0 2088, describing the Delacroix Coastal Complex located at 5545 Delacroix Highway, St. Bernard, St. Bernard Parish, Louisiana, acquired 16 August 1977,

**Exhibit 112**—Assessor Document Record Number: E 000 000 0 2089, describing the Ducros Museum and Library located at 1345 Bayou Road, St. Bernard, St. Bernard Parish, Louisiana, acquired 6 November 1994,

**Exhibit 113**—Assessor Document Record Number: E 000 000 0 2090, describing a tennis court located in Angelique Estates, St. Bernard Parish, Louisiana, acquired 21 March 1985,

**Exhibit 114**—Assessor Document Record Number: E 000 000 0 2091, describing a fire station and sheriff substation located at 3901 Bayou Road, St. Bernard, St. Bernard Parish, Louisiana, acquired 25 June 1993,

**Exhibit 115**—Assessor Document Record Number: E 000 000 0 2100, describing a former fire station located in Violet, St. Bernard Parish, Louisiana. No

documentation survives verifying the date of acquisition of this property; however, the undersigned verifies that he his client, the St. Bernard Parish Government, states it owned this property prior to and including 29 August 2005,

**Exhibit 116**—Assessor Document Record Number: E 000 000 0 2110, describing plots M and N-1 containing the St. Bernard Parish Government (Formerly Police Jury) Complex and Senior Center located at 8201 and 8201-A West Judge Perez Drive, Chalmette, St. Bernard Parish, Louisiana,

**Exhibit 116A**—Record of Sale of Property describing the transfer of property to the St. Bernard Parish government dated 27 August 1974.

**Exhibit 117**—Assessor Document Record Number: E 000 000 0 2120, describing improved real property located in St. Bernard Parish, Louisiana, acquired 29 March 1974,

**Exhibit 118**—Assessor Document Record Number: E 000 000 0 2125, describing real property located in La Petite Manor Subdivisions, St. Bernard Parish, Louisiana, acquired 28 September 1972,

**Exhibit 119**—Assessor Document Record Number: E 000 000 0 2140, describing a sewerage substation located at 2613 Creely Drive, Chalmette, St. Bernard Parish, Louisiana, acquired 15 July 1970,

**Exhibit 120**—Assessor Document Record Number: E 000 000 0 2150, describing a civic center and a section of a park located at 8201 West Judge Perez Drive, Chalmette, St. Bernard Parish, Louisiana, acquired 24 November 1972,

**Exhibit 121**—Assessor Document Record Number: E 000 000 0 2160, describing real property located in St. Bernard Parish, Louisiana, acquired 29 March 1978,

**Exhibit 122**—Assessor Document Record Number: E 000 000 0 2170, describing Val Reiss Park located at 1001 Magistrate Street, Chalmette, St. Bernard Parish, Louisiana, acquired 28 December 1976,

**Exhibit 123**—Assessor Document Record Number: E 000 000 0 2180, describing real property in the Chalmette Plaza Subdivision located in St. Bernard Parish, Louisiana, acquired 18 July 1961,

**Exhibit 124**—Assessor Document Record Number: E 000 000 0 2190, describing real property located in St. Bernard Parish, Louisiana, acquired 3 March 1971,

**Exhibit 125**—Assessor Document Record Number: E 000 000 0 2200, describing real property located in St. Bernard Parish, Louisiana, acquired 27 March 1975,

**Exhibit 126**—Assessor Document Record Number: E 000 000 0 2220, describing real property located in St. Bernard Parish, Louisiana, acquired 29 August 1960,

**Exhibit 127**—Assessor Document Record Number: E 000 000 0 2230, describing a water tank located at 2229 Bayou Road, St. Bernard, St. Bernard Parish, Louisiana, acquired 8 June 2000,

**Exhibit 128**—Assessor Document Record Number: E 000 000 0 2240, describing the Contreras Monument located along Highway 32 in St. Bernard Parish, Louisiana, acquired 24 March 1961,

**Exhibit 129**—Assessor Document Record Number: E 000 000 0 2250, describing marshlands at Shell Beach, St. Bernard Parish, Louisiana, acquired 7 June 1979,

**Exhibit 130**—Assessor Document Record Number: E 000 000 0 2260, describing a water tower located at 4623 Delacroix Highway, St. Bernard, St. Bernard Parish, Louisiana, acquired 12 January 1960,

**Exhibit 131**—Assessor Document Record Number: E 000 000 0 2270, describing real property located in the Fernandez Subdivision, St. Bernard Parish, Louisiana, acquired 12 January 1960,

**Exhibit 132**—Assessor Document Record Number: E 000 000 0 2280, describing the Hopedale Sugar Mill Monument located at 5501 Hopedale Highway, St. Bernard, St. Bernard Parish, Louisiana, acquired 13 January 1977,

**Exhibit 133**—Assessor Document Record Number: E 000 000 0 2285, describing real property located in the St. Bernard Grove Extension in St. Bernard Parish, Louisiana, acquired 22 July 1991,

**Exhibit 134**—Assessor Document Record Number: E 000 000 0 2290, describing real property located in St. Bernard Parish, Louisiana, acquired 16 August 1977, and

**Exhibit 135**—Assessor Document Record Number: E 000 000 0 2295, describing a building measuring approximately 50 feet by 52 feet located on a portion of tracts 10, 11 and 12 of New Orleans Terminal property located at 8001 West St. Bernard Highway, Chalmette, St. Bernard Parish, Louisiana,

**Exhibit 135A**—documents dated 10 April 2003 describing the transfer of a building measuring approximately 50 feet by 52 feet located on a portion of tracts 10, 11, and 12 of the New Orleans Terminal property located along St. Bernard Highway, St. Bernard Parish, Louisiana,

It is the owner of properties at issue in this litigation located in St. Bernard Parish, Louisiana.

I declare under penalty of perjury that the foregoing is true and correct, and the attached exhibits are copies of the authentic public records of the office of the Assessor of Property for St.

Bernard Parish, Louisiana per Rule 901(b)(7) of the Federal Rules of Evidence.

Wayne B. Mumphrey, Esq.

Executed on: 11 JUNE 2007

Executed in: Slidell, LA