E 000 000 0 2081 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

*****************
FIRE STATION

LOT 11 SQ.H JAMES PLACE SUB CORNER (SOUTH-SIDE) OF JUDGE PEREZ &
JACOB MEAS. 122' JUDGE PEREZ X 113 JACOB

Location
2400 E. JUDGE PEREZ

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 92 / 605 | 10/28/1965 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 1.00 | 2,000 |
| CI | City Improvement | 1.00 | 6,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 8,000 | 0 | 8,000 |

EXHIBIT
tabbies
104

Vinsanau
St. Bernard Parish
Courthouse
La. 70043

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

E. J. GORE PUMPING STATION

A CERT. PARCEL OF GROUND LOCATED IN SECS.11 & 15 TS13SR13E, LOCATED IN ST. HELENA MERIDIAN, SEBASTOPOOL AND REUNION PLANTATIONS

Location

7701 E. JUDGE PEREZ

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 240 / 459 | 3/23/1984 | | | |

| Code Type | Units | A/V |
|---|---|---|
| SL Suburban Land | 2.00 | 1,040 |
| RI Rural Improvements | 1.00 | 75,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 76,040 | 0 | 76,040 |

EXHIBIT
tabbies
105

Lena R. Vinsanau
Assessor St. Bernard Parish
Room 103 Courthouse
Chalmette, La. 70043

E 000 000 0 2083 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

COURTHOUSE
OLD FIRE STATION (D.V.M.)
**********

1) SQUARE LAND DES.AS SQ.2 JACKSON TERRACE SUB. MEAS. 23'FRON ST. BERNARD HWY. X 475.22' ON PACKENHAM DR. X 472.14' ON JACKSON BLVD. X 230' ON CALVO ST.
2) 13 LOTS IN SQ.3 JACKSON TERRACE

Location
1101 W. ST. BERNARD HWY.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 81 / 615 | 6/18/1962 | | | |

COM Comment ABANDONED FIRE STATION ON CORNER MOREAU &

| Code Type | Units | A/V |
|---|---|---|
| SL Suburban Land | 2.00 | 15,600 |
| RI Rural Improvements | 1.00 | 318,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 333,600 | 0 | 333,600 |

EXHIBIT
tabbies
106

Marlene M. Vinsonau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

PTN. GROUND MEAS. 40' X 350' CUTTING THROUGH CENTER OF LOTS
43C,44C,45C,46C & 47C FERNANDEZ SUB. FOR PROPOSED CANAL & LEVEE

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 240 / 428 | 3/23/1984 | | | |

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 5.00 | 1,456 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,456 | 0 | 1,456 |

EXHIBIT
tabbies
107

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

ISLENOS MUSEUM
JEAN LAFITTE NATIONAL PARK

TRACT MEAS. 1/2 ARPT. (96' ON LEFT SIDE BTAB X DEPTH 293')

Location
1357 BAYOU RD.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 192 / 472 | 12/30/1980 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| SL | Suburban Land | 1.00 | 2,000 |
| RI | Rural Improvements | 1.00 | 3,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 5,000 | 0 | 5,000 |

EXHIBIT
tabbies
108

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2086 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

FIRE STATION #1

LOT 4-B SEC 52 TS12S, R12E MEAS. 150' AYCOCK X 150'
COMMENCING 913' FROM CORNER PAMELA PL. SO. & AYCOCK

Location
1500 AYCOCK

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 508 / 149 | 10/25/1991 | C Corre | | |
| UNITED GAS PIPELINE CO | 503 / 102 | 7/22/1991 | | | |
| RESUB | 500 / 59 | 5/30/1991 | | | |
| SECURITY REALTY CO. | 54 / 1 | 6/28/1950 | | | |

| Code Type | Units | A/V |
|---|---|---|
| SL Suburban Land | 1.00 | 4,000 |
| RI Rural Improvements | 1.00 | 29,955 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 33,955 | 0 | 33,955 |

EXHIBIT
tabbies
109

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

COMMUNITY CENTER

LOTS 1,2,3,4,5,24,25,26,27,28,29,30 ENCL.BY LETTERS A,B,C,D,E, SQ.1
ALLUVIAL CITY (ORIG. SITE OF OLD SEBASTIAN ROY SCHOOL IN YCLOSKEY)

Location
2204 FLORISSANT
2208 FLORISSANT

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 143 / 30 | 8/16/1977 | | | |
| XRF Cross ref-see | E00000002420 | | ST.B.P. SCHOOL BD. | | |

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 12.00 | 3,120 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 3,120 | 0 | 3,120 |

EXHIBIT
tabbies
110

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

DELACROIX COASTAL COMPLEX
OLD DELACROIX SCHOOL

99,100,101,102,103 SEC.37 TS15SR14E FERNANDEZ SUB.

Location
5545 DELACROIX

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| ST. BERNARD SCHOOL BOAR | 143 / 30 | 8/16/1977 | | | |

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 1.00 | 312 |
| CI City Improvement | 1.00 | 37,950 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 38,262 | 0 | 38,262 |

EXHIBIT
tabbies
11

*Marlene M. Vinsonau*
*Assessor St. Bernard Parish*
*Room 105 Courthouse*
*Chalmette, La. 70043*

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

DUCROS MUSEUM AND LIBRARY

A CERTAIN TRACT OF LAND IN SEC. 19 TS13SR13E SITUATED ON THE LEFT DESCENDING BANK OF BAYOU TERRE AUX BOEUFS AND MEAS. APP. 130 FT. FRT. ON ST. BERNARD HWY. BY A DEP. OF APP. 800 FT. CONTAINS 2 1/2 ACRES

Location

1345 BAYOU RD.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| TENNANT, ROSA DUCROS | 124 / 128 | 11/06/1994 | L Land | $10000 | |
| TENNANT, ROSE DUCROS | 109 / 520 | 6/16/1971 | | | |
| | 109 / 520 | 6/16/1971 | DN Donat | $40000 | |

| Code Type | Units | A/V |
|---|---|---|
| SL Suburban Land | 2.00 | 3,000 |
| RI Rural Improvements | 1.00 | 2,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 5,000 | 0 | 5,000 |

EXHIBIT
tabbies
112

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2090 4/04/07 Page 1 AP

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

TENNIS COURT

LOT 157 ANGELIQUE ESTATES..........50X104=5200

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 274 / 190 | 3/21/1985 | | | |

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 1.00 | 1,326 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,326 | 0 | 1,326 |

tabbies EXHIBIT 113

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

FIRE STATION #10
TOWER - RADIOFONE, INC.
SHERIFF SUBSTATION

TRACT OF LAND IN OLIVIER PLANT. NOW RESUB. AND DES. AS LOT A. SAID LOT MEAS. 135' ON ST. BERNARD HWY, SAME WIDTH IN REAR AND DEP ON BOTH SIDES OF 135' = 18082 SQ. FT.

Location

3901 BAYOU RD.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| LEON, RUTH | 541 / 237 | 6/25/1993 | EX Excha | | |
| LEON, RUTH | 496 / 270 | 3/18/1991 | L Land | $20000 | |

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 1.00 | 2,000 |
| CI City Improvement | 1.00 | 29,205 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 31,205 | 0 | 31,205 |

EXHIBIT
tabbies
114

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2100 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

FIREHOUSE DISTRICT #2
VIOLET FIRE STATION
FIRE STATION (VIOLET - ABANDONED)

CERTAIN PORT.GR.MEAS.50'FR.ON W SIDE OF RT-OF-WAY OF LA.SOU R/R X DEP
OF 165' (PROTECTION FIRE DIST.#2)
*** ABANDONED FIRE STATION BY THE VIOLET CANAL ***

Location
*

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 57 / 100 | 0/00/0000 | | | |

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 1.00 | 520 |
| CI City Improvement | 1.00 | 200 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 720 | 0 | 720 |

EXHIBIT
tabbies
115

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

POLICE JURY COMPLEX
PARK CHENIER (PART)
SENIOR CENTER

PLOTS M & N-1 & PLOTS M & N-1-A TS12SR12E; TOGETHER ALL 4 PLOTS
FORM CORNER W.JUDGE PEREZ & DR.MERAUX BLVD. DEPTH TO PATRICIA
COMBINED MEAS.563.49'JUD.PEREZ X 1423.98'DR.MER.BLVD.X 508' PATRICIA

Location

8201 W. JUDGE PEREZ
8201-A W. JUDGE PEREZ

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 126 / 479 | 0/00/0000 | | | |
| * | 123 / 329 | 0/00/0000 | | | |

| Code | Type | Units | A/V | SqFt | Imp Dat | Property ID |
|---|---|---|---|---|---|---|
| SL | Suburban Land | 18.00 | 180,000 | | | |
| RI | Rural Improvements | 1.00 | 300,000 | | | |
| RI | Rural Improvements | 1.00 | 90,000 | 10000 | 1997 | SENIOR CENTER |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 570,000 | 0 | 570,000 |

EXHIBIT
tabbies
116

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

FOR SALE BY HANSELL-PETETIN, 123 CARONDELET ST., N. O. – 523-3636 — 522-6494

CASH SALE

No.________

________ 19__

## Sale of Property

BY

MERAUX AND NUNEZ, INC.

TO

ST. BERNARD PARISH POLICE JURY

1?8 756

# United States of America

State of LOUISIANA

Parish or County of ST. BERNARD

**Be it Known,** That on this 27th day of the Month of AUGUST in the year of our Lord one thousand nine hundred and SEVENTY-FOUR

BEFORE ME, DAVID S. GORBATY

a Notary Public, duly commissioned and qualified, in and for the City of ______ and the Parish (or County of) ST. BERNARD therein residing, and in the presence of the witnesses hereinafter named and undersigned,

## Personally Came and Appeared:

MERAUX AND NUNEZ, INCORPORATED, a Louisiana corporation domiciled in the City of New Orleans, created by act before Robert Legier, Notary Public, on August 10, 1926, herein appearing through Irma F. Ziegan, Executive Vice-President, its duly authorized agent as per resolution attached hereto and made a part hereof.

Recorded in C. O. B. 123 Folio 328
Parish of St. Bernard on the 27 day
of August 74
[signature]
Clerk of Court and Recorder
Filed Same Day

Who declare that it does by these presents grant, bargain, sell, convey, transfer, assign, set over, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which it has or may have against all preceding owners and vendors, unto

ST. BERNARD PARISH POLICE JURY, a political entity existing under the Louisiana State Constitution, herein appearing through Henry C. Schindler, Jr., President, its duly authorized agent as per resolution attached hereto and made a part hereof.

EXHIBIT 116A page 1 of 11

here present accepting, and purchasing for itself/ its heirs and assigns,

·(A." (cont)

and acknowledging due delivery and possesion thereof, all and singular the following described property to-wit:

THAT CERTAIN TRACT OR PARCEL OF LAND, together with all the buildings and improvements thereon, and all of the rights way, privileges, servitudes, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in Township 12, South Range 12 East, and Township 13 South, Range 12 East, Southeast Land District of Louisiana, East of the Mississippi River, forming a portion of the Meraux & Nunez, Inc. property, and, according to a survey of Eugene I. Estopinal, C. E. dated July 24, 1974, copy of which is annexed hereto for reference, the said tract or parcel of land is designated as "PLOT M & N-1" and according thereto, the said tract or parcel of land is described as follows:

"PLOT M & N-1", in that area bounded by West Judge Perez Drive, Jean Lafitte Parkway, Patricia Street, and the remainder of the Meraux & Nunez, Inc. property, and the said "Plot M & N-1" commences at a distance of 555.04 feet from the intersection of Jean Lafitte Parkway and West Judge Perez Drive, and measures thence in a Westerly direction 563.49 feet front on West Judge Perez Drive, same in width in the rear, by a depth of 250 feet between equal and parallel lines.

Being a portion of the same property acquired by Meraux & Nunez, Inc., act before Robert Legier, Notary Public dated August 10, 1926, as a portion of Parcels 4, 5, 6 and 7, registered in COB 34, folio 486, Parish of St. Bernard, Louisiana.

EXHIBIT
116 A
page 2 of 11

To have and to hold the above described property unto the said purchaser its heirs and assigns forever.

**JOHN F. "JACK" ROWLEY**
Sheriff and Ex-Officio Tax Collector
PARISH OF ST. BERNARD
**CHALMETTE, LA.**

August 20, 1974

This is to certify that all taxes due and exigible, for the years 19 71 thru 19 73 have been paid on property assessed in the name of Meraux and Nunez, Inc. on the Rolls of the Parish of St. Bernard, Viz:

The lower pt. of Lot 26 meas. in depth 225 Ft. from St. Bernard Hwy. The East Boundary of which is the dividing line between Lots 26 & 27, All the swamp lands lying northof Lots 10 to 22 Incl.

*JOHN F. ROWLEY*
*Sheriff and Ex-Officio Tax Collector*

By Ralph J. McLougan
*Clerk and Deputy*

EXHIBIT
116 A
Page 3 of 11

That certain tract or parcel of land, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana in Township 12 South, Range 12 East, and Township 13 South, Range 12 East, Southeast Land District of Louisiana, East of the Mississippi River, forming a portion of the Meraux & Nunez, Inc., property and according to a survey of Eugene I. Estopinal, C. E., dated July 24, 1974, copy of which is annexed hereto,anthe said tract or parcel of land is designated as "PLOT M & N-1" and according thereto, the said tract of parcel of land is described as follows:

PLOT M & N-1 in the area bounded by West Judge Perez Drive Jean Lafitte Parkway, Patricia Street and the remainder of the Meraux & Nunez, Inc., property, and the said Plot M & N-1 commences at a distance of 555.04 feet from the intersection of Jean Lafitte Parkway and West Judge Perez Drive and measures thence in a Westerly direction 563.49 feet front on West Judge Perez Drive, same in width in the rear, by a depth of 250 feet between equal and parallel lines.

Being the same portion of property which was acquired by Meraux & Nunez, Inc., by act before Robert Legier, Notary Public, dated August 10, 1926, as a portion of parcels 4, 5, 6 and 7, registered at COB 34, folio 486, Parish of St. Bernard.

**FROM THE TIME OF ACQUISITION TO DATE HEREOF, EXCEPT:**

Lease by Meraux & Nunez, Inc. to Menefee Airways, Inc., dated March 21, 1928, registered in C.O.B. 36 folio 352.

Act of Correction by & Between Louis A. Meraux, Albert Sidney Nunez to Meraux & Nunez, Kinc., dated March 6, 1931, act before Gladys L. Ziegan, N.P., registered in C.O.B. 37 folio 360.

Lease by Meraux & Nunez, Inc. to Military Department of the State of Louisiana, registered on Dec. 3, 1937, in C.O.B. 42 folio 499.

Cancellation of Lease by & Between Meraux & Nunez,Inc. to Department of Military Affairs of Louisiana, dated March 8, 1941, registered in C.O.B. 46 folio 197 on March 10, 1941. (Lease reg. COB 42 fo 499)

Act of Correction by Estate of Dr. Louis A. Meraux to Meraux & Nunez, Inc., dated May 18, 1942, act before Granville Alpha, N.P., registered in C.O.B. 49 folio 80 on May 22, 1944.

Lis Pendens Notification by Meraux & Nunez, Inc. versus Edward R. Bradley, No. 2920, 25th Judicial District Court dated August 8, 1945, registered in C.O.B. 49 folio 499 on August 8, 1945.

Judgment in favor of Meraux & Nunez, Inc. and against Edward S. Bradley, dated Jan. 4, 1946, reg. in C.O.B. 50 folio 170.

Resolution of St. Bernard Parish Police Jury authorizing acquistion of Plot M&N-1 of Meraux & Nunez, Inc. datdd August 6, 1974, registered in C.O.B. 123 folio 260 on August 15, 1974.

EXHIBIT 116A
page 4 of 11

Clerks's Office
Parish of St. Bernard
August 16, 1974.

Lena R Lopez
DY. CLERK & RECORDER

EXCEPT: Cash Sale by Meraux & Nunez, Inc.
to St. Bernard Parish Police Jury act
before David S. Gerbety N. P. dated

271-8461

**State of Louisiana**
**PARISH OF ST. BERNARD**

OFFICE OF CLERK OF COURT, EX-OFFICIO RECORDER OF MORTGAGES, ETC.

IN AND FOR THE PARISH OF ST. BERNARD

I, SIDNEY D. TORRES, hereby certify that in the indices of this office it does not appear that there are any other Mortgages, (Chattel Mortgages Excepted), Liens or Privileges standing recorded in the name of ______________________________ AGAINST THE FOLLOWING DESCRIBED PROPERTY, TO WIT:

MERAUX & NUNEZ, INC.
August 10, 1936 to present
COB 34, folio 486

That certain tract or parcel of land, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana in Township 12 South, Range 12 East, and Township 13 South, Range 12 East, Southeast Land District of Louisiana, East of the Mississippi River, forming a portion of the Meraux & Nunez, Inc., property and according to a survey of Eugene X. Estopinal, C. E., dated July 24, 1974, copy of which is annexed hereto,and the said tract or parcel of land is designated as "PLOT M & N-1" and according thereto, the said tract of parcel of land is described as follows;

PLOT M & N-1 in the area bounded by West Judge Perez Drive Jean Lafitte Parkway, Patricia Street and the remainder of the Meraux & Nunez, Inc., property, and the said Plot M & N-1 commences at a distance of 555.04 feet from the intersection of Jean Lafitte Parkway and West Judge Perez Drive and measures thence in a Westerly direction 963.49 feet front on West Judge Perez Drive, same in width in the rear, by a depth of 290 feet between equal and parallel lines.

Being the same portion of property which was acquired by Meraux & Nunez, Inc., by act before Robert Legier, Notary Public, dated August 10, 1936, as a portion of parcels 4, 5, 6 and 7, registered at COB 34, folio 486, Parish of St. Bernard.

THAN THE FOLLOWING:

Lis Pendens Notification by Meraux & Nunez, Inc., vs. Edward R. Bradley, No. 2920 of the 25th Judicial District Court, dated August 8, 1945, registered inM.O.B. 31 folio 193.

Clerks's Office
Parish of St. Bernard, La.
August 16, 1974.

[signature]
DY. CLERK & RECORDER

EXCEPT: None.

Redated: 8-28 19 78

[signature]
Dy. Clerk & Ex-Officio Recorder

EXHIBIT
116A
page 5 of 11

EXTRACT OF THE MINUTES OF A MEETING OF THE

BOARD OF DIRECTORS

OF

MERAUX & NUNEZ, INC.

Held on Thursday, August 15, 1974, at which meeting a quorum was present and voting.

WHEREAS, the Police Jury of the Parish of St. Bernard has offered to purchase a portion of the corporation's property fronting on the North side of Judge Perez Drive adjacent to the existing Civic Center in Chalmette, Louisiana, in order that the said Police Jury can enlarge the Civic Center site for parochial purposes; and

WHEREAS, by Resolution of the Police Jury dated August 6, 1974, the President of the Police Jury was authorized to acquire the said property on behalf of the Police Jury by negotiation for a sales price of $2.50 per square foot; and

WHEREAS, if the Police Jury is unable to acquire the said property by negotiation, as aforesaid, the President thereof is authorized, by the aforesaid resolution, to institute expropriation proceedings to acquire the said property under its power of eminent domain through the office of the District Attorney; and

WHEREAS, the expense of defending an expropriation proceedings is not justified at this time; now

T H E R E F O R E:

BE IT RESOLVED that Irma F. Ziegan, Executive Vice President of this corporation, be and she is hereby authorized and empowered on behalf of this corporation to sell PLOT M & N-1 belonging to this corporation and which said Plot M & N-1 is described with particularity on the sheet annexed hereto and marked Exhibit "A" for the price and sum of $352,181.25; to receive the said purchase price therefor on behalf of this corporation; to appear before any Notary Public for the said purpose, and to sign and execute any and all documents or deeds necessary to carry the foregoing Resolution into effect, and all such acts of the said officer done under the authority hereof are hereby ratified and confirmed.

I, Gladys Z. Wilson, Secretary of Meraux & Nunez, Inc., do hereby certify that the above and foregoing is a true and exact copy of an extract of the minutes of a meeting of the Board of Directors thereof held on August 15, 1974, at the corporate office, at which meeting a quorum was voting affirmatively, and that the said Resolution is in full force and effect.

New Orleans, Louisiana, August 27 1974.

Gladys Z Wilson
GLADYS Z. WILSON, Secretary

EXHIBIT
116 A
page 6 of 11

That certain tract or parcel of land, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in Township 12 South, Range 12 East, and Township 13 South, Range 12 East, Southeast Land District of Louisiana, East of the Mississippi River, forming a portion of the Meraux & Nunez, Inc., property, and according to a survey of Eugene I. Estopinal, C.E., dated July 24, 1974, copy of which is annexed hereto, the said tract or parcel of land is designated as "PLOT M & N-1" and according thereto, the said tract of parcel of land is described as follows:

PLOT M & N-1 in the area bounded by West Judge Perez Drive, Jean Lafitte Parkway, Patricia Street and the remainder of the Meraux & Nunez, Inc., property, and the said Plot M & N-1 commences at a distance of 555.04 feet from the intersection of Jean Lafitte Parkway and West Judge Perez Drive and measures thence in a Westerly direction 563.49 feet front on West Judge Perez Drive, same in width in the rear, by a depth of 250 feet between equal and parallel lines.

Being a portion of that same property which was acquired by Meraux & Nunez, Inc., by act before Robert Legier, Notary Public, dated August 10, 1926, as a portion of Parcels 4, 5, 6 and 7, registered at COB 34, folio 486, Parish of St. Bernard.

EXHIBIT "A"

EXHIBIT
116 A
page 7 of 11
tabbies

128 571

Police Jury

# St. Bernard Parish

St. Bernard Courthouse Annex
CHALMETTE, LOUISIANA 70043

OFFICERS:
Henry C. Schindler, Jr., President
Roy H. Gonzales, Vice-President
Valentine Riess, Parish Manager
Raymond M. McDougall, Secretary-Treasurer
Anthony A. Fernandez, Jr., Assistant Secretary

MEMBERS:
Bertrand A. Odinet, First Ward, 248 Friscoville Avenue, Arabi 70032
Henry C. Schindler, Jr., First Ward, 946 Mehle Avenue, Arabi 70032
Roy H. Gonzales, Second Ward, 117 Norton Avenue, Arabi 70032
Peter Perniciaro, Second Ward, 56 Carolyn Court, Arabi 70032
Nunzio S. Cusimano, Third Ward, 2005 Marietta Street, Chalmette 70043
John A. Metzler, Third Ward, 2800 Ivy Place, Chalmette 70043
Louis P. Munster, Third Ward, 2116 Paris Road, Chalmette 70043
Celestine Melerine, Fourth Ward, Route 1, Box 192, Violet 70092
Claude S. Mumphrey, Fourth Ward, 2012 Mumphrey Road, Chalmette 70043
Roland J. Bergeron, Jr., Fifth Ward, Box 38, St. Bernard P. O. 70085
Walter S. Molero, Fifth Ward, Box 626, St. Bernard P. O. 70085

271-0421

EXTRACT OF THE OFFICIAL PROCEEDINGS OF THE POLICE JURY OF THE PARISH OF ST. BERNARD, STATE OF LOUISIANA, TAKEN AT A REGULAR MEETING OF THE POLICE JURY HELD IN THE POLICE JURY ROOM OF THE COURT HOUSE ANNEX AT CHALMETTE, LOUISIANA, ON TUESDAY, AUGUST 6, 1974, at 11:00 O'CLOCK A.M.

On motion of Mr. Gonzales, seconded by Mr. Odinet, and unanimously carried, the following Resolution was adopted:

## R E S O L U T I O N

RESOLUTION AUTHORIZING THE ACQUISITION OF PLOT M&N-1 OF THE MERAUX & NUNEZ, INC., PROPERTY, CHALMETTE, LOUISIANA, BY THE POLICE JURY OF THE PARISH OF ST. BERNARD BY PURCHASE FROM THE OWNER, AND/OR BY EXPROPRIATION.

WHEREAS, this Police Jury deems it advisable and in the best interests of the Parish of St. Bernard to expand the area of the Civic Center site at the intersection of Judge Perez Drive and Jean Lafitte Parkway, all for public purposes as needed now or in the immediate future; and

WHEREAS, this Police Jury now has available to it, for the aforesaid purposes, federal funds which can be applied to such purposes; and

WHEREAS, the property to the West of the Civic Center site, as aforesaid, and owned by Meraux & Nunez, Inc., is presently undeveloped vacant land, all as is shown on the attached plan of Eugene I. Estopinal, C.E., dated July 24, 1974, a copy of which is annexed hereto and made a part hereof, whereon the property desired to be acquired by this Police Jury is designated as Plot M&N-1; and

WHEREAS, the said Plot M&N-1 has been appraised by competent appraisers appointed by this Police Jury as having a fair market value of $2.50 per square foot, as of this date; now

T H E R E F O R E:

1.

BE IT RESOLVED that the President of the Police Jury of the Parish of St. Bernard, the governing body of this Parish, be and he is hereby authorized and directed, on behalf of this Police Jury, to acquire the aforesaid Plot M&N-1, in accordance with the survey of Eugene I. Estopinal, C.E., dated July 24, 1974, from the owners thereof, MERAUX & NUNEZ, INC., and to pay unto the said owners therefor the sum of $2.50 per square foot of land as contained in the said Plot M&N-1, all under the usual conditions of merchantable title, with each party paying its customary costs; and

2.

BE IT FURTHER RESOLVED that in the event of a sale of the aforesaid Plot M&N-1 by the owners thereof unto this Police Jury, the subdivision plan of Eugene I. Estopinal, C.E., as aforesaid, dated July 24, 1974, be and the same is hereby approved; and

Recorded in C.O.B. 123 Folio 260
Parish of St. Bernard on the 15 day
of August 1974.

Clerk of Court and Recorder

EXHIBIT
116A
page 8 of 11

Police Jury
St. Bernard Parish
POST OFFICE BOX 143
CHALMETTE, LOUISIANA 70043

OFFICERS:
Henry C. Schindler, Jr., President
Roy H. Gonzales, Vice-President
Valentine Riess, Parish Manager
Raymond M. McDougall, Secretary-Treasurer
Anthony A. Fernandez, Jr., Assistant Secretary

MEMBERS:
Bertrand A. Odinet, First Ward, 248 Friscoville Avenue, Arabi 70032
Henry C. Schindler, Jr., First Ward, 946 Mehle Avenue, Arabi 70032
Roy H. Gonzales, Second Ward, 117 Norton Avenue, Arabi 70032
Peter Perniciaro, Second Ward, 56 Carolyn Court, Arabi 70032
Nunzio S. Cusimano, Third Ward, 2005 Marietta Street, Chalmette 70043
John A. Metzler, Third Ward, 2800 Ivy Place, Chalmette 70043
Louis P. Munster, Third Ward, 2116 Paris Road, Chalmette 70043
Celestine Melerine, Fourth Ward, Route 1, Box 192, Violet 70092
Claude S. Mumphrey, Fourth Ward, 2012 Mumphrey Road, Chalmette 70043
Roland J. Bergeron, Jr., Fifth Ward, Box 38, St. Bernard P. O. 70085
Walter S. Molero, Fifth Ward, Box 626, St. Bernard P. O. 70085

271-0421

RESOLUTION AUTHORIZING THE ACQUISITION OF PLOT M&N-1 OF THE MERAUX & NUNEZ, INC., PROPERTY, CHALMETTE, LOUISIANA, BY THE POLICE JURY OF THE PARISH OF ST. BERNARD BY PURCHASE FROM THE OWNER, AND/OR BY EXPROPRIATION.
AUGUST 6, 1974.
CONTINUED-
PAGE 2.

3.

BE IT FURTHER RESOLVED that in the event the owner of the aforesaid property, Plot M&N-1, will not, or refuses, to sell same under the foregoing conditions, then in that event, the President of this Police Jury is directed to instruct the District Attorney of the Parish of St. Bernard to institute expropriation proceedings to acquire the aforesaid property in the name of the Parish of St. Bernard for the price and sum of $2.50 per square foot, the appraised value thereof; and

4.

BE IT ADDITIONALLY RESOLVED that payment is hereby authorized for the acquisition of Plot M&N-1, having a total area of 140,872.50 square feet, appraised at $2.50 per square foot, in the amount of $352,181.25, from the 1973 Federal Revenue Sharing Account.

And the resolution was declared adopted on the 6th day of August, 1974.

C E R T I F I C A T E

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of a resolution adopted at a Regular meeting of the St. Bernard Parish Police Jury held at Chalmette, Louisiana, in the Police Jury Room on the 6th day of August, 1974.

Witness my hand and the Seal of the St. Bernard Parish Police Jury this 14th day of August, 1974.

R. M. McDougall
R. M. MC DOUGALL
SECRETARY-TREASURER

EXHIBIT
116A
page 9 of 11

This sale is made and accepted for and in consideration of the price and sum of THREE HUNDRED FIFTY-TWO THOUSAND ONE HUNDRED EIGHTY-ONE AND 25/100 ($352,181.25) Cash, which the said purchaser has well and truly paid, in ready and current money to the said vendor who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefor.

All State and City taxes up to and including the taxes due and exigible in 1973 are paid as per tax research attached hereto and made a part hereof

By reference to the certificates of the Register of Conveyances and Recorder of Mortgages in and for the Parish or County of St. Bernard annexed hereto and made a part hereof it does not appear that said property has been heretofore alienated by the vendor or that it is subject to any encumbrance whatever.

By reference to Paving Certificate and Paving research for the City of New Orleans, annexed, it does not appear that there is any paving due or any paving liens recorded against the said property

The parties to this Act are aware that the Mortgage, Conveyance and Paving Certificates herein referred to are open and not yet dated and signed, and relieve and release me, Notary, from all responsibility by reason thereof.

EXHIBIT
116A
page 10 of 11

**Thus Done and Passed** in my office at Chalmette, La.

on the day, month and year herein first above written, in the presence of Messieurs the undersigned

competent witnesses, who hereunder sign their names with the said appearers, and me, Notary, after reading of the whole.

WITNESSES:

MERAUX AND NUNEZ, INC.

BY: IRMA F. ZIEGAN
EXECUTIVE VICE-PRESIDENT

ST. BERNARD PARISH POLICE JURY

BY: HENRY C. SCHINDLER, JR.
PRESIDENT

DAVID S. GORBATY
NOTARY PUBLIC

Recorded and Registered in Conveyance Book ________,

Folio ___, ___ day of ________________, 19__

EXHIBIT 116A pg 11 of 11

E 000 000 0 2120 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT A BLOCK Y ST. CLAUDE HGTS.SUB

Location
*

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 121 / 499 | 3/29/1974 | | $85000 | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 1.00 | 208 |
| CI | City Improvement | 1.00 | 848 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,056 | 0 | 1,056 |

EXHIBIT
tabbies
117

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOTS 114,115 LA PETITE MANOR SUB

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 115 / 209 | 9/28/1972 | | $11600 | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 2.00 | 832 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 832 | 0 | 832 |

EXHIBIT
tabbies
118

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2140 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

SEWERAGE SUB STATION

LOT 197 SQ.F BUCC.VILLA SUB

Location
2613 CREELY

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 107 / 9 | 7/15/1970 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 1.00 | 2,000 |
| CI | City Improvement | 1.00 | 1,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 3,000 | 0 | 3,000 |

EXHIBIT
tabbies
119

Marlene M. Vinsenau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

CIVIC CENTER
PARK CHENIER (PART)

TRACT CC-1, CC-2 & CC-3 TOGETHER ALL 3 TRACTS FORM CORNER W. JUDGE PEREZ & JEAN LAFITTE, DEPTH TO PATRICIA. COMBINED MEAS. 555.04' ON W.JUD.PEREZ X 1434' JEAN LAFITTE X 561' PATRICIA

Location

8201 W. JUDGE PEREZ

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 115 / 601 | 11/24/1972 | | | |
| * | 102 / 624 | 0/00/0000 | | | |
| * | 93 / 480 | 0/00/0000 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| SL | Suburban Land | 18.00 | 180,000 |
| RI | Rural Improvements | 1.00 | 300,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 480,000 | 0 | 480,000 |

EXHIBIT
tabbies
120

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2160 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 27 KARE SUE EXT

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 153 / 420 | 3/29/1978 | | | |

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 1.00 | 1,144 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,144 | 0 | 1,144 |

EXHIBIT
tabbies
121

Marlene M. Vinsenau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2170 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

VAL RIESS PARK

(1) PTN. SEC.1 TS13SR12E
(2) PTN. SEC.36 TS12SR12E

Location
1001 MAGISTRATE

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 133 / 10 | 12/28/1976 | | $327500 | |

| Code | Type | Units | A/V |
|---|---|---|---|
| SL | Suburban Land | 104.00 | 46,200 |
| RI | Rural Improvements | 1.00 | 5,310 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 51,510 | 0 | 51,510 |

EXHIBIT
tabbies
122

Marlene M. Vinsenau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2180 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 1 SQ.F & LOT 25 SQ.L CHALMETTE PLAZA SUB

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 79 / 216 | 7/18/1961 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 2.00 | 1,040 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,040 | 0 | 1,040 |

EXHIBIT
tabbies
123

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2190 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

TRACT 1-CINDY PARK-MEAS.76.94'X46.56'X76.94'X46.54'
TRACT 2-MEAS. 76.94'X46.57'X76.94'X46.60'

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 108 / 469 | 3/03/1971 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 1.00 | 1,040 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,040 | 0 | 1,040 |

EXHIBIT
tabbies
124

Marlene M. Vinsonau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2200 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 56-A REAR OF LICCIARDI SUB.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 125 / 297 | 3/27/1975 | | $35000 | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 1.00 | 3,640 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 3,640 | 0 | 3,640 |

EXHIBIT
tabbies
125

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

PTN.104'FR.ON LEFT SIDE BTAS(LESS PORT.USED FOR HWY)X150'DEP

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 76 / 536 | 8/29/1960 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| SL | Suburban Land | 40.00 | 2,704 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 2,704 | 0 | 2,704 |

EXHIBIT
tabbies
126

Arlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2230 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

**************
WATER TANK

PRT.LEFT SIDE BTAB, MEAS.80'WIDTH X 150'DEP "ACTUAL TANK LOCATION"
(VICINITY SHELL TOCA PLANT)

Location
2229 BAYOU RD.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| KASS, EDWARD M., MR/MRS | 678 / 317 | 6/08/2000 | QC Quit | | |
| ST. BERNARD PARISH | 678 / 314 | 6/08/2000 | QC Quit | | |
| ABBOTT, ABBOTT, MR/MRS | 76 / 536 | 8/29/1965 | | | |

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 1.00 | 520 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 520 | 0 | 520 |

EXHIBIT
tabbies
127

Marlene M. Vinsonau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La 70043

Case 1:05-cv-01119-SGB Document 44-4 Filed 06/21/2007 Page 36 of 46

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

CONTRERAS MONUMENT

TR.GND.LEFT SIDE BTAB-PTN.OF OLD CONTRERAS PLANT.,MEAS.200' FR.HWY.32
X DEP.300',PTN.LOT 80 TS14S R14E

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 78 / 96 | 3/24/1961 | | | |

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 1.00 | 520 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 520 | 0 | 520 |

EXHIBIT
tabbies
128

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

Case 1:05-cv-01119-SGB Document 44-4 Filed 06/21/2007 Page 37 of 46

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

FORT PROCTOR, SHELL BEACH

WEST BANK BAYOU YSCLOSKEY FROM SHORE OF LAKE BORGNE-FORT PROCTOR

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| DUVIC, HENRY T. | 171 / 474 | 6/07/1979 | DN Donat | | |

| Code Type | Units | A/V |
|---|---|---|
| ML Marshlands | 8.00 | 24 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 24 | 0 | 24 |

EXHIBIT
tabbies
129

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

********************************
WATER TOWER
FIRE STATION - DELACROIX ISLAND

LOT 11 FERNANDEZ SUB MEAS. 40' X 150'

Location
4623 DELACROIX

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 75 / 22 | 1/12/1960 | | $1500 | |

| Code Type | Units | A/V | Imp Dat |
|---|---|---|---|
| CL City Lots | 1.00 | 1,000 | |
| CI City Improvement | 1.00 | 500 | 1996 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,500 | 0 | 1,500 |

EXHIBIT
tabbies
130

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 12 FERNANDEZ SUB

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 75 / 22 | 1/12/1960 | | $1975 | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 1.00 | 104 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 104 | 0 | 104 |

EXHIBIT
tabbies
131

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2280 4/04/07 Page 1 AP

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

HOPEDALE SUGAR MILL MONUMENT

LOT 42A HOPEDALE SUB.#1

Location

5501 HOPEDALE

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 133 / 105 | 1/13/1977 | | $6000 | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 1.00 | 200 |
| CI | City Improvement | 1.00 | 1,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,200 | 0 | 1,200 |

EXHIBIT
tabbies
132

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE LA 70043

LOT 2 SQ. B ST. BERNARD GROVE EXT. 3 MEAS 57 X 104 = 5928

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| LAROSE, RENE J. | 503 / 106 | 7/22/1991 | | $17700 | |
| * | 426 / 195 | 6/06/1988 | | $4900 | |

| Code | Type | Units | A/V | SqFt |
|---|---|---|---|---|
| CL | City Lots | 1.00 | 1,456 | 5928 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,456 | 0 | 1,456 |

EXHIBIT
tabbies
133

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOCATED IN REAR OF SCHOOL BOARD PROPERTY
MEAS. 140.76' FRT. ON LIVAUDAIS & 152.16'
ON JANSSEN & 313.01' REAR X 312.79'

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 143 / 30 | 8/16/1977 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 1.00 | 1,040 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,040 | 0 | 1,040 |

EXHIBIT
tabbies
134

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

ST.B.P. GOVERNMENT
911 COMMUNICATIONS DISTRICT
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

*****************
911 COMMUNICATIONS DISTRICT

CERTAIN BUILDING MEAS. 50' X 52' LOCATED ON PORTION OF LOTS 10,
11 & 12 NEW ORLEANS TERMINAL PROPERTY. SEC. 11, TS12SR12E
KNOWN AS 911 COMMUNICATION DISTRICT BLDG.

Location
8001 W. ST. BERNARD HWY.

XRF Cross ref-see 289900000128 J & R AMUSEMENT CO., INC.

| Code | Type | Units | A/V | SqFt | Imp Dat |
|---|---|---|---|---|---|
| CI | City Improvement | 1.00 | 30,000 | 2600 | 2004 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 30,000 | 0 | 30,000 |

EXHIBIT
tabbies
135

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

410 318

| | | |
|---|---|---|
| **DONATION** | * | **UNITED STATES OF AMERICA** |
| **BY** | * | **STATE OF LOUISIANA** |
| **J & R AMUSEMENT CO. INC.** | * | **PARISH OF ST. BERNARD** |
| **TO** | * | Recorded in C.O.B. 734 Folio ____ Parish of St. Bernard on the 11 day of April 2003 |
| **911 COMMUNICATION DISTRICT** | * | Lena R. Torres, Clerk of Court and Recorder |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

On this 10th day of April, 2003, before me, the undersigned, Notary Public, duly qualified in and for this Parish and State, personally came and appeared:

> **J & R AMUSEMENT CO. INC.**, a Louisiana Corporation domiciled and doing business in the Parish of St. Bernard, State of Louisiana, represented herein through its Secretary, Charles L. Bienvenu, pursuant to a Resolution of the Board of Directors adopted on April 10, 2003, a copy of which is attached hereto, hereinafter referred to as "DONOR",

who declared that pursuant to LSA R.S. 12:41 (12), in and for the consideration of benefitting the public welfare, it has given, donated and delivered, and thus by this formal act of donation irrevocably gives and donates inter vivos and delivers unto The St. Bernard Parish Government, all of its right, title and interest in and to the following described movable property, to-wit:

> THAT CERTAIN BUILDING, measuring approximately 50.00 feet by 52.00 feet located on property bounded by St. Bernard Highway, property of Meraux and Nunez, Inc., Carolyn Park Subdivision and Guerenger Canal, and being a portion of Lots 10, 11 and 12, New Orleans Terminal Company Tract, situated in the Parish of St. Bernard, State of Louisiana, in Section 11, Township 12 South, Range 12 East, St. Helena Meridian, as more fully shown on that certain Plat by Estopinal Surveying and Engineering, Inc., dated March 30, 2000 and Plat by Rozas Ward\ A.I.A. Architects, P.C., dated April 6, 2000, revised July 15, 2000, attached hereto and made a part hereof. (Hereinafter referred to as "Improvements")

AND NOW APPEARS:

**911 COMMUNICATION DISTRICT** (an entity of the St. Bernard Parish Council),, a political subdivision of the State of Louisiana, appearing herein through its Chairman, Danny L. Menesses, (hereinafter referred to as "DONEE")

who does hereby appear in the presence of the undersigned witnesses and me, Notary, and accepts the said donation made to it aforesaid, for itself, for the public welfare, and acknowledges due delivery and possession of the above described property, so donated to it.

**TO HAVE AND TO HOLD** the above described property unto the said donee.

The Parties hereto agree that the herein described property is being conveyed "As is," "Where is", without any warranty as to its condition. Donee hereby waives redhibition and all warranties pertaining thereto and Donee releases Donor from all environmental liabilities.

Donor does hereby reserve to itself and Donee does hereby agrees that if for any reason

EXHIBIT 135A

whatsoever Donee should abandon the Improvements, then ownership of the Improvements shall revert back to Donor free and clear of any encumbrances that Donee may have placed thereon without any right of reimbursement due to Donee.

THE PARTIES TAKE COGNIZANCE OF THE FACT THAT NO TITLE EXAMINATION HAS BEEN PERFORMED IN CONNECTION HEREWITH, AND THEY RELIEVE AND RELEASE ME, NOTARY, FROM ANY AND ALL LIABILITY IN CONNECTION THEREWITH.

Thus Done and Passed, in my office in Chalmette, Louisiana on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunto sign their names with the said appearers, and me, Notary, after reading the whole.

J & R AMUSEMENT CO. INC.

BY: [signature]
CHARLES L. BIENVENU, SECRETARY, DONOR

911 COMMUNICATION DISTRICT

BY: Danny L. Menesses
Danny L. Menesses, Chairman
DONEE

WITNESSES:

[signature]

Dana Lyle

Salina Petrey
NOTARY PUBLIC

EXHIBIT
135A
page 2 of 3

# RESOLUTION

# OF

# J & R AMUSEMENT CO., INC.

BE IT RESOLVED, That Charles L. Bienvenu, Secretary of this Corporation, is fully authorized in the name and on behalf of this corporation, to purchase any real estate in the State of Louisiana, or elsewhere, for such amount and on such terms and conditions and with such clauses and stipulations contained in the Act of Purchase as said Officer thinks proper and advisable; and also to sell, donate, quitclaim or convey any real estate owned by this corporation to any person or persons or corporation for such amount and on such terms and conditions as said officer may determine or think advisable, and to receive and receipt for the selling price and to give full acquittance and discharge therefore; to mortgage real estate owned by the corporation under a conventional mortgage, collateral mortgage, second mortgage, multiple indebtedness mortgage, home equity mortgage, mortgage for future advances or to any homestead association under a vendor's lien and in accordance with the rules and regulations of the homestead association, for such amounts and on such terms and conditions as either of said officers may determine, with authority in the case of a homestead association loan to sell the property to the homestead association and to repurchase same, and to subscribe to any mortgage installment stock as may be necessary, all in accordance with its rules and regulations; with full authority on part of said officer to sign and execute any act or acts before any Notary Public, said act or acts to contain such clauses, stipulations, and obligations as either of said officers may deem advisable, including confession of Judgment, sale by executory process, waiver of appraisement, and the non alienation clauses; with further authority to sign and execute any and all documents or deeds, notes and mortgage notes, building contracts, necessary or advisable to carry out fully the foregoing objects and purposes, to build and construct houses and other improvements on, or make repairs or additions to property by this corporation for itself, or to construct residences or other buildings for others on property owned by them, under contracts direct with such owners, or through any lending agency, and with or without bond, and for such amount and on such terms as either of such officers deems advisable, the intent of this resolution being to place full authority with either of said officers to transact completely the business of this corporation as outlined in its charter, in which its objects and purposes are set forth, all without the necessity of the adoption by the Board of Directors of a separate resolution to cover each transaction, or to cover each sale, purchase or mortgage, or the construction of any improvements on the property of this corporation for itself, or under building contract as contractor for the account of others; with further authority to do anything in the premises which may be necessary or advisable to carry out fully all or any of the purposes of this resolution.

* * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE

I certify that I am Secretary of J & R Amusement Co., Inc., and that the above resolution is a true and correct copy of a resolution unanimously adopted at a meeting of the Board of Directors of said corporation held at its office on April 10, 2003, all members of the Board being present and voting.

[signature]
Charles L. Bienvenu, Secretary

S:\docs\CHRIS\J&R\resolution for j and r.wpd

EXHIBIT
135A
page 3 of 3