**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ROCCO TOMMASEO, and<br>THOMAS TOMMASEO, and<br>ROCKY AND CARLO, INC., and<br>STEVEN BORDELON, husband of,<br>and CYNTHIA BORDELON and,<br>STEVE'S MOBILE HOME & R.V. REPAIR,<br>INC.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 05-1119L<br><br>Hon. Susan G. Braden |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's order of June 20, 2007 (as modified June 26, 2007) the parties hereby submit the following report:

1. The parties are engaged in discovery related to the statute of limitations.

2. Plaintiffs will conduct three perpetuation depositions the week of August 20, 2007. Additionally, plaintiffs will be conducting depositions of their experts the week of September 10, 2007.

3. Defendant will conduct the depositions of the named plaintiffs the week of August 27, 2007.

4. On July 23, 2007, defendant will provide responses and objections to plaintiffs' requests for production of documents relating to the statute of limitations.

5. The parties propose submitting a further status report on September 18, 2007.

Submitted by defendant on behalf of the parties.

F. GERALD MAPLES
STEPHEN M. WILES
CARLOS A. ZELAYA II
F. Gerald Maples, P.A.
902 Julia Street
New Orleans, LA 70113
Telephone: (504) 569-8732
Fax: (504) 525-6932

Counsel for the Plaintiffs.

-and-

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Fred Disheroon by Mark T. Romley
FRED R. DISHEROON, Special Litigation Counsel
MARK T. ROMLEY, Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
601 D. St. N.W., Room 3022
Washington, D.C. 20004
Telephone: (202) 616-9649
Fax: (202) 616-9667

.

Counsel for the Defendant.

Dated: July 16, 2007.