# In the United States Court of Federal Claims

No. 05-1119L

Filed: July 19, 2007

| | |
|---|---|
| ROCCO TOMMASEO, THOMAS TOMMASEO, ROCKY AND CARLO, INC., STEVEN BORDELON, husband of, CYNTHIA BORDELON and, STEVE'S MOBILE HOME & R.V. REPAIR, INC., | |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**STATUS REPORT ORDER**

The parties will submit a joint status report by September 20, 2007, including a proposed briefing schedule, on the issue of whether counts I and III of the Plaintiff's January 13, 2006 are barred by the statute of limitations, 28 U.S.C. § 2501. *See* 28 U.S.C. § 2501 ("Every claim of which the United States Court of Federal Claims has jurisdiction shall be barred unless the petition thereon is filed within six years after such claim first accrues.")

**IT IS SO ORDERED**.

s/ Susan G. Braden

**SUSAN G. BRADEN**
**Judge**