# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ROCCO TOMMASEO, *et al.*** | ) | |
| **Plaintiffs** | ) | |
| **V.** | ) | **1:05-cv-1119 SGB**<br>**Hon. Susan G. Braden** |
| **THE UNITED STATES** | ) | |
| **Defendant** | ) | |

## R.C.F.C. RULE 37(a)(2)(B) CERTIFICATE OF GOOD FAITH

NOW INTO COURT, through undersigned counsel, come Plaintiffs Rocco Tommaseo, Thomas Tommaseo, Rocky and Carlo, Inc., Steven Bordelon, Cynthia Bordelon, and Steve's Mobile Home & R.V. Repair, Inc., and all other similarly situated persons (the putative class), whose counsel have been diligently attempting to resolve the discovery disputes extant in this litigation attendant to the Rule 30(b)(6) Deposition of the Defendant which took place on 12 June 2007. Despite extensive efforts to resolve both the Rule 30(b)(6) Deposition dispute, as well as the abject failure of the Defendant to produce the documentation sought pursuant to the Rule 30(b)(5) document request (which production was to take place at the time of the deposition aforementioned), an impasse has been reached and this Motion is required. Consequently the Motion to Compel and Request for the Imposition of Rule 37 Fees and Expenses which is being filed contemporaneously herewith is required.

Respectfully submitted this 7th day of August, 2007.

s/F. Gerald Maples
F. Gerald Maples T.A. (LA# 25960)
Stephen M. Wiles (LA# 17865)
Carlos A. Zelaya, II (LA# 22900)
F. GERALD MAPLES, P.A.
902 Julia Street
New Orleans, LA 70113
Telephone: (504) 569-8732
Facsimile: (504) 525-6932

-and-

J. Wayne Mumphrey (LA# 9824)
MUMPHREY LAW FIRM, LLC
One Canal Place
365 Canal Street, Sute 2280
New Orleans, LA 70130
Telephone: (504) 569-0661
Facsimile: (504) 569-0665

-and-

John H. Musser, IV (LA# 9863)
201 St. Charles Avenue; Suite 2500
New Orleans, LA 70170
Telephone: (504) 599-5964
Facsimile: (504) 566-7185

**CERTIFICATE OF SERVICE**

I hereby certify that by filing the foregoing pleading via the ECF for the United States Court of Federal Claims, a copy of the above and foregoing will be served upon counsel for the United States, pursuant to the E-Noticing System this 7th day of August, 2007. A courtesy copy is also being directly e-mailed to Messrs. Disheroon and Romley.

s/F. Gerald Maples
F. Gerald Maples