# LIST OF TABLES


| Number | Title | Page |
|---|---|---|
| MR 2-1 | Existing Habitat and Vegetation | 2-19 |
| MR 2-2 | Net Loss Trends by Subprovince | 2-19 |
| MR 2-3 | Percent Habitat Composition | 2-23 |
| MR 2-4 | Projected Net Land Loss Trends by Subprovince from 2000 to 2050 | 2-24 |
| MR 3-1 | Major Iterations of Plan Formulation | 3-18 |
| MR 3-2 | Types of Restoration Features by Subprovince | 3-21 |
| MR 3-3 | Subprovince 1 Frameworks | 3-24 |
| MR 3-4 | Subprovince 2 Frameworks | 3-25 |
| MR 3-5 | Subprovince 3 Frameworks | 3-26 |
| MR 3-6 | Subprovince 4 Frameworks | 3-27 |
| MR 3-7 | Overview of Final Array of Coast wide Restoration Frameworks | 3-38 |
| MR 3-8 | Restoration Features Eliminated using Sorting Criterion #1: Features Whose E&D Could not be Completed and Construction Started Within the Next 5 to 10 Years | 3-67 |
| MR 3-9 | Restoration Features Eliminated Using Sorting Criterion #2: Features Having Significant Uncertainties About Science and Technology and Engineering Understanding of Processes | 3-68 |
| MR 3-10 | Restoration Features and Restoration Opportunities that Passed Sorting Criteria 1 to 3 | 3-70 |
| MR 3-11 | Possible Alternative Plan Combinations Based on the Critical Needs Criteria | 3-78 |
| MR 3-12 | Alternative Plan Make-up | 3-79 |
| MR 3-13 | Comparison of Alternative Plan Feature Combinations and Construction Costs | 3-81 |
| MR 4-1 | Sequenced PBMO Components | 4-4 |
| MR 4-2 | Scheduled LCA Plan Components | 4-6 |
| MR 4-3a | Components of the LCA Plan | 4-9 |
| MR 4-3b | Components of the LCA Plan | 4-9 |
| MR 4-4a | The LCA Plan Implementation Schedule | 4-10 |
| MR 4-4b | The LCA Plan Implementation Schedule | 4-11 |
| MR 4-4c | The LCA Plan Implementation Schedule | 4-12 |
| MR 4-4d | The LCA Plan Implementation Schedule | 4-13 |

| Number | Title | Page |
|---|---|---|
| MR 4-5 | LCA Plan versus Final Array of Coast wide Frameworks forming the Cost Effective Frontier | 4-14 |
| MR 4-6 | LCA Plan and Final Array of Coast wide Frameworks | 4-15 |
| MR 4-7 | Summary of Costs for MRGO Environmental Restoration Features | 4-19 |
| MR 4-8 | MRGO Environmental Restoration Features, Federal and Non-Federal Cost Breakdown | 4-20 |
| MR 4-9 | Summary of Costs for the Small Diversion at Hope Canal | 4-22 |
| MR 4-10 | Small Diversion at Hope Canal, Federal and Non-Federal Cost Breakdown at Hope Canal | 4-22 |
| MR 4-11 | Summary of Costs for Barataria Basin Barrier Shoreline Restoration | 4-26 |
| MR 4-12 | Barataria Basin Barrier Shoreline Restoration, Federal and Non-Federal Cost Breakdown | 4-27 |
| MR 4-13 | Summary of Costs for Small Bayou Lafourche Reintroduction | 4-31 |
| MR 4-14 | Small Bayou Lafourche Reintroduction, Federal and Non-Federal Cost Breakdown | 4-32 |
| MR 4-15 | Summary of Costs for the Medium Diversion with Dedicated Dredging at Myrtle Grove | 4-34 |
| MR 4-16 | Medium Diversion with Dedicated Dredging at Myrtle Grove, Federal and Non-Federal Cost Breakdown | 4-35 |
| MR 4-17 | The LCA Plan Component Cost Estimates | 4-57 |
| MR 4-18 | Summary of LCA Plan Cost Sharing Responsibilities | 4-77 |
| MR 4-19 | Detailed LCA Plan Cost Sharing Responsibilities | 4-78 |
| MR 4-20 | Summary of Real Estate Costs for LCA Plan Components | 4-91 |
| MR 6-1 | LCA Plan and Final Array of Coastwide Frameworks | 6-1 |
| MR 6-2a | Components of the LCA Plan | 6-7 |
| MR 6-2a | Components of the LCA Plan | 6-7 |
| MR 6-3 | LCA Recommended Component Cost Estimates | 6-8 |
| MR 6-4 | Summary of LCA Plan Cost Share Responsibilities | 6-9 |
| MR 6-5 | Average Annual O&M Cost Estimates for the LCA Plan Features | 6-10 |

**This page intentionally left blank.**

# Restoration of the Mississippi Delta: Lessons from Hurricanes Katrina and Rita

John W. Day Jr.,[1*] Donald F. Boesch,[2] Ellis J. Clairain,[3] G. Paul Kemp,[4] Shirley B. Laska,[5] William J. Mitsch,[6] Kenneth Orth,[7] Hassan Mashriqui,[8] Denise J. Reed,[9] Leonard Shabman,[10] Charles A. Simenstad,[11] Bill J. Streever,[12] Robert R. Twilley,[1] Chester C. Watson,[13] John T. Wells,[14] Dennis F. Whigham[15]

Hurricanes Katrina and Rita showed the vulnerability of coastal communities and how human activities that caused deterioration of the Mississippi Deltaic Plain (MDP) exacerbated this vulnerability. The MDP formed by dynamic interactions between river and coast at various temporal and spatial scales, and human activity has reduced these interactions at all scales. Restoration efforts aim to re-establish this dynamic interaction, with emphasis on reconnecting the river to the deltaic plain. Science must guide MDP restoration, which will provide insights into delta restoration elsewhere and generally into coasts facing climate change in times of resource scarcity.

The Mississippi Deltaic Plain (MDP) is a 25,000-km$^2$ dynamic landscape of water, wetlands, and low upland ridges, formed as a series of overlapping delta lobes. An understanding of how humans and Hurricanes Katrina and Rita affected the MDP in 2005 requires knowledge about the complex processes that formed and sustained the delta for millennia before human impact. The delta emerged about 6000 to 7000 years ago after eustatic sea level stabilized (Fig. 1) (*1*–*3*). A variety of processes formed and sustained the delta and increased its overall size (Table 1) (*4*). Riverine sediments were deposited at river mouths and via overbank flooding, crevasse formation, and older distributaries (*2*, *3*). Crevasses were usually short-lived (<100 years) and formed depositional splays about 10 km wide, as compared to hundreds of kilometers for delta lobes (*5*). Many former distributaries functioned, either permanently or seasonally, at the beginning of European colonization, around 1700. A skeletal framework of distributary ridges and barrier islands (*6*) protected interior fresher wetlands from marine forces and saltwater intrusion (Fig. 1).

To survive, the soil surface of coastal wetlands must grow vertically to keep pace with local sea level. This is critical in the MDP, where geologic subsidence causes a relative sea-level rise (RSLR) of about 1 cm/year as compared to ~1.5 mm/year of eustatic SLR. Plant growth contributes organic soils; the rest of the vertical growth comes from mineral sediments (*7*). Riverine inputs benefit coastal wetlands in several ways: Mineral sediments increase accretion and bulk density, nutrients enhance plant growth, fresh water buffers saltwater intrusion, and iron precipitates toxic sulfides (*8*, *9*). The deposition of older river sediments resuspended from bays and the nearshore Gulf of Mexico or eroded from other wetlands is especially important during winter storms and hurricanes (*7*, *10*, *11*). However, most sediment is introduced directly from the river (*12*).

In the MDP, barrier islands grow and diminish in conjunction with deltaic lobe cycles (Fig. 2) (*13*). Coarser sediments are deposited at active river mouths, and as the delta advances, sand is transported laterally to form beach ridges. After channel abandonment, delta-front sands are reworked to form erosional headlands attached to marshes behind the barrier. Waves and currents rework and redistribute headland sands laterally to form flanking barrier islands, and the islands move landward as sand is transported in wash-




**Fig. 1.** The MDP was formed by a series of overlapping delta lobes as the river occupied different channels. The delta is characterized by current and abandoned river channels, barrier islands, and extensive coastal wetlands. Currently, about two-thirds of flow is discharged via the lower Mississippi directly to the Gulf and one-third is discharged via the Atchafalaya River to a shallow bay where a new delta is forming. The location of levees is shown on the lower river as well as the location of the MRGO. The turbid plume shown on the right results from a river diversion. BP, before the present. [Modified from (*66*)]

[1]Department of Oceanography and Coastal Sciences, Louisiana State University, Baton Rouge, LA 70803, USA. [2]University of Maryland Center for Environmental Science, Post Office Box 775, Cambridge, MD 21613, USA. [3]Engineer Research and Development Center, U.S. Army Corps of Engineers, Vicksburg, MS 39180, USA. [4]The Hurricane Center, Louisiana State University, Baton Rouge, LA 70803, USA. [5]Department of Sociology, University of New Orleans, New Orleans, LA 70148, USA. [6]Olentangy River Wetland Research Park, The Ohio State University, 352 West Dodridge Street, Columbus, OH 43202, USA. [7]Institute for Water Resources, U.S. Army Corps of Engineers, 7701 Telegraph Road, Alexandria, VA 22315, USA. [8]Department of Civil and Environmental Engineering, Louisiana State University, Baton Rouge, LA 70803, USA. [9]Department of Geology and Geophysics, University of New Orleans, New Orleans, LA 70148, USA. [10]Resources for the Future, 1616 P Street, NW, Washington, DC 20036, USA. [11]School of Aquatic and Fishery Sciences, Box 355020, University of Washington, Seattle, WA 98015, USA. [12]BP Exploration (Alaska), Post Office Box 196612, Anchorage, AK 99519-6612, USA. [13]Engineering Research Center, Colorado State University, Fort Collins, CO 80523, USA. [14]Virginia Institute of Marine Science, Box 1346, Gloucester Point, VA 23062, USA. [15]Smithsonian Environmental Research Center, Box 28, Edgewater, MD 21037, USA.

*To whom correspondence should be addressed. E-mail: johnday@lsu.edu



EXHIBIT
4

over fans. As wetlands deteriorate, a barrier island arc is formed. Over time, the barriers fragment into smaller islands, and extensive washover terraces or sandy shoals are formed inshore of the islands, eventually producing a submerged complex of shoals and sand sheets. This process continues until another distributary channel forms and the cycle begins again.

### Deterioration of the MDP

Since 1900, about 4900 $km^2$ of wetlands in coastal Louisiana have been lost at rates as high as 100 $km^2$/year (*14, 15*). Wetland loss is much lower on the central coast, where the Atchafalaya River, a distributary that carries one-third of the flow of the Mississippi River, discharges into a shallow inshore bay (*16*). Loss occurs at the wetland edge because of wave erosion and in interior wetlands by submergence as soil accretion fails to keep up with RSLR (*17*). Most loss was initially internal, but as wetlands opened up, wave erosion has become more important (*18*). Although a delta grows and decays as a natural outcome of the delta lobe cycle, the MDP experienced an overall net growth for several thousand years after the sea level stabilized. Human activities during the 20th century reversed this trend (*15, 17, 19*).

The main cause of loss was the isolation of the river from the MDP (*17, 19*). The river is now almost completely leveed, preventing overbank flooding and crevasse formation, so most of its discharge is into the deep Gulf of Mexico (Fig. 1). With the exception of the Atchafalaya River, all distributaries of the river have been closed. The lower Mississippi is prevented from seeking a shorter course to the Gulf via the Atchafalaya by the Old River Control Structure.

Over 15,000 km of canals have been dredged for navigation, drainage, and logging, but mostly for oil and gas development (*17*). This and the construction of impoundments have altered the hydrology that sustains the system (*20*). Spoil banks associated with canals reduce sheet flow of water through wetlands (*21*). Deep, straight navigation canals cause saltwater intrusion and the death of freshwater plant communities (*17*). One of the most notable is the Mississippi River Gulf Outlet (MRGO), a 12-by-300-m canal dredged through the Breton Sound Basin in 1963. Saltwater intrusion via the MRGO killed thousands of hectares of freshwater wetland forests. As Katrina's path crossed Breton Sound, levees along the MRGO were breached and storm surge funneled through the MRGO and into the Gulf Intracoastal Waterway to contribute to the flooding of New Orleans. The withdrawal of oil, natural gas, and formation waters lowered pressures in underlying geologic features, probably causing downfaulting and increasing the rate of subsidence by two to three times during active oil and gas production (*22*).

The construction of reservoirs in the Mississippi basin dramatically reduced the supply of both suspended and bedload sediments to the delta (*6*). Inputs of sand are particularly important for maintaining barrier islands; thus, all barrier islands in the deltaic plain are deteriorating (*13*) because the deterioration phase of the barrier island cycle has accelerated while the development phase has been greatly reduced.

### Hurricanes and Mississippi Delta Wetlands

Hurricanes are a regular, if episodic, force in the MDP. Thousands of tropical storms affected the delta as it grew over the past 6000 to 7000 years. Under some conditions, runoff generated by hurricane precipitation introduces fresh water and nutrients that reduce salinity and enhance coastal productivity (*23*). Hurricanes also deposit large amounts of resuspended sediments on wetland surfaces, helping to offset RSLR, and thus are important for the sustainability of marshes (*7, 10*). Hurricanes Katrina and Rita were the fourth and fifth most powerful storms to strike the MDP since 1893 with respect to maximum wind speed at landfall, but were more remarkable in both cases for the hundreds of kilometers of the coast affected by a storm surge of more than 3 m. As Katrina progressed across Breton Sound and Lake Borgne as a category 3 storm (sustained winds of 194 km $hour^{-1}$), it generated a storm surge that exceeded 10 m on the Mississippi coast and measured up to 6 m southeast of New Orleans, with up to 2 m of additional wave run-up in the most exposed locations (Fig. 3) (*24*). In southeast Louisiana, communities unprotected by levees were inundated, and the storm destroyed levees protecting eastern New Orleans and St. Bernard and Plaquemines parishes to the south and east. Floodwalls failed along drainage and navigation canals connected to Lakes Pontchartrain and Borgne, inundating most of the rest of New Orleans. Because much of this area is below sea level, the floodwaters remained for 3 or more weeks while emergency repairs were made and the water was pumped out. More than 1500 people died as a direct or indirect result of Hurricane Katrina, almost 1100 of them in Louisiana.

Katrina and Rita deposited 5 to 10 cm of sediment over large areas of coastal wetlands (*11*). But about 100 $km^2$ of wetlands in the Breton Sound Basin lying in the storm path were converted to open water (*25*). Although some of this area is now 1 m or more deep, most of the damaged area is shallow mud flats interspersed with myriad marsh clumps uprooted by the storm. The disturbance of buoyant low-salinity marshes with low-density organic soils often occurs during hurricanes. The Caernarvon river diversion structure is presently being operated to the maximum extent possible to enhance marsh recovery in the most heavily affected area. Initial observations indicate substantial marsh recovery.

Hurricane Rita made landfall near Sabine Pass at the Louisiana-Texas border on 24 September 2005, generating a storm surge of up to 5 m (Fig. 3) and reflooding parts of New Orleans more than 200 km east of landfall. Coastal communities in Cameron Parish were destroyed, and parts of the city of Lake Charles experienced 2-to-3-m–deep flooding associated with surge propagating up a ship channel. To the east, the 30-to-50-km–wide Chenier Plain wetlands reduced surge inland. Because of the lesser storm surge and lower population densities, fewer than 10 people lost their lives directly as a result of Rita's winds and surge. Rita's surge displaced residents from all Louisiana coastal parishes, however, and drove salt water tens of kilometers inland, killing freshwater wetlands in artificially impounded areas (*25*).

Hurricane Rita's highest storm surge was nearly as great as the surge confronting the

**Table 1.** A hierarchy of forcings or pulsing events affecting the formation and sustainability of deltas. [Modified from (*4*)]

| Event | Time scale | Impact |
|---|---|---|
| Major changes in river channels | 500–1000 years | New delta lobe formation (avulsions), major sediment deposition |
| Major river floods | 50–100 years | Avulsion enhancement, major sediment deposition, enhancement of crevasse formation and growth |
| Major storms | 20–25 years | Major sediment deposition, enhanced production |
| Average river floods | Annual | Enhanced sediment deposition, freshening (lower salinity), nutrient input, enhanced primary and secondary production |
| Normal storm events (frontal passage) | Weekly | Enhanced sediment deposition, enhanced organism transport, higher net materials transport |
| Tides | Daily | Marsh drainage, stimulated marsh production, low net transport of water and materials |

eastern side of New Orleans during Katrina, but had to cross 30 to 50 km of Chenier Plain wetlands before reaching main population centers, whereas Katrina's surge was less impeded as it traveled through large lagoons, degraded wetlands, and artificial channels. Barrier islands, shoals, and wetlands can reduce storm surge and waves, but the full range of these effects is not well captured at present by most numerical models. Although it has been shown that damage from the 2004 Indian Ocean tsunami was less in communities sheltered by intact mangroves (26), the existence of an extensive barrier island system off of the Mississippi coast did not protect it from a 10-m surge during Katrina. Observations of water levels indicate that Rita's surge was attenuated at an average rate of 4.7 cm per kilometer of wetland landscape where channels were not present. This is similar to previous hurricanes, including Hurricane Andrew in 1992, indicating storm surge attenuation of 7.9 cm per kilometer for intact wetlands along the central Louisiana coast (27–29).

Emergent canopies of forested wetlands can greatly diminish wind penetration, thereby reducing the wind stress available to generate surface waves as well as storm surge (30, 31). The sheltering effect of these canopied areas also affects the fetch over which wave development takes place. Shallow water depths attenuate waves via bottom friction and breaking, whereas vegetation provides additional frictional drag and wave attenuation (32) and also limits static wave setup (33). Extracting energy from waves either by breaking or increased drag reduces destructive wave action on levees. During Katrina, wave-induced run-up and overtopping washed away many miles of turf-covered earthen levees along the MRGO (24). Few wetlands or fast lands protected these levees from high-energy surge currents and waves that broke on the levee face. Conversely, other earthen levees nearby that were overtopped by the low-velocity surge, but fronted by extensive wetlands, escaped substantial damage (34).

Depending on the rate of RSLR, coastal wetlands maintain a near–sea-level elevation by trapping sediments and forming organic-rich soils. Thus, wetlands play an important role in maintaining elevations near sea level, in contrast to the −3 to −4-m elevations that characterize the equilibrium depth of large bays along the Louisiana coast. Although the relative effects of shallow open waters versus intertidal wetlands on both waves and storm surges from strong hurricanes remain to be fully resolved, it is clear that the intact barrier islands, wetlands, and ridges that once characterized the coastal landscape of Louisiana afforded substantial protection to New Orleans and other coastal communities that cannot be depended on today and must be replaced by more massive levees.

Consequently, maintaining and, where possible, using deltaic processes to increase the area of marshes, mangroves, and swamps in strategic locations would provide a self-sustaining complement to the structural protection of levees. Unfortunately, the physical and hydrologic integrity of the wetlands southeast of New Orleans has been greatly compromised by large navigation channels, which may now also require elaborate gates and other closure structures.




**Fig. 2.** The barrier island cycle in the MDP. [Modified from (13)]

## The Evolving MDP Restoration Effort

Planning the restoration of the coastal landscape requires the design of sustainable ecosystems that integrate human society with the natural environment (35–37) and work with rather than against natural processes. Such ecological engineering approaches rely primarily on the energies of nature, with human energy being used in the design and control of key processes. Because of the dimensions of the delta's problems, traditional engineering approaches such as levee construction and the placing of dredged sediments are also required. An important goal of MDP restoration is the application of the optimum mix of ecological and standard engineering approaches. With this in mind, four general approaches to restoration are being evaluated, planned, or implemented in the MDP:

(1) Reconnecting the river to the deltaic plain via river reintroductions, the reopening of old distributaries, and crevasse-splay development (35, 37, 38). Over the past two decades, it has become increasingly clear that this will have to be done on a large scale.

(2) Using dredged sediments to create and restore wetlands by pumping them over distances of tens of kilometers. This is expensive, but because dredged sediments can be used to create wetlands quickly, this technique may be useful for restoring wetlands that would soon be lost or quickly creating large areas of wetlands that would then be sustained through river reintroductions (39).

(3) Restoring barrier islands by pumping sands from offshore, constructing groins and breakwaters, placing riprap, and using fences and plantings to stabilize sand dunes (40, 41). Because MDP barrier islands do not just migrate but deteriorate over time, restoration will require ongoing maintenance. Restoration and maintenance can be justified, however, because islands reduce waves and storm surge and provide important habitats in the coastal landscape. In the future, the remobilization of sand trapped in up-basin reservoirs may become a source of coarse sediments that will aid in maintaining barrier islands.




**Fig. 3.** A composite figure showing paths of Hurricanes Katrina and Rita, surge levels [in meters, as estimated by the ADCIRC model (*67*)], areas flooded, sites of levee failures, and wetland loss due to the hurricane.

(4) Restoring hydrological processes by removing spoil banks, backfilling canals, closing deep navigation channels (such as the MRGO), installing locks (*42*), trapping sediments (*43*), and protecting interior shorelines against erosion. Such restoration generally affects a relatively small area, but can be particularly effective if done in conjunction with diversions so that river water is used most effectively.

Even with its bountiful natural resources, it must be remembered that the MDP is a "working coast" (*38, 44*), and restoration must be integrated with navigation and flood-protection infrastructure, agriculture, urban development, commercial and recreational fishing, and oil and gas production. In turn, these activities will have to adapt to projects, such as diversions, that seek to return the delta to a more natural state. This is a lesson to be learned regarding most deltas.

Coastal restoration will be more effective if it takes into account changes in fresh water supply, suspended sediment, and nutrient fluxes in the Mississippi River Basin (*45, 46*). It should work cooperatively with efforts to better manage and restore the resources and environments of the basin, including the restoration of the Missouri and Upper Mississippi Rivers, reservoir management, the reconnection of wetlands and flood plains, and reducing loadings of nutrients from agricultural lands that result in hypoxia in the Gulf of Mexico (*47–49*).

Global climate change and the availability and cost of energy have important implications for delta restoration (*50*). Accelerated sea-level rise, changes in precipitation patterns, and changes in the frequency and intensity of hurricanes (*51–54*) must be taken into account in designing effective restoration strategies. Less energy-intensive restoration techniques that use the energies of nature, rather than dwindling and costly fossil fuels (*55, 47*), should be emphasized (*50*).

## A New Institutional Framework

For most of the 20th century, public decisions and investments in coastal Louisiana focused on flood protection, navigation, oil and gas extraction, or wildlife management. Growing awareness of the dimensions and consequences of wetland loss has resulted in considerable regional advocacy and planning for substantial public investments for restoration of the MDP. The federal Coastal Wetlands, Planning, Protection and Restoration Act (CWPPRA) of 1990 has provided up to $50 million per year in the United States, but it became apparent that larger-scale restoration efforts were needed (*56*). A more inclusive ecosystem restoration plan, "Coast 2050—Toward a Sustainable Coastal Louisiana," was developed in 1998, which included a diverse amalgamation of projects of various sizes and purposes located throughout the coastal zone (*57*).

To further refine the Coast 2050 Plan, the U.S. Army Corps of Engineers undertook the Louisiana Coastal Area (LCA) Ecosystem Restoration Study (*58*). The LCA Study produced detailed quantitative analyses of various restoration features and of the cost and effectiveness of suites of various features in achieving ecosystem benefits, ranging in total cost from $5 billion to 17 billion. The Office of Management and Budget directed the Corps to prepare a scaled-back LCA Plan that was submitted to Congress in January 2005 (*38*). It recommended authorization of five "near-term critical ecosystem restoration features," a science and technology program, a demonstration program, beneficial use of dredged materials, and further investigations of other near-term restoration features, at a cost of nearly $2 billion. The Assistant Secretary of the Army

requested programmatic authorization for elements totaling $1.12 billion, which currently awaits passage of a Water Resources Development Act or some other statute.

A National Research Council review of the LCA Plan concluded: "although the individual projects in the study are scientifically sound, there should be more and larger scale projects that provide a comprehensive approach to addressing land loss over such a large area. More importantly, the study should be guided by a detailed map of the expected future landscape of coastal Louisiana that is developed from agreed upon goals for the region and the nation." (*59*, *60*). Congress directed the Corps to develop a plan for closure of the MRGO to deep-draft navigation, and in December 2006 the Corps recommended that the channel be permanently blocked and not maintained even for shallow-draft navigation.

Before the hurricanes of 2005, planning and decision-making for delta restoration remained largely separate from that for storm protection and navigation (*33*). In LCA planning, restoration features were evaluated on the basis of ecosystem benefits and financial costs, so that the most cost-effective array of features could be identified. Benefits did not specifically include the value of storm damage reduction, and costs were only financial outlays by governments, even though the features might impose costs or yield benefits to current ecosystem users (such as fishers and oil and gas and navigation interests). These analytical limitations effectively isolated restoration plan formulation from other potential synergies or conflicts with flood protection, storm damage reduction, and navigation.

It has become clear not only to scientists and engineers (*38*) but also to a growing segment of the public and political leadership that sustaining a coastal landscape is necessary to ensure the habitability and economic enterprises of the MDP (*61*, *37*). The implications of this new awareness are twofold: First, activities that could further diminish the coastal landscape have to be adjusted so that they are consistent with that sustainability; and second, ecosystem restoration efforts must now include storm damage reduction benefits as a major consideration in the overall restoration plan (*38*). In the aftermath of the 2005 hurricanes, the Louisiana Legislature created the Louisiana Coastal Protection and Restoration Authority and Congress directed the Corps to undertake the 2-year Louisiana Coastal Protection and Restoration Project (LACPR) in order to identify, describe, and propose a full range of flood control, coastal restoration, and hurricane protection measures for south Louisiana. At this point, the preliminary LACPR report and the preliminary draft State Master Plan (*61*) deal predominantly with hurricane protection barriers, including coastwise levees with floodgates that could diminish the sustainability of the coastal landscape. Much remains to be done to integrate hurricane protection and coastal ecosystem restoration in a compatible manner.

Nonetheless, the 2005 hurricanes have also given new impetus to more comprehensive and aggressive coastal ecosystem restoration approaches than those included in the 2005 LCA Plan proposed to Congress. These include larger-scale diversions, the long-distance conveyance of sediment slurries, and reengineering of the navigational access at the mouth of the Mississippi River so that more of the sediment load of the river is retained in the nearshore zone to contribute to constructive and sustaining deltaic processes. Furthermore, the damage wrought by the hurricanes has lessened some previous social obstacles to these more aggressive approaches by forcing relocation away from the coast, causing losses of resources and/or infrastructure, and lowering public tolerance for obstructions by narrow interests. All of this is evidence that there is a growing recognition that delta restoration and hurricane protection will demand a suite of activities that are much greater in scale and more profound than those considered barely a decade ago.

The Gulf of Mexico Energy Security Act, signed into law in December 2006, gives Louisiana and other Gulf Coast states 37% of the revenues from newly opened oil and gas tracts. Louisiana has constitutionally dedicated these revenues to coastal restoration and protection. Along with other anticipated revenue streams, this could provide approximately $1 billion per year over 30 years for these purposes. Consequently, the state may have the resources to pursue coastal ecosystem restoration on a scale larger than any other U.S. region. This poses a major challenge to science and science-based planning to develop the most strategic and effective strategies, while minimizing the conflicts and maximizing the synergies in achieving multiple social objectives within a sustainable coastal landscape required for the future of the region. At the same time, the substantial uncertainties must be recognized, accepted, and incrementally reduced through adaptive management approaches that promote learning while executing and enhancing the effectiveness of future decisions—for this must truly be a long-term commitment. That will require substantial improvements in science, engineering, planning, and management capacity, operating with a sense of urgency and purpose.

The restoration of the MDP is important not only in its own right, but because it provides understanding needed to contend with the many other deteriorating delta systems around the world. Moreover, it serves as a model for adaptation to future climate change in coastal ecosystems more generally. Because of high rates of subsidence, the MDP presently has a rate of relative sea-level rise equivalent to that predicted for many coasts toward the end of this century. Human impacts have caused both substantial increases and decreases in freshwater inflow to parts of the coast. And the area has one of the highest frequencies of tropical cyclone impacts in the world. The management approaches developed to restore and sustain the MDP in the face of present-day forces will undoubtedly influence future adaptation to climate change impacts elsewhere, especially during a period of resource scarcity. In addition, the experience in the MDP indicates that restoration on such large scales requires long time periods and complex stakeholder engagement.

### References and Notes


1. H. N. Fisk, E. McFarlan, C. Kolb, J. Wilbert, *J. Sed Petrol.* 24, 76 (1954).
2. R. Saucier, *Geomorphology and Quaternary Grologic History of the Lower Mississippi Valley* (U.S. Army Corps of Engineers, Vicksburg, MS, 1994), vol. 1.
3. H. H. Roberts, *J. Coastal Res.* 13, 605 (1997).
4. J. W. Day Jr., J. F. Martin, L. Cardoch, P. H. Templet, *Coastal Manage.* 25, 115 (1997).
5. J. Wells, J. Coleman, *Estuar. Coastal Shelf Sci.* 25, 111 (1987).
6. R. H. Kesel, *Environ. Geol. Water Sci.* 13, 183 (1989).
7. D. Cahoon, D. Reed, J. Day Jr., *Mar. Geol.* 128, 1 (1995).
8. I. A. Mendelssohn, J. T. Morris, in *Concepts and Controversies in Tidal Marsh Ecology*, M. P. Weinstein, D. A. Kreeger, Eds. (Kluwer Academic, Boston, 2000), pp. 59–80.
9. R. D. DeLaune, S. R. Pezeshki, *Water Air Soil Pollut.* 3, 167 (2003).
10. R. H. Baumann, J. W. Day Jr., C. A. Miller, *Science* 224, 1093 (1984).
11. R. E. Turner, J. J. Boustian, E. M. Swenson, J. S. Spicer, *Science* 314, 449 (2006).
12. J. M. Coleman, H. H. Roberts, G. W. Stone, *J. Coastal Res.* 14, 698 (1998).
13. S. Penland, R. Boyd, J. Suter, *J. Sed. Petrol.* 58, 932 (1988).
14. L. Britsch, J. Dunbar, *J. Coastal Res.* 9, 324 (1993).
15. S. Gagliano, K. Meyer-Arendt, K. Wicker, *Trans. Gulf Coast. Assoc. Geol. Soc. Trans.* 31, 295 (1981).
16. L. Britsch, J. Dunbar, *J. Coastal Res.* 9, 324 (1993).
17. J. W. Day Jr. *et al.*, *Estuaries* 23, 425 (2000).
18. J. A. Barras, P. E. Bourgeois, L. R. Handley, *Landloss in Coastal Louisiana: 1956-90* (Open File Report 94-01, National Biological Survey, National Wetlands Research Center, Lafayette, LA, 1994).
19. D. F. Boesch *et al.*, *J. Coastal Res.*, Special Issue 20 (1994).
20. R. H. Day, R. K. Holz, J. W. Day Jr., *Environ. Manage.* 14, 229 (1990).
21. E. M. Swenson, R. E. Turner, *Estuar. Coastal Shelf Sci.* 24, 599 (1987).
22. R. A. Morton, N. A. Buster, M. D. Krohn, *Gulf Coast Assoc. Geol. Soc. Trans.* 52, 767 (2002).
23. W. Conner, J. Day, R. Baumann, J. Randall, *Wetlands Ecol. Manage.* 1, 45 (1989).
24. Interagency Performance Evaluation Task Force, *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System* (IPET 00038-06, U.S. Army Corps of Engineers, Vicksburg, MS, 2006).
25. National Wetlands Research Center, U.S. Geological Survey (www.nwrc.usgs.gov/hurricane/katrina.htm).
26. F. Danielsen *et al.*, *Science* 310, 643 (2005).
27. J. K. Lovelace, *Storm-tide Elevations Produced by Hurricane Andrew along the Louisiana Coast, August 25-27, 1992* (Open File Report 94-371, U.S. Geological Survey, Baton Rouge, LA, 1994).
28. E. M. Swenson, *Hurricane Andrew: the Inundation of the Louisiana Coastal Marshes* (Department of Natural Resources contract no. 256081-95-02, report to the Louisiana Department of Natural Resources, Baton Rouge, LA, 1994)
29. U. S. Army Corps of Engineers, *Hurricane Study for Morgan City, Louisiana and Vicinity, New Orleans District* (U.S. Army Corps of Engineers, New Orleans, LA, 1963).

30. R. O. Reid, R. E. Whitaker, J. Waterway, *J. Waterw. Harbors Coastal Eng. Div, Am. Soc. Civ. Eng.* **WW1**, 61 (1976).
31. M. R. Raupach, A. S. Thom, *Annu. Rev. Fluid Mech.* **13**, 97 (1981).
32. E. W. Koch, G. Gust, *Mar. Ecol. Prog. Ser.* **184**, 63 (1999).
33. R. G. Dean, C. J. Bender, *Coastal Eng.* **53**, 149 (2006).
34. H. S. Mashriqui *et al.*, in *Coastal Hydrology and Water Quality: Proceedings of the AIH 25th Anniversary Meeting and International Conference*, Y. J. Xu, V. J. Singh, Eds. (American Institute of Hydrology, Baton Rouge, LA, 2006), pp. 481–489.
35. W. J. Mitsch, S. E. Jergensen, Eds, *Ecological Engineering and Ecosystem Restoration* (Wiley, New York, 2003).
36. S. Laska, *Nat. Haz. Observer* **31**, 2 (2006).
37. R. Costanza, W. J. Mitsch, J. W. Day Jr., *Front. Ecol. Environ.* **4**, 465 (2006).
38. D. Boesch *et al.*, *A New Framework for Planning the Future of Coastal Louisiana after the Hurricanes of 2005* (Univ. of Maryland Center for Environmental Science, Cambridge, MD, 2006).
39. I. A. Mendelssohn, N. L. Kuhn, *Ecol. Eng.* **21**, 115 (2003).
40. I. A. Mendelssohn, M. W. Hester, F. J. Monteferrante, *J. Coastal Res.* **7**, 137 (1991).
41. G. W. Stone, R. A. McBride, *J. Coastal Res.* **14**, 900 (1998).
42. R. E. Turner, B. Streever, *Approaches to Coastal Wetland Restoration: Northern Gulf of Mexico* (SPB Academic Publishing, The Hague, Netherlands, 2002).
43. R. M. J. Boumans, J. W. Day Jr., G. P. Kemp, K. Kilgen, *Ecol. Eng.* **9**, 37 (1997).
44. R. Gramling, R. Hagelman, *J. Coastal Res.* **SI44**, 112 (2005).
45. N. N. Rabalais *et al.*, *Estuaries* **17**, 850 (1994).
46. W. Mitsch *et al.*, *Bioscience* **51**, 373 (2001).
47. C. Hall, P. Tharakan, J. Hallock, C. Cleveland, M. Jefferson, *Nature* **426**, 318 (2003).
48. J. Day *et al.*, *Biotechnol. Adv.* **22**, 135 (2003).
49. W. Mitsch, J. Day, *Ecol. Eng.* **26**, 55 (2006).
50. J. Day *et al.*, *Ecol. Eng.* **24**, 253 (2005).
51. Intergovernmental Panel on Climate Change, *Climate Change 2001: The Scientific Basis, Contribution of Working Group 1 to the Third Assessment Report* (Cambridge Univ. Press, Cambridge, 2001).
52. P. J. Webster, G. J. Holland, J. A. Curry, H.-R. Chang, *Science* **309**, 1844 (2005).
53. K. Emanuel, *Nature* **436**, 686 (2005).
54. C. D. Hoyos, P. A. Agudelo, P. J. Webster, J. A. Curry, *Science* **312**, 94 (2006).
55. K. S. Deffeyes, *Hubbert's Peak: The Impending World Oil Shortage* (Princeton Univ. Press, Princeton, NJ, 2001).
56. Coastal Wetlands Planning, Protection, and Restoration Act, *A Response to Louisiana's Land Loss* (2006) (www.lacoast.gov/reports/program/program.asp?r=16809).
57. Louisiana Wetlands Conservation and Restoration Task Force, *Coast 2050: Toward a Sustainable Coastal Louisiana* (1998) (www.lca.gov/net_prod_download/public/lca_net_pub_products/doc/2050report.pdf).
58. U. S. Army Corps of Engineers, *Louisiana Coastal Area, Louisiana Ecosystem Restoration Study* (2004) (http://data.lca.gov/Ivan6/main/main_report_all.pdf).
59. National Research Council, *Drawing Louisiana's New Map: Addressing Land Loss in Coastal Louisiana* (National Academies Press, Washington, DC, 2005).
60. Although the National Research Council report (59) called for a detailed map of expected coastal restoration projects, there is no single agreed-on map of the coastal restoration plan. Rather, a series of maps and plans have been produced over the past 10 to 15 years that depict the evolution of thinking about restoration. The reader is directed to several reports and Web sites describing the evolving coastal restoration effort. These include the CWPPRA programs (56), the Coast 2050 program (57), the LCA project (58), and the Louisiana Comprehensive Coastal Protection Master Plan for Louisiana (62). Two plans have been released for closure of the Mississippi River Gulf Outlet: one by the U.S. Army Corps of Engineers (63) and a second by a group of scientists and environmental groups (64). A group of forested wetland ecologists documented the loss of coastal forested wetlands and discussed management options to sustain these forests (65). Costanza *et al.* (37) provided a series of principles to guide efforts for hurricane protection and delta restoration.
61. S. Laska *et al.*, *J. Coastal Res. Spec. Iss.* **44**, 90 (2005).
62. Coastal Protection and Restoration Authority, *Comprehensive Coastal Protection Master Plan for Louisiana* (2006) (www.louisianacoastalplanning.org/documents/Comprehensive%20Coastal%20Protection%20Master%20Plan%20for%20Louisiana%20-%20Preliminary%20Draft.pdf).
63. U. S. Army Corps of Engineers *Mississippi River Gulf Outlet Deep-Draft De-Authorization* (Interim Report to Congress, 2006) (www.mvn.usace.army.mil/pao/RELEASES/MRGO_Report_Congress_061214_Final.pdf).
64. Lake Pontchartrain Basin Foundation, *Unified Deauthorization Plan Report* (2006) (www.saveourlake.org/wetlands.htm).
65. Coastal Wetland Forests Conservation and Use Science Working Group, *Conservation, Protection and Utilization of Louisiana's Coastal Wetland Forests* (Final Report to the Governor of Louisiana, 2005) (www.coastalforestswg.lsu.edu/SWG_FinalReport.pdf).
66. C. R. Kolb, J. R. Van Lopik, in M. L. Shirley, Ed., *Deltas in Their Geological Framework*, M. L. Shirley, Ed. (Houston Geological Society, Houston, TX, 1966), pp. 16–61 and fig. 2.
67. ADCIRC: Advanced Circulation Hydrodynamic Model, U.S. Army Corps of Engineers, Vicksburg, MS.
68. This work resulted from the authors' participation on the National Technical Review Committee as part of the LCA Project (58) and/or the Working Group for Post-Hurricane Planning for the Louisiana Coast (38). We thank C. Izdepski for help in the preparation of the manuscript and the reviewers for comments.

10.1126/science.1137030

**Stephen M. Wiles**

**From:** Stephen M. Wiles
**Sent:** Thursday, April 12, 2007 7:32 AM
**To:** fred.disheroon@usdoj.gov
**Cc:** Gerald Maples; Lorna Taylor
**Subject:** Tommasseo v. U.S.; No. 05-1119 L; our file 06-1001

Dear Mr. Disheroon:

Further to our status conference with Judge Braden, our discovery conference and the subsequent suggestions of Matt Spengler with respect to scheduling (when you were burdened with an inability to agree to equal response times because of your client's IOP), we offer the following with respect to our request for supplementation of the government's previous responses to our written discovery of 16 June 2006. (Preliminarily, we note your client's independent obligation to update and correct responses pursuant to RCFC Rule 26(e)(1) and (2). The machinations of the authors and manipulation of data contained in the various *publicly available* versions of the IPET report cause me to note this here – and to specifically request the defendant discharge its obligations in that regard *sua sponte*, especially given the heavy reliance of the government on one of the earlier versions of the IPET report in the 17 July 2006 written discovery responses issued in this matter. We suspect that the well publicized issues regarding the version extant at that time you prepared those responses, as well as subsequent *fabriques*, are well known to your client; we hope that Rule 26(e) modifications to your earlier responses are in the works, for which we thank you in advance.)

First we address, *in seriatim*, the Requests for Admissions propounded by Rocco Tommaseo to the U.S. on 16 June 2006.

RFA 3: This deals with your client's maintenance and related activity in the MR-GO up to and including 1 October 2005. We are willing to limit this to a 6 year look back to 17 October 2005. Your answer currently of record does not comply with RCFC 36(a), and as this deals with your client's activity within the 6 year look back, we ask for a proper response; you may limit your response to the period commencing with Judge Braden's date of 17 October 1999. In fact, as we are only dealing with the statute of limitations issues in this round of discovery, we hereby stipulate that you may use this date as the start date for all requests discussed herein.

RFA 4: The same analysis used for #3 applies here, except the subject matter is the dredging of the MR-GO (please apply the same time period).

RFAs 7 and 8: These deal with your client's funding of maintenance and dredging of the waterway. We request a response which complies with RCFC 36(a) as the current ones do not.

RFA 13: Your current response is one expressly prohibited by RCFC 36(a), and we doubt that your client actually disputes that the property of the named plaintiffs flooded on 29 August 2005. However, if that is in dispute, we will invoke the fee shifting provisions of the final sentence of RCFC 36(a).

RFA 16: Aside from the impropriety of the objection currently of record, is your client genuinely contending that it is unaware of any such computer modeling? Your clients were involved in the 2004 Hurricane Pam exercise; please amend your response.

INT 1 (accompanying the set of RFAs) was answered in a fashion not contemplated by the rules as you, as signing counsel, deny a causal nexus between the flooding of plaintiffs' property based "upon the general knowledge of the undersigned [Fred Disheroon] as to the Legislative Process"]. Does that make you a material witness to be deposed? Please review this with your principals and advise if you wish to amend this response or become a witness. This response is also clouded by reliance "upon the IPET report," but we have no idea which version and which section. Please supplement this response.

RFP 1 (accompanying the aforementioned set of RFAs) needs clarification as to the particular version of the IPET report upon which your client bases its denials of the RFAs + specification of which denials of which RFAs are predicated upon which portions of which version of the report. Of course, we agree to your limitation of the

EXHIBIT 5

supplementation to the Section 2501 issues Judge Braden has asked us to focus upon.

We next turn to the combination set of interrogatories and requests for production we also propounded on 16 June 2006. These were addressed in my letter to you dated 19 July 2006, to which you responded 9 days later – striking the Heisman Trophy pose, with the lone exception being the offer in response to RFP 31 that I review the dredging contracts at the offices of the USACE in New Orleans several weeks post. That did happen and copies were obtained. Those dredging contracts are the only documents produced to date by the defendant in this litigation; the interesting postscript with respect to that production was volunteered by the USACE paralegal assigned the task of responding to FOIA requests directed to the Corps. He advised that any citizen of the United States was entitled obtain a copy of each and every one of those public contracts—without the need for a protracted discovery contest and the filing of a motion to compel in our nation's capitol.

Here are the specific issues regarding the Section 2501 issues extant; I will treat the interrogatories and requests for production of the same numbers together here as the RFPs were simply a request for materials responsive to the area of inquiry set forth in the preceding interrogatory (of the same number). There are a few free standing RFPs at the end of this set, but I will make that clear.

Int. 1 d) This section deals with studies conducted, findings made and recommendations issued by the federal government with respect to flood events of the exact nature at issue in this litigation. If the government has possession of information or documents indicating when the "consequences of inundation have so manifested themselves that a final account may be struck," *Northwest Louisiana Fish & Game Preserve Comm. v. United States*, 446 F. 3d 1285, 1290-91 (Fed. Cir. 2006), then this needs to be disclosed to the Plaintiffs. Furthermore, this interrogatory (and its companion RFP) inquires as to specific activity undertaken by the defendant in and in respect of the MR-GO – *and when*. Obviously this cuts at the Section 2501 defense offered by the defendant, the issue which the Court has specified for resolution after discovery directed to this issue (which Her Honor noted was reversible error if the Court were to force this to resolution *sans* meaningful discovery on the issues attendant thereto). Consequently, we ask that your client favor us with a genuine and complete response to this interrogatory instead of the current response of record which begs the question by objecting based upon the claim being "barred by the statute of limitations in Defendant's view." We also request the companion document production pursuant to the trailing RFP.

Int. 2 – Here the Plaintiffs seek identification—via resort to internal government documents (which are in the exclusive control of defendant)—of dredging and maintenance work conducted in respect of the MR-GO. We are certainly willing to limit, as previously stated, the temporal aspect of this request rearward to 17 October 1999 (as specified by the Court's ruling). Please advise if your client will provide that information and the documentation requested via the tag along RFP – instead of the current response which says "see number 1" (*i.e.* an empty room).

Int. 3 (and its friend, the RFP seeking the paper on this area of inquiry) deals directly with the issue of affirmative defenses asserted by the government in its answer, filed, signed and verified as having full legal and factual support. While this interrogatory and companion RFP seek information with respect to each of the government's affirmative defenses pleaded in the answer, we will limit your obligation to respond to only those matters addressing the Section 2501 issues. Please advise if this is acceptable or if your client will maintain its position that Plaintiffs should visit the authors of the IPET report (assumedly the version ante-dating your July 2006 responses) to learn the basis of the government's denials and affirmative defenses. Aside from the obvious Rule 4.2 and 4.3 problems attendant to that invitation, your client has an affirmative obligation to identify and deliver all evidence supporting those specific positions. RSVP

Int. 5 (and RFP 5) seek full disclosure as to the multiple revisions of the IPET report which your client offers as the be all and end all answer to nearly every discovery request. As we are focused on Section 2501 at this juncture, we request only those portions of the report which treat statute of limitation issues, but all versions are requested – drafts and revisions – along the way. We also request that we be provided the electronic versions of these revisions pursuant to the recent amendments embodied in FRCP 26(f)(3). We also request disclosure of all persons involved in these multiple revisions.

Int. 6 (and RFP 6) are very important to the identification of relevant dates for purposes of the S of L analysis. An example here would be your client's specification of prior flood/flowage easement events—the requested records will be excellent evidence of the history of same, again limited to a rearward look to 17 October 1999 for these purposes. We do note, however, that the jurisprudence indicates that there are other issues for examination beyond that specific lookback period. *King v. United States*, 427 F. 2d 767 (Ct. Cl. 1970); *Barnes v. United States*, 538 F. 2d 865 (Ct. Cl. 1976).

Regarding Ints. 7 and 8 and their RFPs, please note that this is clearly relevant to the S of L issues, as it will provide dates and specifics of activity, modifications and other work on the project at issue. No further explanation is necessary here, especially as your original answer objects on the basis of the statute of limitations. Clearly this is relevant to the task at hand.

Int. 9 and its RFP seek to discover activity in respect of the project which is at the center of this claim, again providing timeline information.

Int. 10 and its RFP is an excellent source of information and documents providing prior events involving the MR-GO and flooding. This is classic statute of limitation information, but if your client wants to stick with its prior response that nothing happened before 29 August 2005, we simply ask for a sworn and verified response to that effect.

Int. 12 and its RFP will divulge information regarding other flood events known to the government for this same area. There should be no dispute here.

Int. 13 and its RFP will similarly demonstrate the history of if and when this project was a source of flooding prior to the date by which suit had to be filed.

Ints. 14-16 and their RFPs can be limited here to deal only with S of L issues, as can both 17s (*Daubert* issues for any affiants or experts to be offered by the defendant on the S of L issue). Please advise.

Int. 20 and RFP 20 seek to discover exactly what defendant is withholding via claims of privilege. Before this matter is set for hearing, the Plaintiffs should be afforded a legitimate opportunity to test these assertions. Of course, we are willing to limit this to S of L issues for this phase of the litigation.

Int. 21 and RFP 21 address the S of L issue head on. Please respond.

RFP 23—if Defendant truly has no experts, then this is fine. We request a verified response to that effect. The same offer applies to any documents dealing with S of L issues per RFPs 24-27.

RFP 28 seeks confirmation that the government claims no pre-existing right or title to the lands in question, including whether the government claims a flowage easement or other predial servitude. This needs to be disclosed if it exists.

RFP 29 similarly seeks titular documents regarding the properties at issue. If the government has any, they need to be produced to address the standing issue extant.

RFPs 30 and 31 go directly to the heart of the Section 2501 issue. We seek full production in this regard as it will demonstrate the activity within the 6 year look back period.

Please review these requests for supplementation and advise by 23 April 2007 if you will comply or if we will need to visit with Judge Braden again. I will send you the draft Rule 30(b)(6) notice and the draft notices for the two older witnesses who have knowledge relevant to the Section 2501 issue. Those will be to you by Tuesday at the latest, which is when they are due. We simply wanted to get this letter to you today to give you a head start on the paper discovery.

Cordially,

Stephen M. Wiles
F. Gerald Maples, P.A.

ELSEVIER

Available online at www.sciencedirect.com
SCIENCE DIRECT

Ecological Engineering 24 (2005) 253–265

ECOLOGICAL ENGINEERING

www.elsevier.com/locate/ecoleng

# Implications of global climatic change and energy cost and availability for the restoration of the Mississippi delta

John W. Day Jr.[a,b,*], John Barras[d], Ellis Clairain[e], James Johnston[d], Dubravko Justic[a,b], G. Paul Kemp[b], Jae-Young Ko[b], Robert Lane[b], William J. Mitsch[f], Gregory Steyer[d], Paul Templet[c], Alejandro Yañez-Arancibia[g]

[a] *Department of Oceanography and Coastal Sciences, School of the Coast and Environment, Louisiana State University, Baton Rouge, LA 70803, USA*
[b] *Coastal Ecology Institute, School of the Coast and Environment, Louisiana State University, Baton Rouge, LA 70803, USA*
[c] *Department of Environmental Studies, School of the Coast and Environment, Louisiana State University, Baton Rouge, LA 70803, USA*
[d] *U.S. Geological Survey, National Wetlands Research Center, Baton Rouge, LA 70803, USA*
[e] *Engineer Research and Development Center, U.S. Army Corps of Engineers, Vicksburg, MS 39180, USA*
[f] *Olentangy River Wetland Research Park, School of Natural Resources, Ohio State University, 352 W. Dodridge Street, Columbus, OH 43202, USA*
[g] *Coastal Ecosystems Unit, Institute of Ecology A.C., Km 2.5 Carretera Antigua Xalapa-Coatepec No. 351, El Haya 91070, Xalapa Ver., México*

Received 9 July 2004; received in revised form 28 October 2004; accepted 1 November 2004

**Abstract**

Over the past several thousand years, inputs from the Mississippi River formed the Mississippi delta, an area of about 25,000 km$^2$. Over the past century, however, there has been a high loss of coastal wetlands of about 4800 km$^2$. The main causes of this loss are the near complete isolation of the river from the delta, mostly due to the construction of flood control levees, and pervasive hydrological disruption of the deltaic plain. There is presently a large-scale State-Federal program to restore the delta that includes construction of water control structures in the flood control levees to divert river water into deteriorating wetlands and pumping of dredged sediment, often for long distances, for marsh creation. Global climate change and decreasing availability and increasing cost of energy are likely to have important implications for delta restoration. Coastal restoration efforts will have to be more intensive to offset the impacts of climate change including accelerated sea level rise and changes in precipitation patterns. Future coastal restoration efforts should also focus on less energy-intensive, ecologically engineered management techniques that use the energies of nature as much as possible. Diversions may be as important for controlling salinity as for providing sediments and nutrients for restoring coastal wetlands. Energy-intensive pumping-dredged sediments for coastal restoration will likely become much more expensive in the future.
© 2005 Elsevier B.V. All rights reserved.

*Keywords:* Mississippi delta; Salinity intrusion; Climate change; Energy

* Corresponding author.
*E-mail address:* johnday@lsu.edu (J.W. Day Jr.).

0925-8574/$ – see front matter © 2005 Elsevier B.V. All rights reserved.
doi:10.1016/j.ecoleng.2004.11.015

EXHIBIT 6

## 1. Introduction

The Mississippi River has the largest discharge and drainage basin in North America and is one of the largest rivers in the world. The watershed encompasses about 3 million $km^2$, about 40% of the area of the lower 48 United States, and accounts for about 90% of the freshwater inflow to the Gulf of Mexico. The Mississippi delta is the largest contiguous coastal ecosystem in the U.S.; approximately 60% of the estuaries and marshes in the Gulf of Mexico are located in coastal Louisiana. The delta is ecologically and economically important. Ecologically, the coastal wetlands and shallow waters of the delta provide habitat for fish and wildlife, produce food, regulate chemical transformations, maintain water quality, store and release water, and buffer storm energy (Day et al., 1997, 2000). These processes support a variety of economically important, natural resource-based activities valued at several billion dollars annually including recreational and commercial fisheries, fur mammals, and alligators, ecotourism, and hunting (LCWCRTF, 1993; Day et al., 1997). The lower Mississippi River in Louisiana is home to the largest port activity by tonnage in the world (LCWCRTF, 1993). Petroleum products produced by refineries located in the Louisiana coastal zone are valued at US$ 30 billion annually and approximately 20% of crude oil and 33% of natural gas of the United States flow through the Louisiana coastal zone (Davis and Guidry, 1996).

The Mississippi delta (Fig. 1) was formed over the past 6000–7000 years as a series of overlapping delta lobes (Roberts, 1997). There was an increase in wetland area in active deltaic lobes and wetland loss in abandoned lobes, but there was an overall net increase in the area of wetlands over the past several thousand years. Currently, only two of the distributaries of the river are functioning, the lower river and the Atchafalaya River which carries about one-third of the total flow of the Mississippi River. At the time European occupation began, however, numerous distributaries were functioning, either year round or during the seasonal spring flood. The delta was sustained by a series of energetic forcings or pulsing events that occurred over different spatial and temporal scales. These pulses include shifting deltaic lobes, crevasses, great river floods, hurricanes, annual river floods, frontal passages, and tides (Day et al., 1997, 2000). The area of the delta is about




Fig. 1. Louisiana coastal zone showing estuarine basins and vegetation zones (modified from Lindscombe et al., 2001).




Fig. 2. Historical and projected land change trend in coastal Louisiana, 1932–2050 (from U.S. Geological Survey, National Wetlands Research Center).

25,000 km² including wetlands, shallow inshore water bodies, and low elevation uplands (mostly associated with river distributary ridges and beach ridges).

There was, however, a dramatic reversal of this condition of net growth in the 20th century. There has been an enormous loss of coastal lands in the delta with a total loss of about 4800 km² since the 1930s (Fig. 2; Boesch et al., 1994; Britsch and Dunbar, 1993; Barras et al., 1994, 2003). Over 95% of this loss was wetland, primarily as marshes converted to open water. In the 1970s, the loss rate was as high as 100 km²/year and the loss rate from 1990 to 2000 was about 60 km²/year (Barras et al., 2003). Between 1956 and 2000, the average loss rate was 88 km²/year (Barras et al., 1994, 2003). These high rates of wetland loss are projected to continue for the next half century; and by 2050, it is estimated there will be an additional net wetland loss of 1329 km² (Barras et al., 2003).

An understanding of the causes of this land loss is important not only for a scientific comprehension of the mechanisms involved, but also so that effective management plans can be developed to restore the delta (see Boesch et al., 1994; Day et al., 2000 for a review of these issues). A number of factors led to the massive loss of wetlands. Foremost among these are flood-control levees along the Mississippi River that resulted in the elimination of riverine input to most of the delta (Boesch et al., 1994; Day et al., 2000). In addition to the flood-control levees, most active distributaries were closed, and the river mouth was made more efficient for navigation by dredging. This resulted in the loss of most river sediments, which once sustained the wetlands, directly to deep waters of the Gulf of Mexico. There has also been a reduction of the suspended sediment load in the Mississippi River caused by dam construction in the Upper Mississippi River (Kesel, 1988, 1989).

Pervasive altered wetland hydrology, mostly caused by canals, is another important factor contributing to wetland loss. Canals, originally dredged for drainage and navigation, are now overwhelmingly linked to the

petroleum industry. Drilling access canals, pipeline canals, and deep-draft navigation channels have left a dense network of about 15,000 km of canals in the coastal wetlands. Although canals are estimated to comprise about 2.5% of the total coastal surface area, their destructive impact has been much greater (Turner et al., 1982). Spoil banks, composed of the material dredged from the canals, interrupt sheet flow, impound water, and cause deterioration of marshes. Long, deep navigation canals that connect saline and freshwater areas tend to lessen freshwater retention time, and allow greater inland penetration of saltwater.

In sum, there is a broad consensus that wetland loss is a complex interaction of a number of factors acting at different spatial and temporal scales (e.g., Turner and Cahoon, 1987; Day and Templet, 1989; Boesch et al., 1994; Day et al., 1995, 1997). Day et al. (2000) concluded that isolation of the delta from the river by levees was perhaps the most important factor.

## 2. Approaches to restoration of the Mississippi delta

The State of Louisiana and the Federal government have embarked on an ambitious program, called the Louisiana Coastal Area (LCA) Ecosystem Restoration Plan, to restore the Mississippi delta (http://www.lca.gov). In the remainder of this paper, we describe elements of the restoration program and discuss the implications for restoration of two global trends, climate change and the cost and availability of energy.

The primary approaches to restoration of the delta involve reversal of the impacts that have occurred due to human activity. These include the near complete separation of the river from the delta and the pervasive hydrological alteration of the delta plain. There are several primary approaches to addressing these impact including river diversions, hydrological restoration, marsh creation and restoration using dredged sediments, and barrier island restoration.

### *2.1. Diversions of river water into deteriorating wetlands*

Freshwater diversions are the major management approach for restoration of the Mississippi delta (Fig. 3a). There are at present, two diversions operating (with a maximum discharge between 200 and 250 $m^3 s^{-1}$) with several more planned. The aim is to reconnect the river with its delta. The idea of diversions is not new and was proposed nearly a century ago by Viosca in 1927. When freshwater diversions were first planned in Louisiana over three decades ago, the primary goal was to reduce salinity to enhance oyster production in surrounding regions (Chatry et al., 1983; Chatry and Chew, 1985). More recently, diversions have increasingly been used as a way of delivering sediments and nutrients to wetlands in an attempt to counter relative-sea-level-rise (RSLR) and restore deteriorating wetlands (Day and Templet, 1989; Day et al., 1997, 2000; LCA Plan, http://www.lca.gov). Recently completed and ongoing research indicates that diversions lead to enhanced accretion, substantial reductions in nutrients, higher marsh productivity, and higher fishery yield (Day et al., 1997; Lane et al., 1999, 2001, 2004; Perez et al., 2003; DeLaune and Pezeshki, 2003; DeLaune et al., 2003). There is concern that nutrients in diverted water will lead to eutrophication and there is continuing research on the issue and ways to manage diversions to minimize the potential for water quality problems.

There is concern that introductions of river water will lead to water quality problems in estuaries and coastal bays similar to the hypoxia zone in the Gulf of Mexico. This zone forms when excess nitrogen in the river, mainly from agricultural runoff, lead to algal blooms that sink and consume oxygen (Rabalais et al., 1996). It is thus imperative that restoration of the Mississippi basin be carried out at the same time as delta restoration. Mitsch et al. (2001) suggested an ecological engineering approach for the basin where constructed and restored wetlands are used to reduce nutrients in agricultural runoff.

### *2.2. Reopening distributaries and hydrologic restoration*

In addition to diversions, the LCA planning process is studying the potential for reopening one or more of the Mississippi River distributaries that have been closed (i.e., Bayou Lafourche) and putting more water down the Atchafalaya River. All of these efforts are designed to introduce river water into shallow inshore areas to restore coastal wetlands.


(a)


(b)

Fig. 3. (a) A river diversion at Caernarvon, LA. The gated structure allows Mississippi River water to flow into the adjacent coastal system (Courtesy of U.S. Army Corps of Engineers, New Orleans District). (b) A typical sediment dredging operation in a coastal bay in Louisiana (Courtesy of U.S. Army Corps of Engineers, New Orleans District).

Another important aspect of coastal restoration is hydrologic restoration. As stated earlier, the pervasive hydrologic disruption of the delta has led to reductions in overland flow, decreased sedimentation, changes in wetland productivity, increased flooding, higher subsidence, and salt water intrusion (Swenson and Turner, 1987; Reed, 1992; Cahoon, 1994; Boumans and Day, 1994; Conner and Day, 1988, 1991, 1992; Morton et al., 2002). Hydrological restoration seeks to reduce these impacts by such management activities as spoil bank removal, closure of some deep navigation channels (such as the Mississippi River Gulf Outlet, southeast of New Orleans) and putting locks in others (Day and Templet, 1989; Turner and Streever, 2002; Day et al., 2004). Such restoration can be particularly effective if done in conjunction with diversions so that river water is used most effectively.

### 2.3. Use of dredged sediments for wetlands creation and restoration

Dredged sediments have long been used for wetland creation (Fig. 3b). This has been done rather extensively in the "bird's foot" delta at the mouth of the river and in the Atchafalaya delta. Dredged sediments have also been used in many parts of the coast where dredging projects have been carried out. However such use of dredged sediments as part of navigation projects has been done opportunistically and can address only a small part of coastal land loss. Recent work has shown that nourishment of low elevation, unhealthy marshes with dredged sediments results in an increase in marsh elevation and thus productivity (Mendelssohn and Kuhn, 2003). There are now plans to dredge sediments specifically for marsh creation and nourishment and to pump the sediments over long distances (10s of km). Such pumping is expensive, economically and energetically, and costs increase as boosters and pipe are added to pump longer distances. Currently the average cost of sediment dredging for wetlands restoration in the northern Gulf of Mexico is about US$ 40,000/ha, excluding additional activities such as construction of protective structures, planting, re-contouring, and monitoring (Turner and Streever, 2002, p. 95).

### 2.4. Barrier island restoration

Barrier islands in coastal Louisiana are important for protecting coastal wetlands by mitigating wave energy, to provide wildlife habitat for migrant birds and to maintain estuarine conditions. However, the islands have eroded significantly, due to RSLR, reduced sediment availability, and erosion during storms (Dingler et al., 1992). Hurricanes are particularly damaging to barrier islands (Stone et al., 1997). Barrier islands are restored by pumping sands from offshore to rebuild the islands. At times, engineered structures are also used. Sand-trapping fences and vegetative plantings are used to stabilize sand dunes on barrier islands along with beach nourishment (LA DNR, 1997, p. 15). After vegetative planting, re-vegetation takes place and is affected by both biotic and abiotic factors (e.g., soil salinity, Courtemanche et al., 1999). Control of grazers, such as nutria, is also important to maintaining vegetative cover (Hester et al., 1994).

Barrier island restoration is expensive. For example, the cost for 1700 liner feet of beach front restoration at East Island, Louisiana, was US$ 1.3 million (LA DNR, news release, April 18, 1996), and around US$ 500 million are needed to restore about 85 miles of barrier islands in coastal Louisiana (St. Pé, 1999). Barrier islands must be renourished periodically to ensure sustainability.

## 3. Global trends and their implications for delta restoration

### 3.1. Global climate change

There is a broad consensus in the scientific community that human activity is affecting global climate (IPCC, 2001). Climate change will significantly alter many of the world's coastal and wetland ecosystems (Poff et al., 2002). Global climate change will affect temperature, the amount and seasonality of rainfall, and the rate of sea level rise. The Intergovernmental Panel on Climate Change (IPCC) predicts that global temperatures will rise from 1 to 5 °C during the 21st century. This increase in temperature will affect coastal biota directly and lead to changes in precipitation and an acceleration of sea level rise. It is predicted that as the tropics gain more heat, there will be a greater transport of water vapor toward higher latitudes. Thus, it is likely that, in general, lower latitudes will experience a decrease in precipitation and higher latitudes will experience an increase in rainfall.

General circulation models (GCMs) are not consistent in their predictions of the effects of climate change on precipitation and temperature, which are two important drivers of freshwater inflow to estuaries. For example, runoff estimates for the Mississippi River basin differ greatly between the Canadian CGCM1 model and the Hadley HADCM2 model (Wolock and McCabe, 1999). Both models predict an increase in future extreme rainfall and runoff events, but they disagree in terms of both the magnitude and direction of changes in average annual runoff. The average annual runoff of the Mississippi River basin, for example, was projected to decrease by 30% for the Canadian model, but increase by 40% for the Hadley model by the year 2099. Estimated changes of freshwater inflow into major U.S. estuaries projected by the Hadley model by




Fig. 4. Projected global average sea level rise, 1990–2100 (*Source:* IPCC, 2001).

the year 2099 range from −40% to +100%. Similar calculations based on the Canadian model indicate significantly reduced inflows for all coastal regions except the U.S. Pacific coast (Wolock and McCabe, 1999). It is likely many coastal and estuarine ecosystems will experience changes in freshwater inflow. However, at present it is unclear in what manner these changes will occur. There has already been a small, but significant, increase in the flow of the river during the past half-century (Justic et al., 2003). While there is much uncertainty in predictions of local changes in precipitation and runoff, the precautionary principle suggests that management plans for delta should take such changes into consideration.

There is strong consensus that global warming will lead to accelerated eustatic sea level rise in the 21st century. IPCC (2001) predicted that sea level will rise by 20–65 cm in the 21st century, with a best estimate of 30–50 cm (Fig. 4). This is much higher than measured eustatic sea level rise for the 20th century of 1–2 mm/year (Gornitz et al., 1982). This increase in sea level must be added to subsidence to obtain the RSLR that coastal wetlands in the Mississippi delta will be subject to over the 21st century. Thus, RSLR in the delta will increase from about 1 cm/year to 1.3–1.7 cm/year within this century (a 30–70% increase).

Two important physiological reasons that lead to the loss of wetlands are flooding stress due to increased flooding duration and salinity stress (Mendelssohn and Morris, 2000). Global climate change will likely exacerbate both of these stresses. Accelerated sea level rise will lead to significant increase in flooding duration. Unless wetlands can accrete vertically at the same rate as water level rise, coastal vegetation will become progressively more stressed and ultimately die. Even at current rates of RSLR of about 1 cm/year, most wetlands of the Mississippi delta do not have sufficient rates of vertical accretion to survive (Delaune et al., 1983; Hatton et al., 1983; Conner and Day, 1991). Rising sea level combined with lower freshwater input will lead to increased saltwater intrusion and salinity stress. This especially threatens the extensive tidal freshwater wetlands of the delta. This combination of high RSLR, increased temperature, and lower freshwater input results in the north central Gulf having the highest vulnerability to climate change in the United States (Thieler and Hammar-Klose, 2001).

Increased temperature may interact with other stressors to damage coastal marshes. For example, during the spring to fall period of 2000 in the Mississippi delta, there were large areas of salt marsh that were stressed and dying. This appears to be the result of a combination of effects related to a strong la Niña event which resulted in sustained low water levels caused by a global circulation pattern, prolonged and extreme drought and high air temperatures. This combination of factors apparently raised soil salinities to stressful and even toxic levels. McKee et al. (2004) suggested that increases in temperature and decreases in rainfall associated with climate change may dramatically affect tidal marshes.

Another major climate driver in warm temperate zones is reduction in the frequency of extreme freezes, which is presently occurring along the coastal fringes of the Mississippi River Deltaic Plain. An important result of increasing temperature along the northern Gulf of Mexico will likely be a northward migration of mangroves replacing salt marshes. Mangroves are tropical coastal forests that are freeze-intolerant. Chen and Twilley (1998) developed a model of mangrove response to freeze frequency. They found that when freezes occurred more often than once every 8 years, mangrove forests could not survive. At a freeze frequency of 12 years, mangroves replaced salt marsh. Along the Louisiana coast, freezes historically occurred about every four years. By the spring of 2004, however, a killing freeze had not occurred for 15 years and small mangroves occur over a large area near the coast. If this trend continues, mangroves will probably spread over much of the northern Gulf and part

of the south Atlantic coast. In fact, mangroves are already becoming established and more widespread due to warming. According to Dr. J. Visser (personal communication, Coastal Ecology Institute, LSU, June 25, 2004), there are approximately 150 km$^2$ of mangrove habitat in the Barataria and Terrebonne basins. It was observed during the drought in 2000, that mangroves were able to withstand higher temperatures and salinity and water stress (McKee et al., 2004). Thus, succession from tidal marshes to mangroves may lessen the impact of drier, higher salinity conditions.

Because mangroves have many of the same ecological functions as salt marshes (high productivity, habitat for wildlife and fishes, sites of nutrient uptake, etc.), a switch in the U.S. coastal wetlands from salt marshes to mangroves might not change ecosystem function much. However, if the climate becomes more variable with freeze-free periods interspersed with occasional hard freezes, it could be more difficult for either marshes or mangroves to survive, resulting in a loss of wetland habitat.

### *3.2. The availability and cost of energy*

The availability and cost of energy will likely become an important factor affecting the way that natural resource management is carried out in the future. Over the past decade, increasing information has appeared in the scientific literature suggesting that world oil production will peak within a decade or two (Fig. 5a) implying that demand will consistently be greater than supply and that the cost of energy will increase significantly in the coming decades. This information has come primarily from petroleum geologists with long experience in petroleum production (Masters et al., 1991; Campbell and Laherrère, 1998; Kerr, 1998; Bentley, 2002; Deffeyes, 2001, 2002; Hall et al., 2003; Heinberg, 2003).

The various projections of when world oil production will peak are based on the approach developed by M. King Hubbert who became well known because of his famous prediction made in 1956 that U.S. oil production would peak in the early 1970s (it peaked in 1971). Hubbert also predicted that world oil production would peak around the year 2000 (see Deffeyes, 2001 and Heinberg, 2003 for a discussion of Hubbert's work). In essence, projections of future oil production and peak oil production use statistical and physical




Fig. 5. (a) Historical global oil production and past and projected oil discovery, 1930–2050 (*Source:* Campbell, 2004; http://www.oilcrisis.com/campbell/). (b) Published estimates of total ultimate oil recovery (modified from Hall et al., 2003, p. 321).

methods based on reserve estimates and the lifetime production profile of typical oil reservoirs. Oil production from reservoirs tends to follow a bell-shaped curve with a rapid increase in production followed by a relatively rapid decrease in production. Thus, by knowing the early production history of a reservoir (or many reservoirs together) and an estimate of reserves, the time of peak production and total oil production can be estimated. Based on this information, various authors have predicted that world oil production will peak sometime during the first two decades of the 21st century (see Masters et al., 1991; Campbell and Laherrère, 1998; Deffeyes, 2001; Bentley, 2002; Heinberg, 2003). Some have augured that additional discoveries will provide abundant oil well into the future (see Deffeyes, 2001; Hall et al., 2003; Heinberg, 2003 for a review). But most estimates of ultimately recoverable oil (URO) have remained relatively constant since about 1965 at about 2 trillion barrels (Fig. 5b). This is the value of

URO that most authors have used to predict the timing of peak oil production. Oil discoveries peaked in the 1950s and 1960s and have declined substantially since (Fig. 5a). We now consume about two barrels of oil for each one discovered.

An important factor that affects consideration of energy use is energy return on investment (EROI). EROI is the ratio of the energy in oil that is produced to all the energy used to discover and produce oil. During the period of exponential increases in conventional oil production, the EROI was between 100:1 and 50:1. Over the last two decades, EROI for world conventional oil production fell to between 20:1 and 10:1 (Cleveland et al., 1984; Cleveland, 2005). Thus, it is costing more and more to find and produce oil. The EROI for non-conventional sources of oil (oil shale and oil sands) and most renewables are all less than 15:1 and most are substantially less than 10:1 (Heinberg, 2003). We believe that the implication of all of this is that oil production will not be able to meet demand and that the cost of energy will increase substantially.

## 4. Implications for delta restoration and management

Global climate change and energy availability have important implications for management of the Mississippi delta. Global climate change is predicted to lead to accelerated sea level rise, increased temperatures, perhaps higher Mississippi River discharge, but lower precipitation and local freshwater discharge to Louisiana estuaries. Droughts, such as occurred in 2000, may become more frequent and salt-water intrusion will likely be more severe. Thus, two of the most detrimental stressors leading to vegetation mortality, prolonged flooding and salinity, probably will be exacerbated with climate change. Vertical accretion rates will have to be 30–70% higher in a century than at present if coastal marshes are to survive. Both river diversions and utilization of dredged sediment will become even more important in the future in enabling coastal marshes to survive accelerated sea level rise. River water introduces sediments that contribute directly to vertical accretion, nutrients that stimulate vegetation productivity and organic soil formation, and iron that detoxifies sulfide by precipitation (DeLaune and Pezeshki, 2003; DeLaune et al., 2003). An important consideration is that marshes created with dredged sediments will have a shorter lifetime in the future than at present because of the acceleration of the rate of sea level rise. It is a paradox that river discharge is predicted to increase significantly by one GCM while local freshwater discharge is predicted to decrease. Therefore, one of the most important benefits of river diversions will probably be the use of the excess water in the Mississippi River to counter higher salinities due to sea level rise and lower local fresh water surpluses. Thus, river diversions will probably become more critical in delta restoration to offset the impacts of climate change (Table 1).

Energy price and availability will also likely have important implications for delta restoration. The remarkable economic growth of the last century has been fuelled by cheap energy, most importantly oil (Hall et al., 2003). Much of the infrastructure of our industrial society was put in place using 50:1 to 100:1 oil (and equivalently cheap coal and natural gas). The massive flood control and navigation works on the Mississippi River were part of this infrastructure. This includes the giant Bonnet Carré Spillway built on the Mississippi River in the early 1930s to protect New Orleans. The spillway is still functioning today.

If the end of era of cheap energy comes to pass, energy intensive management methods will become increasingly expensive and untenable. Louisiana has relatively little political power at the national level, so it is possible that we will not be able to obtain large amounts of resources for delta restoration. We will be forced to consider less energy-intensive, less expensive options for restoring deteriorating coastal marshes in the post-oil peak era.

Increased cost and reduced availability of energy suggests that those methods of restoration that use relatively low amounts of energy are the ones most sustainable in the long term. The combination of diversions with use of dredged sediments is very important because marshes created with dredged sediments will have a shorter lifetime in the future because of increased sea level rise. Restoration of the Mississippi basin should also be carried out in conjunction with delta restoration in order to minimize water quality problems as well as solve environmental problems throughout the basin (Mitsch et al., 2001; Day et al., 2003). Pumping sediments, which is very expensive energetically, has a role early in the restoration program in conjunction with construction of diversions.

Table 1
Approaches to restoration of the Mississippi delta

| Approach | Description | Effects | Cost |
|---|---|---|---|
| Freshwater diversion | Diverting Mississippi River water into coastal wetlands for the purpose of restoration using siphons or gates. This is ecological engineering. A major restoration tool | Dissolved nutrients, freshwater, and suspended sediments contribute the nourishment of degraded marshes, along with enhanced fishery habitat. Impacts are ecosystem wide, rather than specific or individual. Land building is a long-term goal. Large scale | Relatively high capital cost, and low annual operation and maintenance cost |
| Hydrologic restoration | Restoring natural drainage patterns to remedy altered hydrology. Includes backfilling of canals, closure of canals, restoration of natural drainage features, reducing salt water intrusion. A secondary restoration tool | The integrity of altered wetlands is restored by a return towards natural hydrology. Small scale | Moderate to high financial and energy costs per unit area |
| Use of dredged sediments for wetlands creation/restoration | Beneficial use of sediment materials that can come from dredging projects or that are dredged specifically for the purpose of restoration. A major restoration tool | Newly created intertidal flats can be rapidly colonized by vegetation or planted. Most effective when used in conjunction with diversions | High financial and energy costs. Periodic additional sediment may be required |
| Barrier island restoration | Deposition of coarse dredged materials to increase barrier island height and width. Engineering structures, sand trapping, and vegetative plantings are used to stabilize sand dunes on barrier islands. A major restoration tool | Rapid restoration. Requires perpetual nourishment to maintain barrier islands. Barrier island restoration restores island habitat, protects wetlands, and maintains estuarine conditions | Labor intensive, capital intensive, very costly (e.g., US$ 1.3 million for 500 m of beach front restoration at East Island, Louisiana) |

Restoration project type descriptions for CWPPRA-funded restoration projects in coastal Louisiana (LA DNR, 1997).

In this way, wetlands created can be nourished and sustained with diversions that are likely to have a life of a century or more.

Wherever possible, gravity, winds, and tides should be used to move water and sediments. Diversions, such as the Bonnet Carré Spillway and the diversion at Caernarvon, Louisiana, are examples of this. The Bonnet Carré was constructed over 70 years ago; it is still functioning and is likely to do so for decades. This argues for the construction of needed diversion structures in the near future when energy is still relatively cheap. After construction, they can be operated using relatively little energy, probably for the next century and longer. Energy intensive approaches, such as pumping sediments over long distances to build wetlands, should be used now but they may not be affordable 40–50 years from now. New land created by pumping sediments will last for a shorter period than would have been the case in the past because of the acceleration of sea level rise and higher salinities. Thus, diversions of river water should be planned in conjunction with pumping to maintain the marshes. Modelling has shown that that riverine input can create and maintain wetlands (Martin et al., 2002).

This approach of using the energies of nature to the greatest extent possible is called ecological engineering. This is the ecological principle where small amounts of fossil fuel energies are used to channel much larger flows of natural energies (Odum, 1971; Mitsch and Jørgensen, 2003). Ecological engineering offers both a conceptual and practicable approach for long-term management of the delta in an era when the cost of fossil energies will become much more expensive.

In conclusion, we have presented evidence that climate and the availability and cost of energy will change significantly in the 21st century. Such changes have major implications for the restoration of the Mississippi delta. However, since the future is uncertain, this is a cautionary tale. But we believe that it is unwise to not

take these factors into consideration because choices made will strongly affect future restoration activities in the delta.

## Acknowledgements

Support for this effort was partially provided by National Oceanic and Atmospheric Administration through the Louisiana State Grant College Program (NOAA Grant No. NA16G2249). Additional support was provided by the Corps of Engineers and the U.S. Geological Survey.

## References


Barras, J.A., Bourgeois, P.E., Handley, L.R., 1994. Land loss in coastal Louisiana, 1956–1990. National Biological Survey, 10 color prints. National Wetlands Research Center Open File Report 94-01, 4 pp.

Barras, J.A., Beville, S., Britsch, D., Hartley, S., Hawes, S., Johnston, J., Kemp, P., Kinler, Q., Martucci, A., Porthouse, J., Reed, D., Roy, K., Sapkota, S., Suhayda, J., 2003. Historical and projected coastal Louisiana land changes: 1978–2050. USGS Open File Report 03-334, 39 pp.

Bentley, R.W., 2002. Global oil and gas depletion: an overview. Energy Policy 30, 189–205.

Boesch, D.F., Josselyn, M.N., Mehta, A.J., Morris, J.T., Nuttle, W.K., Simenstad, C.A., Swift, D., 1994. Scientific assessment of coastal wetland loss, restoration and management in Louisiana. J. Coastal Res. 20, 1–103 (Special issue).

Boumans, R.M., Day Jr., J.W., 1994. Effects of two Louisiana's marsh management plans on water and materials flux and short-term sedimentation. Wetlands 14 (4), 247–261.

Britsch, L., Dunbar, J., 1993. Land loss rates: Louisiana coastal plain. J. Coastal Res. 9, 324–338.

Cahoon, D., 1994. Recent accretion in two managed marsh impoundments in coastal Louisiana. Ecol. Appl. 4, 166–176.

Campbell, C.J., 2004. The growing gap (http://www.oilcrisis.com/campbell/).

Campbell, C.J., Laherrère, J.H., 1998. The end of cheap oil. Sci. Am., 60–65.

Chatry, M., Dugas, R.J., Easley, K.A., 1983. Optimum salinity regime for oyster production on Louisiana's state seed grounds. Contrib. Mar. Sci. 26, 81–94.

Chatry, M., Chew, D., 1985. Freshwater diversion in coastal Louisiana: recommendations for development of management criteria. In: Proceedings of the Fourth Coastal Marsh and Estuary Management Symposium, pp. 71–84.

Chen, R.H., Twilley, R.R., 1998. A gap dynamic model of mangrove forest development along gradients of soil salinity and nutrient resources. J. Ecol. 86, 37–51.

Cleveland, C.J., Costanza, R., Hall, C.A.S., Kaufmann, R., 1984. Energy and the U.S. economy: a biophysical perspective. Science 225, 890–897.

Cleveland, C.J., 2005. Net energy from the extraction of oil and gas in the United States Energy 30, 769–782.

Conner, W.H., Day Jr., J.W., 1988. Rising water levels in coastal Louisiana: importance to forested wetlands. J. Coastal Res. 4, 589–596.

Conner, W.H., Day Jr., J.W., 1991. Variations in vertical accretion in a Louisiana swamp. J. Coastal Res. 7, 617–622.

Conner, W.H., Day Jr., J.W., 1992. Water level variability and litterfall productivity of forested freshwater wetlands in Louisiana. Am. Midl. Naturalist 128, 237–245.

Courtemanche, R.P., Hester, M.W., Mendelssohn, I.A., 1999. Recovery of a Louisiana barrier island marsh plant community following extensive hurricane-induced overwash. J. Coastal Res. 15, 872–883.

Davis, D., Guidry, R.J., 1996. Oil, oil spills and the state's responsibilities. Basin Res. Inst. Bull. 6, 60–68.

Day, J.W., Pont, D., Hensel, P.F., Ibanez, C., 1995. Impacts of sea-level rise on deltas in the Gulf of Mexico and the Mediterranean: the importance of pulsing events to sustainability. Estuaries 18, 636–647.

Day Jr., J.W., Martin, J.F., Cardoch, L., Templet, P.H., 1997. System functioning as a basis for sustainable management of deltaic ecosystems. Coastal Manage. 25, 115–153.

Day Jr., J.W., Templet, P.H., 1989. Consequences of sea level rise: implications from the Mississippi delta. Coastal Manage. 17, 241–257.

Day Jr., J.W., Britsch, L.D., Hawes, S.R., Shaffer, G.P., Reed, D.J., Cahoon, D., 2000. Pattern and process of land loss in the Mississippi delta: a spatial and temporal analysis of wetland habitat change. Estuaries 23, 425–438.

Day Jr., J.W., Yañéz Arancibia, A., Mitsch, W.J., Lara-Dominguez, A.L., Day, J.N., Ko, J.-Y., Lane, R., Lindsey, J., 2003. Using ecotechnology to address water quality and wetland habitat loss problems in the Mississippi basin: a hierarchical approach. Biotechnol. Adv. 22, 135–159.

Day, J., Templet, P.H., Ko, J.-Y., et al., 2004. The Mississippi delta: system functioning, environmental impacts, and sustainable management. In: Caso, M. (Ed.). Environmental Diagnosis of the Gulf of Mexico, vol. 2. Mexican National Institute of Ecology, Mexico City, Mexico, pp. 851–880.

Deffeyes, K.S., 2002. World's oil production peak reckoned in near future. Oil Gas J. 100 (46), 46–48.

Deffeyes, K.S., 2001. Hubbert's Peak—The Impending World Oil Shortage. Princeton University Press, Princeton, NJ, 208 pp.

Delaune, R.D., Baumann, R.H., Gosselink, J.G., 1983. Relationships among vertical accretion, apparent sea level rise and land loss in a Louisiana Gulf Coast marsh. J. Sediment. Petrol. 53, 147–157.

DeLaune, R.D., Pezeshki, S., 2003. The role of soil organic carbon in maintaining surface elevation in rapidly subsiding U.S. Gulf of Mexico coastal marshes. Water Air Soil Pollut. 3, 167–179.

DeLaune, R.D., Jugsujinda, A., Peterson, G., Patrick, W., 2003. Impact of Mississippi River freshwater reintroduction on enhancing marsh accretionary processes in a Louisiana estuary. Estuarine Coastal Shelf Sci. 58, 653–662.

Dingler, J.R., Hsu, S.A., Reiss, T.E., 1992. Theoretical and measured aeolian sand transport on a barrier-island, Louisiana, USA. Sedimentology 39, 1031–1043.

Gornitz, V., Lebedeff, S., Hansen, J., 1982. Global sea level trend in the past century. Science 215, 1611–1614.

Hall, C.A.S., Tharakan, P., Hallock, J., Cleveland, C., Jefferson, M., 2003. Hydrocarbons and the evolution of human culture. Nature 426, 318–322.

Hatton, R.S., DeLaune, R.D., Patrick Jr., W.H., 1983. Sedimentation, accretion and subsidence in marshes of Barataria Basin, Louisiana. Limnol. Oceanogr. 28, 494–502.

Heinberg, R., 2003. The Party's Over—Oil, War and the Fate of Industrial Societies. New Society Publishers, Gabriola Island, Canada, 275 pp.

Hester, M.W., Wilsey, B.J., Mendelssohn, I.A., 1994. Grazing of panicum-amarum in a Louisiana barrier-island dune plant community—management implications for dune restoration projects. Ocean Coastal Manage. 23, 213–224.

IPCC (Intergovernmental Panel on Climate Change), 2001. Climate Change 2001: The Scientific Basis Contribution of Working Group I to the Third Assessment Report. Cambridge University Press, Cambridge, UK.

Justic, D., Turner, R.E., Rabalais, N.N., 2003. Climate influences on riverine nitrate flux: implications for coastal marine eutrophication and hypoxia. Estuaries 26, 1–11.

Kerr, R.A., 1998. The next oil crisis looms large-and perhaps close. Science 281, 1128–1131.

Kesel, R.H., 1988. The decline in the suspended load of the lower Mississippi River and its influence on adjacent wetlands. Environ. Geol. Water Sci. 11, 271–281.

Kesel, R.H., 1989. The role of the Mississippi River in wetland loss in Southeastern Louisiana, USA. Environ. Geol. Water Sci. 13, 183–193.

Lane, R.R., Day, J.W., Thibodeaux, B., 1999. Water quality analysis of a freshwater diversion at Caervarvon, Louisiana. Estuaries 22, 327–336.

Lane, R.R., Day, J.W., Marx, B., Reyes, E., Kemp, G.P., 2001. Seasonal and spatial water quality changes in the outflow plume of the Atchafalaya River, Louisiana, USA. Estuaries 25, 30–42.

Lane, R.R., Day, J.W., Justic, D., Reyes, E., Marx, B., Day, J.N., Hyfield, E., 2004. Changes in stoichiometric Si, N and P ratios of Mississippi River water diverted through coastal wetlands to the Gulf of Mexico. Estuarine Coastal Shelf Sci. 60, 1–10.

LA DNR (Louisiana Department of Natural Resources), 1997. The 1997 Evaluation Report to the U.S. Congress on the Effectiveness of Louisiana Coastal Wetland Restoration Projects. Baton Rouge, LA.

LCWCRTF (Louisiana Coastal Wetlands Conservation and Restoration Task Force), 1993. Louisiana Coastal Wetlands Restoration Plan. Main Report, EIS and Appendices. US Army Corps of Engineers, Baton Rouge, LA.

Lindscombe, G., Chabreck, R.H., Hartley, S., 2001. Louisiana Coastal Marsh—Vegetative Type Map. U.S. Geological Survey. National Wetlands Research Center, Lafayette, LA, and the Louisiana Department of Wildlife and Fisheries, Fur and Refuge Division, Baton Rouge, LA (http://www.brownmarsh.net/data/III_9.htm).

Martin, J., Reyes, E., Kemp, G.P., Mashriqui, H., Day, J.W., 2002. Landscape modeling of the Mississippi delta. BioScience 52, 357–365.

Masters, C.D., Root, D.H., Attanasi, E.D., 1991. Resource constraints in petroleum production potential. Science 253, 146–152.

McKee, K., Mendelssohn, I.A., Materne, M.D., 2004. Acute salt marsh dieback in the Mississippi River deltaic plain: a drought induced phenomenon? Global Ecol. Biogeogr. 13, 65–73.

Mendelssohn, I.A., Hester, M.W., Monteferrante, F.J., Talbot, F., 1991. Experimental dune building and vegetative stabilization in a sand-deficient barrier-island setting on the Louisiana coast, USA. J. Coastal Res. 7, 137–149.

Mendelssohn, I.A., Morris, J.T., 2000. Eco-physiological controls on the productivity of Spartina alterniflora loisel. In: Weinstein, M.P., Kreeger, D.A. (Eds.), Concepts and Controversies in Tidal Marsh Ecology. Kluwer Academic Publishers, Boston, MA, pp. 59–80.

Mendelssohn, I.A., Kuhn, N., 2003. Sediment subsidy: effects on soil–plant responses in a rapidly submerging coastal salt marsh. Ecol. Eng. 21, 115–128.

Mitsch, W.J., Day, J.W., Gilliam, J., Groffman, P., Hey, D., Randall, G., Wang, N., 2001. Reducing nitrogen loading to the Gulf of Mexico from the Mississippi River basin: strategies to counter a persistent problem. BioScience 51, 373–388.

Mitsch, W.J., Jørgensen, S.E., 2003. Ecological Engineering and Ecosystem Restoration. Wiley, New York, NY, 411 pp.

Morton, R.A., Buster, N., Krohn, M.D., 2002. Subsurface controls on historical subsidence rates and associated wetland loss in south-central Louisiana. Gulf Coast Assoc. Geol. Soc. 52, 767–778.

Odum, H.T., 1971. Environment, Power and Society. Wiley, New York, NY, 331 pp.

Perez, B.C., Day, J., Justic, D., Twilley, R., 2003. Nitrogen and phosphorus transport between Fourleague bay, Louisiana and the Gulf of Mexico: the role of winter cold fronts and Atchafalaya River discharge. Estuarine Coastal Shelf Sci. 57, 1065–1078.

Poff, L., Brinson, M., Day, J.W., 2002. Aquatic Ecosystems and Global Climate Change: Potential Impacts on Inland Freshwater and Coastal Wetland Ecosystems in the United States. Pew Center on Global Climate Change, Arlington, VA, 45 pp.

Rabalais, N.N., Turner, R.E., Justic, D., Dortch, Q., Wiseman, W.J., Sen Gupta, B.K., 1996. Nutrient changes in the Mississippi River and system responses on the adjacent continental shelf. Estuaries 17, 850–861.

Reed, D., 1992. Effect of weirs on sediment deposition in Louisiana coastal marshes. Environ. Manage. 16, 55–65.

Roberts, H.H., 1997. Dynamic changes of the holocene Mississippi river delta plain: the delta cycle. J. Coastal Res. 13, 605–627.

St. Pé, K., 1999. Interview with the WaterMarks. WaterMarks, p. 11.

Stone, G.W., Grymes, J.M., Dingler, J.R., Pepper, D.A., 1997. Overview and significance of hurricanes on the Louisiana coast, USA. J. Coastal Res. 13, 656–669.

Swenson, E., Turner, R.E., 1987. Spoil banks: effects on a coastal marsh water level regime. Estuarine Coastal Shelf Sci. 24, 599–609.

Thieler, R.R., Hammar-Klose, E.S., 2001. National Assessment of Coastal Vulnerability to Sea-Level Rise: Preliminary Results for

the U.S. Gulf of Mexico Coast. U.S. Geological Survey Open-File Report 00-179 (http://pubs.usgs.gov/of/of00-179).

Turner, R.E., Costanza, R., Scaife, W., 1982. Canals and wetland erosion rates in coastal Louisiana. In: Boesch, D. (Ed.), Proceedings of the Conference on Coastal Erosion and Wetland Modification in Louisiana: Causes, Consequences, and Options. FEW/OBS-82/59. US Fish and Wildlife Service, Office of Biological Services, Slidell, Louisiana, pp. 73–84.

Turner, R.E., Cahoon, D., 1987. Causes of Wetland Loss in the Coastal Central Gulf of Mexico, vol. 1: Executive Summary, vol. 2: Technical Narrative, vol. 3: Appendices. Coastal Ecology Institute, Louisiana State University, Baton Rouge, LA. Final Report Submitted to the Minerals Management Service, Contract No. 14-12-001-30252. OCS Study/MMS 87-0119. New Orleans, LA.

Turner, R.E., Streever, B., 2002. Approaches to Coastal Wetland Restoration: Northern Gulf of Mexico. SPB Academic Publishing, Hague, The Netherlands, 147 pp.

Viosca, P., 1927. Flood control in the Mississippi valley in its relation to Louisiana fisheries. Trans. Am. Fish. Soc. 57, 45–64.

Wolock, D.M., McCabe, G.J., 1999. Estimates of runoff using water-balance and atmospheric general circulation models. J. Am. Water Res. Assoc. 35, 1341–1350.