Q It's got a big "Corps" stamp right on the top of it.
A All right.
Q Have you read the IPET report?
A I have read parts of it.
Q Okay. As you sit here today, is it your understanding that the IPET report says that the MR-GO is not a problem with wetlands loss?
A I did not read anything about the MR-GO and wetlands loss in the IPET report. I'm not saying it's not there. I didn't read anything about it.
Q Okay. Have you ever read any other studies, any independent studies which indicate that the MR-GO is a problem with wetlands loss in southeast Louisiana?
A Yes.
Q All right. And do you remember the names of those?
A Well, when you say "independent," I have read some Corps reports, and I know there's another, it's like an erosion study, and I can't remember who the author of it was. I'm not sure. Those documents would

Page 113

be in the --
Q Right. Did you read the report authored by Ray Seed and Bob Bea?
A Which report is that?
Q That was the U-Cal Berkeley report that was released a good year ago.
A No.
Q Have you read the Team Louisiana report?
A I don't think so.
Q Are you aware of it?
A I believe so. I mean, that sounds familiar.
Q All right. Have you read any peer-reviewed scientific articles which indicate that the MR-GO is a cause of wetlands loss in southeast Louisiana?
A There's been several Times-Picayune articles about it.
Q All right. I'm asking you if you have read any peer-reviewed scientific articles that discussed that?
A I can't remember anything offhand, but, you know, through the years, I probably read documents, but I don't know.

Page 114

Q All right. No. 10 in front of you is one such animal.
A Right. I didn't read this one before.
Q Right. Because you didn't read the notice. Right.
A Excuse me?
Q You didn't read the notice before you came here today.
A What notice?
Q The Notice of Deposition. That was an exhibit to the Notice of Deposition.
A Okay. Right.
MR. DISHEROON:
And I note for the record that at least the exhibit that we have, which has two pages, there's no reference to MR-GO on it.
MR. WILES:
You got a different one then.
THE WITNESS:
Is this the same?
EXAMINATION BY MR. WILES:
Q All right. Now, the map, which we marked as Exhibit 11, is the map that you

Page 115

were kind enough to produce for us. All right. And since this is a copy, I'm going to think pink. Okay? And I want you to take this pen and draw for me the length of the MR-GO.
A Okay (indicating).
Q All right. Let's see if we can get this a little -- I want to make sure we can get it to where we can see it. And I just traced over that so we can see, correct?
A Yes.
Q All right. In fact, the blue pen might even work better. Let's see. Yes, I'm going to do a little blue outline along our pink line here.
Now, does any part of the MR-GO traverse coastal lands?
A Yes.
Q Would you take the blue pen and draw for me those portions?
A (Indicating).
Q So you have drawn a demarcation line, and where would you say that is?
A That's around mile 20.

Page 116

Q We can cheat. Look at this one. Would it be better on the black and white?
A This is mile 15. Yes, so it's around mile 20.
Q All right. Now, have you seen aerial photographs of the area where you drew this, the blue curvy line, have you seen aerial photographs of that for calendar year 2007, that area?
A No.
Q Calendar year 2006?
A I don't think so.
Q What about immediately post-Katrina?
A I have looked at flyovers, if that's what you mean.
Q All right.
A It's like flyover photography.
Q Right. Have you seen historical aerial views of -- What do you want to call this area right here (indicating), so we can have a common point of reference?
A Mile 20.
Q Okay. Have you seen photographs of the land mass near mile 20 going back

Page 117

several decades? Have you seen any pictures like that?
A Yes.
Q Okay. Did that land mass that we're talking about that was at mile 20, did it extend further south in the old days?
A I mean, I'm sure it did. To what extent, there were no miles on there.
Q But, I mean, have you seen comparative photos, like then and now?
A Yes.
Q All right. Let me ask you this. I want you to point out for me on the map Lake Borgne. Show me where Lake Borgne is on here.
A Right here (indicating).
Q All right. Now, the MR-GO passes right next to Lake Borgne and Shell Beach, right?
A Uh-huh (affirmative response).
Q Is that a "yes"?
A Yes.
Q Okay. And is there still a solid land mass separating Lake Borgne from the MR-GO?

Page 118

A No.
Q Okay. Was there a solid land mass separating Lake Borgne from the MR-GO 20 years ago?
A 20 years ago, I'm not sure.
Q Five years ago?
A No.
Q Okay. Tell me, instead of me asking you the questions, tell me what you know about that.
MR. DISHEROON:
About what?
MR. WILES:
She knows what I'm talking about.
MR. DISHEROON:
No, no. You need to ask the questions, so it's clear.
EXAMINATION BY MR. WILES:
Q About when the land mass separating Lake Borgne from the MR-GO went away?
A I don't know.
Q Okay.
MR. DISHEROON:
I don't want to interrupt you, but

Page 119

it's 12:30, and the cafeteria downstairs stops serving hot food at 1:00, so if you want to have lunch here, then this would be a good time or as soon as you can do it.
MR. WILES:
I think we're moving along. We're getting somewhere.
MR. DISHEROON:
No, but I mean in terms of breaking for lunch. I'm not trying to hurry you, but if you want a warm lunch, the opportunity will be gone very shortly.
MR. WILES:
In New Orleans?
MR. DISHEROON:
No, if you want to stay here in this building.
EXAMINATION BY MR. WILES:
Q Let me ask you this. Return to the notice, and we have already handled seven, topic seven on the 30(b)(6). We have already handled eight. We have already handled nine. No. 10, which would be on Page 7.
A Page 7?

Page 120

Q Yes, ma'am, item 10 on Page 7.
A Okay.
Q All right. Are you aware of any action taken by the United States of America through the Corps of Engineers which would seek to prevent the MR-GO from causing flood events in St. Bernard Parish in the event of tropical cyclonic storms passing in the area?
MR. DISHEROON:
Again, I will object to the assumptions in your question. It's not based on any scientific evidence. We do not agree with your premise.
MR. WILES:
You weren't there, I guess. Okay.
MR. DISHEROON:
It's not a question of being there. Thank you.
EXAMINATION BY MR. WILES:
Q All right. Ma'am, are you aware?
A No.
Q Okay. Are you aware in (b) of any work groups, studies which are being undertaken in an attempt to prevent this

Page 121

from recurring?
MR. DISHEROON:
Again, we object.
MR. WILES:
I will stipulate that your objection is continuing, so we can move this along.
MR. DISHEROON:
Okay.
THE WITNESS:
No.
MR. DISHEROON:
But, again, I just want to be clear, you're assuming that MR-GO was the causal effect of the flooding you're asking about --
MR. WILES:
And you and I will have an agreement that that's --
MR. DISHEROON:
-- and we entirely dispute that, and so to the extent you're asking those questions, we're on record as opposing them.
MR. WILES:
Right. And I will stipulate that

Page 122

it's continuing.
MR. DISHEROON:
But we need to break for lunch shortly. We have been going for almost three hours now.
MR. WILES:
Okay.
MR. DISHEROON:
We can come back.
MR. WILES:
No, I'm going to find a breaking point for us. Okay.
EXAMINATION BY MR. WILES:
Q Anything with (b)?
A No.
Q Anything with (c)?
A No.
Q (D)?
A No.
Q Are you the person most knowledgeable at the Corps to tell me about this, item 10?
MR. DISHEROON:
There's nobody at the Corps that can tell you that.

Page 123

MR. WILES:
Mr. Disheroon, I'm not taking your deposition, and I really would ask you to stop.
THE WITNESS:
I can't answer that question, because I don't agree with the whole premise of the question.
EXAMINATION BY MR. WILES:
Q And what premise is that?
A That it's asking with respect to weather events to provide information that identifies the MR-GO causing flood events.
Q And as an engineer sitting here today, you don't believe that the MR-GO had anything to do with flooding St. Bernard Parish; is that correct?
A Correct.
Q All right. Are you the person most knowledgeable -- That's fine. Okay. 11. Okay. Are you the person most knowledgeable as to topic 11?
A (Reviewing document). No.
Q Who would that be?
A It covers pretty much the whole

Page 124

Corps of Engineers, because it's talking about designing, building, maintaining, surveying, so I would say it would be the engineering division, construction division, operations division, and planning division, you know, in respects to talking about effects of wetlands erosion.
Q But it's not you, right?
A I could speak on operations and maintenance issues.
Q Okay. Aside from operations and maintenance issues, if you had to direct me to a person who could answer these other areas, who would that person be?
A Well, planning division would talk about like the initial design, and construction, engineering division could talk about the design.
Q All right. But which people would you go talk to?
A I guess the chief of planning is Gary Hawkins now, I believe.
Q Okay.
A And Walter Baumy is the chief of engineering division.

Page 125

Q And we have already satisfied that you're not the person about 12 and you're not the person about 13, correct?
A Correct.
Q All right. And for No. 14, are you the person who can provide me with the answer to this inquiry? In other words, if we wanted to know everyone who has ever sued the Corps with respect to flooding claims attendant to the MR-GO, are you the person who could do that?
A I guess that would be Denise Frederick.
Q Legal?
A Chief counsel, yes.
Q All right. Topic 15, are you aware of those Department of Interior studies?
MR. DISHEROON:
In the 1950's?
MR. WILES:
Yes.
THE WITNESS:
I'm not aware of the studies. I think I ran across the fact that it existed

Page 126

in some of the other cases.
EXAMINATION BY MR. WILES:
Q What other cases?
A In some of the other MR-GO suits.
Q Well, what other MR-GO suits are there?
A Norm Robinson.
Q Okay.
A And a consolidated suit.
Q Right.
A Those are the ones that I'm familiar with.
Q Just those two?
A Yes.
MR. WILES:
We have already discussed 16, and you're not the person there. All right.
Here's what I would like to do right now. Off the record.
(Discussion off the record.)
(Whereupon, a lunch break was taken.)
EXAMINATION BY MR. WILES:
Q How often does the Corps survey the MR-GO? And let me give you some time periods. From 29 August, 2005 through the

Page 127

present day, what's the frequency of survey?
A It depends on the reach of MR-GO, but we would more frequently survey Breton Island Sound and the bar channel.
Q And what I would like for you to do -- We have a black and white copy of this, don't we? Yes. Good. We will make this Exhibit 12. What I would like you to do is in yellow mark those for me, and then you can write on it in blue.
A All right. This would be Breton Sound (indicating).
Q Okay. Are you finished?
A Yes.
Q So this reach from here (indicating) to here (indicating), is that correct, is Breton?
A Yes, Breton Sound.
Q Okay. And how often would that be surveyed?
A Both of these areas are generally about, maybe every three months or so.
Q Okay. And what's the other one that you mentioned?
A It's the bar.

Page 128

Q All the way down to the bar?
A The bar channel.
Q And did I draw it correctly?
A Yes.
Q Okay. We will just put "bar." All lawyers know what that is. And does the Corps have its own survey team and survey boat?
A Yes.
Q Okay. And who are the people who are currently assigned to that project?
A To surveying?
Q Yes, ma'am.
A Well --
Q Are those direct employees?
A Yes.
Q Okay.
A Do you want to know all the people or the chief of that surveying section?
Q Just tell me generally, you know, who is the manager of that section, and if you would, the particular field people that come to mind.
A Steve Paterno is the manager.
Q Okay.

Page 129

A And it's also, I guess, more closely managed -- He kind of oversees that function, and then Steve Slumber and Mike Sullivan, they will kind of coordinate the surveys.
Q All right. Do you know the names of the vessels?
A I don't know all of them. The BRETON, the LAFOURCHE. They have a couple of, I think they call them OB boats.
Q All right. Any other come to mind?
A I can't think of any other ones.
Q Do you know the masters of the vessels, their names?
A I don't know who's assigned to what vessel. I know John -- I can't remember his last name. I don't really know who's assigned to what.
Q Okay. What are the sizes of these vessels generally?
A Well, the OB boats, they're smaller. They're going to be like, I don't know, 16 feet, something like that.
Q Okay.

Page 130

A And then the BRETON, the LAFOURCHE, those are bigger vessels. I guess like about 30 feet, something like that, maybe 30 to 40 feet.
Q Now, with respect to these two reaches, Breton and bar, do you always do that inhouse or do you also subcontract?
A We do those inhouse.
Q All right. This is an ongoing thing, correct?
A Correct.
Q All right. So this was happening, you know, years before Katrina and it still happens now, correct?
A As far as I know.
Q All right. Do you have any reason to doubt that?
A No.
Q Okay. Who do they report their findings to? Is that to Sullivan and --
A They would report that to the manager, to me.
Q To you?
A Yes.
Q Okay. And why is that?

Page 131

A Because it's information that I need to decide, you know, if there are issues in the waterway or what the issues are, say, shoaling.
Q You need to figure out whether you need to dredge, right?
A Right, normally.
Q Ma'am?
A I said normally, but as I stated, we're not dredging this waterway.
Q Why aren't you all dredging it now?
A We already talked about that.
Q I know, but what is the underlying reason?
A Congress is not funding us to dredge it.
Q You just have no idea in your head whatsoever as to why they stopped funding that?
MR. DISHEROON:
Objection.
EXAMINATION BY MR. WILES:
Q Honestly, I mean, you must have an idea?

Page 132

MR. DISHEROON:
You're asking her to speculate as to why Congress did something.
MR. WILES:
No, I'm not.
MR. DISHEROON:
Yes, you are.
THE WITNESS:
If I would answer, it would be speculation.
EXAMINATION BY MR. WILES:
Q What do you think?
MR. DISHEROON:
Don't answer the question. It's not proper. What earthly bearing does that have on this case? The fact is they don't have funding.
MR. WILES:
You do realize that it's improper to instruct the witness not to answer a question unless it's to preserve a privilege? You're aware of that, aren't you?
MR. DISHEROON:
No, I'm not.

Page 133

MR. WILES:
Okay.
EXAMINATION BY MR. WILES:
Q What depth are they currently maintaining the Breton channel now?
A We're not maintaining it.
Q So you just survey it just for fun?
A We survey it to let the channel users know what the waterway's controlling depths are.
Q The same thing applies for the bar reach?
A Yes.
Q Okay. Before Katrina, what depth was considered optimal? You know, what was the optimum depth to maintain the Breton reach?
A 36 feet.
Q And bar?
A 38.
Q Okay. Now, what is the average width of the channel at the Breton reach now?
A It's probably about 300 feet.

Page 134

Well, yes, the channel itself is 300 feet.
Q All right. And what's the average width of the actual waterway?
A 500.
Q At Breton?
A Right.
Q And at the bar reach?
A It's 600.
Q Okay. And let's talk about the area between the Breton reach and Yscloskey. What is the breadth of the waterway itself?
A You're talking about the bottom width of the waterway?
Q No, the breadth of the entire thing.
A So you mean like the length of the inland reach? What's your question?
Q How wide is it across?
A You want to know the width across it? It's authorized at 500 feet.
Q I didn't ask you what it was authorized at. What is it in the real world? 2,000 feet?
A You're talking about the bottom width of the channel?

Page 135

Q No. We have done this already. I'm not talking about the bottom width of the channel. I'm talking about how wide the waterway is.
MR. DISHEROON:
Object to the use of the term "waterway." It's not defined.
EXAMINATION BY MR. WILES:
Q You can answer it.
A Where?
Q Where I just said. Between the Breton reach and Yscloskey.
A Well, it varies.
Q All right. Are some areas 2,000 feet wide?
A Yes.
Q All right. Some areas are wider than 2,000 feet, correct?
A I'm not sure if it's wider than 2,000 feet.
Q All right. Now, what about from Yscloskey to Shell Beach, in this area right here (indicating), right where we have Lake Borgne, we're about to Lake Borgne, is there still a land barrier between Lake Borgne and

Page 136

the MR-GO's bank here (indicating)?
A In what area?
Q Right here where I just drew this line at Shell Beach.
A Yes, there's a land barrier.
Q All right. Is there an area very near to here where there isn't a land barrier, where the land bridge has basically gone away?
A Yes.
Q Okay. Do you attribute that to the existence of the MR-GO?
A Yes.
Q Okay. Now, the outer channel design, the slope is at two to one, correct?
A Yes.
Q All right. And what challenge does that present in terms of dredging and maintaining the channel?
A What challenge does that?
Q Yes, ma'am.
A I don't understand.
Q Does the design slope impact how frequently it has to be dredged?
A No, not that I'm aware of.

Page 137

Q You're serious. Okay. Now, the channels fill in and they have to be dredged out, correct?
A Yes.
Q All right. I will ask for you to recite to me the causes of that.
A The causes of shoaling?
Q Yes, ma'am.
A In general?
Q Let's talk about the causes of shoaling within the MR-GO which require the constant dredging.
A It depends on the reach, but basically a sediment source is provided and it shoals in.
Q All right. And do you believe that the slope has any affect on that at all?
A No.
Q All right. What's the basis of that statement?
A I don't really understand what you're getting at.
Q So you just said "no" without knowing what you were saying, correct?

Page 138

MR. DISHEROON:
Objection. That's argumentative.
MR. WILES:
Well, no, I mean --
MR. DISHEROON:
You're just commenting on answers. Please ask her questions.
EXAMINATION BY MR. WILES:
Q So do you have any factual basis for the statement when you said "no," that the design slope doesn't increase the shoaling?
A No, I have no reason to believe that the design slope would increase shoaling. I have never heard of that.
Q Do you have any reason to believe that it does not? And if so, please explain it to me.
A Can you repeat the question?
MR. WILES:
Sure. Jim would be happy to.
(Whereupon, the court reporter read back the requested testimony as follows:
THE COURT REPORTER:
Question: "Do you have any reason

Page 139

to believe that it does not? And if so, please explain it to me."
THE WITNESS:
Shoaling is caused, as I said earlier, from a source of sediment in a waterway. Either it's suspended sediment, sediment that's brought in from a storm, but it's some source of sediment that is introduced to the waterway.
EXAMINATION BY MR. WILES:
Q All right. Let's use the design slope in this area between the Breton reach and Yscloskey, what we were talking about. Okay. What is the natural angle of repose of the materials there that form the channel?
A I don't know. I'm not sure what the natural angle of repose is.
Q All right. If the natural angle of repose is less than these, in other words, if the design is steeper than the natural angle of repose, don't you think that it's going to contribute to it?
A If there's a sediment source. No, it's just -- I mean, a channel -- I don't

Page 140

know if I agree with that. And I also want to state that I manage the waterway. I don't design the plans and specifications.
Q Right. But shouldn't you understand what the cause of the silting is, so that you can better manage it?
A Sure.
Q Okay. So do you believe that the sloughing of the side slopes does or does not occur due to wave wash from ships?
A The sloughing of the side slopes?
Q Right.
A Yes.
Q So you think it does occur from the wave wash of ships, correct?
A Yes.
Q All right. Do heavy rains cause additional sloughing?
A I'm not aware of that.
Q Do hurricanes?
A Hurricanes, I guess the wave action.
Q Ivan taught you that, right?
A Right.
Q Does the salt water intrusion

Page 141

killing the natural organisms which hold the marshes together increase the sloughing?
A So, can you -- I mean, I guess you could say, yes, indirectly.
Q Why is it indirect rather than direct?
A I mean, it would be a gradual thing. I mean, if you have exposed soil, then it's more susceptible to erosion.
Q It's a gradual, natural process, right?
A Right.
Q All right. So as this gradual, natural process occurs and you dredge, you know, to clear the channel, aren't you in essence widening the top of the channel?
A No.
Q "No"?
A No, we're maintaining the channel.
Q Right.
A We're maintaining the template of the channel.
Q I'm going to just show you this for illustrative purposes. When you talk about the template of the channel, you mean

Page 142

this bottom area on our little drawing here?
A Yes.
Q And we will even mark it, so you know. We will put it on the back here. This will be the world's best exhibit. This will be Exhibit 13.
My point is this. If you got the salt water intrusion killing the organisms, the plants, that maintain, again, the integrity of the dirt wall at the top, and as that keeps going down and you keep dredging, you're widening the top as well, aren't you?
A Let me just state that there's adaptable -- I mean, I'm not an engineer, but --
Q I thought you were an engineer?
A I mean, I'm not a biologist.
Q Okay.
A There's adaptable plants that -- I mean, there's vegetation in the MR-GO. So, I mean, keep that in mind.
Q And which vegetation do you believe exists in the MR-GO which defeats the loss of land caused by salt water

Page 143

intrusion?
A I'm not going to comment on vegetation. I just know that there's vegetation out there. I don't know what variety there is.
Q Does the Corps build back the side slopes once they slough in or do they just keep dredging?
A No, we don't build back the side slopes. We dredge.
Q You just keep making it wider and wider, right?
A No.
Q It doesn't make it wider and wider?
A No, we maintain the template.
Q When it was first authorized, it was authorized to a width of what, 500 feet, you like telling me that, right?
A Right.
Q It's over 2,000 feet wide now. How did that happen? Did dredging play a part in it?
A It's 2,000 feet wide in some areas.

Page 144

Q Right.
A And I'm not going to comment. You're talking about questions that are for biologists to comment on. It's an ecosystem question.
Q I'm asking you about dredging. You're the chief of dredging or whatever it is.
A I'm not the chief of dredging.
Q The operations manager for the MR-GO dredging function. We still can't get a precise handle on that. Do you believe that the dredging that goes on, that went on from, say, August, 2005, let's go back five years, do you think that dredging in any way increased the width of the MR-GO?
A No.
Q Not at all?
A I don't believe it did.
Q Do you have any scientific basis for that opinion?
A I know what causes erosion. As far as I know, not being a biologist, but I know that it's caused by wind-driven waves.
Q And dredging does zero?

Page 145

A It doesn't provide wind-driven waves.
Q I didn't ask you that.
A It provides zero.
Q Dredging does nothing to it?
A Right.
Q So the protocol that's employed to constantly dredge in the MR-GO, all right, it has nothing to do with the fact that it quadrupled in size; is that right? Is that your testimony?
A Yes.
MR. DISHEROON:
I'm going to object to your conclusions. You're obviously mistaking the physical characteristics of the waterway and the actual project that is maintained in that area.
MR. WILES:
You tell that to the Court.
MR. DISHEROON:
I will.
EXAMINATION BY MR. WILES:
Q Now, you use cutter dredges along this reach that we have been talking about,

Page 146

correct?
A Cutter head and hopper dredges.
Q Right. Is that fill, you know, is the dredge material employed to build back the wetlands?
A In some areas, it is.
Q Show me on here where. And tell me how you know.
A All right. Well, this all happened before my time as a manager, but in some of the inland reaches, there are some disposal areas (indicating) that are designated in this area (indicating).
Q Around Lake Borgne?
A Yes, right here (indicating), here (indicating), I think they had some areas along here (indicating).
Q Why were they doing that?
A Why?
Q Yes.
A Because it's within the federal standard to do so.
Q What logical basis do they have for doing that? What scientific basis do they have for doing that?

Page 147

A Why do they -- I don't understand. It's close and it's an inexpensive pump.
Q Because Congress says? I mean, I'm asking you as a scientist. You're an engineer. I'm asking you what is the basis? What is the reason for them doing that?
A Why do we create wetlands?
Q Why were you pumping the fill here?
A Because it was a close pump and we have to coordinate with all the environmental agencies. And the areas I'm sure were located based on -- I mean, the Corps, we're required to dispose of the material in, I guess, the least expensive, but environmentally acceptable manner.
Q Is some of the dredged material pumped offshore?
A Yes.
Q How much?
A I don't know how many cubic yards.
Q Where is Exhibit 3? Here it is. All right. The cubic yards listed on Exhibit 3, can you tell me how much of that was pumped offshore?

Page 148

A I would imagine it was all offshore, because it's a hopper dredge.
Q Right.
A Unless they could have pumped it out.
Q And is that a necessary fact, that simply because it's a hopper dredge, it goes offshore, or that's just what the Corps does?
A What's that?
MR. WILES:
Read it back for her, please, Jim.
(Whereupon, the court reporter read back the requested testimony as follows:
THE COURT REPORTER:
Question: "And is that a necessary fact, that simply because it's a hopper dredge, it goes offshore, or that's just what the Corps does?"
THE WITNESS:
Hopper dredges, they can only dispose of in two manners, either to dump in an ocean dumping site or you could pump it out, and then you would really be using additional pipeline for that.

Page 149

EXAMINATION BY MR. WILES:
Q So you could pump it out and use it to try and halt wetlands loss, correct?
A Correct.
Q But with all of the cubic yards represented on Exhibit 3, none of it was so employed? It all went offshore, right?
A I wasn't involved in those projects, but probably not. Because like I said, that's not what we're mandated to do. We have to dispose according to the federal standards.
Q Do you believe that salt water intrusion is a cause of the expansion of the width of the MR-GO?
MR. DISHEROON:
I'm going to again object to your characterization.
EXAMINATION BY MR. WILES:
Q You can answer that.
A I mean, that's not my area of expertise.
MR. WILES:
Can Carlos look at these?
MR. DISHEROON:

Page 150

What, the books?
MR. WILES:
Yes.
MR. DISHEROON:
Is that okay?
THE WITNESS:
Yes.
EXAMINATION BY MR. WILES:
Q One of the ways that the contracting dredges bill the Corps is by cubic yards dredged, correct?
A Excuse me?
MR. WILES:
Jim?
(Whereupon, the court reporter read back the requested testimony as follows:
THE COURT REPORTER:
Question: "One of the ways that the contracting dredges bill the Corps is by cubic yards dredged, correct?"
THE WITNESS:
What do you mean "bill the Corps"?
EXAMINATION BY MR. WILES:
Q Bill, charge, invoice?
A Bill?

Page 151

Q Yes.
A Oh, okay. I'm sorry. Say that again.
(Whereupon, the court reporter read back the requested testimony as follows:
THE COURT REPORTER:
Question: "One of the ways that the contracting dredges bill the Corps is by cubic yards dredged, correct?"
THE WITNESS:
Okay. Yes.
EXAMINATION BY MR. WILES:
Q So then the Corps has a record of how many cubic yards of dredged material are sucked out of the MR-GO on probably a monthly basis, because that's how they're invoiced, right?
A So you're asking if the Corps has a record of how many cubic yards are dredged?
Q Yes.
A Yes.
Q All right. And like, for example, with respect to the cubic yards represented by Exhibit 3, does the Corps keep -- Well,

Page 152

it obviously does, it keeps its records even with respect to the WHEELER, where it's not billing, right?
A Uh-huh (affirmative response).
Q Is that a "yes"?
A Yes.
Q Now, if you would, describe for me what is reach one and what is reach two in your vernacular.
A That term, I don't know. That's not a term that we use, but I believe that reach one refers to mile 66 to 60, and I believe reach two is from 60 to the Gulf.
Q The whole rest of it?
A Right.
Q Okay. When a particular dredging project is completed, is a post completion survey conducted?
A Yes.
Q All right. And those records are here?
A That would be with the file, the contracting file.
Q Which is in this building, right?
A I would think that that would be

Page 153

with all those other records.
Q With all what other records?
A With the records that are on Poydras.
Q Okay. If I asked you to go look for them right now, do you believe that you wouldn't find them? Is that your honest truth? Is that your honest testimony, that if you went to look for those, you don't think they're in this building right now?
A Now, you need to clarify what surveys. The Corps takes surveys. There are also surveys done by contractors. So I'm talking about the contractor surveys. That's all part of the contract file. The Corps also takes surveys. We would have the Corps surveys.
Q So the Corps surveys are here, right?
A Yes.
Q And I asked for those in my 30(b)(5) document production, right?
MR. DISHEROON:
She can't answer that question.
MR. WILES:

Page 154

Why? She read it.
MR. DISHEROON:
I don't think there was any specific request for that in there.
MR. WILES:
Okay.
EXAMINATION BY MR. WILES:
Q Do you have the ability to calculate how much dredge material, how many cubic yards of dredge material were taken out of the MR-GO from October, '99 through the present? Simply by adding up those contracts, right?
A Yes.
Q And would that be something that, say, you and -- Was it Jane?
A Yes.
Q Would that be something that you and Jane could do if you had the records and the time to do it?
A Uh-huh (affirmative response).
Q Is that a "yes"?
A Yes.
MR. WILES:
Give me one minute. Excuse me.

Page 155

(Discussion off the record.)
EXAMINATION BY MR. WILES:
Q You were produced as the sole representative today pursuant to the 30(b)(6) Deposition Notice, Exhibit 1. Earlier in the deposition, you indicated to me that you reviewed an old portion of the 30(b)(6) Notice without the exhibits, Mr. Disheroon's letter of 24 April, 2007, and the map that you were nice enough to give to us, a copy.
Did you do anything else in terms of trying to educate yourself so that you could answer the questions delineated in the topics in this 30(b)(6) Notice?
A Just what we -- We had a meeting yesterday and we discussed the questions.
Q Who was at the meeting?
A I was with Fred and -- I'm sorry. I forgot your name.
MR. ROMLEY:
Mark.
THE WITNESS:
Mark and Jennifer.
EXAMINATION BY MR. WILES:

Page 156

Q All right. So you talked with three lawyers?

A Right. And David Dyer was also there.

Q And what does David do?

A He's a lawyer.

Q All right. And you reviewed no other documents than what we discussed earlier on in your deposition; is that correct?

A Right. And I just pulled out the brown book and looked at the brown book.

MR. WILES:

Right. And to shortcut her time, what I'm going to ask that we do is simply get the brown books commercially copied, because we don't need to go through them with her.

MR. DISHEROON:

I don't think we want to have them commercially copied. I think they need to maintain the books here, but the Corps could make the copy for you, if that's what you want to do.

MR. WILES:

Page 157

Yes, and then all I would request is a certification that it's true and complete.

MR. DISHEROON:

Sure.

MR. WILES:

I don't doubt you guys will do that, but I just want certification.

MR. DISHEROON:

I would just add for the record that we never purported to produce her to testify regarding all of your requests, and you know that.

MR. WILES:

Okay.

MR. DISHEROON:

We said we would produce her for the areas that we did not object to, and she's there only for those purposes.

MR. WILES:

Right. And it's no criticism of you, ma'am, if it was woefully incomplete, so what I'm doing right now is I'm going to tender you, because continuing forward with this is pointless, because you're obviously

Page 158

not the person most knowledgeable as to just about every one of the items in the notice.

According to the case law, I am absolutely entitled to have the person most knowledgeable. I received not a scrap of paper pursuant to the 30(b)(5) document request, and so we're going to reserve our right to file a Motion to Compel the Corps to actually bring the people -- I mean, you have identified some of the people in your testimony, who would be the guy who would tell us, "Well, you know, Bob Smith would," and so I just need to state on the record that I'm not satisfied with this return, and frankly, in 20 something years of practice, this is the first time I've gotten completely stiffed on a 30(b)(5). I mean, it's just amazing. And so we are reserving all of our rights on that.

I know you have an appointment, so I thank you and I appreciate your time, ma'am.

THE WITNESS:

Okay. Thank you.

Page 159

WITNESS' CERTIFICATE

I have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony with the exception of any attached corrections or changes.

____________________

(Witness' signature)

PLEASE INDICATE

( ) NO CORRECTIONS

( ) CORRECTIONS; ERRATA SHEET(S) ENCLOSED

Page 160

REPORTER'S CERTIFICATE

I, James T. Bradle, Certified Court Reporter, do hereby certify that the above-named witness, after having been first duly sworn by me to testify to the truth, did testify as hereinabove set forth;

That the testimony was reported by me in shorthand and transcribed under my personal direction and supervision, and is a true and correct transcript, to the best of my ability and understanding;

That I am not of counsel, not related to counsel or the parties hereto, and not in any way interested in the outcome of this matter.

JAMES T. BRADLE
Certified Shorthand Reporter

Page 161

## A

**abandoned** 49:15 55:13
**ability** 155:8 161:12
**able** 48:17 102:19 105:25
**above-mentio...** 6:3
**above-named** 161:5
**absolutely** 159:4
**acceptable** 37:2 148:16
**access** 29:25 33:10,19 90:10
**accurate** 68:2
**acknowledged** 51:15
**Acting** 1:11
**action** 3:9 36:21 42:1 121:4 141:22
**actions** 71:9
**activities** 51:12
**activity** 56:22 58:17 107:5
**actual** 112:15 135:3 146:17
**adaptable** 143:15,20
**add** 158:10
**adding** 155:12
**addition** 89:25
**additional** 141:18 149:25
**address** 6:7,10 6:13 21:21 107:7
**adduced** 97:18
**administering** 5:24
**administrative** 15:13
**advertise** 109:23
**advertised** 101:9 109:21
**aerial** 117:6,8,20
**affairs** 105:6
**affect** 74:17 81:19,25 138:17
**affirmative** 110:4 118:20 153:4 155:21
**aforementioned** 5:5
**afternoon** 61:9
**agencies** 148:12
**ago** 16:8 114:6 119:4,5,6
**agree** 121:14 124:7 141:1
**agreeable** 60:18
**agreed** 5:3 31:19 32:10
**agreement** 21:24 22:1 39:4 112:10 122:19
**ahead** 15:18 18:16 34:1 51:15 61:20 63:15 111:5
**al** 1:4
**alleged** 57:18
**allocated** 75:19
**allow** 29:24
**allowed** 5:7 72:20
**amazing** 159:18
**ambit** 8:9
**amended** 3:9 42:1
**America** 1:10 121:4
**amount** 58:21 59:17
**analyses** 86:9
**Angela** 76:22
**Angie** 76:10,22 77:6,7,10
**angle** 140:14,18 140:19,22
**animal** 115:2
**annual** 75:17,19
**answer** 3:11 5:17 23:6 41:22 42:7 43:6 47:6 48:12 49:3 63:4 83:13,15 83:22,25 84:2 84:17,21 97:6 98:16,17 99:11 99:12 102:5,8 104:4 105:25 124:6 125:13 126:7 133:9,14 133:20 136:9 150:20 154:24 156:14
**answered** 46:5
**answers** 139:6
**anybody** 66:10 92:22 93:2
**anymore** 9:5
**Anyway** 61:19
**apparently** 14:25
**APPEARANC...** 1:16
**appears** 16:15
**applicable** 42:18
**applies** 134:12
**appointment** 159:20
**appreciate** 21:25 61:10 159:21
**appropriate** 90:10
**appropriation** 58:25 75:8 78:21
**approved** 35:15
**approximately** 14:9
**April** 2:22 3:3 16:23 17:19 19:13 32:4 156:9
**aquatic** 82:17
**arbitration** 15:15
**area** 26:6 70:8 82:22 83:5 85:8 108:3 111:12 117:6,9 117:21 121:9 135:10 136:22 137:2,6 140:12 143:1 146:18 147:13 150:21
**areas** 21:1,5,13 21:19 22:21,25 48:7 125:14 128:21 136:14 136:17 144:25 147:6,12,16 148:12 158:18
**argument** 43:1
**argumentative** 139:2
**arguments** 43:4
**Army** 1:13 3:13 3:18 6:10,23 36:2 40:10 47:10 104:11
**arrangements** 29:24 33:10
**article** 3:21 26:12,23 95:8 111:5
**articles** 114:15 114:19,22
**Aside** 125:11
**asked** 20:11,20 28:4 30:18 49:23 64:3,12 66:10 83:19 84:3 93:24 111:14 154:5 154:21
**asking** 28:16 31:6 38:1,2 41:5 42:25 44:6 48:25 51:6,24 69:12 75:22 83:16,18 84:23 85:3 92:14 97:7,18 97:20 98:3 100:9 102:18 107:23 111:15 111:22 114:20 119:9 122:15 122:22 124:11 133:2 145:6 148:4,5 152:18
**aspects** 85:13,17
**assertion** 93:12
**assigned** 45:2 100:16 108:9 129:11 130:16 130:19
**assistant** 18:9 57:24 58:5 59:23
**Associates** 10:6 10:8
**assume** 58:15 79:1
**assuming** 34:7 77:22 78:4 99:8 122:14
**assumption** 84:24
**assumptions** 39:17,18 102:2 121:12
**Atchafalaya** 14:24 87:23 88:3
**attach** 15:18
**attached** 2:18 17:5 19:19 111:3 160:12
**attaching** 42:1
**attachments** 17:8
**attempt** 121:25

**attendant** 77:15 126:10
**ATTORNEYS** 1:20,25
**attribute** 137:11
**attributed** 111:6
**August** 26:2 45:1 74:25 107:6 127:25 145:14
**authenticate** 28:6
**author** 68:24 69:3 105:1 113:24
**authored** 114:3
**authority** 7:19 8:9 9:2
**authorization** 79:8,12,19,24
**authorizations** 85:20,24
**authorized** 72:21 73:5 75:4 78:13 86:19 135:20 135:22 144:17 144:18
**available** 29:22 32:21 39:24 48:14 49:24 50:2 58:23 79:21 90:1
**Avenue** 1:13 6:16
**average** 134:22 135:2
**aware** 11:15 20:17 40:9 43:18 73:22 89:17 95:13 96:3 97:2,7,22 98:22,25 101:22 105:19 106:9,24 107:5 108:2,11 112:2 112:6 114:11 121:3,21,23 126:17,24 133:22 137:25 141:19
**awhile** 59:9

**B**

**b** 121:23 123:14
**bachelor** 9:22 10:14
**back** 13:4 18:17 22:14,16 41:6 41:8,12 43:25 45:15 50:7 63:3,5 66:2 67:1 69:22 73:25 74:1 81:4 89:14 95:21,22 106:5 117:25 123:9 139:22 143:4 144:6,9 145:14 147:4 149:12 149:13 151:15 152:4
**background** 9:20 53:20,25
**bad** 11:12
**bailiwick** 7:2 60:13 68:9
**Baker** 10:12
**balance** 103:13
**bank** 137:1
**bar** 128:4,25 129:1,2,5 131:6 134:12 134:20 135:7
**Barataria** 7:10
**Barr** 88:23 91:3
**barred** 41:1,18 42:17 43:12,20 43:22,23 95:14 96:4,12,14,16 96:19,21 98:7
**barrier** 87:24 136:25 137:5,8
**based** 39:21 121:13 148:13
**basically** 42:25 43:1 137:8 138:14
**basis** 21:8 23:3 33:3 77:20 93:16 138:20 139:9 145:20 147:23,24 148:5 152:16
**Baumy** 91:7 125:24
**Bay** 7:10
**Bayou** 7:10,11 7:11,16,16 100:11
**Bea** 114:3
**Beach** 118:18 136:22 137:4
**bearing** 133:15
**beg** 52:9
**began** 13:6 72:18
**behalf** 89:22
**belabor** 37:3
**believe** 6:17 11:18 20:7 24:17 26:23 32:3 44:19 75:4,12 96:8 114:12 124:15 125:22 138:16 139:13,16 140:1 141:8 143:24 145:12 145:19 150:13 153:11,13 154:6
**believed** 105:21 106:11 107:2
**Berkeley** 114:5
**Bernard** 7:20 11:3,13 78:10 99:1 101:23 105:20 106:11 106:25 107:1 108:7 112:7 121:7 124:16
**best** 34:19,24 37:6 40:19 143:5 161:11
**better** 116:14 117:2 141:6
**beyond** 69:17 85:9
**big** 60:15 61:1,3 113:1
**bigger** 131:2
**bill** 76:23 151:10 151:19,22,24 151:25 152:8
**billing** 153:3
**bind** 98:12
**binder** 61:4
**biologist** 83:2 143:18 145:23
**biologists** 145:4
**biology** 77:9
**bit** 25:16
**black** 9:14,17 117:2 128:6
**blanket** 106:20
**blue** 116:13,15 116:20 117:7 128:10
**boat** 129:8
**boats** 130:10,22
**Bob** 114:3 159:12
**bodies** 7:8
**Boe** 68:12,13,24 69:4
**book** 60:2,4,9,19 62:3,12 157:12 157:12
**books** 9:5 151:1 157:16,22
**Borgne** 118:14 118:14,18,24 119:3,20 136:24,24,25 147:14
**bottom** 28:1 67:16 135:12 135:24 136:2 143:1
**Box** 1:11 6:11
**boy** 69:20 75:22
**Braden** 1:6
**Braden's** 25:19
**Bradle** 2:6 5:22 161:3,22
**branch** 65:13
**Breaches** 3:6
**breadth** 135:11 135:14
**break** 60:21 123:3 127:21
**breaking** 120:10 123:11
**Breton** 128:3,11 128:17,18 130:9 131:1,6 134:5,17,23 135:5,10 136:12 140:12
**bridge** 15:1 137:8
**briefly** 14:22
**bring** 44:10 57:2 89:19 159:9
**brought** 34:14 44:9 96:22 97:3 140:7
**Broussard** 76:8 76:16,18
**brown** 58:1 60:2 60:4,9,19 62:3 62:12 157:12 157:12,16
**Bruce** 88:23 91:3
**build** 144:6,9 147:4
**building** 88:15 120:17 125:2

153:24 154:10
**bulk** 45:20
**business** 6:7,9
**buy** 61:11
**B-A-U-M-Y** 91:10
**B-O-E** 68:12

C

**c** 1:10 6:1 123:16
**cafeteria** 120:1
**calculate** 155:9
**calendar** 117:8 117:11
**call** 60:1 68:1 75:25 109:19 117:20 130:10
**called** 11:22 12:10
**Canal** 3:6 7:12
**capital** 103:22
**care** 111:1
**Carlos** 1:18 62:10 150:24
**carries** 80:19
**case** 6:14 28:24 29:8,11,13 35:17,20,22,22 37:12 44:5 49:17 84:23 95:13 96:4,13 98:6 101:9,11 109:25 133:16 159:3
**cases** 127:1,3
**Casey** 13:23 102:13,18
**causal** 122:15
**cause** 70:18 111:9 114:16 141:5,17 150:14
**caused** 101:23 140:4 143:25 145:24
**causes** 108:3
138:6,7,10 145:22
**causing** 88:2 121:6 124:13
**cease** 87:3
**CEMVN-OD-G** 1:11
**Center** 36:13
**certain** 39:17 48:18
**certainly** 60:13
**CERTIFICATE** 160:5 161:1
**certification** 5:13 158:2,8
**Certified** 2:6 5:22 161:3,23
**certify** 160:10 161:4
**challenge** 35:23 137:17,20
**change** 11:24 12:3 82:3 97:25
**changed** 16:16
**changes** 160:13
**channel** 85:19 85:20 86:10 87:18 128:4 129:2 134:5,9 134:23 135:1 135:25 136:3 137:14,19 140:16,25 142:15,16,19 142:22,25
**channels** 7:6 138:2
**characteristics** 146:16
**characterization** 90:3 150:18
**charge** 59:19 70:2 88:21 100:10 151:24
**cheat** 117:1
**chief** 65:12 91:6 102:15 125:21 125:24 126:15 129:19 145:7,9
**Cindy** 99:22 100:18
**circle** 100:8
**civil** 5:7 9:23 10:17 12:5 13:2,4,8,15,17 13:18
**claim** 42:17
**claims** 1:2 40:25 41:18 126:9
**clarification** 75:16
**clarify** 46:13 51:8 111:20 154:11
**Clark** 13:23 14:3 102:14,18
**class** 3:9 42:1
**clear** 17:18 25:23 32:24 33:2 35:4 38:9 38:18,20 41:24 119:17 122:14 142:15
**clearly** 31:24 40:1 93:12
**close** 70:17 71:9 71:11 74:19 75:13 148:2,10
**closed** 59:8 83:6
**closely** 130:2
**closing** 74:17
**closure** 81:18,20 81:25 82:13
**coach** 22:9
**coaching** 22:2
**coast** 70:16 110:24
**coastal** 26:6 110:16,19 111:11 116:18
**color** 8:24
**come** 18:17 19:24 25:14 42:15 48:11 91:6 103:10 123:9 129:23 130:11
**comes** 32:17 103:7
**comment** 144:2 145:2,4
**commenting** 139:6
**commercially** 157:16,21
**common** 117:22
**companies** 61:25 62:4,8
**comparative** 118:10
**Compel** 159:8
**complaint** 3:9 42:2
**complete** 15:23 15:24 19:12,17 21:3 22:23 39:9,11 158:3
**completed** 55:14 153:17
**completely** 159:17
**completion** 153:17
**concerned** 11:3 11:14
**concerns** 107:7
**conclusion** 42:25
**conclusions** 146:15
**conducted** 56:22 153:18
**configuration** 34:17
**confused** 109:1
**Congress** 71:5 71:11 72:20 73:4,12,20,21
74:6,11,12 75:14 78:14 83:16,18 101:20 132:16 133:3 148:3
**Congressional** 75:8 78:20 79:8,12
**consequence** 28:23
**considered** 134:16
**consolidated** 3:7 127:9
**Constance** 53:7 53:10 104:8 110:14
**constant** 138:12
**constantly** 146:8
**consternation** 11:1
**constitute** 21:14
**constraints** 36:17
**construction** 88:20,24 125:4 125:17
**consulting** 59:18
**contact** 104:13 104:24
**content** 82:9
**contingency** 101:3,6 108:16 108:18,25 109:5,12,17,19
**continue** 48:6
**continues** 8:13
**continuing** 122:6 123:1 158:24
**contract** 58:14 100:19 101:7,8 108:18,19,20 108:21 109:5 109:11,15,23 154:15

**contracting** 18:11 57:6 88:19,23 151:10,19 152:8 153:23
**contractor** 109:16 154:14
**contractors** 56:24 154:13
**contracts** 45:19 45:20 51:11 89:9,10 101:1 101:3 102:23 103:11 108:16 108:23 109:20 155:13
**contribute** 140:23
**contributory** 111:24
**control** 29:4,5 33:19 90:14,15
**controlling** 134:10
**controversy** 11:1 106:20,22
**coordinate** 130:4 148:11
**copied** 18:6 157:16,21
**copies** 23:24 24:9,12 27:11 33:23 89:12,14
**copy** 9:8 15:19 16:16 19:14,17 21:3 22:23 23:17 78:23 116:2 128:6 156:11 157:23
**Corps** 1:13 3:13 3:18 6:10,23 10:2,22,25 11:10 28:4,16 36:2 40:10 45:3 47:11,22 53:11 56:23 58:12 65:1 67:21 71:19 79:20 86:9 88:12 89:16,23 90:25 98:11 99:5 104:12 107:6 108:21 110:7 111:8 112:18,24 113:1,22 121:5 123:21,24 125:1 126:9 127:23 129:7 144:6 148:14 149:8,19 151:10,19,22 152:8,13,18,25 154:12,16,17 154:18 157:22 159:8
**Corps's** 40:18
**correct** 8:11 10:19 17:11 19:20 21:9 23:4 33:5 35:18 38:13 39:8 45:3,4 68:9 70:20 73:9,10 82:6,7 91:4 97:11,12 98:23,24 112:18 116:11 124:17,18 126:3,4 128:17 131:10,11,14 136:18 137:15 138:3,25 141:15 147:1 150:3,4 151:11 151:20 152:9 157:10 160:10 161:11
**corrections** 160:12,23,24
**correctly** 129:3
**correspondence** 38:6
**cost** 11:4,7 12:5 13:2,11
**counsel** 5:4 29:6 59:21 126:15 161:13,14
**couple** 16:8 130:9
**course** 74:10 100:13
**court** 1:1 2:6 5:22 6:3 15:10 22:16,18 28:24 29:1,17 33:20 35:5,8 36:17 41:12,14 59:23 59:24 63:5,7 74:1,3 90:14 90:19 95:22,24 97:18 106:5,7 139:22,24 146:20 149:13 149:15 151:15 151:17 152:4,6 161:4
**covered** 51:12
**covers** 7:17 9:2 124:25
**crane** 14:16,17 14:23,25
**create** 148:7
**criticism** 158:21
**cross-section** 86:9
**cubic** 108:21 109:9 148:21 148:23 150:5 151:11,20 152:9,14,19,24 155:10
**current** 6:21 54:22 82:12
**currently** 12:13 78:8 90:1 129:11 134:4
**curvy** 117:7
**cutter** 146:24 147:2
**cyclonic** 70:7 121:8
**C-A-I-N** 103:22

**D**

**D** 1:23 123:18
**Daigle** 1:11 6:1,9
**date** 16:17 56:25 62:2
**dated** 2:22 3:3 3:14,19,21 26:2
**David** 157:3,5
**day** 1:14 48:11 55:23 100:8 128:1
**days** 109:23 118:6
**deal** 73:7
**dealing** 110:16
**deals** 103:18
**decades** 118:1
**December** 10:3
**decide** 84:10 132:2
**decision** 71:10
**deep** 7:7
**defeats** 143:24
**Defendant** 1:7 1:25
**Defense** 26:2
**defined** 81:13 109:8 136:7
**definitely** 62:8
**Degree** 9:23
**degrees** 83:1
**delineated** 38:24 156:14
**delineation** 21:2 22:22
**Delta** 3:23
**demarcation** 116:23
**Denise** 126:12
**Department** 1:21 26:2 126:17
**depends** 70:11 128:2 138:13
**deponent** 16:6
**depose** 38:22 49:7
**deposed** 31:10
**deposition** 1:9 2:16,20 4:2,5 5:5,18 14:6,15 15:25 16:10 17:10,10,23 18:23 19:18 32:14 34:17 39:6 43:14 49:19 53:5 59:22 89:17 111:4 115:11 115:12 124:3 156:5,6 157:9
**depositions** 31:17 32:9
**depth** 3:15 134:4 134:15,17
**depths** 134:11
**describe** 63:1 78:18 153:7
**design** 91:5 125:16,18 137:15,23 139:11,14 140:11,21 141:3
**designated** 1:10 147:13
**designing** 125:2
**desire** 30:4
**determine** 81:25
**developer** 10:12
**diagram** 4:7
**different** 17:13 24:10 59:11 109:16 112:1 115:20

**direct** 13:21 125:12 129:15 142:6
**directed** 63:21 67:11 79:25 93:11
**direction** 70:12 161:10
**dirt** 143:10
**disagreeing** 22:11
**discipline** 10:16 53:24
**disciplines** 77:8
**discovery** 24:20 29:3 36:18,19
**discuss** 34:15
**discussed** 24:17 114:22 127:16 156:17 157:8
**discusses** 111:5
**discussion** 39:1 44:21 48:19 66:24 81:2 127:20 156:1
**Disheroon** 1:22 3:2 9:6,16 16:18,19 19:1 19:6,14 20:13 21:10 22:4,8 23:7,23 24:6,7 24:16,24 25:10 26:18 27:10,15 28:21 29:12,19 30:3,10,12,16 30:22 31:5,9 31:15 32:5,18 33:1,6,17,25 34:6,23 35:7 35:13,19 36:5 36:14 37:4,5 37:19,22 38:8 38:16,21 39:10 42:22 44:16 46:4,12,22 48:5,13,23 49:10,25 50:9 50:13,18,22,23 51:4,21 52:7,8 52:15 54:8,10 54:23 55:2,6 55:12,20,24 56:5,12,17 57:10,17 60:15 60:16,25 61:5 61:12 62:19 63:14 65:16,18 65:24 66:18,19 69:4,6,11,16 71:25 72:1 73:16 77:17,21 78:2 79:7,11 79:17 80:4,8 80:25 81:8 83:9,14,20 84:1,16,20 85:5,12 89:20 90:7 91:14,16 91:20 92:5 93:10,19,23 94:5,8,24 97:14,23 99:7 99:14 102:1 105:23 111:19 112:19 115:14 119:11,15,24 120:8,15 121:10,17 122:2,8,12,20 123:2,8,23 124:2 126:19 132:21 133:1,6 133:13,24 136:5 139:1,5 146:13,21 150:16,25 151:4 154:23 155:2 157:19 158:4,9,16
**Disheroon's** 156:9
**dispatch** 80:2
**dispense** 48:18
**disposal** 147:12
**dispose** 148:14 149:22 150:11
**dispute** 11:11 122:21
**distinct** 92:14
**district** 28:25 29:1,17 103:7
**division** 1:11,13 1:22 12:6,8,13 45:16 59:20 60:12 65:13 68:1,3,6 72:8 72:23 73:8 76:4 87:12 88:19,20 101:1 101:4 102:21 102:24 103:8 103:10,15 108:9,22 125:4 125:4,5,5,15 125:17,25
**divisions** 88:22 103:12
**document** 2:24 3:5 19:19,23 20:21 27:23 28:9 29:6 30:6 31:3 34:18 37:18,25 42:4 42:12 44:8 46:16,23 47:12 49:9,14 50:16 51:23 52:19 53:2 54:4 61:22 62:14 63:8,25 64:22 67:5 93:4 104:2,23 105:7 110:11 124:23 154:22 159:6
**documentary** 34:11
**documentation** 61:23 67:6
**documents** 2:17 2:21 17:16 21:21 23:14 24:13,23 25:5 27:6 28:3,5,7,7 28:14,17 29:2 29:21,25 31:17 31:22,25 32:7 32:8,17,20 33:11 34:2,8 35:6 36:3,15 36:22 38:11,11 38:25 39:13,15 39:21,22 40:1 40:6,12,24 41:16 42:20 46:7 51:11 57:1,8 61:18 62:16 63:10 66:4,12 88:6,8 89:3,8,16,19 90:13,19 91:5 91:23 92:3,17 93:1,15 94:3 94:12,17,21 95:6 113:25 114:25 157:8
**doing** 9:19 32:3 36:18 71:14 86:14,17 100:9 147:18,24,25 148:6 158:23
**dollar** 58:20 59:16
**door** 60:8 65:5
**doubt** 131:17 158:7
**downstairs** 120:1
**draft** 7:7
**draw** 8:23 9:4 100:7 116:4,21 129:3
**drawing** 143:1
**drawn** 116:23
**dream** 69:20
**dredge** 2:25 58:10 71:5,6 132:6,17 142:14 144:10 146:8 147:4 149:2,7,18 155:9,10
**dredged** 137:24 138:2 148:17 151:11,20 152:9,14,20
**dredges** 3:15 18:13 62:6 108:19 146:24 147:2 149:21 151:10,19 152:8
**dredging** 11:16 11:23 12:9,10 12:16 13:5,7 13:10,13 14:4 45:2,7,13,16 51:12 56:22 58:8,16 60:2 60:12,14 61:25 67:25 68:1,5,9 70:3 72:7,23 73:7 86:8,18 87:1,3,5,12,22 100:6,10,15 101:4,5,16 102:15,16,18 102:22 103:1,4 103:6,9,13,18 107:25 108:9 132:10,11 137:18 138:12 143:12 144:8 144:22 145:6,7 145:9,11,13,15 145:25 146:5 153:16
**drew** 117:7 137:3
**drink** 61:11
**due** 141:10

**duly** 6:2 161:6
**dump** 149:22
**dumping** 149:23
**Dyer** 157:3
**D.C** 1:24 10:10 75:22

**E**

**earlier** 28:23 59:22 140:5 156:6 157:9
**early** 75:9,11
**earthly** 133:15
**east** 70:16
**Eastern** 29:1
**easy** 14:12,13 80:5 87:13
**ecosystem** 3:18 26:6 74:19 82:15,17 107:22 145:4
**educate** 156:13
**educated** 111:15
**educational** 9:20
**effect** 82:10 122:15
**effects** 73:3 74:16 81:17,18 81:22 82:14 125:7
**effort** 36:24 40:5 90:2
**efforts** 40:11 89:18
**eight** 63:25 120:22
**either** 84:21 140:6 149:22
**elevated** 15:1
**Eloi** 7:16
**emergency** 58:25 59:12
**employ** 46:21
**employed** 146:7 147:4 150:7
**employee** 47:21 71:20
**employees** 129:15
**employer** 6:22
**emptied** 40:17
**ENCLOSED** 160:24
**encroachment** 82:8
**engineer** 12:5 13:2,3,4,9,15 13:17,19 53:21 53:22 77:3 107:24 111:16 124:14 143:15 143:17 148:5
**engineering** 9:23 10:13,15,17 11:5,7 12:6,6,8 13:3,11 65:13 76:4 91:6 101:1 102:23 103:15,17 108:22 125:4 125:17,25
**engineers** 1:13 3:13,18 6:10 6:23 10:2 36:3 40:11 47:11 71:19 77:2 104:12 110:8 121:5 125:1
**entire** 93:25 135:14
**entirely** 122:21
**entitled** 3:14,22 21:4 22:12,24 24:22 38:22,24 159:4
**environment** 81:19
**environmental** 1:21 47:3 48:1 53:17 68:18 77:9 81:6,12 81:15 148:12
**environmentally** 148:16
**erosion** 110:19 111:12 113:23 125:7 142:9 145:22
**ERRATA** 160:24
**Esq** 1:17,18,22 1:23 2:2
**essence** 142:16
**et** 1:4
**event** 121:7
**events** 55:15 62:24 112:8 121:7 124:12 124:13
**everybody** 89:7
**evidence** 5:20 34:11 43:11 77:23,25 99:9 121:13
**exact** 13:14
**exactly** 19:23 47:25 53:18 74:13 100:9
**EXAMINATI...** 2:9,11 6:5 9:18 16:21 19:10 20:15 23:5,12 25:2,12 27:19 37:9,23 40:4 41:21 43:5 44:25 46:8,18 47:5 50:3 52:2 52:17 56:19 57:21 61:21 63:18 66:1 67:2 69:21 72:5,15 74:9 75:23 76:25 78:5 81:5,11 84:7,18 85:15 90:21 91:22 92:16 94:1,11 96:9 97:21 99:10,21 102:4 106:16 111:23 112:21 115:23 119:18 120:18 121:20 123:13 124:9 127:2,22 132:23 133:11 134:3 136:8 139:8 140:10 146:23 150:1 150:19 151:8 151:23 152:12 155:7 156:2,25
**examining** 77:14 78:7 81:7,16
**example** 13:19 24:11 152:23
**exception** 160:12
**Excuse** 21:11 111:20 115:7 151:12 155:25
**exhibit** 2:15,19 2:23 3:1,4,8,10 3:12,17,20,25 4:3,6 15:19 17:11,19 18:20 19:12,20 20:12 20:18,22 24:11 24:12,18 25:11 25:18,25 26:1 26:5,10,17,22 27:22 29:9 30:9 32:4 33:5 38:6 42:2,7,9 44:14,15 45:22 45:24,24 46:10 50:7,21 51:25 52:4 53:3 54:5 57:5,22 58:17 68:24 95:14,16 96:4 104:10,10 105:8,9 106:24 111:2 115:12 115:16,25 128:8 143:5,6 148:22,24 150:6 152:25 156:5
**exhibits** 2:13,18 15:24 17:20 21:1,8 22:21 23:3,9,15,18 24:10 25:24 32:13 156:8
**exist** 30:23 38:12 40:1
**existed** 126:25
**existence** 137:12
**exists** 78:9 143:24
**expansion** 150:14
**expensive** 148:15
**experience** 110:2
**expert** 15:3,7 83:21
**expertise** 82:22 111:13 150:22
**explain** 28:6 44:2 58:7 74:13 94:25 108:17 139:17 140:2
**explained** 89:25
**explanation** 21:25
**exposed** 142:8
**extant** 41:1,18
**extend** 118:6
**extends** 7:19
**extent** 39:21 42:24 73:21 118:8 122:22
**e-mail** 24:20 25:7,8,11 26:17 50:10,14
**e-mailed** 16:4 17:1 19:21

**F**

**F** 1:17

**fact** 15:6 24:4 43:18 68:23 74:12 95:12 96:2 98:14 105:19 106:9 116:13 126:25 133:16 146:9 149:6,17
**facts** 77:22 78:4 95:14 96:4 97:4,17,20,20 97:22 98:2,18 98:19 99:8
**factual** 43:2 139:9
**fair** 45:5 70:4
**falls** 7:1
**familiar** 11:8 85:19 104:25 114:13 127:12
**far** 11:2,13 30:13,23 31:20 112:15 131:15 145:23
**fashion** 46:21
**federal** 1:2 5:7 147:21 150:11
**feel** 43:15
**feet** 130:24 131:3,4 134:19 134:25 135:1 135:20,23 136:15,18,20 144:18,21,24
**fellows** 91:1
**field** 129:22
**figure** 27:13 62:11 132:5
**file** 19:14 153:22 153:23 154:15 159:8
**filed** 96:24 98:15
**files** 35:24
**filing** 5:13
**fill** 138:2 147:3 148:8
**find** 40:16 48:7 49:16 55:25 58:22 59:16 65:5 66:9,12 67:20 87:12 88:13 123:11 154:7
**findings** 131:20
**fine** 9:17 55:21 124:20
**finished** 39:7 64:21,23 104:22 128:13
**firm** 10:13
**first** 3:9 6:2 10:24 11:9 16:6 42:1 45:15 52:18 76:14 95:11 96:1 109:12 110:21 111:1 144:17 159:16 161:5
**fiscal** 75:17,20
**five** 54:3 119:6 145:14
**fixing** 70:20
**flood** 62:24 121:6 124:13
**flooded** 99:1
**flooding** 101:23 112:8 122:15 124:16 126:9
**fly** 65:16
**flyover** 117:18
**flyovers** 117:15
**focus** 83:4
**focused** 81:20 100:4 107:22
**focusing** 96:17
**follows** 6:4 22:17 41:13 63:6 74:2 95:23 106:6 139:23 149:14 151:16 152:5
**follow-up** 83:25
**food** 120:2
**forbid** 90:17
**force** 44:15
**foregoing** 160:9
**forgive** 51:21
**forgot** 156:20
**form** 5:16 105:24 140:15
**formalities** 5:10 5:12
**forth** 21:3,6 22:23 23:1 30:5 161:7
**forward** 22:1 35:3 158:24
**found** 17:24 57:14
**four** 110:9
**fourth** 75:5,7
**framed** 48:24
**frankly** 159:15
**Fred** 1:22 3:2 20:6 23:20 25:7 156:19
**Frederick** 126:13
**free** 21:22
**frequency** 128:1
**frequently** 128:3 137:24
**front** 18:21 115:1
**full** 21:3 22:23
**fun** 134:8
**function** 11:17 11:23 12:9,11 12:16 13:5,7 13:11,13 14:4 45:2,16 47:3 60:12 67:25 68:1,5 86:5,8 87:12,22 100:6 100:10,15 101:5 102:16 108:9 130:3
145:11
**functions** 45:14
**funded** 71:4 101:15
**funding** 59:11 59:12,13,13 71:5 72:20 132:16,19 133:17
**funds** 101:21
**further** 8:10 36:21,22 118:6

**G**

**G** 1:6
**Gary** 125:22
**gather** 40:6,11
**general** 107:16 138:9
**generally** 9:1 70:22 108:20 109:4 128:21 129:20 130:21
**gentlemen's** 39:4
**GEOFF** 2:2
**geographic** 9:1
**GERALD** 1:17
**germane** 24:19 49:17 61:19
**getting** 39:11 75:13 97:19 120:7 138:23
**give** 35:6 79:18 79:22 95:15 96:5 104:9 105:7 111:2 127:24 155:25 156:11
**given** 14:5 18:24 20:2 78:16
**go** 15:18 17:16 18:16,25 23:18 25:14 34:1 35:3 43:25 50:4 51:15 59:16,24 61:19
63:15 65:6 66:2,9,12,14 66:20 67:1,3 67:22 69:22 70:1 81:1 88:5 88:6,18 90:5,9 94:21 95:10,25 101:1 102:10 109:25 125:20 145:14 154:5 157:17
**goes** 8:10 103:1 103:6 145:13 149:7,18
**going** 9:14 16:6 17:19 18:16 22:1 25:22 27:20 28:9,17 30:9 31:2 32:13 33:2 35:3 36:18,20 37:3 42:6,23 44:12,13,23 49:6 56:1,7 57:7 62:2 65:15 81:24 82:2,2 84:5,11 101:18 104:10 105:8 111:2 116:2,15 117:25 123:4 123:11 130:23 140:23 142:23 143:11 144:2 145:2 146:14 150:17 157:15 158:23 159:7
**good** 9:10 11:12 27:20 87:13 114:6 120:4 128:7
**gotten** 159:16
**government** 22:11 51:8 58:10
**grab** 80:22

**gradual** 142:7 142:10,13
**graduated** 9:24
**great** 8:15 9:12 26:10 62:11
**Greg** 71:15 72:14 74:20 76:2 77:3,7 80:14,17,19,22
**Greg's** 79:1
**group** 48:1 68:18 75:25 76:1 77:12 78:7 79:16 81:13,15 84:10
**groups** 112:23 121:24
**group's** 83:4
**guess** 11:15 12:15 13:6 16:8 67:4 71:8 73:3 81:17 93:10 104:8 110:14 121:16 125:21 126:12 130:1 131:3 141:21 142:3 148:15
**Gulf** 153:13
**guy** 102:15 159:11
**guys** 75:1 158:7

**H**

**half** 108:11
**hall** 40:15 104:13 105:1
**halt** 150:3
**hand** 42:6 57:23
**handed** 16:15
**handicapped** 61:16
**Handing** 8:17
**handle** 102:22 145:12
**handled** 120:20 120:22,23
**hands** 80:16
**Handwritten** 4:7
**happen** 84:25 144:22
**happened** 147:10
**happening** 131:12
**happens** 109:25 131:14
**happy** 139:21
**hard** 59:2 80:7
**hate** 25:13
**hauling** 61:17
**Hawes** 47:16,18 48:11 49:7,18 76:8 77:3 82:25 102:12
**Hawkins** 125:22
**hazard** 107:20
**head** 103:3,5,17 132:18 147:2
**heard** 110:22 111:9,17 139:15
**hearing** 15:13 21:7 23:2
**heaven** 90:17
**heavy** 141:17
**Heisman** 32:16
**held** 88:14
**help** 102:19
**helping** 74:20
**hereinabove** 161:7
**hereto** 5:4 161:14
**higher** 82:9
**historical** 58:8 85:24 117:19
**history** 9:21
**hit** 13:19 15:1
**hits** 70:15
**hold** 142:1
**home** 6:18
**Hon** 1:6
**honest** 154:7,8
**Honestly** 132:24
**hopper** 108:19 147:2 149:2,7 149:18,21
**hot** 120:2
**Houma** 7:12
**hour** 109:8
**hours** 123:5
**housekeeping** 15:18
**Hurka** 10:6,8
**hurricane** 59:1 87:17 88:1 96:25 98:22,25 99:22 100:18 101:13,24
**hurricanes** 3:23 141:20,21
**hurry** 120:10
**hydraulic** 13:3 53:25
**hydraulics** 12:7 13:4 65:12 99:19
**H-A-W-E-S** 47:20 76:9

**I**

**idea** 11:12,12 57:19 111:21 132:18,25
**identical** 8:18 23:25
**identified** 36:23 159:10
**identifies** 124:13
**identify** 28:6 30:9 61:15
**identity** 61:24
**ignoring** 82:19
**II** 1:18
**illustrative** 142:24
**imagine** 149:1
**immediately** 117:13
**impact** 137:23
**impediment** 33:15
**imported** 13:12
**improper** 133:19
**inability** 33:8
**included** 8:12
**including** 11:21
**incomplete** 57:16,19 158:22
**inconclusive** 112:14
**increase** 139:11 139:14 142:2
**increased** 78:9 145:16
**independent** 113:15,21
**INDEX** 2:9,13
**indicate** 43:19 98:14 113:16 114:16 160:22
**indicated** 21:15 36:17 39:12 61:13 62:6 156:6
**indicates** 43:11 44:8 95:13 96:3 97:3 104:13
**indicating** 8:11 16:12,13 17:6 17:12 20:21 21:12 116:6,22 117:21 118:16 128:12,16,16 136:23 137:1 147:12,13,15 147:16,17
**indirect** 142:5
**indirectly** 142:4
**industry** 85:25
**inexpensive** 148:2
**information** 2:24 18:12 43:2 48:18 54:2,14,21 55:9 57:3,7 58:9 67:21 74:22 85:21,23 85:25 86:4 97:17 124:12 132:1
**informed** 39:1
**inhouse** 131:7,8
**initial** 125:16
**inland** 110:24 135:17 147:11
**inquiries** 104:4
**inquiry** 21:1,6 22:21 23:1 65:1 126:7
**instance** 109:12
**instances** 21:16
**instruct** 133:20
**instructing** 83:24 84:2
**insure** 90:11
**integrity** 143:10
**intending** 31:25
**interested** 18:1 161:15
**Interior** 126:17
**internal** 79:20
**interpretation** 92:13
**interrupt** 119:25
**introduced** 140:9
**intrusion** 108:3 141:25 143:8 144:1 150:14
**invoice** 151:24
**invoiced** 152:17
**involved** 55:19 61:25 67:25 70:19 87:19,22 107:12,15,24

150:8
**involvement** 52:22 105:10
**involving** 35:20
**IPET** 8:19,20 112:13,17 113:4,7,11
**Island** 128:4
**issue** 92:9 107:17 109:15
**issued** 16:22 29:7,11,16
**issues** 60:15 81:6 81:12,15 125:10,12 132:3,3
**item** 28:1,8,18 37:18 38:4 43:11 48:8 49:8,8 50:4,6 50:10,14 56:21 64:11,16 67:15 88:8 93:13 94:2 121:1 123:22
**items** 159:2
**Ivan** 59:1,4 98:22,25 100:21 104:18 141:23

**J**

**James** 2:6 5:22 161:3,22
**Jane** 58:1,2 80:12,16 155:16,19
**January** 12:22
**Jennifer** 2:2 20:7 156:24
**Jim** 22:14 25:23 63:3 73:24 88:23 91:3 106:4 139:21 149:12 151:14
**job** 12:3 47:24 72:24 73:6 100:4 105:3 111:8
**John** 104:13 105:1 130:17
**John's** 105:3
**judge** 25:18 46:1 78:1
**Julia** 1:18
**June** 1:14 100:3
**jurisdiction** 102:21
**JUSTICE** 1:21

**K**

**Katrina** 3:6,24 13:19 72:18 87:6,6,8 96:25 108:14 131:13 134:15
**keep** 143:11,22 144:8,11 152:25
**keeps** 143:11 153:1
**Keith** 103:19
**Keith's** 103:20
**kept** 89:10
**key** 33:24
**killing** 142:1 143:8
**kind** 60:9 67:14 96:19 109:1 116:1 130:2,4
**Klein** 76:23
**knew** 31:20 96:11
**knock** 65:6
**know** 12:2 16:6 17:15,24 20:7 20:11 21:1 22:21 28:11 29:5 30:5,13 30:24 31:12,13 32:14 34:12 36:18 39:3 42:20 43:10,21 43:23,25 45:14 47:25 48:22 49:1 52:25 53:18,20,23 56:23 58:24 59:13 60:14 62:5 63:24 68:11,23 69:1 70:2 72:23 74:11 81:23 82:1 83:1 85:4 88:18 89:5 94:16 97:24 98:1,17,19 99:24 100:18 102:25 107:10 107:21,24 109:3,25 110:20 113:22 114:24,25 119:10,22 125:6 126:8 129:6,18,20 130:6,8,14,16 130:17,18,24 131:13,15 132:2,14 134:10,16 135:19 140:17 141:1 142:15 143:4 144:3,4 145:22,23,24 147:3,8 148:21 153:10 158:13 159:12,20
**knowing** 138:25
**knowledge** 21:19 34:9 39:20 44:20 48:8 67:17 73:19
**knowledgeable** 21:5 22:25 38:23 47:10 48:10 53:2 65:2 90:24 97:11 102:8 104:4 110:8 123:21 124:20 124:22 159:1,5
**knows** 21:22 119:14
**Kostmayer** 14:16
**K-L-E-I-N** 76:23

**L**

**L** 5:1
**La** 7:16 100:11
**laborious** 25:13
**LABOURDE...** 2:2 9:13 36:12 80:10,23
**lady's** 82:24
**Lafourche** 7:11 130:9 131:2
**Lake** 118:14,14 118:18,24 119:3,20 136:23,24,25 147:14
**land** 117:25 118:4,24 119:2 119:19 136:25 137:5,7,8 143:25
**lands** 116:18
**late** 75:9 96:22 97:4 98:15
**law** 5:8 14:14 90:19 159:3
**lawsuit** 41:1,18 41:25 42:3,8 43:12,20 44:9 95:17 96:22,24 97:4 98:15
**lawyer** 55:18 157:6
**lawyers** 129:6 157:2
**layperson** 43:19
**lead** 13:17,18 49:13
**leading** 14:4
**Leake** 1:13 6:16
**learn** 10:25 20:18 82:1,2
**learned** 11:10 32:20
**legal** 42:25 43:1 43:3,3,15,17 90:3 97:5 98:9 126:14
**legitimate** 56:9
**length** 116:4 135:16
**Lessons** 3:23
**letter** 3:2 18:21 19:2,14 21:12 31:16 32:4 54:11,18 156:9
**let's** 21:24,25 30:8 34:1 38:9 38:17 41:10 50:4 66:2 67:1 69:22 70:23 81:1 95:10,25 110:25 116:7 116:14 135:9 138:10 140:11 145:14
**Lili** 87:17 88:1
**limitations** 41:2 41:19 42:18,20 43:13 92:9
**limiting** 64:25 92:10
**line** 116:16,24 117:7 137:4
**listed** 58:16 148:23
**litigation** 3:7 15:8 29:17
**little** 25:16 110:25 116:8 116:15 143:1
**live** 35:3

**located** 148:13
**lock** 33:24
**log** 93:14,18
**logical** 147:23
**longer** 36:3 56:1
**look** 7:24 17:22 23:8,11 24:5 26:7,18 38:5 44:14 45:22 51:22 59:24 60:9,19 63:22 63:24 66:10 67:11,15 73:13 74:6 90:13,18 90:23 92:20,22 93:2 94:21 103:25 117:1 150:24 154:5,9
**looked** 16:25 17:15 23:18 24:3,25 27:5 32:23 52:3 63:19 66:7 67:9 89:6 95:5 95:8 117:15 157:12
**looking** 28:12 51:20 52:10 94:15
**loss** 14:18 108:3 108:6 111:6,10 111:25 112:6 113:9,11,17 114:17 143:25 150:3
**lot** 34:7 96:7 102:17 110:2
**Louisiana** 1:12 1:14,19 5:23 6:11,20 26:6 29:1 111:10,25 113:17 114:8 114:17
**Loutre** 7:16 100:11
**love** 104:21
**LSU** 9:23 10:18
**lunch** 120:3,10 120:11 123:3 127:21
**L-E-A-K-E** 6:16
**L.A** 14:14

**M**

**M** 1:17 3:2
**magazine** 3:21
**maintain** 134:17 143:9 144:16 157:22
**maintained** 89:10 146:17
**maintaining** 125:2 134:5,6 137:19 142:19 142:21
**maintenance** 7:4 62:23 125:10 125:12
**majority** 45:6
**making** 39:17 40:11 89:18 144:11
**man** 13:24,25 54:5 62:10
**manage** 141:2,6
**managed** 130:2
**management** 53:19 68:17
**manager** 1:11 6:25 12:18 60:11 68:7 70:3 71:17 86:6,7 87:15 100:2 108:1 109:3 129:21 129:24 131:22 145:10 147:10
**managers** 7:25 8:4
**mandate** 78:16
**mandated** 150:10
**manner** 51:5 148:16
**manners** 149:22
**map** 4:1,4 7:24 8:8,10,14,18 9:3 17:25 18:2 34:14 110:25 115:24,25 118:13 156:10
**MAPLES** 1:17
**March** 3:21 25:19 26:11 75:12
**mark** 1:23 17:19 18:17,20 19:11 104:10 105:8 110:25 128:9 143:3 156:22 156:24
**marked** 57:4 115:25
**marker** 8:24
**markings** 4:2,5
**marshes** 142:2
**MARZONI** 2:3
**mass** 117:25 118:4,24 119:2 119:19
**masters** 130:14
**matches** 50:21 51:25 53:3 54:4
**material** 48:12 147:4 148:15 148:17 152:14 155:9,10
**materials** 16:9 140:15
**matter** 35:21 44:21 161:16
**matters** 31:19 32:1,10 34:15 85:7
**ma'am** 23:13 37:24 47:15 64:15 86:12 92:18 95:17 112:3 121:1,21 129:13 132:8 137:21 138:8 158:22 159:22
**mean** 7:25 16:3 17:2,4 20:19 24:5 29:16 35:4 38:21 40:21 46:13,14 49:1 59:8,15 70:15 73:6 85:22 88:19 89:8 94:20 96:18 102:17 105:1 111:16 112:9 114:12 117:16 118:7,9 120:9 132:24 135:16 139:4 140:25 142:3,7 142:8,25 143:15,18,21 143:22 148:3 148:13 150:21 151:22 159:9 159:17
**means** 96:21
**meant** 94:25
**meeting** 20:1 156:16,18
**mentioned** 91:1 128:24
**met** 17:14
**Michael** 10:11 10:12
**Michelle** 1:10 6:1,9
**Mike** 130:3
**Mikel** 76:24
**mile** 116:25 117:3,4,23,25 118:5 153:12
**miles** 118:8
**Miller** 71:15,16 72:11,14,16 74:21 77:4
**mind** 39:18 129:23 130:12 143:22
**Minton** 76:10,20 76:22 77:6
**minute** 88:6 155:25
**Mississippi** 3:15 3:23 4:1,4 8:6 45:11
**mistaken** 112:25
**mistaking** 146:15
**models** 112:14
**monthly** 152:16
**months** 36:20 128:22
**motion** 39:2 159:8
**move** 30:8 85:1 122:6
**moved** 10:10
**moving** 120:6
**MR-GO** 6:25 7:5,13 8:12 11:2,8,16,21 12:18 34:16 35:23,24 37:13 45:7,15,21 56:24 58:18 59:6 62:1,23 70:4,17 71:1,3 71:9,11 73:3,4 73:7 74:17 77:15 78:8 81:17 83:6 86:8 87:4,20 98:23 99:2,23 100:1,17 101:12,17,24 103:9,13 104:18 105:21 106:11,22 107:2,16,25 108:2,8,14

110:18 111:6,9 111:24 113:8 113:11,16 114:16 115:17 116:5,17 118:17,25 119:3,20 121:6 122:14 124:13 124:15 126:10 127:4,5,24 128:2 137:12 138:11 143:21 143:24 145:11 145:16 146:8 150:15 152:15 155:11
**MR-GO's** 137:1
**M-I-K-E-L** 76:24
**M-I-N-T-O-N** 76:11,23

N

**N** 5:1
**name** 6:6 47:19 72:12 76:14 82:24 91:9 103:21 130:18 156:20
**named** 57:25 88:22
**names** 76:4,7 113:20 130:6 130:15
**Nancy** 65:7,8 66:15 67:23 99:20
**natural** 1:21 140:14,18,19 140:22 142:1 142:10,14
**navigation** 7:12 73:3 74:16,18 85:21,23 86:22
**near** 117:25 137:7
**nearly** 24:12,15 29:2
**necessarily** 31:18
**necessary** 51:7 149:6,17
**need** 34:12,18 36:16 38:5 48:19 51:8,13 110:1 119:16 123:3 132:2,5 132:6 154:11 157:17,21 159:13
**needed** 6:14 101:9,11
**never** 56:2 111:8 139:15 158:11
**new** 1:12,13,13 1:19 6:11 10:5 12:4 29:18 68:19 103:6 120:14
**news** 3:13 104:12 111:17
**nice** 156:10
**NICK** 2:3
**nine** 66:5 67:17 120:23
**Norm** 127:7
**normal** 109:22
**normally** 70:11 132:7,9
**note** 92:6 115:15
**notice** 2:16,20 5:9 15:19,23 15:25 16:7,16 16:22 17:10,20 19:18 20:12 21:4,6,15 22:24 23:1 25:24 26:2 28:15 31:4,23 35:3 39:9 40:7 46:14 47:13 49:1,2,8,13 51:23 53:5 54:3 64:1,20 65:19 67:18 105:9 110:9 111:3 115:6,8 115:10,11,12 120:20 156:5,8 156:15 159:2
**November** 3:19 26:5
**number** 21:16
**numbered** 92:3
**numbers** 59:25
**N.W** 1:23

O

**O** 5:1 103:22
**oath** 5:24
**OB** 130:10,22
**object** 42:24 44:17 73:17 77:18 78:3 81:9 89:21 90:3 97:15,16 105:24 121:11 122:3 136:6 146:14 150:17 158:18
**objected** 30:19 32:1 44:19 45:25 54:12 56:13 62:21 65:20 89:24 92:7 93:25
**objection** 32:15 83:10 84:17 99:8 102:2 112:20 122:6 132:22 139:2
**objectionable** 36:25
**objections** 5:15 22:2 39:5 51:3
**obligation** 89:22
**obligations** 89:15
**obtain** 29:24 90:2
**obviously** 33:2 48:9 74:24 79:6 92:11 146:15 153:1 158:25
**occur** 141:10,14
**occurred** 108:7 108:12
**occurs** 142:14
**ocean** 149:23
**October** 37:14 44:10 56:25 62:1 155:11
**offhand** 114:23
**office** 8:1 47:4 65:9 66:13 105:6
**officed** 48:2 68:21 71:22 88:25 91:11 103:23
**offices** 1:12 40:18
**officials** 105:20 106:10,25
**officiated** 5:24
**offshore** 148:18 148:25 149:2,8 149:18 150:7
**Oh** 8:2 9:10 12:7 19:7 43:21 57:14 77:6 152:2
**okay** 6:21 7:23 9:3,25 10:4,14 10:18,24 11:19 12:1,19,23 13:12,16,18,21 14:8,11,21 15:6 16:2,9 17:2,14 18:5 18:19 19:11 21:24 22:3,5 23:15,21 24:15 25:9,17,21 26:5,10,14,17 27:1,13 28:3 28:13,20 30:15 34:22 37:16,25 38:7 40:20 44:12 45:13 47:6,9 48:5 50:19,24 52:3 52:9,16,21,25 53:4,8,10,10 53:16 55:5,11 56:11 57:9 58:2,4,5,15,20 61:6,8,9 62:7 62:15 63:9,19 63:21 64:18 65:8,11,23,25 66:17 67:24 68:23 69:9 70:13 71:16,19 72:4,19,22 74:12,15,24 75:14 76:6 77:14 78:12 80:2,24 82:23 84:14 86:3,14 86:17,20,23 87:11 89:2 93:4,22 94:2 95:10,25 96:23 98:20 99:19 100:15 101:13 101:17 102:17 103:9 104:2,9 104:14,23 108:2 109:17 110:15 113:6 113:14 115:13 116:3,6 117:24 118:4,23 119:2 119:8,23 121:2 121:16,23 122:9 123:7,12 124:20,21 125:11,23

127:8 128:13 128:19,23 129:5,10,17,25 130:20,25 131:19,25 134:2,15,22 135:9 137:11 137:14 138:1 140:14 141:8 143:19 151:5 152:2,11 153:16 154:5 155:6 158:15 159:24
**old** 89:9 118:6 156:7
**older** 16:16
**once** 39:7 144:7
**ones** 23:18,25 32:14 85:18 127:11 130:13
**ongoing** 71:14 131:9
**operates** 58:12
**operation** 13:14
**operations** 1:11 1:11 6:25 7:3 12:12,17 45:3 59:20 60:11 68:3,6,8 70:3 72:7,8,22 73:8 86:5,7 87:11 102:21 103:7 103:10,14 108:1 109:2 125:5,9,11 145:10
**opinion** 25:19 85:7 106:21 145:21
**opinions** 84:22
**opportunity** 120:12
**opposed** 35:22 109:9
**opposing** 122:23
**opposite** 59:21
**optimal** 134:16
**optimum** 134:17
**order** 28:24 29:7 35:5,8 39:2
**organisms** 142:1 143:8
**original** 27:14 27:16 29:20
**Orleans** 1:12,13 1:13,19 6:11 29:18 68:19 103:6 120:14
**outcome** 161:15
**outer** 137:14
**Outlet** 3:16 4:1,4
**outline** 116:15
**oversaw** 45:7,19
**oversee** 45:13
**oversees** 130:2
**overtaken** 55:14
**owns** 58:12
**O'Cain** 103:19

P

**P** 5:1
**page** 2:10,14 27:22,25 37:20 42:11,15 44:13 47:14 50:5 51:20,22 52:14 56:21 64:6,8,9 64:14,19 66:3 67:3,15,16 69:23 88:7 90:22 91:25 94:2,6 95:11 96:2 98:21 110:10 120:24 120:25 121:1
**pages** 8:21 17:3 115:17
**PAO** 105:4,5
**paper** 18:14 37:12,17 38:3 40:16 43:10 44:7 159:6
**papers** 79:2,15
**paragraph** 32:6
**parcel** 82:5,12
**pardon** 52:9
**Parish** 7:20 11:3 11:13 78:10 99:1 101:23 105:21 106:11 106:25 107:1 108:8 112:7 121:7 124:17
**part** 5:19 14:25 62:25 68:5 73:7 82:5,11 82:17,21 83:4 116:17 144:23 154:15
**particular** 10:15 34:18 36:15 46:23 53:24 56:1 77:8 107:17 129:22 153:16
**parties** 5:4 161:14
**parts** 113:5
**pass** 70:7,17
**passage** 101:24
**passes** 118:17
**passing** 121:8
**Paterno** 129:24
**pathway** 77:16
**pay** 109:8,16
**paying** 109:9
**peer-reviewed** 114:15,21
**pen** 116:4,13,20
**pencil** 9:4
**pending** 71:8 101:10
**penultimate** 32:5
**people** 59:18 77:1 88:21 90:12,17 107:19 125:19 129:10,18,22 159:9,10
**period** 51:13
**periods** 127:25
**person** 21:4 22:24 47:9 48:9 53:1 55:19 65:2 72:23 88:11,16 90:24 97:10 99:5 102:7 103:16,17 104:3,14,24 110:7 111:16 123:20 124:19 124:21 125:13 125:14 126:2,3 126:6,10 127:17 159:1,4
**personal** 34:9 39:20 44:20 73:19 84:22 85:3,7 161:10
**persons** 28:5 65:1 90:24
**photographs** 117:6,8,24
**photography** 117:18
**photos** 118:10
**phrased** 106:14
**physical** 6:13 34:16 146:16
**physically** 38:10
**pictures** 118:1
**piece** 37:12,17 38:3 40:16 43:10 44:7
**pink** 8:24 116:3 116:16
**pipeline** 149:25
**place** 73:1
**placed** 29:4,21 33:24
**Plaintiffs** 1:4,20 42:17
**planning** 125:5 125:15,21
**plans** 11:20,21 141:3
**plants** 82:16,17 143:9,20
**play** 112:16 144:22
**please** 6:8 22:15 23:13,22 27:21 44:14 50:5 55:11 56:20 58:7 63:4 67:3 73:14 74:7,13 85:16 88:7 104:1 139:7,17 140:2 149:12 160:22
**plenty** 32:24
**plus** 111:12
**pocket** 80:20
**point** 8:16 34:11 37:3 72:17 81:23 117:22 118:13 123:12 143:7
**pointing** 20:22
**pointless** 158:25
**portion** 13:13 108:7 156:7
**portions** 34:10 99:1 112:6 116:21
**posed** 107:2
**poses** 78:9
**position** 6:24 22:10 31:24 51:7,8 53:16 53:19 65:11
**possibility** 74:16
**possible** 73:18
**post** 58:25 104:18 153:17
**post-Katrina** 117:14

**Powell** 65:7,17 66:15 67:23 99:20
**Poydras** 36:11 88:14 154:4
**practically** 36:19
**practice** 159:15
**precise** 35:21 145:12
**prefers** 108:21
**premise** 121:14 124:7,10
**preparation** 18:22 27:4 52:23
**prepare** 16:10 17:23 93:17
**prepared** 34:15
**present** 2:1 56:25 62:2 96:8,18 128:1 137:18 155:12
**preserve** 133:21
**presumably** 54:19
**pretty** 7:17 87:9 124:25
**prevent** 121:6,25
**previously** 14:14 51:10
**primarily** 34:8 34:16
**printed** 17:7
**prior** 37:14 107:6
**privilege** 93:12 93:16,17 133:22
**privileged** 79:21 93:14
**probably** 51:20 53:7 59:18 62:4 67:4 75:11 87:9 91:21 114:24 134:25 150:9 152:15
**problem** 20:25 22:20 38:21 52:12 70:9 98:22 99:23 109:10 110:18 113:8,16
**problems** 39:7 70:18 77:15 87:17 88:2
**Procedure** 5:8
**process** 69:23 79:20 142:10 142:14
**produce** 28:4,10 28:14,17 31:17 32:8,13 33:4,8 33:8,11 34:13 36:24 38:4 46:16 51:14 62:16 63:11 66:4 67:6 69:18 89:8,16 89:23 93:16 94:17 95:7,9 101:2 116:1 158:11,17
**produced** 38:25 46:20 79:6 156:3
**produces** 108:22
**producing** 33:16 54:9
**product** 49:16
**production** 2:17 2:21 3:5 29:7 31:3 32:7 49:13 51:24 57:15 91:24 93:14 154:22
**products** 56:2
**progress** 79:20
**progression** 12:25
**project** 8:13 17:25 35:23 37:13 53:19 60:3 68:17 71:17 74:21 85:11,14,17 105:11 129:11 146:17 153:17
**projects** 87:25 100:16 150:9
**proper** 83:10 84:25 133:15
**properly** 29:3
**property** 14:18
**proposal** 35:11 49:14
**propose** 21:16
**proposed** 49:12
**protect** 51:7
**protective** 39:2
**protocol** 3:5 29:7 30:6 146:7
**prove** 40:25 41:17
**proves** 37:13
**provide** 21:17 29:23 31:20,21 31:25 32:10 33:12 43:2 48:17 54:13,19 54:21 55:7,8 55:11 56:7 79:23 85:6 86:4 124:12 126:6 146:1
**provided** 17:21 19:17 29:6 34:13 51:10 57:11 105:17 138:14
**provides** 146:4
**providing** 54:12 74:22 77:15 85:21,22
**proximity** 70:17
**public** 79:22 90:18,19 105:6 105:19 106:10 106:25
**pulled** 157:11
**pump** 148:2,10 149:23 150:2
**pumped** 148:18 148:25 149:4
**pumping** 148:8
**purported** 158:11
**purpose** 56:8 86:20
**purposes** 5:6 75:16 142:24 158:19
**pursuant** 5:8 16:7 28:18 31:3 62:17 63:11 79:16 94:18 156:4 159:6
**purview** 86:5
**put** 101:2 129:5 143:4
**putting** 58:6
**P.A** 1:17
**P.O** 1:11 6:11

## Q

**quadrupled** 146:10
**qualifying** 30:17
**quantities** 109:5
**question** 5:16 20:10,14,16 22:14,19 23:6 28:13 31:6 37:24 38:9,18 38:20 39:14 41:15 42:10 43:6,16,17 46:6 47:7 48:25 58:4 60:10 61:18 62:15 63:3,8,9 70:1 73:24 74:4 77:18 78:7 83:11,22 83:25 84:3,25 92:10,25 93:7 94:10 95:19,25 97:5,16,19,25 98:9,16 99:11 99:16,17 102:3 105:25 106:8 106:14 112:1 121:12,18 124:6,8 133:14 133:21 135:17 139:19,25 145:5 149:16 151:18 152:7 154:24
**questions** 18:11 18:11 20:20,20 21:9 23:4 48:16 51:6,16 61:15 93:5 95:5 119:9,17 122:23 139:7 145:3 156:14 156:17
**quick** 109:21
**quicker** 25:16
**quickly** 55:25 110:1

## R

**R** 1:22 3:2
**rains** 141:17
**ran** 126:25
**Ray** 114:3
**reach** 128:2,15 134:13,18,23 135:7,10,17 136:12 138:13 140:12 146:25 153:8,8,12,13
**reaches** 131:6 147:11
**react** 70:10
**read** 21:8 22:14

22:16 23:3,16 27:24 41:6,12 42:16 54:11 63:3,5 64:2,6 64:10,11,16,19 73:24 74:1 95:21,22 104:19 105:13 106:5 113:4,5 113:10,13,14 113:22 114:2,8 114:14,21,25 115:3,5,8 139:22 149:12 149:13 151:15 152:4 155:1 160:8,9
**reading** 5:10 64:23
**reads** 41:8
**ready** 109:21,24
**real** 36:16 61:18 135:22
**realize** 133:19
**really** 17:16 28:11 34:12 39:15 81:18 87:19 107:15 124:3 130:18 138:22 149:24
**reason** 92:14 131:16 132:15 139:13,16,25 148:6
**rebuilding** 83:5
**recall** 87:16
**received** 16:24 39:2 159:5
**recite** 138:6
**recognize** 89:22
**record** 6:8 17:18 19:13 21:11 24:8 25:23 28:22 32:19,25 33:1 35:4 41:24 42:23 44:23 48:15 49:12 50:24 62:20 66:17,20 66:24 73:17 81:1,2 91:15 92:6 115:15 122:23 127:19 127:20 152:13 152:19 156:1 158:10 159:13
**records** 59:15,23 59:24 61:17 88:14 153:1,20 154:1,2,3 155:19
**recurring** 122:1
**reduction** 112:15
**reference** 8:16 81:23 115:17 117:22
**references** 20:25 22:20 96:8
**referred** 13:8
**referring** 29:13
**refers** 153:12
**refresh** 52:4
**refusal** 33:7
**refuse** 61:10
**refusing** 33:4,11 93:15
**regard** 32:1 44:18 50:25 51:10 54:13 62:22
**regarding** 2:24 24:20 44:20 54:2,14,21 61:24 62:24 67:6 97:17 158:12
**regular** 59:12
**related** 35:20 92:15 161:14
**relating** 34:16
**Release** 3:13 104:12
**released** 114:6
**relevance** 84:22 92:8
**relevant** 34:3 39:15 44:5
**relying** 34:8
**remains** 39:14
**remedial** 109:13
**remember** 16:18 25:22 26:21 75:1 88:1 113:19,24 114:23 130:18
**rental** 108:20
**reopening** 104:18
**repeat** 139:19
**report** 8:19,20 52:23 105:18 106:9 113:4,7 113:11 114:2,4 114:5,9 131:19 131:21
**reported** 2:5 161:8
**reporter** 2:6 5:23 6:3 22:16 22:18 41:12,14 63:5,7 74:1,3 95:22,24 106:5 106:7 139:22 139:24 149:13 149:15 151:15 151:17 152:4,6 161:4,23
**REPORTER'S** 161:1
**reports** 15:7 107:11 113:22
**repose** 140:14,18 140:20,22
**repository** 29:4 29:22 36:7 39:23 40:14
**representative** 1:10 37:11 98:12 156:4
**represented** 150:6 152:24
**request** 2:17,21 19:19 28:9 32:17 34:3 36:4 37:18 39:16 40:12 48:10 49:9 50:6,16 51:24 52:10 53:2 54:4 56:8 61:19,23 62:14 62:17,21 63:9 63:12,25 66:5 67:5,7 91:24 92:3 93:4,25 155:4 158:1 159:7
**requested** 22:17 40:6,12,22 41:13 63:6 74:2 95:23 106:6 139:23 149:14 151:16 152:5
**requests** 32:7 34:10 158:12
**require** 138:11
**required** 148:14
**requires** 28:15
**research** 18:10
**reserve** 33:3 49:6 56:15 65:22 69:9 84:5 159:7
**reserved** 5:18
**reserving** 159:18
**residence** 6:7
**residents** 11:2 11:13 105:20 106:10 107:1
**Resources** 1:21
**respect** 42:11 45:14 47:11 48:8 49:7 90:25 92:25 93:7,14 124:11 126:9 131:5 152:24 153:2
**respects** 125:6
**respond** 34:9 43:3 110:1
**response** 32:6 38:4 109:21,22 110:4 118:20 153:4 155:21
**responsibilities** 8:5 62:23
**responsibility** 7:6 21:20 85:8
**responsible** 7:3
**responsive** 28:8 36:4 37:17 39:16 40:17,24 41:17 66:5,13 88:8 91:24 92:3 94:3,13 94:22 95:6
**responsiveness** 5:17
**rest** 153:14
**restoration** 3:19 3:22 26:7 110:17
**restore** 3:15
**resulted** 49:2 56:2
**return** 120:19 159:14
**review** 18:22 50:7
**reviewed** 16:10 24:23 156:7 157:7
**Reviewing** 23:14 27:23 37:25 42:4,12 64:22 104:2,23 110:11 124:23
**Richard** 68:13

**Rick** 76:8,16,18
**Ridge** 6:20
**Rigaud** 7:11
**right** 6:18 7:21 7:22 8:3,8,8 10:9,21 11:9 11:22 12:12,21 13:10 14:5 15:12,15 16:14 17:3 18:6,7,8 19:16 20:9,17 20:24 22:7,19 25:3,3,18 26:1 26:22 27:9,20 29:16,20 30:2 30:8 32:12 35:2 37:8 40:9 40:23 41:15 42:6,14 43:9 44:6,24 45:5,9 45:22 46:19,25 49:11 50:4 51:24 52:12,19 52:20 53:15,23 54:1,5 55:17 56:4,18 57:5,6 58:11,12,13,19 58:24 59:4,5,8 59:10,15 60:7 62:10,14 63:8 64:5,6,7,15,25 65:15 66:2,3 67:4,14 68:4,8 68:11 69:22,25 70:6,21 71:4 71:13,25 72:8 72:9,10 73:11 74:4 75:9 77:11,12,13,25 78:15 79:2 82:3,8,16,19 83:1 84:5 86:7 86:24 87:7,16 87:21 88:7 89:4 90:20 91:14,15,19 92:2 95:2,3,4 95:11 96:1,21 97:1,2,13 98:10,13 99:4 100:7,7,13,14 100:22 101:5 101:10,22 102:10,13,19 103:3,4,12,16 104:3 105:7 106:17,23 107:13,18,25 108:5,17,25 109:11 110:3 112:5,22 113:1 113:3,19 114:2 114:14,20 115:1,3,5,6,13 115:24 116:2,7 116:13 117:5 117:17,19,21 118:12,16,17 118:18,19 121:3,21 122:25 124:19 125:8,19 126:5 126:16 127:10 127:17,19 128:11 130:6 130:11 131:9 131:12,16 132:6,7 135:2 135:6 136:14 136:17,21,22 136:23 137:3,6 137:17 138:5 138:16,20 140:11,19 141:4,12,17,23 141:24 142:11 142:12,13,20 144:12,19,20 145:1 146:6,8 146:10 147:3,9 147:15 148:23 149:3 150:7 152:17,23 153:3,15,20,24 154:6,10,19,22 155:13 157:1,3 157:7,11,14 158:21,23 159:8
**rights** 33:3 49:7 56:15 69:9 84:6 159:19
**rise** 95:15 96:5
**Rita** 3:24 101:25
**River** 6:20 8:6 14:24 45:12 87:23 88:3
**River-Gulf** 3:16 4:1,4
**Road** 6:19,20
**Robinson** 127:7
**ROCCO** 1:4
**Romley** 1:23 156:21
**Room** 1:23
**Rose** 10:11
**Rule** 2:16,16,20 2:20 28:8 32:8
**rules** 5:7 30:5
**running** 72:17

**S**

**S** 5:1
**safety** 105:22 106:12 107:3 107:20
**saline** 82:9
**salt** 108:2 141:25 143:8,25 150:13
**Saltwater** 87:24
**sans** 17:20
**satisfied** 126:1 159:14
**satisfy** 89:15
**save** 5:15
**saw** 16:1 23:15 25:4,6,8,21 26:4 52:18
**saying** 33:7 43:8 69:13,15,17 70:21 97:24 113:12 138:25
**says** 32:6 35:5,9 42:15,16 54:24 55:1,7,8 113:8 148:3
**schedule** 49:20
**science** 3:21 9:22 10:15 26:12,23
**scientific** 114:15 114:21 121:13 145:20 147:24
**scientist** 148:4
**scope** 31:19 32:9 109:7
**scrap** 159:5
**sealing** 5:12
**Sean** 76:24 77:4 77:7
**season** 101:14
**second** 66:21
**section** 41:3,20 42:19 53:18 72:7 129:19,21
**sediment** 138:14 140:5,6,7,8,24
**see** 17:6 24:2,22 32:24 34:2 35:8 39:6 42:14 54:8 56:21 61:23 111:4 116:7,9 116:10,14
**Seed** 114:3
**seek** 20:18 121:6
**seen** 15:20,24 16:4 17:9 24:4 25:20 26:3,11 26:14,24 27:1 42:2,5,9,13 44:7 45:23 46:7 104:14,16 105:16 117:5,8 117:19,24 118:1,9
**Segnette** 7:11
**self-authored** 112:17
**sense** 84:14
**sent** 3:15 21:12 89:11
**sentence** 38:1
**separating** 118:24 119:3 119:20
**September** 3:14 104:11
**serious** 138:1
**serve** 6:14
**serving** 120:2
**set** 21:2,6 22:22 23:1 30:5 161:7
**seven** 64:1,19 65:2 120:21,21
**SGB** 1:5
**share** 8:4
**sheet** 18:14
**SHEET(S)** 160:24
**Shell** 118:18 136:22 137:4
**ships** 141:10,15
**shoaling** 132:4 138:7,11 139:12,15 140:4
**shoals** 138:15
**shortcut** 157:14
**shorthand** 161:9 161:23
**shortly** 120:12 123:4
**shot** 41:10
**show** 8:22,25 118:14 142:23 147:7
**shows** 60:2
**side** 60:8 141:9

141:11 144:6,9
**signature** 160:19
**signing** 5:11
**Sill** 87:24
**silt** 59:6
**silted** 101:17
**silting** 70:8,18 87:18 88:2 98:23 99:23 141:5
**similarly** 112:5
**simply** 13:8 24:9 28:13 33:12 35:11 39:24 40:2 149:7,17 155:12 157:15
**single** 37:12,17 38:3 40:16 43:10,18
**Singstad** 10:6,8
**sir** 31:8 34:5 50:12 79:10
**sit** 20:9,16 25:3 37:10,16 38:2 40:23 41:15 43:9 98:13 113:6
**site** 149:23
**sitting** 124:14
**situation** 70:20 70:25 71:2 81:24 82:3
**six** 96:24
**six-year** 42:19
**size** 146:10
**sizes** 130:20
**skip** 26:19
**slope** 137:15,23 138:17 139:11 139:14 140:12
**slopes** 141:9,11 144:7,10
**slough** 144:7
**sloughing** 141:9 141:11,18 142:2
**Slumber** 130:3
**small** 87:24
**smaller** 7:13,14 8:6 130:23
**smart** 111:15
**Smith** 159:12
**soil** 142:8
**sole** 156:3
**solid** 118:23 119:2
**somebody** 109:11
**someone's** 90:15
**soon** 120:4
**sorry** 20:14 34:25 64:15 76:20 152:2 156:19
**sort** 11:11 93:11
**sought** 5:19
**Sound** 128:4,12 128:18
**sounds** 97:5 98:8 114:12
**source** 59:14 138:14 140:5,8 140:24
**sources** 57:15 59:11
**south** 118:6
**southeast** 111:25 113:17 114:17
**speak** 21:13,18 50:1 53:1,6 62:22,24 69:4 73:19,21 81:14 90:23 125:9
**speaking** 22:2 51:3 70:22 98:10 109:4
**specific** 78:16 85:13,16 155:4
**specifically** 5:11 5:13 61:14 82:10
**specifications** 141:3
**specified** 93:13
**specify** 98:14 112:12
**specs** 11:20,21
**speculate** 133:2
**speculation** 133:10
**spell** 47:19 53:8 91:8 103:20
**St** 7:20 11:3,13 78:10 99:1 101:23 105:20 106:11,25 107:1 108:7 112:7 121:7 124:16
**stabilized** 37:14
**stamp** 113:1
**standard** 147:22
**standards** 150:12
**started** 11:16 74:24 75:1
**state** 5:23 6:6 24:8 28:22 48:15 49:11 51:9 54:18 141:2 143:14 159:13
**stated** 28:23 31:16 132:9
**statement** 22:12 39:25 45:6 70:4 89:21 138:21 139:10
**States** 1:1,6,10 1:12 3:5,11 28:25,25 36:2 37:11 40:10 42:8 47:10 90:18 121:4
**stating** 22:10
**status** 54:14,22
**statute** 41:2,19 42:18,19 43:12 92:8
**stay** 44:13 101:19 120:16
**steeper** 140:21
**Stephen** 1:17 3:2
**Steve** 129:24 130:3
**stiffed** 159:17
**stipulate** 122:5 122:25
**stipulated** 5:3
**stonewall** 39:9 39:12
**stop** 124:4
**stopped** 132:19
**stops** 120:2
**storm** 70:12 77:16 78:9 101:18 112:15 140:7
**storms** 70:7,16 121:8
**street** 1:18,23 90:12
**studied** 72:25 73:2 74:14 107:14
**studies** 107:11 112:9,11 113:15,15 121:24 126:18 126:24
**study** 3:19 26:7 54:22 55:13 56:1 71:9,14 71:18 72:11,16 72:21,21,25 74:12,15 78:7 81:13,15,21 82:12 83:4 84:8,10,11 112:18 113:23
**studying** 82:20
**stupid** 58:4
**subcontract** 131:7
**subject** 29:3 30:5 35:21 44:20
**subpoena** 6:15
**subsequently** 49:15
**sucked** 152:15
**Sue** 47:16,18 76:8 77:3,5,7 82:25 83:2 102:12
**sued** 126:8
**suggestion** 39:19
**suit** 127:9
**Suite** 36:13
**suits** 127:4,5
**Sullivan** 130:4 131:20
**summer** 101:18
**supervision** 161:10
**supervisor** 13:22
**supplemental** 75:5,7 78:22
**support** 42:21
**supported** 78:4
**supposed** 92:9 111:4
**sure** 8:20 19:22 20:8 24:3 25:6 25:8,21 30:21 48:14 53:15 59:10 66:23 75:4 76:5 77:10 82:21 83:3 88:13 113:25 116:8 118:7 119:5 136:19 139:21 140:17 141:7 148:13 158:5
**surge** 77:16 78:10 112:16
**survey** 127:23 128:1,3 129:7 129:7 134:7,9

153:18
**surveyed** 128:20
**surveying** 86:21 125:3 129:12 129:19
**surveys** 86:11 130:5 154:12 154:12,13,14 154:16,17,18
**Susan** 1:6
**susceptible** 112:7 142:9
**suspended** 140:6
**swear** 25:4
**sworn** 6:2 161:6

**T**

**T** 1:23 2:6 5:1,1 5:22 10:11 161:3,22
**table** 8:9
**take** 33:22 36:20 39:5 41:10 42:11 64:1 65:15 74:10 111:1 116:4,20
**taken** 1:12 5:6 121:4 127:21 155:10
**takes** 109:22 154:12,16
**takings** 35:22
**talk** 41:25 55:17 55:18 65:16 66:14 67:22 87:14 88:17 99:4 102:10 104:17 125:15 125:18,20 135:9 138:10 142:24
**talked** 46:2 64:12 132:13 157:1
**talking** 25:7 26:21 51:19
57:20 68:25 70:16 75:17 86:1 97:23 98:5 107:18 110:23 118:5 119:14 125:1,6 135:12,24 136:2,3 140:13 145:3 146:25 154:14
**task** 44:15 75:24
**taught** 141:23
**team** 114:8 129:7
**tell** 9:20 11:23 12:1 14:8,21 31:2,14 49:3 49:18 56:4,6 58:5 59:3 64:20 73:14 74:8 78:18,19 85:16 88:12 95:11 96:2 98:3 99:5,17 104:22 105:10 106:17 107:9 119:8,9 123:21 123:25 129:20 146:20 147:7 148:24 159:12
**telling** 36:1 98:2 111:7 144:19
**tells** 101:20
**template** 142:21 142:25 144:16
**tender** 158:24
**term** 81:10 109:17 136:6 153:10,11
**terms** 53:21 120:9 137:18 156:12
**Terrell** 88:24 91:3
**testified** 15:10 15:13
**testify** 6:4 15:3 21:5 22:25 44:18 47:11 110:8 158:12 161:6,7
**testimony** 22:17 24:19 27:4 41:13 63:6 74:2 95:23 106:6 139:23 146:11 149:14 151:16 152:5 154:8 159:11 160:9,11 161:8
**Texaco** 36:13 88:15
**thank** 61:9 121:19 159:21 159:24
**theories** 43:3
**theory** 70:22
**therefor** 32:11
**thereof** 5:19
**thing** 17:6 104:19 131:10 134:12 135:15 142:8
**things** 24:4 30:18 39:1,4 65:5 109:13
**think** 7:17 14:25 15:14,21 16:1 17:5 18:24 19:4 20:6,19 23:20 26:20 31:23 41:7 42:5 49:2 56:8 59:2 76:23,24 80:22 87:10 92:7 96:13,16 100:25 106:20 107:21 112:23 112:24 114:10 116:3 117:12 120:6 126:25 130:10,13
133:12 140:22 141:14 145:15 147:16 153:25 154:10 155:3 157:20,21
**third** 42:15 75:5 75:7 78:21
**thought** 17:25 45:25 46:2 107:19 143:17
**threat** 78:9 105:21 106:12 107:2
**three** 3:14 40:25 41:17 53:4 54:2 103:25 123:5 128:22 157:2
**throwing** 109:18
**time** 5:18 11:10 13:22 23:8 31:21,22 36:16 42:11 43:20,21 43:23 49:20 51:13 52:13,18 64:2 75:14 87:20 89:17,23 95:14 96:4,11 96:13,15,19,21 98:6 106:18,23 108:12 110:21 111:5 120:4 127:24 147:10 155:20 157:14 159:16,21
**Times-Picayune** 114:19
**title** 12:4,14,18 12:24,25 13:14 41:11 47:24
**titles** 13:1
**titular** 11:24
**today** 16:11 17:11 27:5 28:10,14,18 31:1 32:16
33:4,9,13 36:2 37:6,10,16 38:3,10 39:8 39:25 40:23 41:16 43:9,14 45:23 48:15 49:21,24 51:14 52:19 54:9,20 57:1 60:10 62:17 63:11 65:17 66:5 69:5,12,13,18 70:23,24 71:25 72:2 88:9 91:14,15,17 95:7 98:11,13 113:6 115:9 124:15 156:4
**told** 24:25 32:13 48:21 84:8 89:13 98:8,21
**TOMMASEO** 1:4
**tomorrow** 69:15
**tool** 108:24,24
**top** 113:2 142:16 143:10,12
**topic** 40:25 41:17 47:12,14 53:4 54:2,3 63:24,25 64:19 65:2 67:17,17 88:17 90:23,25 97:11 98:20 102:8 103:25 110:9 120:21 124:22 126:16
**topics** 21:2 22:22 38:24 95:11 96:1 156:15
**tort** 29:17 35:22
**totally** 109:7
**traced** 116:10
**traffic** 86:24
**transcribed** 161:9

**transcript** 161:11
**transcription** 160:11
**transported** 14:23
**traverse** 116:18
**traversed** 108:8
**tried** 40:19
**tropical** 70:7 121:8
**Troy** 53:7,8,9 54:5 56:4 104:8 110:14
**true** 90:5 158:2 160:10 161:11
**truth** 31:12,13 154:8 161:6
**try** 49:20 50:1 61:16 150:3
**trying** 22:9 27:13 120:10 156:13
**Tuesday** 1:14
**turn** 27:21 56:20 64:8,18 67:15 90:22
**two** 47:12,14 91:1 98:20 102:8 115:17 127:13 131:5 137:15 149:22 153:8,13
**types** 77:10

**U**

**U** 5:1
**Uh-huh** 110:4 118:20 153:4 155:21
**unavailable** 53:15
**unclear** 48:16
**underlying** 132:14
**understand** 30:21 34:5 41:4,7 43:7 46:17 60:17 94:10,14,19 99:15,16 112:13 137:22 138:22 141:5 148:1
**understanding** 35:14 44:3 72:24 73:12,14 74:5,7 90:8 96:20 108:6 113:7 161:12
**understood** 106:18,19,21
**undertaken** 107:6 121:25
**United** 1:1,6,10 1:12 3:5,11 28:25,25 36:2 37:11 40:10 42:8 47:10 90:18 121:4
**usage** 86:1
**use** 8:24 81:9 108:21,24 109:4 136:6 140:11 146:24 150:2 153:11
**users** 134:10
**usually** 101:2 109:3
**U-Cal** 114:5
**U.S** 1:21 3:13,18 6:10,23 104:11
**U.S.C** 41:2,20 42:18

**V**

**vacation** 75:14
**valid** 39:18
**varies** 136:13
**variety** 144:5
**various** 8:5
**vast** 45:6
**vegetation** 82:11 143:21,23 144:3,4
**verbatim** 42:16
**vernacular** 153:9
**version** 19:23
**VERSUS** 1:5
**vessel** 62:5 86:23 130:17
**vessels** 61:24 130:7,15,21 131:2
**vicinity** 7:13
**views** 117:20
**voluntarily** 93:17

**W**

**Wait** 51:2
**waived** 5:11,14
**walk** 32:16 90:12 100:8
**walked** 31:1 40:15
**walking** 60:7
**wall** 143:10
**Walter** 6:19 91:6 125:24
**Walter's** 91:8
**want** 9:7 23:8 28:3 44:14 49:1,19 55:17 56:22 61:23 64:9 66:20 76:4,7 79:13 82:1 94:16 104:9,20 116:3 116:8 117:20 118:13 119:25 120:3,11,16 122:13 129:18 135:19 141:1 157:20,24 158:8
**wanted** 51:9 52:25 53:1 54:1 65:4 66:9 66:12 67:20 73:13,20 74:6 74:12,14,15 88:17 90:23 99:4 126:8
**warm** 120:11
**wash** 141:10,15
**Washington** 1:24 10:10
**wasn't** 11:7 13:10 31:2 58:23 59:9 87:19 93:12 100:2 107:11 107:15 150:8
**water** 7:9 108:2 141:25 143:8 143:25 150:13
**waters** 82:9
**waterway** 7:4,7 7:10 15:2 86:19 110:24 132:3,10 135:3 135:11,13 136:4,7 140:6 140:9 141:2 146:16
**waterways** 7:13 7:14 8:5,7
**waterway's** 134:10
**wave** 141:10,15 141:21
**waves** 145:24 146:2
**way** 7:20 20:18 35:12 48:24 85:9 87:13,14 97:18 101:19 106:14 109:14 109:16 129:1 145:15 161:15
**ways** 151:9,18 152:7
**weather** 112:8 124:12
**WEBSTER** 2:2
**week** 87:7
**weeks** 16:8 96:24
**well-defined** 109:6
**went** 12:7,9,16 15:2 16:12 27:6 46:6 52:22 60:1 89:5 119:20 145:13 150:7 154:9
**weren't** 17:2 84:11 121:16
**wetland** 108:3,6
**wetlands** 82:10 82:11 83:5 111:6,9,25 112:6,16 113:9 113:11,17 114:17 125:7 147:5 148:7 150:3
**we're** 9:19 19:12 31:24 33:11 35:2 36:16,18 37:3 43:13 44:13 54:15 56:6 60:14 67:4 71:4 94:2 101:15 110:9 118:5 120:6,6 122:23 132:10 134:6 136:24 142:19,21 148:14 150:10 159:7
**whatsoever** 40:6 45:18 132:19
**WHEELER** 2:25 56:23 57:2 58:9,17 59:19 87:10

153:2
**white** 9:15,17 117:2 128:6
**wide** 135:18 136:3,15 144:21,24
**widening** 142:16 143:12
**wider** 136:17,19 144:11,12,14 144:15
**width** 134:23 135:3,13,19,25 136:2 144:18 145:16 150:15
**Wiles** 1:17 2:11 3:3 6:5 9:11,18 16:21 19:10 20:15 21:12,23 22:6,13 23:5 23:12 24:1,14 24:21 25:2,12 27:12,19 29:10 29:15 30:1,7 30:14,20,25 31:7,11 32:2 32:22 33:14,21 34:1,4,21 35:1 35:10,16,25 36:8 37:1,7,9 37:21,23 38:14 38:19 40:4 41:9,21 43:5 44:22,25 46:8 46:18,24 47:5 48:4,20 49:5 49:22 50:3,11 50:15,20 51:1 51:17 52:2,6 52:11,17 54:7 54:17,25 55:4 55:10,16,22 56:3,10,14,19 57:13,21 60:6 60:20 61:7,13 61:21 63:2,18 65:14,21 66:1 66:16,22,25 67:2 69:2,8,14 69:19,21 71:24 72:3,5,15 73:23 74:9 75:21,23 76:15 76:25 77:19,24 78:5 79:4,9,14 80:1,13,18 81:3,5,11 83:12,17,23 84:4,7,18 85:2 85:10,15 90:4 90:16,21 91:13 91:18,22 92:12 92:16 93:9,21 94:1,7,11 95:20 96:9 97:21 99:10,21 102:4 106:3,16 111:23 112:21 115:19,23 119:13,18 120:5,13,18 121:15,20 122:4,17,24 123:6,10,13 124:1,9 126:21 127:2,15,22 132:23 133:4 133:11,18 134:1,3 136:8 139:3,8,20 140:10 146:19 146:23 149:11 150:1,19,23 151:2,8,13,23 152:12 154:25 155:5,7,24 156:2,25 157:13,25 158:6,14,20
**willing** 29:23 33:9 54:15 93:17
**wind-driven** 145:24 146:1
**wise** 62:10
**witness** 5:5,25 9:9 15:4,6 17:21 19:3,8 21:13,17 22:3 22:10 23:10 24:3,23 27:17 31:20 32:11 34:9 36:10 38:22 39:20 46:15 47:1 48:7,17 54:12 54:16,19 55:8 56:7 60:10,23 61:2 62:20 63:16 73:18 75:18 76:17,21 80:6,15,21 83:24 94:9 96:6 99:18 106:1,13 115:21 122:10 124:5 126:23 133:8,20 140:3 149:20 151:6 151:21 152:10 156:23 159:23 160:5,19 161:5
**woefully** 158:22
**woman** 13:24
**words** 107:19 126:7 140:21
**work** 9:21 10:24 11:10 12:16 13:7 14:1 46:10,21 52:22 53:11,13 62:25 73:8 74:10 79:19 82:6 90:11 100:4,17 100:19 109:7 116:14 121:24
**worked** 10:5,11 11:20 39:3 68:6 108:15
**working** 10:1 11:16 75:1,25 76:1 77:11 79:1,15 85:11 85:17,18 99:25 100:1
**works** 58:2 65:8
**world** 135:23
**world's** 143:5
**wouldn't** 46:16 80:7 110:12 154:7
**write** 109:15 128:10
**writing** 32:12 109:11
**written** 15:7
**wrong** 40:1 51:20 52:14
**wrote** 57:23
**W-A-L-T-E-R** 6:19

**Y**

**yard** 108:21 109:9
**yards** 148:21,23 150:5 151:11 151:20 152:9 152:14,19,24 155:10
**year** 75:17,20 108:10,10 114:6 117:9,11
**years** 10:3 12:23 81:22 111:8 114:24 119:4,5 119:6 131:13 145:15 159:15
**yellow** 128:9
**yesterday** 17:1 17:15 18:25 19:5,25 23:16 23:19 25:1,5 26:8,15 27:2 32:20,24 50:2 156:17
**York** 10:5
**Yscloskey** 7:17 135:10 136:12 136:22 140:13

**Z**

**Zelaya** 1:18 72:13 75:15 76:13,19
**zero** 145:25 146:4

**1**

**1** 2:15 15:19 17:11 19:20 20:12,18 25:18 25:25 27:22 28:1,8,18 44:15 45:24 156:5
**1,000** 8:21
**1:00** 120:2
**1:05-cv-1119** 1:5
**10** 3:20 27:22 67:5,7 111:2 115:1 120:23 121:1 123:22
**104** 3:12
**105** 3:17
**11** 3:25 37:22 44:13 88:8 90:23 115:25 124:21,22
**111** 3:20
**116** 3:25
**1175** 36:13
**12** 4:3 50:5 51:22 64:6,9 91:25 126:2 128:8
**12th** 1:14
**12:30** 120:1
**128** 4:3
**13** 4:6 56:21 64:14 66:3

92:4 126:3 143:6
**14** 67:3 69:23 88:7 91:25 93:1 126:5
**143** 4:6
**15** 2:15 12:23 93:4 117:3 126:16
**16** 93:10,13 94:2 94:8,8 127:16 130:24
**17** 2:19,22 16:23 17:19 37:14 44:9 56:25 62:1 94:2,4,18 94:22,25
**18** 2:23 10:2 95:4 111:8
**19** 3:1
**1950's** 126:20
**1985** 9:24 10:18
**1989** 10:23,25 11:4
**1999** 37:14 44:1 44:4,10 56:25 58:13 62:1 96:8

**2**

**2** 2:19 17:19 19:24 20:22 26:1 37:18 38:4 44:14 45:22,24 46:10 47:14 48:8 49:8 68:24 98:21
**2,000** 135:23 136:14,18,20 144:21,24
**20** 116:25 117:4 117:23,25 118:5 119:3,5 159:15
**2000** 11:18 45:15 72:8
**20004** 1:24
**2001** 26:3
**2002** 44:15 45:1 87:16,21 88:3
**2004** 3:14,19 26:6 58:21 59:4 100:21 104:11 105:18 106:8
**2005** 58:14 74:25 87:10 99:22 100:3 107:7 127:25 145:14
**2006** 12:20,21 75:6,9,10,11 75:17,17,19,20 78:21 117:11
**2007** 1:14 2:22 3:3,22 16:23 17:20 19:13 25:19 26:11 32:4 117:9 156:9
**23** 3:22 26:11
**24** 3:3,14 19:13 32:4 104:11 156:9
**2501** 41:3,20 42:19 92:15
**28** 41:2,19 42:18
**29** 25:19 74:25 107:6 127:25

**3**

**3** 2:23 18:20 24:12,18 26:5 42:11 50:7,21 51:25 52:4 53:3 54:5 57:5 57:22 58:17 105:9 148:22 148:24 150:6 152:25
**30** 3:4 131:3,4
**30(b(5)** 1:9
**30(b(6)** 1:9
**30(b)(5)** 2:17,21 19:18 28:8 31:3 32:8 36:4 37:18 40:7,12 49:9 50:6,16 51:23 54:4 61:22 154:22 159:6,17
**30(b)(6)** 2:16,20 16:7 17:9 19:18 47:13 49:8 53:5 54:3 64:1,20 67:18 95:10 96:1 111:3 120:21 156:5,8,15
**300** 134:25 135:1
**3022** 1:23
**342** 6:19
**36** 134:19
**38** 134:21

**4**

**4** 3:1 19:12 26:10 32:4 49:8 64:8,19 110:10
**40** 131:4
**42** 3:8,10
**45** 109:23

**5**

**5** 3:4 24:11 25:11 26:17 30:9 33:5 38:6 50:4,6,10,14 50:17 53:3
**500** 135:4,20 144:18

**6**

**6** 2:11 3:8 26:22 42:2,9 56:21 67:15,16 95:14 95:16 96:4
**60** 153:12,13
**600** 135:8
**601** 1:23
**60267** 1:12 6:11
**66** 153:12

**7**

**7** 3:10 26:2 42:7 45:1 61:22 64:2,23 90:22 120:24,25 121:1
**70113** 1:19
**70116** 6:17
**70123** 6:20
**70160** 6:12
**70160-0267** 1:12
**7400** 1:13 6:16

**8**

**8** 3:12 62:15,17 63:9,12 64:5 64:11,16 104:10
**89** 12:3,15 13:7

**9**

**9** 3:17 66:13 67:15 105:8 106:24
**90** 12:3,15 13:7
**902** 1:18
**99** 11:17,18 96:17 155:11