# In the United States Court of Federal Claims

No. 05-1119L
Filed: September 17, 2007

*************************************
*
ROCCO TOMMASEO, THOMAS *
TOMMASEO, ROCKY AND CARLO, INC., *
STEVEN BORDELON, husband of, *
CYNTHIA BORDELON and, STEVE'S *
MOBILE HOME & R.V. REPAIR, INC., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**PROTOCOL AND DISCOVERY ORDER**

A telephone status conference is scheduled for October 16, 2007 at 2:00pm, E.S.T. for the parties to report on the progress of discovery, and set a date for the Government's motion to dismiss on jurisdictional grounds.

The Government is also hereby **ORDERED** to provide Plaintiff with an index of the documents under control of the United States in a Joint Electronic depository, subject to In Re Katrina Canal Breaches Litigation, under seal. The court hereby enters a Protocol Order to give effect to the following as orders of this court:

1. The United States Document Production Protocol entered in In Re Katrina Canal Breaches Litigation, Case No. 05-4182 (Duval, J.) (Wilkinson, Mag.) (Eastern District of Louisiana);
2. The "Clawback Agreement" entered in the In Re Katrina Canal Breaches Litigation;
3. The Master Protective Order, entered in the In Re Katrina Canal Breaches Litigation; and
4. The Guidelines for Review and Selection of Federal Records, entered in the In Re Katrina Canal Breaches Litigation.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**