**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ROCCO TOMMASEO, and<br>THOMAS TOMMASEO, and<br>ROCKY AND CARLO, INC., and<br>STEVEN BORDELON, husband of,<br>and CYNTHIA BORDELON and,<br>STEVE'S MOBILE HOME & R.V. REPAIR,<br>INC.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 05-1119L<br><br>Hon. Susan G. Braden |

**DEFENDANT'S RULE 60(a) MOTION TO AMEND THE COURT'S ORDER OF SEPTEMBER 17, 2007**

---

Now comes defendant, United States, pursuant to Rule 60(a) of the Rules of the Court of Federal Claims ("RCFC"), and respectfully requests the Court to modify its Order of September 17, 2007.

RCFC 60(a) allows the Court to modify its orders to correct clerical mistakes and errors arising from oversight or omission. The Court may make such corrections *sua sponte* or upon the motion of a party. RCFC 60(a).

Pursuant to the Court's request during the September 13, 2007 telephonic status conference, defendant submitted the following documents to the Court and opposing counsel:

1. The United States Document Production Protocol currently in place in the In Re Katrina Canal Breaches Litigation, Case No. 05-4182 (Duval, J.) (Wilkinson, Mag.) ongoing in the Eastern District of Louisiana.

2. A "clawback agreement" entered in the In Re Katrina Canal Breaches Litigation.

3. The Amended Master Protective Order which has been entered in the In Re Katrina Canal Breaches Litigation.

4. The Master Protective Order which was superseded by the Amended Master Protective Order in the In Re Katrina Canal Breaches Litigation.

5. The Guidelines for Review and Selection of Federal Records, which has been filed in the In Re Katrina Canal Breaches Litigation.

On September 17, 2007, the Court entered a Protocol Order giving effect to the following as orders in this matter: 1) the United States Document Production Protocol; 2) the clawback agreement; 3) the Master Protective Order; and 4) the Guidelines for Review and Selection of Federal Records. Docket No. 48.

Defendant respectfully requests two clerical changes to the Court's September 17, 2007 Order.

First, defendant respectfully requests that the first sentence of the second paragraph of the September 17, 2007 Order be amended to read: "The Government is also hereby **ORDERED** to provide Plaintiffs with an index of the documents under control of the United States in the Review and Select repository, subject to In Re Katrina Canal Breaches Litigation, under seal." (changes underlined). This change merely pluralizes the word plaintiff and adds the correct name for the document repository that has been created in connection with the In Re Katrina Canal Breaches Litigation.

Second, defendant respectfully requests that subparagraph 3 be amended to read: "3. The Amended Master Protective Order, entered in the In Re Katrina Canal Breaches Litigation; and." (change underlined). In comparison to the Master Protective Order adopted in the September 17,

2007 Order, the Amended Master Protective Order merely covers an additional category of confidential documents relating to copyrighted information. A copy of the Amended Master Protective Order was provided to the Court on September 13, 2007 and defendant will provide an additional copy if the Court so desires.

If the Court so desires, Defendant will provide an electronic copy of a proposed amended Protocol Order reflecting the above changes.

WHEREFORE, defendant respectfully requests that the Court's September 17, 2007 Order be amended as detailed above.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General

*s/ Fred R. Disheroon by Mark T. Romley*
Fred Disheroon
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 616-9649
Facsimile: (202) 353-0506

Counsel for Defendant