# In the United States Court of Federal Claims

No. 05-1119L
Filed: October 16, 2007

| | |
|---|---|
| ************************************** | |
| | * |
| ROCCO TOMMASEO, THOMAS | * |
| TOMMASEO, ROCKY AND CARLO, INC., | * |
| STEVEN BORDELON, husband of, | * |
| CYNTHIA BORDELON and, STEVE'S | * |
| MOBILE HOME & R.V. REPAIR, INC., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************** | |

**PROTOCOL AND DISCOVERY ORDER**

The Government is hereby ordered to provide Plaintiffs with an index of the documents under control of the United States in the Review and Select Repository, subject to In re Katrina Canal Breaches Litigation, under seal. The court hereby enters a Protocol Order to give effect to the following as orders of this court:

1. The United States Document Production Protocol entered in the In Re Katrina Canal Breaches Litigation, Case No. 05-4182 (Duval, J.) (Wilkinson, Mag.) (Eastern District of Louisiana);
2. The "Clawback Agreement" entered in the In Re Katrina Canal Breaches Litigation;
3. The Amended Master Protective Order entered in the In Re Katrina Canal Breaches Litigation;
and
4. The Guideline for Review and Selection of Federal Records, entered in the In Re Katrina Canal Breaches Litigation.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**