# 2ND AMENDED COMPLAINT

## EXHIBITS 34-126

: 000 000 0 0004
ADJUDICATED TO ST. BERNARD PARISH 4/04/07
3201 W. JUDGE PEREZ
CHALMETTE, LA 70043

50% UNDIV. 1/2 INT.: LOT 10 HOPEDALE SUB. #2 97 X 596

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| NELSON, BERNARD P. | 485 / 148 | 6/27/1990 | A Adjud | | |
| * | 79 / 145 | 7/03/1961 | | | |

COM Comment E00000000056 UNDIV 1/2 INT LOT 10 HOPEDALE #2
COM Comment 715200003010 40% UNDIV 1/2 INT LOT 10 HOPEDALE #2

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 1.00 | 145 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 145 | 0 | 145 |

EXHIBIT
34

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0005 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 2-A DANIEL PARK SUB. 25 X 100

Location

3319 STACIE

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| POITEVENT, JACQUELYN F. | 565 / 262 | 6/22/1994 | TD Tax D | $188 | |
| BOUDOIN, RICKY | 530 / 250 | 1/08/1993 | LI Land | $11000 | |
| * | 427 / 341 | 6/17/1988 | | $18000 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 150 | 2500 |
| CI City Improvement | 1.00 | 975 | 1090 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,125 | 0 | 1,125 |

EXHIBIT
tabbies
35

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0006 4/04/07 Page 1 AP

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 208 HIGHLAND VILLA EXT 5 69X95=5700

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| SUAREZ, DENNISON, JR. | 646 / 630 | 6/26/1998 | A Adjud | $211 | |
| * | 134 / 846 | 1/28/1977 | | $16666 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 1,019 | 5700 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,019 | 0 | 1,019 |

EXHIBIT
tabbies
36

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0008 4/04/07 Page 1 AP

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 212 HIGHLAND VILLA EXT. #5
MEAS. 56 X 95 = 5320

Location

2431 JAMIE CT.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| MARSIGLIA, JOHN V. | 485 / 157 | 6/27/1990 | A Adjud | $745 | |
| * | 363 / 49 | 12/02/1986 | | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 500 | 5320 |
| CI City Improvement | 1.00 | 2,000 | 3000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 2,500 | 0 | 2,500 |

EXHIBIT
tabbies
37

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0009 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 211 HIGHLAND VILLA EXT. #5
MEAS. 56 X 95 = 5320

Location

2501 JAMIE CT.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| MARSIGLIA, JOHN V. | 485 / 154 | 6/27/1990 | A Adjud | $745 | |
| * | 363 / 49 | 12/02/1986 | | | |

| Code | Type | Units | A/V | SqFt |
|---|---|---|---|---|
| CL | City Lots | 1.00 | 500 | 5320 |
| CI | City Improvement | 1.00 | 2,000 | 3000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 2,500 | 0 | 2,500 |

EXHIBIT
tabbies
38

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette La 70043

E 000 000 0 0010 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOTS 50A, DANIEL PK. SUB., MEAS. 31' X 79' = 2,449

Location

2810 DANIEL

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| BROWN, JERROD G. | 679 / 108 | 6/19/2000 | TD Tax D | $218 | |
| H. U. D. | 555 / 521 | 2/11/1994 | LI Land | $6310 | |
| FEDERAL NATIONAL MORTGA | 550 / 490 | 11/16/1993 | LI Land | $36292 | |
| NOEL, LINUS | 549 / 481 | 10/25/1993 | SS Sherr | $44600 | |
| * | 454 / 273 | 1/25/1989 | | $37193 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 150 | 2449 |
| CI City Improvement | 1.00 | 975 | 918 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,125 | 0 | 1,125 |

EXHIBIT
tabbies
39

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette La. 70043

E 000 000 0 0011 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

1/3 INT. INTO: LOT 19 BEGINS 1804.35' FROM INTER HWY & PVT. RD.
MEAS. 979.96' FRONT ON RD. DEPTH 55' TS13SR13E SEC. 29

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| RICHARD, RAYMOND | 586 / 489 | 6/22/1995 | TD Tax D | $95 | |
| * #163 209 | 168 / 259 | 3/21/1979 | | | |

COM Comment 639900002740(NORMAN LANDRY OTHER 1/3 INT. IN
COM Comment LOT 19

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 145 | 53845 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 145 | 0 | 145 |

EXHIBIT
tabbies
40

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette La. 70043

E 000 000 0 0012 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

1/10 INT.INTO LOT 4 HOPEDALE SUB.#2 112X245

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| PHILLIPS, NATHAN | 586 / 492 | 6/22/1995 | TD Tax D | $85 | |
| * | 130 / 435 | 6/15/1976 | | | |
| XRF Cross ref-see | 715200000004 | | GRANDJEAN, RENE | | |

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 1.00 | 14 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 14 | 0 | 14 |

EXHIBIT
tabbies
41

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0013 4/04/07 Page 1 AP

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOTS 2,3,4 SQ.2 ST. BERNARD PARK MEAS. EA. 25 X 106

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| MEAGER, N. | 586 / 495 | 6/22/1995 | TD Tax D | $95 | |
| * #91410 | 102 / 382 | 12/12/1968 | | $3228 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 3.00 | 145 | 7950 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 145 | 0 | 145 |

EXHIBIT
tabbies
42

*Marlene M. Vinsanau*
*Assessor St. Bernard Parish*
*Room 105 Courthouse*
*Chalmette, La. 70043*

E 000 000 0 0014 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 5 SQ. 4 ST. BERNARD PARK MEAS. 25 X 106

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| MONICA, A.V. | 586 / 498 | 6/22/1995 | TD Tax D | $86 | |
| * | 421 / 2 | 4/09/1988 | | $80 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 29 | 2650 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 29 | 0 | 29 |

EXHIBIT
tabbies
43

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0015 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOTS 16,17,18 SQ. 4 ST.BERNARD PARK MEAS. 25 X 106

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| MONICA, ANTHONY V. | 586 / 501 | 6/22/1995 | TD Tax D | $87 | |
| * | 421 / 1 | 4/19/1988 | | $86 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 3.00 | 43 | 7950 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 43 | 0 | 43 |

EXHIBIT
tabbies
44

*Marlene M. Vinsanau*
*Assessor St. Bernard Parish*
*Room 105 Courthouse*
*Chalmette, La. 70043*

E 000 000 0 0016 4/04/07 Page 1 AP

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

39/40 OF 80%: TS13SR18E SEC.32 & 33, DES. AS LOT 53, CONT 10 ACRES
OF SUB. DIV. SEC. 32 & 33

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| PHILLIPS, NATHAN | 586 / 504 | 6/22/1995 | TD Tax D | $87 | |
| * | 226 / 624 | 6/20/1983 | | $18 | |
| XRF Cross ref-see | 739900012827 | | DRAKE, WALKER | | |
| XRF Cross ref-see | 739900013623 | | GALJOUR, CLARENCE | | |

| Code Type | Units | A/V |
|---|---|---|
| ML Marshlands | 7.00 | 21 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 21 | 0 | 21 |

EXHIBIT
tabbles
45

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 700[illegible]

E 000 000 0 0017 4/04/07 Page 1 AP

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 12 SQ. P ST. BERNARD GROVE ADDN.
MEAS. 50 X 150 = 7500

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| CARBONE, AMELIA NEHLIG | 607 / 317 | 6/18/1996 | A Adjud | $127 | |
| * | 128 / 90 | 12/05/1975 | | $795 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 145 | 7500 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 145 | 0 | 145 |

EXHIBIT
tabbles
46

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 10? Courthouse
Chalmette, La. 70043

E 000 000 0 0035 4/04/07 Page 1 AP

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

TS14SR15E SEC. 39; W. BDD IS SEC. LINE BETW. SEC. 39 & 43; NO. BDD IS NO. BDD OF SEC. 39; E. BDD. PARALLEL A DIST. 1200' ALONG YSCLOSKEY RD. FROM W. BOUNDARY THE SO. BDD. IS BACK OF LEVEE, WHICH IS APP. 2300' FROM NO. BDD. MEAS. ALONG THE W. BDD. THE DIST. FROM NO. BDD. MEAS. ALONG E. BDD. TO SO. BDD., HAS NOT BEEN DETERMINED.
LESS AND EXCEPT LAND FOR SERVITUDE

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| CARNELL, ALNA BOYD | 628 / 625 | 6/25/1997 | A Adjud | $156 | |
| LBBLD | 620 / 306 | 2/05/1997 | SR Servi | $876 | |
| ANDERSON, JAMES | 604 / 226 | 4/24/1996 | R Redem | $257 | |
| CARNELL, JAMES A. | 565 / 287 | 6/22/1994 | TD Tax D | $126 | |
| CARNELL, JAMES A. | 553 / 269 | 12/30/1993 | DN Donat | | |
| CARNELL, BETTY | 533 / 442 | 2/25/1993 | DN Donat | | |
| * | 86 / 258 | 10/29/1963 | | | |

| Code Type | Units | A/V |
|---|---|---|
| SL Suburban Land | 4.00 | 540 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 540 | 0 | 540 |

EXHIBIT
tabbies
47

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 102 Courthouse
Chalmette, La. 70043

E 000 000 0 0044 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 36 SQ. 3 HI-LAN SUB. MEAS. 40 X 82

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| JACKSON, VIRGINIA | 679 / 104 | 6/19/2000 | TD Tax D | $148 | |
| CALUDA, DANIEL (ETALS) | 540 / 511 | 6/16/1993 | TD Tax D | $119 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 371 | 3280 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 371 | 0 | 371 |

EXHIBIT
tabbles
48

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0049
ADJUDICATED TO ST. BERNARD PARISH 4/04/07 Page 1 AP
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 43 SQ. 4 HILAN SUB 40X80=3200

Location

2435 CALUDA

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| BUTLER, HENRY | 698 / 430 | 6/20/2001 | A Adjud | $310 | |
| * | 81 / 572 | 6/01/1962 | | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 436 | 3200 |
| CI City Improvement | 1.00 | 1,205 | 600 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,641 | 0 | 1,641 |

EXHIBIT
tabbies
49

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0052 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 30 RIVERBEND SUB 60X135=8100

Location

2224 REUNION

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| DALON, EDWARD H.,JR.,MR | 698 / 441 | 6/20/2001 | A Adjud | $583 | |
| * | 104 / 502 | 9/11/1969 | | $17600 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 936 | 8100 |
| CI City Improvement | 1.00 | 3,100 | 1200 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 4,036 | 0 | 4,036 |

EXHIBIT
tabbies
50

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0056 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

UNDIV. 1/2 INT. IN & TO: LOT 10 HOPEDALE SUB. # 2 97X596

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| NELSON, JOHN J., ETALS | 698 / 471 | 6/20/2001 | A Adjud | $141 | |
| KERSHENSTINE, JAY & MIN | 555 / 462 | 2/08/1994 | R Redem | $189 | |
| NELSON, JOHN | 540 / 535 | 6/16/1993 | TD Tax D | $96 | |
| * | 104 / 481 | 9/09/1969 | | $1000 | |
| XRF Cross ref-see | E00000000004 | | ADJUDICATED TO ST. BERNARD PAR | | |
| XRF Cross ref-see | 715200003010 | | STOUT, DALE C. | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 145 | 57812 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 145 | 0 | 145 |

EXHIBIT
tabbies
51

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0060 4/04/07 Page 1 AP

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

TRACT OF LAND PT. OF FLORESSANT PLANT., MEAS. 124' FRT. ON YSCLOSKEY BY 700'. LESS AND EXCEPT LAND FOR SERVITUDE

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| NUNEZ, ANTHONY B. | 698 / 482 | 6/20/2001 | A Adjud | $140 | |
| LBBLD | 620 / 214 | 2/03/1997 | SR Servi | $321 | |
| * | 54 / 119 | 0/00/0000 | | | |

| Code Type | Units | A/V |
|---|---|---|
| SL Suburban Land | 1.00 | 135 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 135 | 0 | 135 |

EXHIBIT
tabbies
52

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0062 4/04/07 Page 1 AP

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 94 SUZANNE PARK SUB.
MEAS. 50 X 100

Location
1637 ROBERT

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| ZAHN, EARL G., JR. | 719 / 526 | 6/18/2002 | A Adjud | $286 | |
| MORIAN, CYNTHIA A. | 621 / 516 | 2/26/1997 | SI Sale | | |
| MORIAN, CYNTHIA A. | 621 / 428 | 2/24/1997 | SI Sale | | |
| MAILES, CHAD E., MR/MRS | 602 / 29 | 4/04/1996 | LI Land | $25000 | |
| * | 193 / 362 | 1/27/1981 | | $12500 | |
| XRF Cross ref-see | 614300000094 | | XRF | | |

| Code Type | Units | A/V | SqFt | Imp Dat |
|---|---|---|---|---|
| CL City Lots | 1.00 | 900 | 5000 | |
| CI City Improvement | 1.00 | 500 | | 1996 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,400 | 0 | 1,400 |

EXHIBIT
53

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 16 SQ. 3 HILAN SUB.
MEAS. 40 X 80 = 3200

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| SWEET, JEANNIE | 719 / 518 | 6/18/2002 | A Adjud | $176 | |
| BEAL, JAMES | 501 / 631 | 7/01/1991 | TD Tax D | | |
| * | 58 / 171 | 0/00/0000 | | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 436 | 3200 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 436 | 0 | 436 |

EXHIBIT 54

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0073 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 93, SUZANNE PARK SUB.
MEAS. 50' X 100' = 5,000

Location
1641 ROBERT

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| DAGUIMOL, MARIANO E., M | 738 / 498 | 6/23/2003 | A Adjud | | |
| * | 193 / 470 | 1/30/1981 | | $17000 | |
| XRF Cross ref-see | 614300000093 | | XRF | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 900 | 5000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 900 | 0 | 900 |

EXHIBIT
tabbies
55

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 205 Courthouse
Chalmette, La. 70043

E 000 000 0 0074 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 71 HIGHLAND VILLA EXT 4 59 X 90 = 5310

Location

2601 ELIZABETH CT.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| WILLIAMS, JOHN H., MR/M | 759 / 479 | 6/22/2004 | TD Tax D | $306 | |
| #117 494 | 116 / 368 | 1/22/1973 | | $18200 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 1,062 | 5310 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,062 | 0 | 1,062 |

EXHIBIT
tabbies
56

*Marlene M. Vinsanau*
*Assessor St. Bernard Parish*
*Room 105 Courthouse*
*Chalmette, La. 70043*

E 000 000 0 0077 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 46 DANIEL PK.SUB 68X108=7344

Location

2708 DANIEL
2710 DANIEL

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| PENDERGRAFT, RITA ERNY | 759 / 477 | 6/22/2004 | TD Tax D | $226 | |
| PENDER-CRAFT CONST. CO, | 592 / 239 | 10/09/1995 | PS Prope | | |
| * | 241 / 757 | 4/17/1984 | | $15500 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 300 | 7344 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 300 | 0 | 300 |

EXHIBIT
tabbies
57

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0078 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 89-A SQ.4 CAROLYN PARK SUB. MEAS. 1'FRONT ON PERRIN,
WIDTH IN REAR 2.93' DEPTH OF 116'

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| WELLMEYER, ROELING | 781 / 436 | 8/21/2005 | A Adjud | $205 | |
| * | 386 / 131 | 6/26/1987 | | $70 | |

| Code | Type | Units | A/V | SqFt |
|---|---|---|---|---|
| CL | City Lots | 1.00 | 116 | 232 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 116 | 0 | 116 |

EXHIBIT
tabbies
58

Marlene M. Vinsonau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0079 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 22-A SUZANNE PARK ADDN.
MEAS. 50'X141'

Location
1708 ROBERT

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| WALLACE, LOVONE, MR/MRS | 781 / 442 | 6/21/2005 | A Adjud | $323 | |
| * | 195 / 788 | 4/27/1981 | | $24729 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 987 | 7050 |
| CI City Improvement | 1.00 | 200 | 900 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,187 | 0 | 1,187 |

EXHIBIT
tabbies
59

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0080 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 4 OF SUB OF FARMLOT 8 & 1 LOT.MEAS. 25' FRONT ON GUERRA RD
DEPTH 92' PT OF LOT 64 ADJ LOT 4 SEBASTAPOL PLN

Location

1948 SEBASTOPOL

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| JONES, ISAAC | 781 / 772 | 6/27/2005 | A Adjud | $521 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 582 | 2300 |
| CI City Improvement | 1.00 | 2,411 | 1850 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 2,993 | 0 | 2,993 |

EXHIBIT
60

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0081 4/04/07 Page 1 AP

ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ DR.
CHALMETTE, LA 70043

LOT 1-B, PTN. OF ST. MARY PLANTATION SITUATED ON LEFT DES. BANK OF BTAB. LOT 1-B MEAS. 128' FRT. ON BAYOU RD. (BTAB) X 128' WIDTH IN REAR X OPP. DEP. OF 118' CONT. 21,947 SQ. FT.

Location

3301 BAYOU RD.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| J & B EMMONS, L.L.C. | 781 / 445 | 6/21/2005 | A Adjud | $1198 | |
| JABER, ABE A., MR/MRS | 737 / 499 | 6/04/2003 | LI Land | $76000 | |
| CALLAIS, GARY J. MR/MRS | 610 / 450 | 8/06/1996 | L Land | $65000 | |
| RESUB. (LOT 1) | 608 / 217 | 6/28/1996 | | | |
| * | 355 / 37 | 0/00/0000 | | | |
| * | 349 / 174 | 0/00/0000 | | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 3,000 | 21947 |
| CI City Improvement | 1.00 | 6,150 | |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 9,150 | 0 | 9,150 |

EXHIBIT 61

Marlene M. Vinsanau
[illegible] St. Bernard Parish
[illegible] Courthouse
[illegible], La. 70043

E 000 000 0 0082 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 206, HIGHLAND VILLA EXT. 5, MEAS. 59.26' FRT. ON JAMIE'S CT., SAME WIDTH IN REAR BY A DEPTH OF 95.32

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| JONES TYRONE M. MR/MRS | 781 / 433 | 6/21/2005 | A Adjud | $317 | |
| DEROSE, THOMAS A. JR., | 614 / 520 | 10/01/1996 | L Land | $4500 | |
| * | 240 / 660 | 3/28/1984 | | $18000 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 1,140 | 5700 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,140 | 0 | 1,140 |

EXHIBIT
tabbles
62

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 102 Courthouse
Chalmette, La. 70043

E 000 000 0 0083
ADJUDICATED TO ST. BERNARD PARISH 4/04/07 
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 5A, DANIEL PARK SUB., MEAS. 25' X 100' = 2,500

Location

3307 STACIE

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| COLONIAL TRACER CO., IN | 781 / 415 | 6/21/2005 | A Adjud | $485 | |
| DOUBLET, LYLE | 756 / 519 | 4/26/2004 | BD Bond | $26666 | |
| H.U.D. | 600 / 279 | 3/07/1996 | LI Land | $7200 | |
| ANCHOR MORTGAGE SERVICE | 592 / 573 | 10/23/1995 | LI Land | $36012 | |
| LIUZZA, RHONDA F. | 591 / 458 | 9/22/1995 | SS Sherr | $5000 | |
| * | 202 / 135 | 9/14/1981 | | $41300 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 150 | 2500 |
| CI City Improvement | 1.00 | 2,516 | 1025 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 2,666 | 0 | 2,666 |

EXHIBIT
tabbles
63

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0084 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 32A DANIEL PK. SUB 25X100=2500

Location

2831 STACIE

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| DOUBLET, LYLE K. | 781 / 424 | 6/21/2005 | A Adjud | $357 | |
| SYLVE, NETIOKEE HILL | 695 / 628 | 5/08/2001 | LI Land | $4000 | |
| H.U.D. | 526 / 441 | 10/30/1992 | LI Land | $15000 | |
| PRENDERGAST, MARK | 520 / 442 | 7/06/1992 | DA Datio | $38000 | |
| * | 196 / 771 | 5/21/1981 | | $39300 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 150 | 2500 |
| CI City Improvement | 1.00 | 1,350 | 918 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,500 | 0 | 1,500 |

EXHIBIT
tabbies
64

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0085 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 32-B, DANIEL PARK SUB. MEAS. 25 X 100= 2500

Location
2829 STACIE

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| COLONIAL TRACER CO., IN | 781 / 427 | 6/21/2005 | A Adjud | $485 | |
| DOUBLET, LYLE | 756 / 519 | 4/26/2004 | BD Bond | $26666 | |
| N.O. REVIVAL CTR. PENT. | 607 / 489 | 6/20/1996 | LI Land | $8500 | |
| H.U.D. | 600 / 436 | 3/11/1996 | LI Land | $8000 | |
| JACKSON, JOSEPH | 502 / 486 | 7/12/1991 | SA Assum | $36658 | |
| VITA, THOMAS | 196 / 769 | 5/21/1981 | | $39300 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 150 | 2500 |
| CI City Improvement | 1.00 | 2,516 | 918 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 2,666 | 0 | 2,666 |

EXHIBIT
tabbles
65

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0086 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 5 SQ.3 N.BORGNEMOUTH 30X150=4500

Location
2210 PACKENHAM

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| GARCIA, LOUIS L. SR. MR | 781 / 412 | 6/21/2005 | A Adjud | $401 | |
| * | 389 / 249 | 7/20/1987 | | $500 | |

| Code Type | Units | A/V | SqFt | Property ID |
|---|---|---|---|---|
| CL City Lots | 1.00 | 900 | 4500 | |
| CI City Improvement | 1.00 | 1,000 | 400 | TRAILER |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,900 | 0 | 1,900 |

EXHIBIT
tabbies
66

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 109 Courthouse
Chalmette, La. 70043

E 000 000 0 0087 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 13 SQ.2 SO. BORGNEMOUTH 30 X 120

Location
6424 FIRST

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| ACOSTA, ANTHONY MR/MRS | 781 / 775 | 6/27/2005 | A Adjud | $283 | |
| * | 90 / 252 | 2/01/1965 | | $1000 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 720 | 3600 |
| CI City Improvement | 1.00 | 100 | 660 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 820 | 0 | 820 |

EXHIBIT
tabbies
67

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 0090 4/04/07 Page 1 AP
ADJUDICATED TO ST. BERNARD PARISH
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 133 DANIEL PK. SUB 50X100=5000

Location

3000 STACIE
3002 STACIE

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| BERNARD, JENNIFER LYNN | 781 / 421 | 6/21/2005 | A Adjud | $439 | |
| OAK TREE SAVINGS | 530 / 62 | 1/04/1993 | LI Land | $27000 | |
| * | 530 / 57 | 1/04/1993 | | | |
| * | 461 / 318 | 4/13/1989 | SS Sherr | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 300 | 5000 |
| CI City Improvement | 1.00 | 1,950 | 1725 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 2,250 | 0 | 2,250 |

EXHIBIT
tabbies
68

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2056 4/04/07 Page 1 AP
ST.B.P. GOVERNMENT
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOTS, 1,2,3,4,5 SQ. 398; VERS. SUB. ADJOIN EACH OTHER AND
MEAS. AS FOLLOWS: EACH MEAS. 32' X 124' IN DEPTH. LOT 5
MEAS. 31' BY 132' IN DEPTH.

| Vendors | C O B | Date | Sale Type | | Price | Succession |
|---|---|---|---|---|---|---|
| CFPI, INC. | 606 / 303 | 6/03/1996 | L | Land | $60000 | |
| BECKLER, THERESA ANN | 606 / 301 | 6/03/1996 | L | Land | $57500 | |
| INGRAM, LIONEL R., JR. | 605 / 164 | 5/07/1996 | L | Land | | |
| INGRAM, LIONEL R., JR. | 592 / 559 | 10/20/1995 | R | Redem | $173 | |
| INGRAM, LIONEL R., JR. | 586 / 462 | 6/22/1996 | TD | Tax D | $85 | |
| * | 424 / 51 | 5/12/1988 | | | | 36-2822 |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 5.00 | 6,000 | 19964 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 6,000 | 0 | 6,000 |

EXHIBIT
tabbies
69

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2057
ST.B.P. GOVERNMENT 4/04/07 Page 1 AP
8201 W. JUDGE PEREZ DR.
CHALMETTE, LA 70043

***************************
LIBRARY (FUTURE)

1) LOT 25-F-3 BEING A PART OF ORIG. LOT 25 OF CORINNE & MYRTLE GROVE PLANT. MEAS. 419' FRT ON E. JUDGE PEREZ X DEPTH OF 836' X OPP. DEPTH OF 646' ON JUDY DR. CONTAINS 6.58 ACRES. FORMS CORNER OF E. JUDGE PEREZ & JUDY DR.
2) LOT 80-A SQ. D CINDY PARK SUB. MEAS. 70.5' BARTOLO X 71'

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| FISHER, HARRY M., ETALS | 708 / 373 | 12/04/2002 | L Land | $1074821 | |
| RUSUB | 701 / 207 | 8/07/2001 | | | |
| FISHER, HARRY M. | 574 / 495 | 11/08/1994 | LI Land | $950000 | |
| FISHER, EMILIE MERAUX | 573 / 249 | 10/14/1994 | SU Succ | | 21791 |
| * | 97 / 60 | 12/20/1966 | | | |

| Code Type | Units | A/V |
|---|---|---|
| SL Suburban Land | 7.00 | 107,500 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 107,500 | 0 | 107,500 |

EXHIBIT
70

Marlene M. Vinsonau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2059 4/04/07 Page 1 AP
ST.B.P. GOVERNMENT
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

****************************
DUMP

SQ. 363 LOTS 5,6,7,8,9,10,24,25,26
SQ. 364 LOTS 5,6,7,8,9,10,19,24,25,26
SQ. 365 LOTS 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20
21,22,23,24,25,26
SQ. 389 LOTS 23,24,25,26
SQ. 391 LOTS 18,19,20,21,22,23,26
SQ. 392 LOTS 1,2,3,6,7,11,12,13,17,18,19,22,23
SQ. 393 LOTS 16,17,18,19,20,21,22,23,24,25,26
SQ. 394 LOTS 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20
21,22,23,24,25,26
SQ. 395 LOTS 11,12,19,20,21,22,23,24,25
SQ. 396 LOTS 10,11,12,13,14
SQ. 397 LOTS 9,10,11,14,15,16,17,18
SQ. 398 LOTS 6,7,11,16,17,18,19,20,21,22,23,24,25,26
SQ. 534 LOTS 7,8,9,10 & PARTIAL LOTS 6,11,12 & 13
SQ. 535 LOTS 1,2,3,4,5,6,7,8,9,10,11,12,24,25,26 & PARTIAL LOTS
13,15,16,17,18,19,20,21,22,23
SQ. 536 LOTS 1,2,3,4,5,6,7,9,10 & 26
SQ. 542 LOTS 1,2,3,4,7,16,17,18,19,19,20,21,22,23,24,25,26
SQ. 543 LOTS 1,2,3,4,5,6,7,8,11,12,13,14,22,23,24,25
SQ. 544 LOTS 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,21,
22,23,24,25,26
SQ. 545 LOTS 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,
24,25,26 & PARTIAL 21,22,23
SQ. 546 LOTS 3,4,5,6,7 PARTIAL LOTS 1,2
SQ. 547 LOTS 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,
18,19,20,21,22,23,24,25,26
SQ. 548 LOTS 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,
21,22,23,24,25,26
SQ. 549 LOTS 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,
21,22,23,24,25,26
SQ. 550 LOTS 1,2,3,4,5,8,9,10,11,12,13,16,17,18,19,20,21,22,
23,24,25,26
SQ. 551 LOTS 2,3,4,5,22,23,24,25,26
AND: 24.43 ACRES OF UNSUBDIVIDED PROPERTY LOCATED IN TS12SR12E
SECTION 47 IMMEDIATELY WEST OF & BORDERING SQS. 548,547,394,393,
362, "PLACE BOILEAU" AND 332

EXHIBIT
tabbles
71
(1 of 21)

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| MC FARLAND, UNA GAIDRY | 657 / 304 | 1/10/1999 | QC Quit | | |
| MC FARLAND, UNA GAIDRY | 657 / 300 | 2/10/1999 | L Land | $27600 | |
| MC FARLAND, UNA GAIDRY | 641 / 89 | 3/09/1998 | QC Quit | $24200 | |

* CONTINUED *

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2059 4/04/07 Page 2 AP
ST.B.P. GOVERNMENT * CONTINUED *

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| MC FARLAND, UNA GAIDRY | 641 / 85 | 3/09/1998 | L Land | $50800 | |
| MC FARLAND, UNA GAIDRY | 606 / 297 | 6/03/1996 | QC Quit | $58600 | |
| MC FARLAND, UNA GAIDRY | 606 / 293 | 6/03/1996 | L Land | $182900 | |
| * | 83 / 484 | 1/07/1963 | | | |

| Code Type | Units | A/V |
|---|---|---|
| SL Suburban Land | 22.00 | 26,910 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 26,910 | 0 | 26,910 |

EXHIBIT
tabbies
71
(2 of 2)

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2060 4/04/07 Page 1 AP
ST.B.P. GOVERNMENT
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

JAIL COMPLEX
DELARONDE RUINS
PACKENHAM OAKS

5.67 ACRES IRREGULAR SHAPED PARCEL BDD. ON E. SIDE BY PARIS RD., N. BY LA. SOU. R.R., S. & W. BY TENNECO (PACKENHAM OAKS) & N.O. TERM. R/W IN SEC. 6 TS13SR12E

Location
1900 PARIS RD.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 492 / 155 | 0/00/0000 | | | |
| * | 481 / 165 | 0/00/0000 | | | |
| * | 473 / 511 | 0/00/0000 | | | |
| * | 349 / 287 | 9/26/1986 | | | |

| Code Type | Units | A/V |
|---|---|---|
| IL Industrial Land | 6.00 | 17,035 |
| RI Rural Improvements | 1.00 | 836,850 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 853,885 | 0 | 853,885 |

EXHIBIT
72

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2061 4/04/07 Page 1 AP

ST.B.P. GOVERNMENT
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

********************
ANIMAL CONTROL

SQ. 272 VERSAILLES SUB.
MEAS. 338' FRT. ON PARIS RD. X DEPTH OF 260' ON INDUSTRY X WIDTH IN REAR & SECOND FRT. ON MONTESQUIEU X OPP. DEPTH ON AGRICULTURE OF 260'.

Location

115 AGRICULTURE

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| J & A MERAUX, INC. | 696 / 199 | 5/17/2001 | L Land | $309312 | |
| MERAUX & NUNEZ | 691 / 302 | 2/16/2001 | | | |
| * | 245 / 123 | 0/00/0000 | | | |
| * | 34 / 486 | 0/00/0000 | | | |

| Code Type | Units | A/V |
|---|---|---|
| SL Suburban Land | 2.00 | 30,931 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 30,931 | 0 | 30,931 |

EXHIBIT
tabbies
73

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

: 000 000 0 2062 4/04/07 Page 1 AP
ST.B.P. GOVERNMENT
3201 W. JUDGE PEREZ
CHALMETTE, LA 70043

**************

ISLENOS MUSEUM
MEETING HALL

TRACT LAND MEAS. 3/4 ARPT. FR. LEFT SIDE STAB DEPTH 20 ARPT
DESIGNATED AS LOT D-1 & E-1
LOT D-1 MEAS. 145.69' LEFT DESC. SIDE BTAB X DEPTH 469.82' WIDTH IN
REAR 240.79', OPP. DEPTH 303', THENCE W. 95.99',THENCE SECOND DEPTH OF
150' CONTAINING 1.9 ACRES.
LOT E-1 COMMENCES 469' FROM LEFT DESC. SIDE BTAB & MEAS. 240' X 1347'
CONT. 7.5 ACRES.

Location
1357 BAYOU RD.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| BENGE, DOROTHY, ETALS | 637 / 28 | 12/10/1997 | L Land | | |
| O'TOOLE, MARIE L. MOLER | 634 / 228 | 10/21/1997 | SU Succ | | 481562 |
| * | 185 / 31 | 5/28/1980 | | | |

| Code Type | Units | A/V | SqFt | Imp Dat |
|---|---|---|---|---|
| SL Suburban Land | 13.00 | 2,600 | | |
| RI Rural Improvements | 1.00 | 13,000 | 2736 | 2001 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 15,600 | 0 | 15,600 |

EXHIBIT
tabbies
74

*Marlene M. Vinsanau*
*Assessor St. Bernard Parish*
*Room 105 Courthouse*
*Chalmette, La. 70043*

E 000 000 0 2063 4/04/07 Page 1 AP

ST.B.P. GOVERNMENT
8300 W. JUDGE PEREZ DR.
CHALMETTE, LA 70043

DOVE PARK CHURCH

LOT 86 DANIEL PK. SUB. 50 X 100

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| BETHEL ASSEMBLY OF GOD, | 643 / 95 | 4/16/1998 | DN Donat | | |
| WIGGINTON, MICHAEL, MR | 566 / 339 | 7/08/1994 | L Land | $17000 | |
| * | 165 / 155 | 12/29/1978 | | | |

| Code | Type | Units | A/V | SqFt |
|---|---|---|---|---|
| CL | City Lots | 1.00 | 1,700 | 5000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,700 | 0 | 1,700 |

EXHIBIT
tabbies
75

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

: 000 000 0 2064 4/04/07 Page 1 AP
;T.B.P. GOVERNMENT
;300 W. JUDGE PEREZ
:HALMETTE, LA 70043

*******************
MESSA BUILDING

Location
1357 BAYOU RD.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| LOS ISLENOS HERT. & CUL | 663 / 78 | 6/22/1999 | DN Donat | | |
| BONOMO, JOANN MESSA | 646 / 126 | 6/11/1998 | DN Donat | $25000 | |
| * | 555 / 419 | 2/08/1994 | P Parti | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| RI | Rural Improvements | 1.00 | 2,500 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 2,500 | 0 | 2,500 |

EXHIBIT
tabbies
76

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2065
ST.B.P. GOVERNMENT
8300 W. JUDGE PEREZ
CHALMETTE, LA 70043

4/04/07 Page 1 AP

*****************
ESTOPINAL-SALLES HOUSE

Location

1357 BAYOU RD.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| LOS ISLENOS HERT. & CUL | 663 / 78 | 6/22/1999 | DN Donat | | |
| SALLES, MICHAEL, MR. & | 646 / 123 | 6/11/1998 | DN Donat | $35000 | |
| * | 596 / 451 | 1/03/1996 | | | |
| RESUB | 595 / 257 | 11/30/1995 | | | |
| * | 250 / 532 | 1/01/1984 | | | |

| Code Type | Units | A/V |
|---|---|---|
| RI Rural Improvements | 1.00 | 3,500 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 3,500 | 0 | 3,500 |

EXHIBIT
77

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

: 000 000 0 2066 4/04/07 Page 1 AP
ST.B.P. GOVERNMENT
8201 W. JUDGE PEREZ DR.
CHALMETTE, LA 70043

TRACT OF LAND SITUATED IN OLIVIER PLANT. DES. AS LOT C AND MEAS. AS FOLLOWS: 60 FT. FRT. ON BAYOU RD. BY DEP. OF 402 AND OPP DEP. OF 355 FT. AND A WID. IN REAR OF 128 FT. CONT. 33451 SQ. FT. CONTAINS 7 ACRES.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| LEON, RUTH ROBINSON ETA | 592 / 562 | 10/20/1995 | L Land | $31800 | |
| RESUB. | 563 / 594 | 5/24/1994 | | | |
| LEON, RUTH (ETALS) | 514 / 289 | 3/16/1992 | | | |
| COX, MRS. | 503 / 369 | 7/31/1991 | | $28953 | |
| * | 496 / 267 | 3/18/1991 | C Corre | | |
| * | 496 / 267 | 3/18/1991 | C Corre | | |
| DAVIS, JOSEPH | 496 / 142 | 3/11/1991 | SS Sherr | | |
| FRANKLIN, N. | 496 / 140 | 3/11/1991 | SS Sherr | | |
| RESUB. | 494 / 296 | 1/25/1991 | | | |
| * | 366 / 204 | 0/00/0000 | | | |
| * | 163 / 263 | 0/00/0000 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| SL | Suburban Land | 1.00 | 3,180 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 3,180 | 0 | 3,180 |

EXHIBIT
tabbies
78

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, ...

E 000 000 0 2067 4/04/07 Page 1 AP
ST.B.P. GOVERNMENT
8201 W. JUDGE PEREZ DR.
CHALMETTE, LA 70043

TWEETY BIRD PARK

LOT 'D' BEING PT. OF LOTS 3,4,5 REUNION PLANT. TS13SR13E
THE WHOLE OF LOT 'D' CONTAINS 24 ACRES WITH JUDGE PEREZ GOING RIGHT THROUGH IT. THE LARGER PT. OF LOT 'D' IS ON SIDE OF JUDGE PEREZ WHICH ADJOINS REAR RIVERBEND SUB. IT MEAS. APPROX. 1037' ON JUDGE PEREZ X 695' DEEP; 825' WIDTH IN REAR ALONG DRAINAGE DITCH & REAR END RIVERBEND SUB. THE LARGER PT. LOT 'D' CONTAINS 18.9 ACRES
THE SMALLER PT. OF LOT 'D' IS ON LOWER SIDE JUDGE PEREZ & CONTAINS 4.9 ACRES AND MEAS. 746' ALONG JUDGE PEREZ. IT IS TRIANGULAR SHAPED BEING 478' DEEP & 872' WIDTH IN REAR.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| SIZELER, A. LOUIS, MR. | 651 / 53 | 9/04/1998 | | | |
| SIZELER, A. LOUIS MR. & | 552 / 368 | 12/16/1993 | DN Donat | $200000 | |
| * | 74 / 251 | 9/02/1969 | | $50000 | |

| Code | Type | Units | A/V |
|---|---|---|---|
| SL | Suburban Land | 24.00 | 20,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 20,000 | 0 | 20,000 |

EXHIBIT
tabbles
79

Marlene M. Virsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2068 4/04/07 Page 1 AP

ST.B.P. GOVERNMENT
8201 W. JUDGE PEREZ DR.
CHALMETTE, LA 70043

LOT 313, KARE SUE EXT. #2
- MEAS. 103' ON MAGISTRATE X 44.53' ON PALMISANO X 114.64' TO PT.
BEGIN. TRIANGULAR SHAPED LOT = 2,306 SQ. FT.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| FRED J. SIGUR & SONS, I | 596 / 371 | 12/29/1995 | DN Donat | $14500 | |
| FINAL APPROVAL | 574 / 88 | 10/28/1994 | | | |
| FRED SIGUR & SONS, INC. | 573 / 380 | 10/19/1994 | L Land | $39000 | |
| SIGUR, FRED | 554 / 72 | 1/13/1994 | L Land | $818000 | |
| GORE, KAREN | 530 / 109 | 1/04/1993 | L Land | $51000 | |
| * | 120 / 325 | 11/27/1973 | | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 1,450 | 2306 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,450 | 0 | 1,450 |

EXHIBIT
tabbles
80

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2069 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

*******************
FIRE STATION

LOT 13 & 20 OF LOT 14 SQ. 3 ALLUVIAL CITY

Location
2424 FLORISSANT

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 76 / 498 | 8/25/1960 | | $3000 | |

| Code | Type | Units | A/V | Imp Dat |
|---|---|---|---|---|
| CL | City Lots | 1.00 | 200 | |
| CI | City Improvement | 1.00 | 1,800 | 1996 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 2,000 | 0 | 2,000 |

EXHIBIT
tabbies
81

Marlene M. Vinsonau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2070 4/04/07 Page 1 AP
ST.B.P. GOVERNMENT
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

****************************
WATER TOWER

LOT WT-1 FLORISSANT PLANT.
MEAS. 55' FRT. ON LA HWY. #46 X DEPTH OF 606' X WIDTH IN REAR OF 250' X DEPTH OF 250' X WIDTH OF 190' X DEPTH OF 344' CONT.
83,548 SQ. FT.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| ACOSTA, JAMES J., JR., | 712 / 432 | 2/22/2002 | LI Land | $35000 | |
| RESUB | 695 / 499 | 5/04/2001 | | | |
| ACOSTA, JAMES J., SR. | 603 / 494 | 0/00/0000 | SU Succ | | 76-516 |
| LICATA, VINCENT | 523 / 416 | 9/08/1992 | L Land | $27000 | |
| * | 115 / 471 | 11/02/1972 | | $13500 | |

| Code Type | Units | A/V |
|---|---|---|
| SL Suburban Land | 2.00 | 3,500 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 3,500 | 0 | 3,500 |

EXHIBIT
tabbies
92

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2071 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

COUNCIL OF AGING

BLOCK Y, ST.CLAUDE HGTS.SUB.,320'ON CENTER, SAME WIDTH & DEPON KARL

Location
1818 CENTER

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 82 / 282 | 7/23/1962 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 1.00 | 2,000 |
| CI | City Improvement | 1.00 | 2,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 4,000 | 0 | 4,000 |

EXHIBIT
tabbies
83

Arlene M. Vinsanau
Assessor St. Bernar
Room 105 Courth
Chalmette, La. 70...

E 000 000 0 2072 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

BUCCANEER VILLA PLAYGROUND

4 AC.LAND, BUCC.VILLA NO.,WITHIN SQ.9 & 19, INC.LOTS 619-626;639;644;
631; AND BETWEEN 653 (PLAYGROUND)
LOTS 627,628 SQ. 9; LOTS 629,630,654,655,PARCEL X SQ. 19 BVNSUB.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 114 / 154 | 7/03/1972 | | $77570 | |
| COM Comment | ALSO COB 115/603 | | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| SL | Suburban Land | 4.00 | 8,112 |
| CL | City Lots | 7.00 | 2,400 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 10,512 | 0 | 10,512 |

EXHIBIT
tabbies
84

... M. Vinsanau
Assessor St. Bernard P.
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2074 4/04/07
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

MOSQUITO CONTROL BLDG.

TS13S R12E, SEC.5, LACOSTE PLANT., MEAS.120' FR. X 540.58'

Location 2004 PALMISANO

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 74 / 237 | 8/28/1959 | | $2766 | |
| * | 51 / 510 | 0/00/0000 | | | |

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 2.00 | 1,040 |
| CI City Improvement | 1.00 | 4,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 5,040 | 0 | 5,040 |

EXHIBIT
tabbies
85

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2075 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

*******************
WATER TOWER

LOTS 1, 2 & 3 SQ.21 ALLUVIAL CITY

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 76 / 535 | 8/29/1960 | | $2400 | |

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 3.00 | 312 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 312 | 0 | 312 |

EXHIBIT
tabbies
86

Room 105 Courthouse
La 70043

E 000 000 0 2076
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

4/04/07

Page 1 AP

FIRE STATION

LOT 369A SQ.20 CAROLYN PARK EXT.2 MEAS.75'FR.ON CLAIBORNEX 87'

Location

7639 W. JUDGE PEREZ

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 1.00 | 520 |
| CI City Improvement | 1.00 | 1,060 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,580 | 0 | 1,580 |

EXHIBIT
tabbles
87

Marlene M. Vinsenau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2077 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

PORT. 25' (STRIP EXTENDS FROM ST.BERN.HWY. TO LATERAL CANAL #1)

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 78 / 1 | 2/23/1961 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 1.00 | 416 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 416 | 0 | 416 |

EXHIBIT
tabbies
88

... M. Vinsanau
... St. Bernard Parish
... 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2078 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

1) MAJOR PTN. OLD SQ. 296 VERS.SUB. & NORTHERLY HALF OF FORMER AGRIG. ST. ADJ. OLD SQ. 296. MEAS. 309.52' X 24.51' X 261' X 302.27' X 298' COMM. AT THE INTER. OF THE W. LINE OF PARIS RD. & THE SE COR. OF OLD SQ. 295 & ACROSS FORMER MONTESQUIEU ST. TO THE SE COR.OLD.SQ296.
2) PTN. GRD.FORMS WHOLE OF OLD SQ. 271 & ONE HALF OF FORMER AGRIG.ST ADJ. OLD SQ. 271 ON THE N. SIDE. COMM. AT THE INTER. OF THE W. LINE OF PARIS RD. & THE SE CORNER OF OLD SQ. 295 MEAS. 309.52' X 24.51' X 300' X 362.88' X 300

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 94 / 625 | 0/00/0000 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 1.00 | 1,040 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,040 | 0 | 1,040 |

EXHIBIT
89
tabbies

Assessor St. Bernard Parish
Room 165 Courthouse
Chalmette, La. 70043

E 000 000 0 2079 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

*******************
FIRE STATION

TRACT Z-1-B CYPRESS GARDEN SUB.#2

Location
4119 E. JUDGE PEREZ

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 123 / 229 | 8/09/1974 | | $33422 | |

| Code | Type | Units | A/V |
|---|---|---|---|
| SL | Suburban Land | 1.00 | 2,163 |
| CI | City Improvement | 1.00 | 1,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 3,163 | 0 | 3,163 |

EXHIBIT
tabbies
90

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2080 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOTS 110,111,112,113,114,115 LA PETITE MANOR SUB

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 102 / 275 | 0/00/0000 | | | |

COM Comment PLAYGROUND - CORNER MARIETTA & JOSEPHINE

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 6.00 | 6,240 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 6,240 | 0 | 6,240 |

EXHIBIT
tabbies
91

Marlene H. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

90833

ACT OF DEPOSIT AND DEDICATION OF PLAYGROUND

BY: SECURITY HOMES, INC.

UNITED STATES OF AMERICA

STATE OF LOUISIANA

PARISH OF ORLEANS

BE IT KNOWN, that on this 15th day of NOVEMBER, in the year of Our Lord One Thousand Nine Hundred and Sixty-Eight, and of the Independence of the United States of America, the One Hundred Ninety-Third;

BEFORE ME, Sidney F. Rothschild, a Notary Public, duly commissioned and qualified, in and for the Parish of Orleans, State of Louisiana, therein residing, and in the presence of the witnesses hereinafter named and undersigned:

PERSONALLY CAME AND APPEARED:

> SECURITY HOMES, INC., a corporation organized and existing under the laws of the State of Louisiana, herein appearing by and through its President, Louis Guareasko, duly authorized to act herein;

who exhibited to me, Notary, four certain instruments as hereinafter described:

> (1) A resolution of the Police Jury of the Parish of St. Bernard, dated September 10, 1968, authorizing final approval of a portion of La Petite Manors Subdivision.
>
> (2) A plan of subdivision of Eugene I. Estopinal, C.E., originally dated June 20, 1964, revised July 28, 1966, revised May 20, 1968 and revised September 10, 1968, being a plan of La Petite Manors Subdivision.
>
> (3) An ordinance of the St. Bernard Parish Police Jury dated September 10, 1968 revoking the dedication of Lots 12, 13, 14 and 15 and Lots 11 and 16 of La Petite Manors Subdivision as a playground area.
>
> (4) An ordinance of the St. Bernard Parish Police Jury dated September 10, 1968 approving the proposed dedication of Lots 110, 111, 112 and 113 of La Petite Manors Subdivision as a playground area and the option to purchase Lots 114 and 115 of La Petite Manors Subdivision for a playground area.

EXHIBIT 92 (1 of 8)

And the said appearer requested me, Notary, to deposit the said instruments as part of a notarial act to be filed in the conveyance records of the

Recorded in C. O. B. 102 Folio 275
Parish of St. Bernard on the 19 day
of November 1968
Sidney D. Torres
Clerk of Court and Recorder
Filed Same Day

Police Jury

# St. Bernard Parish

St. Bernard Courthouse Annex
CHALMETTE, LOUISIANA

90209

ST. BERNARD PARISH POLICE JURY — CHALMETTE, LOUISIANA


OFFICERS:

Valentine Riess, President

Joseph V. Papania, Vice-President

Raymond M. McDougall, Secretary-Treasurer

MEMBERS:

Henry C. Schindler, Jr., First Ward, 946 Mehle Avenue, Arabi

Roy H. Gonzales, Second Ward, 117 Norton Avenue, Arabi

Joseph V. Papania, Second Ward, 7000 Royal Street, Arabi

Peter Perniciaro, Second Ward, 56 Carolyn Court, Arabi

John A. Metzler, Third Ward, 2800 Ivy Place, Chalmette

Louis P. Munster, Third Ward, 2116 Paris Road, Chalmette

Valentine Riess, Third Ward, 2430 Paris Road, Chalmette

Claude S. Mumphrey, Fourth Ward, 2012 Mumphrey Road, Chalmette

Celestine Melerine, Fifth Ward, Route 1, Box 219 N, Meraux

Edward L. Jeanfreau, Sixth Ward, Box 278, St. Bernard P. O.

Mrs. Blanche Molero, Seventh Ward, Box 626, St. Bernard P. O.


271-0421

EXTRACT OF THE OFFICIAL PROCEEDINGS OF THE POLICE JURY OF THE PARISH OF ST. BERNARD, STATE OF LOUISIANA, TAKEN AT THE REGULAR MEETING HELD IN THE POLICE JURY ROOM OF THE COURTHOUSE ANNEX, AT CHALMETTE, LOUISIANA, ON TUESDAY, SEPTEMBER 10, 1968, AT ELEVEN (11:00) O'CLOCK A.M.

Upon recommendation by the Parish Engineer, Mr. Thomas F. Reed, and on motion of Mr. Munster, seconded by Mr. Cusimano, and unanimously carried, the following resolution was adopted:

RESOLUTION

BE IT RESOLVED, that the St. Bernard Parish Police Jury, the governing authority of the Parish of St. Bernard, State of Louisiana, does hereby give the FINAL ACCEPTANCE of LAPETITE MANORS SUBDIVISION, Marietta Street from Ellen Drive to the Drainage Canal, St. Bernard Parish, Louisiana.

BE IT FURTHER RESOLVED, that the St. Bernard Parish Police Jury hereby accepts for the Parish of St. Bernard, perpetual maintenance of LaPETITE MANORS SUBDIVISION, Marietta Street from Ellen Drive to the Drainage Canal, St. Bernard Parish, Louisiana.

Owner of the above is Louis Guerasko, Security Lumber Company.

This resolution having been submitted to a vote, the vote thereon resulted as follows:

YEAS: Messrs. Perniciaro, Gonzales, Metzler, Munster, Cusimano, Melerine, Bergeron and Molero.

NAYS: None

ABSENT: Messrs. Schindler and Mumphrey.

And the resolution was declared adopted on the 10th day of September, 1968.

R. M. McDougall
R. M. MC DOUGALL
SECRETARY-TREASURER
ST. BERNARD PARISH
POLICE JURY

Joseph V. Papania
[illegible]
PRESIDENT
ST. BERNARD PARISH
POLICE JURY

CERTIFICATE

I CERTIFY THAT the above is a true and correct copy of a resolution adopted by the St. Bernard Parish Police Jury, at the Regular Meeting held at Chalmette, Louisiana, in the Police Jury Room of the Courthouse Annex, on the 10th day of September, 1968.

Witness my hand and the seal of the St. Bernard Parish Police Jury this 12th day of September, 1968.

R. M. McDougall
R. M. MC DOUGALL
SECRETARY-TREASURER

"NE VARIETUR" In conformity with an Act of passed before me this day, New Orleans, La., NOV 1 5 1968
Notary Public

EXHIBIT
92
(2/8)

Police Jury
# St. Bernard Parish
St. Bernard Courthouse Annex
CHALMETTE, LOUISIANA

271-0421

OFFICERS:
Joseph V. Papania, President
Henry C. Schindler, Jr., Vice-President
Valentine Riess, Parish Manager
Raymond M. McDougall, Secretary-Treasurer

MEMBERS:
Henry C. Schindler, Jr., First Ward, 946 Mehle Avenue, Arabi
Roy H. Gonzales, Second Ward, 117 Norton Avenue, Arabi
Joseph V. Papania, Second Ward, 7000 Royal Street, Arabi
Peter Perniciaro, Second Ward, 56 Carolyn Court, Arabi
Nunzio S. Cusimano, Third Ward, 2005 Marietta St., Chalmette
John A. Metzler, Third Ward, 2800 Ivy Place, Chalmette
Louis P. Munster, Third Ward, 2116 Paris Road, Chalmette
Claude S. Mumphrey, Fourth Ward, 2012 Mumphrey Road, Chalmette
Celestine Melerine, Fifth Ward, Route 1, Box 219 N, Meraux
Roland J. Bergeron, Jr., Sixth Ward, Box 38, St. Bernard P. O.
Walter S. Molero, Seventh Ward, Box 626, St. Bernard P. O.

EXTRACT OF THE OFFICIAL PROCEEDINGS OF THE POLICE JURY OF THE PARISH OF ST. BERNARD, STATE OF LOUISIANA, TAKEN AT THE REGULAR MEETING HELD IN THE POLICE JURY ROOM OF THE COURTHOUSE ANNEX, AT CHALMETTE, LOUISIANA, ON TUESDAY, SEPTEMBER 10, 1968 AT ELEVEN (11:00) O'CLOCK A.M.

Upon recommendation of the Parish Engineer, Mr. Thomas P. Reed, and on motion of Mr. Munster, seconded By Mr. Cusimano, and unanimously carried, the following ordinance was adopted:

O R D I N A N C E

LA PETITE MANORS - PLAYGROUND ORDINANCE

BE IT ORDAINED, that the St. Bernard Parish Police Jury, the governing authority of the Parish of St. Bernard, State of Louisiana, does hereby give approval to the proposed dedication of a playground area in LA PETITE MANORS SUBDIVISION, being the proposed dedication of Lots 110, 111, 112 and 113 and the additional option to the Police Jury of the Parish of St. Bernard to purchase Lots 114 and 115 of La Petite Manors Subdivision for additional playground area, said purchase option to be effective for two years from the date of Police Jury final approval of that portion of this subdivision wherein said lots are located and to be at a price of the front foot commitment valuation by the Federal Housing Administration at the time of such purchase, said dedication of lots being in accordance with the plan of subdivision by Eugene I. Estopinal, C. E., dated June 20, 1964, revised July 28, 1966.

BE IT FURTHER ORDAINED, that the President of the St. Bernard Parish Police Jury is hereby authorized and empowered to execute and sign any and all documents and acts which may be necessary to effect the foregoing.

Owner of the above property is Security Homes, Inc., represented by Mr. Louis Cureasko, its President.

The above Ordinance having been submitted to a vote, the vote thereon resulted as follows:

YEAS: Messrs: Perniciaro, Gonzales, Metzler, Munster, Cusimano, Melerine, Bergeron and Molero.

NAYS: none

ABSENT: Messrs: Schindler and Mumphrey

And the Ordinance was declared adopted on the 10th day of September, 1968.

R. M. McDougall
R. M. MC DOUGALL
SECRETARY-TREASURER
ST. BERNARD PARISH POLICE JURY

Joseph V. Papania
JOSEPH V. PAPANIA
PRESIDENT
ST. BERNARD PARISH POLICE JURY

Notary Public

Recorded in C. O. B. 102 Folio 18
Parish of St. Bernard on the 18 day
of September 1968
Clerk of Court and Recorder
Filed Same Day

EXHIBIT
92
(348)

Police Jury

# St. Bernard Parish

St. Bernard Courthouse Annex
CHALMETTE, LOUISIANA

271-0421

OFFICERS:
Joseph V. Papania, President
Henry C. Schindler, Jr., Vice-President
Valentine Riess, Parish Manager
Raymond M. McDougall, Secretary-Treasurer

MEMBERS:
Henry C. Schindler, Jr., First Ward, 946 Mehle Avenue, Arabi
Roy H. Gonzales, Second Ward, 117 Norton Avenue, Arabi
Joseph V. Papania, Second Ward, 7000 Royal Street, Arabi
Peter Perniciaro, Second Ward, 56 Carolyn Court, Arabi
Nunzio S. Cusimano, Third Ward, 2005 Marietta St., Chalmette
John A. Metzler, Third Ward, 2800 Ivy Place, Chalmette
Louis P. Munster, Third Ward, 2116 Paris Road, Chalmette
Claude S. Mumphrey, Fourth Ward, 2012 Mumphrey Road, Chalmette
Celestine Melerine, Fifth Ward, Route 1, Box 219 N, Meraux
Roland J. Bergeron, Jr., Sixth Ward, Box 38, St. Bernard P. O.
Walter S. Molero, Seventh Ward, Box 626, St. Bernard P. O.

PAGE 2

ORDINANCE ADOPTED 9/10/68
LA PETITE MANORS - PLAYGROUND ORDINANCE

## CERTIFICATE

I CERTIFY THAT the above is a true and correct copy of an ordinance adopted by the St. Bernard Parish Police Jury at a Regular meeting held at Chalmette, Louisiana, in the Police Jury Room on the 10th day of September, 1968.

Witness my hand and the Seal of the St. Bernard Parish Police Jury this 17th day of September, 1968.

R. M. McDougall

R. M. MC DOUGALL
SECRETARY-TREASURER

In conformity with an Act of ... passed before me this ... day ... Notary Public

EXHIBIT 92 (4-08)

act # 40...

Police Jury

# St. Bernard Parish

St. Bernard Courthouse Annex
CHALMETTE, LOUISIANA

OFFICERS:
Valentine Riess, President
Joseph V. Papania, Vice-President
Raymond M. McDougall, Secretary-Treasurer

MEMBERS:
Henry C. Schindler, Jr., First Ward, 946 Mehle Avenue, Arabi
Roy H. Gonzales, Second Ward, 117 Norton Avenue, Arabi
Joseph V. Papania, Second Ward, 7000 Royal Street, Arabi
Peter Perniciaro, Second Ward, 56 Carolyn Court, Arabi
John A. Metzler, Third Ward, 2800 Ivy Place, Chalmette
Louis P. Munster, Third Ward, 2116 Paris Road, Chalmette
Valentine Riess, Third Ward, 2430 Paris Road, Chalmette
Claude S. Mumphrey, Fourth Ward, 2012 Mumphrey Road, Chalmette
Celestine Melerine, Fifth Ward, Route 1, Box 219 N, Meraux
Edward L. Jeanfreau, Sixth Ward, Box 278, St. Bernard P. O.
Mrs. Blanche Molero, Seventh Ward, Box 626, St. Bernard P. O.

EXTRACT OF THE OFFICIAL PROCEEDINGS OF THE POLICE JURY OF THE PARISH OF ST. BERNARD, STATE OF LOUISIANA, TAKEN AT THE REGULAR MEETING HELD IN THE POLICE JURY ROOM OF THE COURTHOUSE ANNEX, AT CHALMETTE, LOUISIANA, ON TUESDAY, SEPTEMBER 10, 1968, AT ELEVEN (11:00) O'CLOCK A. M. 271-0421

Upon recommendation of the Parish Engineer, Mr. Thomas P. Reed, and on motion of Mr. Munster, seconded by Mr. Cusimano, and unanimously carried, the following Ordinance was adopted:

## ORDINANCE

LA PETITE MANORS - PLAYGROUND ORDINANCE

BE IT ORDAINED, that the St. Bernard Parish Police Jury, the governing authority of the Parish of St. Bernard, State of Louisiana, does hereby revoke and set aside the dedication of that certain playground area in LA PETITE MANORS SUBDIVISION under which Lots 12, 13, 14, 15 and 16 were dedicated as a playground and Lots 11 and 16 were reserved for purchase by the Police Jury of the Parish of St. Bernard, as per plan of subdivision by Eugene I. Estopinal, C.E., dated June 20, 1964, as revised July 25, 1966, the revocation applying to all above designated lots, this revocation being made in view of the fact that the playground is no longer needed for public purposes and use in the aforesaid location.

BE IT FURTHER ORDAINED, that the President of the St. Bernard Parish Police Jury is hereby authorized and empowered to execute and sign any and all documents and acts which may be necessary to effect the foregoing.

The owner at the time of dedication and the current owner of the above property is Security Homes, Inc., represented by Mr. Louis Gureasko, its President.

The above Ordinance having been submitted to a vote, the vote thereon resulted as follows:

YEAS: Messrs. Perniciaro, Gonzales, Metzler, Munster, Cusimano, Melerine, Be... and Molero.

NAYS: None

ABSENT: Messrs. Schindler and Mumphre...

And the Ordinance was declared adopted on the 10th day of September, 1968.

EXHIBIT 92 (5 of 8)

R. M. McDougall
R. M. MC DOUGALL
SECRETARY-TREASURER
ST.BERNARD PARISH POLICE JURY

Joseph V. Papania
JOSEPH V. PAPANIA
PRESIDENT
ST.BERNARD PARISH POLICE JURY

Recorded in C.O.B. 102, Folio 19, Parish of St. Bernard on the 18th day of September, 1968
By: Sidney D. Torres
Clerk of Court and Recorder
Filed Same Day

900½

Police Jury

# St. Bernard Parish

St. Bernard Courthouse Annex
CHALMETTE, LOUISIANA

PAGE 2

271-0421

OFFICERS:
Valentine Riess, President
Joseph V. Papania, Vice-President
Raymond M. McDougall, Secretary-Treasurer

MEMBERS:
Henry C. Schindler, Jr., First Ward, 946 Mehle Avenue, Arabi
Roy H. Gonzales, Second Ward, 117 Norton Avenue, Arabi
Joseph V. Papania, Second Ward, 7000 Royal Street, Arabi
Peter Perniciaro, Second Ward, 56 Carolyn Court, Arabi
John A. Metzler, Third Ward, 2800 Ivy Place, Chalmette
Louis P. Munster, Third Ward, 2116 Paris Road, Chalmette
Valentine Riess, Third Ward, 2430 Paris Road, Chalmette
Claude S. Mumphrey, Fourth Ward, 2012 Mumphrey Road, Chalmette
Celestine Melerine, Fifth Ward, Route 1, Box 219 N, Meraux
Edward L. Jeanfreau, Sixth Ward, Box 278, St. Bernard P. O.
Mrs. Blanche Molero, Seventh Ward, Box 626, St. Bernard P. O.

**ORDINANCE ADOPTED 9/10/68**
**LA PETITE MANORS - PLAYGROUND ORDINANCE (CONTINUED)**

## CERTIFICATE

I CERTIFY THAT the above is a true and correct copy of an Ordinance adopted by the St. Bernard Parish Police Jury, at the Regular Meeting held at Chalmette, Louisiana, in the Police Jury Room on the 10th day of September, 1968.

Witness my hand and the seal of the St. Bernard Parish Police Jury this 17th day of September, 1968.

R. M. McDougall
R. M. MC DOUGALL
SECRETARY-TREASURER

In conformity with ... Act ... before me this ... day ... Notary Public

EXHIBIT
92
(608)

Parish of St. Bernard and in my notarial archives for safe keeping.

Wherefore I, Notary, in conformity with the said request, have annexed the said instruments to this act after having paraphed each page of the same "Ne Varietur" for identification herewith, to the end that the said instruments shall constitute with this act, a portion of the conveyance records of the Parish of St. Bernard and of my notarial records to serve as the occasion may require.

And the said appearer does further declare that in view of the aforesaid ordinance of the Police Jury of the Parish of St. Bernard dated September 10, 1968 approving the dedication of Lots 110, 111, 112 and 113 of La Petite Manors Subdivision that the said Security Homes, Inc. through its undersigned President does accordingly by these presents transfer, assign, set over, grant and dedicate to and in favor of the Parish of St. Bernard, and the inhabitants thereof, represented by the President of the St. Bernard Parish Police Jury the property described in the said ordinance, which property is further described as follows:

> FOUR CERTAIN LOTS OF GROUND, etc., situated in the Parish of St. Bernard, State of Louisiana, in that part thereof designated as La Petite Manors Subdivision, in accordance with a plan of Eugene I. Estopinal, dated June 20, 1964, as revised, according to which said lots are designated as:
>
> Lot No. 110
> Lot No. 111
> Lot No. 112 and
> Lot No. 113.

AND NOW TO THESE PRESENTS, personally came and appeared Joseph V. Papania, the President of the St. Bernard Parish Police Jury here present to accept the dedication of the aforesaid lots as a playground area in accordance with the ordinance of the St. Bernard Parish Police Jury dated September 10, 1968.

THUS DONE AND PASSED, in duplicate original, in my office in the City of New Orleans, on the day, month and year hereinabove first written, in the presence of the undersigned competent witnesses, who hereunto sign their

EXHIBIT 92 (7 of 8)

names with the said appearers and me, Notary, after due reading of the whole.

WITNESSES:

Leon A. Prade

Verna Z. Pezold

SECURITY HOMES, INC.

BY: Louis Gureasko, President

ST. BERNARD PARISH POLICE JURY

BY: Joseph V. Papania, President

SIDNEY F. ROTHSCHILD, NOTARY PUBLIC

EXHIBIT 92 (808)

E 000 000 0 2081 4/04/07 Page 1 AP

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

*****************
FIRE STATION

LOT 11 SQ.H JAMES PLACE SUB CORNER (SOUTH-SIDE) OF JUDGE PEREZ &
JACOB MEAS. 122' JUDGE PEREZ X 113 JACOB

Location 2400 E. JUDGE PEREZ

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 92 / 605 | 10/28/1965 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 1.00 | 2,000 |
| CI | City Improvement | 1.00 | 6,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 8,000 | 0 | 8,000 |

EXHIBIT
tabbies
93

Leslie M. Vinsanau
St. Bernard Parish
Courthouse
Chalmette, La. 70043

E 000 000 0 2082 4/04/07
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

E. J. GORE PUMPING STATION

A CERT. PARCEL OF GROUND LOCATED IN SECS.11 & 15 TS13SR13E, LOCATED IN ST. HELENA MERIDIAN, SEBASTOPOOL AND REUNION PLANTATIONS

Location 7701 E. JUDGE PEREZ

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 240 / 459 | 3/23/1984 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| SL | Suburban Land | 2.00 | 1,040 |
| RI | Rural Improvements | 1.00 | 75,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 76,040 | 0 | 76,040 |

EXHIBIT
tabbles
94

Louis A. Vinsanau
Assessor St. Bernard Parish
Room 203 Courthouse
Chalmette, La. 70043

E 000 000 0 2083 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

COURTHOUSE
OLD FIRE STATION (D.V.M.)
**********

1) SQUARE LAND DES.AS SQ.2 JACKSON TERRACE SUB. MEAS. 23'FRON
ST. BERNARD HWY. X 475.22' ON PACKENHAM DR. X 472.14' ON JACKSON
BLVD. X 230' ON CALVO ST.
2). 13 LOTS IN SQ.3 JACKSON TERRACE

Location
1101 W. ST. BERNARD HWY.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 81 / 615 | 6/18/1962 | | | |

COM Comment ABANDONED FIRE STATION ON CORNER MOREAU &

| Code Type | Units | A/V |
|---|---|---|
| SL Suburban Land | 2.00 | 15,600 |
| RI Rural Improvements | 1.00 | 318,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 333,600 | 0 | 333,600 |

EXHIBIT
tabbies
95

Arthur M. Vinsonau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2084 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

PTN. GROUND MEAS. 40' X 350' CUTTING THROUGH CENTER OF LOTS 43C,44C,45C,46C & 47C FERNANDEZ SUB. FOR PROPOSED CANAL & LEVEE

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 240 / 428 | 3/23/1984 | | | |

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 5.00 | 1,456 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,456 | 0 | 1,456 |

EXHIBIT
tabbies
96

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2085 4/04/07 Page 1 AP

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

ISLENOS MUSEUM
JEAN LAFITTE NATIONAL PARK

TRACT MEAS. 1/2 ARPT. (96' ON LEFT SIDE BTAB X DEPTH 293')

Location

1357 BAYOU RD.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 192 / 472 | 12/30/1980 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| SL | Suburban Land | 1.00 | 2,000 |
| RI | Rural Improvements | 1.00 | 3,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 5,000 | 0 | 5,000 |

EXHIBIT
tabbies
97

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

4/04/07 Page 1 AP

E 000 000 0 2086
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

FIRE STATION #1

LOT 4-B SEC 52 TS12S, R12E MEAS. 150' AYCOCK X 150'
COMMENCING 913' FROM CORNER PAMELA PL. SO. & AYCOCK

Location 1500 AYCOCK

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 508 / 149 | 10/25/1991 | C Corre | | |
| UNITED GAS PIPELINE CO | 503 / 102 | 7/22/1991 | | | |
| RESUB | 500 / 59 | 5/30/1991 | | | |
| SECURITY REALTY CO. | 54 / 1 | 6/28/1950 | | | |

| Code Type | Units | A/V |
|---|---|---|
| SL Suburban Land | 1.00 | 4,000 |
| RI Rural Improvements | 1.00 | 29,955 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 33,955 | 0 | 33,955 |

EXHIBIT
tabbies
98

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2087 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

COMMUNITY CENTER

LOTS 1,2,3,4,5,24,25,26,27,28,29,30 ENCL.BY LETTERS A,B,C,D,E, SQ.1
ALLUVIAL CITY (ORIG. SITE OF OLD SEBASTIAN ROY SCHOOL IN YCLOSKEY)

Location

2204 FLORISSANT
2208 FLORISSANT

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 143 / 30 | 8/16/1977 | | | |
| XRF Cross ref-see | E00000002420 | | ST.B.P. SCHOOL BD. | | |

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 12.00 | 3,120 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 3,120 | 0 | 3,120 |

EXHIBIT
tabbies
99

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2088 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

DELACROIX COASTAL COMPLEX
OLD DELACROIX SCHOOL

99,100,101,102,103 SEC.37 TS15SR14E FERNANDEZ SUB.

Location
5545 DELACROIX

| Vendors | C O B | Date | Sale Type | Price | Succession |
| --- | --- | --- | --- | --- | --- |
| ST. BERNARD SCHOOL BOAR | 143 / 30 | 8/16/1977 | | | |

| Code Type | Units | A/V |
| --- | --- | --- |
| CL City Lots | 1.00 | 312 |
| CI City Improvement | 1.00 | 37,950 |

| Total A/V | H/S Exemp | Taxable= |
| --- | --- | --- |
| 38,262 | 0 | 38,262 |

EXHIBIT
tabbles
100

Marlene A. Vinsonau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2089 4/04/07 Page 1 AP

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

DUCROS MUSEUM AND LIBRARY

A CERTAIN TRACT OF LAND IN SEC. 19 TS13SR13E SITUATED ON THE LEFT DESCENDING BANK OF BAYOU TERRE AUX BOEUFS AND MEAS. APP. 130 FT. FRT. ON ST. BERNARD HWY. BY A DEP. OF APP. 800 FT. CONTAINS 2 1/2 ACRES

Location

1345 BAYOU RD.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| TENNANT, ROSA DUCROS | 124 / 128 | 11/06/1994 | L Land | $10000 | |
| TENNANT, ROSE DUCROS | 109 / 520 | 6/16/1971 | | | |
| | 109 / 520 | 6/16/1971 | DN Donat | $40000 | |

| Code Type | Units | A/V |
|---|---|---|
| SL Suburban Land | 2.00 | 3,000 |
| RI Rural Improvements | 1.00 | 2,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 5,000 | 0 | 5,000 |

EXHIBIT
101

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

: 000 000 0 2090 4/04/07
ST.B.P. POLICE JURY
3201 W. JUDGE PEREZ
CHALMETTE, LA 70043

TENNIS COURT

LOT 157 ANGELIQUE ESTATES..........50X104=5200

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 274 / 190 | 3/21/1985 | | | |

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 1.00 | 1,326 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,326 | 0 | 1,326 |

EXHIBIT
tabbies
102

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2091 4/04/07 Page 1 AP

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

FIRE STATION #10
TOWER - RADIOFONE, INC.
SHERIFF SUBSTATION

TRACT OF LAND IN OLIVIER PLANT. NOW RESUB. AND DES. AS LOT A. SAID LOT MEAS. 135' ON ST. BERNARD HWY, SAME WIDTH IN REAR AND DEP ON BOTH SIDES OF 135' = 18082 SQ. FT.

Location

3901 BAYOU RD.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| LEON, RUTH | 541 / 237 | 6/25/1993 | EX Excha | | |
| LEON, RUTH | 496 / 270 | 3/18/1991 | L Land | $20000 | |

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 1.00 | 2,000 |
| CI City Improvement | 1.00 | 29,205 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 31,205 | 0 | 31,205 |

EXHIBIT
tabbies
103

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2100 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

FIREHOUSE DISTRICT #2
VIOLET FIRE STATION
FIRE STATION (VIOLET - ABANDONED)

CERTAIN PORT.GR.MEAS.50'FR.ON W SIDE OF RT-OF-WAY OF LA.SOU R/R X DEP
OF 165' (PROTECTION FIRE DIST.#2)
*** ABANDONED FIRE STATION BY THE VIOLET CANAL ***

Location
*

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 57 / 100 | 0/00/0000 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 1.00 | 520 |
| CI | City Improvement | 1.00 | 200 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 720 | 0 | 720 |

EXHIBIT
tabbies
104

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2110 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

POLICE JURY COMPLEX
PARK CHENIER (PART)
SENIOR CENTER

PLOTS M & N-1 & PLOTS M & N-1-A TS12SR12E; TOGETHER ALL 4 PLOTS
FORM CORNER W.JUDGE PEREZ & DR.MERAUX BLVD. DEPTH TO PATRICIA
COMBINED MEAS.563.49'JUD.PEREZ X 1423.98'DR.MER.BLVD.X 508' PATRICIA

Location
8201 W. JUDGE PEREZ
8201-A W. JUDGE PEREZ

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 126 / 479 | 0/00/0000 | | | |
| * | 123 / 329 | 0/00/0000 | | | |

| Code Type | Units | A/V | SqFt | Imp Dat | Property ID |
|---|---|---|---|---|---|
| SL Suburban Land | 18.00 | 180,000 | | | |
| RI Rural Improvements | 1.00 | 300,000 | 10000 | 1997 | SENIOR CENTER |
| RI Rural Improvements | 1.00 | 90,000 | | | |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 570,000 | 0 | 570,000 |

EXHIBIT
tabbies
105

Merline M. Vinsanau
Assessor St. Bernard Parish
Room 105 Court House
Chalmette, La. 70043

FOR SALE BY HANSELL-PETETIN, 123 CARONDELET ST., N. O. — 523-3838 — 522-6494

CASH SALE

No.________

________19____

# Sale of Property

BY

MERAUX AND NUNEZ, INC.

TO

ST. BERNARD PARISH POLICE JURY

128 756

# United States of America

State of LOUISIANA

Parish or County of ST. BERNARD

**Be it Known,** That on this 27th day of the Month of AUGUST in the year of our Lord one thousand nine hundred and SEVENTY-FOUR

BEFORE ME, DAVID S. GORBATY

a Notary Public, duly commissioned and qualified, in and for the City of ________ and the Parish (or County of) ST. BERNARD therein residing, and in the presence of the witnesses hereinafter named and undersigned,

## Personally Came and Appeared:

MERAUX AND NUNEZ, INCORPORATED, a Louisiana corporation domiciled in the City of New Orleans, created by act before Robert Legier, Notary Public, on August 10, 1926, herein appearing through Irma F. Ziegan, Executive Vice-President, its duly authorized agent as per resolution attached hereto and made a part hereof.

Recorded in C. O. B. 123 Folio 328
Parish of St. Bernard on the 27 day
of August 74
[signature]
Clerk of Court and Recorder
Filed Same Day

Who declare that it does by these presents grant, bargain, sell, convey, transfer, assign, set over, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which it has or may have against all preceding owners and vendors, unto

ST. BERNARD PARISH POLICE JURY, a political entity existing under the Louisiana State Constitution, herein appearing through Henry C. Schindler, Jr., President, its duly authorized agent as per resolution attached hereto and made a part hereof.

EXHIBIT
106
(1 of 11)

here present accepting, and purchasing for itself/ its heirs and assigns,

and acknowledging due delivery and possesion thereof, all and singular the following described property to-wit:

THAT CERTAIN TRACT OR PARCEL OF LAND, together with all the buildings and improvements thereon, and all of the rights way, privileges, servitudes, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in Township 12, South Range 12 East, and Township 13 South, Range 12 East, Southeast Land District of Louisiana, East of the Mississippi River, forming a portion of the Meraux & Nunez, Inc. property, and, according to a survey of Eugene I. Estopinal, C. E. dated July 24, 1974, copy of which is annexed hereto for reference, the said tract or parcel of land is designated as "PLOT M & N-1" and according thereto, the said tract or parcel of land is described as follows:

"PLOT M & N-1", in that area bounded by West Judge Perez Drive, Jean Lafitte Parkway, Patricia Street, and the remainder of the Meraux & Nunez, Inc. property, and the said "Plot M & N-1" commences at a distance of 555.04 feet from the intersection of Jean Lafitte Parkway and West Judge Perez Drive, and measures thence in a Westerly direction 563.49 feet front on West Judge Perez Drive, same in width in the rear, by a depth of 250 feet between equal and parallel lines.

Being a portion of the same property acquired by Meraux & Nunez, Inc., act before Robert Legier, Notary Public dated August 10, 1926, as a portion of Parcels 4, 5, 6 and 7, registered in COB 34, folio 486, Parish of St. Bernard, Louisiana.

EXHIBIT
tabbies
106
(2 of 11)

To have and to hold the above described property unto the said purchaser its heirs and assigns forever.

JOHN F. "JACK" ROWLEY
Sheriff and Ex-Officio Tax Collector
PARISH OF ST. BERNARD
CHALMETTE, LA.

August 20, 1974

This is to certify that all taxes due and exigible, for the years 19 71 thru 19 73 have been paid on property assessed in the name of Meraux and Nunez, Inc. on the Rolls of the Parish of St. Bernard, Viz:

The lower pt. of Lot 26 meas. in depth 225 Ft. from St. Bernard Hwy. The East Boundary of which is the dividing line between Lots 26 & 27, All the swamp lands lying northof Lots 10 to 22 Incl.

JOHN F. ROWLEY
Sheriff and Ex-Officio Tax Collector

By Ralph J. M[illegible] Clerk and Deputy

EXHIBIT
106
(3 of 11)

That certain tract or parcel of land, together with all the rights, buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana in Township 12 South, Range 12 East, and Township 13 South, Range 12 East, Southeast Land District of Louisiana, East of the Mississippi River, forming a portion of the Meraux & Nunez, Inc., property and according to a survey of Eugene I. Estopinal, C. E., dated July 24, 1974, copy of which is annexed hereto,anthe said tract or parcel of land is designated as "PLOT M & N-1" and according thereto, the said tract of parcel of land is described as follows:

PLOT M & N-1 in the area bounded by West Judge Perez Drive Jean Lafitte Parkway, Patricia Street and the remainder of the Meraux & Nunez, Inc., property, and the said Plot M & N-1 commences at a distance of 555.04 feet from the intersection of Jean Lafitte Parkway and West Judge Perez Drive and measures thence in a Westerly direction 563.49 feet front on West Judge Perez Drive, same in width in the rear, by a depth of 250 feet between equal and parallel lines.

Being the same portion of property which was acquired by Meraux & Nunez, Inc., by act before Robert Legier, Notary Public, dated August 10, 1926, as a portion of parcels 4, 5, 6 and 7, registered at COB 34, folio 486, Parish of St. Bernard.

**FROM THE TIME OF ACQUISITION TO DATE HEREOF, EXCEPT:**

Lease by Meraux & Nunez, Inc. to Menefee Airways, Inc., dated March 21, 1928, registered in C.O.B. 36 folio 352.

Act of Correction by & Between Louis A. Meraux, Albert Sidney Nunez to Meraux & Nunez, Kinc., dated March 6, 1931, act before Gladys L. Ziegan, N.P., registered in C.O.B. 37 folio 360.

Lease by Meraux & Nunez, Inc. to Military Department of the State of Louisiana, registered on Dec. 3, 1937, in C.O.B. 42 folio 499.

Cancellation of Lease by & Between Meraux & Nunez,Inc. to Department of Military Affairs of Louisiana, dated March 8, 1941, registered in C.O.B. 46 folio 197 on March 10, 1941. (Lease reg. COB 42 fo 499)

Act of Correction by Estate of Dr. Louis A. Meraux to Meraux & Nunez, Inc., dated May 18, 1942, act before Granville Alpha, N.P., registered in C.O.B. 49 folio 80 on May 22, 1944.

Lis Pendens Notification by Meraux & Nunez, Inc. versus Edward R. Bradley, No. 2920, 25th Judicial District Court dated August 8, 1945, registered in C.O.B. 49 folio 499 on August 8, 1945.

Judgment in favor of Meraux & Nunez, Inc. and against Edward S. Bradley, dated Jan. 4, 1946, reg. in C.O.B. 50 folio 170.

Resolution of St. Bernard Parish Police Jury authorizing acquistion of Plot M&N-1 of Meraux & Nunez, Inc. datdd August 6, 1974, registered in C.O.B. 123 folio 260 on August 15, 1974.

EXHIBIT
tabbles
106
(4 of 11)

Clerks's Office
Parish of St. Bernard
August 16, 1974.

Lena R. Lopez
DY. CLERK & RECORDER

EXCEPT: Cash Sale by Meraux & Nunez, Inc.
to St. Bernard Parish Police Jury act
before David S. Gorbaty N. P. dated

271-8461

State of Louisiana
PARISH OF ST. BERNARD

OFFICE OF CLERK OF COURT, EX-OFFICIO RECORDER OF MORTGAGES, ETC.

IN AND FOR THE PARISH OF ST. BERNARD

I, SIDNEY D. TORRES, hereby certify that in the indices of this office it does not appear that there are any other Mortgages, (Chattel Mortgages Excepted), Liens or Privileges standing recorded in the name of ______________________________ AGAINST THE FOLLOWING DESCRIBED PROPERTY, TO WIT:

MERAUX & NUNEZ, INC.
August 10, 1926 to present
COB 34, folio 486

That certain tract or parcel of land, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana in Township 12 South, Range 12 East, and Township 13 South, Range 12 East, Southeast Land District of Louisiana, East of the Mississippi River, forming a portion of the Meraux & Nunez, Inc., property and according to a survey of Eugene X. Estopinal, C. E., dated July 24, 1974, copy of which is annexed hereto,anthe said tract or parcel of land is designated as "PLOT M & M-1" and according thereto, the said tract of parcel of land is described as follows;

PLOT M & M-1 in the area bounded by West Judge Perez Drive Jean Lafitte Parkway, Patricia Street and the remainder of the Meraux & Nunez, Inc., property, and the said Plot M & M-1 commences at a distance of 535.04 feet from the intersection of Jean Lafitte Parkway and West Judge Perez Drive and measures thence in a Westerly direction 563.49 feet front on West Judge Perez Drive, same in width in the rear, by a depth of 250 feet between equal and parallel lines.

Being the same portion of property which was acquired by Meraux & Nunez, Inc., by act before Robert Legier, Notary Public, dated August 10, 1926, as a portion of parcels 4, 5, 6 and 7, registered at COB 34, folio 486, Parish of St. Bernard.

THAN THE FOLLOWING:

Lis Pendens Notification by Meraux & Nunez, Inc., vs. Edward R. Bradley, No. 2920 of the 25th Judicial District Court, dated August 8, 1945, registered inM.O.B. 31 folio 193.

Clerks's Office
Parish of St. Bernard, La.
August 16, 1974.

Lena R. Torres
DY. CLERK & RECORDER

EXCEPT: None.

Redated: 8-28 19 78

Alice M. Lissusie
Dy. Clerk & Ex-Officio Recorder

EXHIBIT
106
(5 of 11)

EXTRACT OF THE MINUTES OF A MEETING OF THE

BOARD OF DIRECTORS

OF

MERAUX & NUNEZ, INC.

Held on Thursday, August 15, 1974, at which meeting a quorum was present and voting.

WHEREAS, the Police Jury of the Parish of St. Bernard has offered to purchase a portion of the corporation's property fronting on the North side of Judge Perez Drive adjacent to the existing Civic Center in Chalmette, Louisiana, in order that the said Police Jury can enlarge the Civic Center site for parochial purposes; and

WHEREAS, by Resolution of the Police Jury dated August 6, 1974, the President of the Police Jury was authorized to acquire the said property on behalf of the Police Jury by negotiation for a sales price of $2.50 per square foot; and

WHEREAS, if the Police Jury is unable to acquire the said property by negotiation, as aforesaid, the President thereof is authorized, by the aforesaid resolution, to institute expropriation proceedings to acquire the said property under its power of eminent domain through the office of the District Attorney; and

WHEREAS, the expense of defending an expropriation proceedings is not justified at this time; now

T H E R E F O R E:

BE IT RESOLVED that Irma F. Ziegan, Executive Vice President of this corporation, be and she is hereby authorized and empowered on behalf of this corporation to sell PLOT M & N-1 belonging to this corporation and which said Plot M & N-1 is described with particularity on the sheet annexed hereto and marked Exhibit "A" for the price and sum of $352,181.25; to receive the said purchase price therefor on behalf of this corporation; to appear before any Notary Public for the said purpose, and to sign and execute any and all documents or deeds necessary to carry the foregoing Resolution into effect, and all such acts of the said officer done under the authority hereof are hereby ratified and confirmed.

I, Gladys Z. Wilson, Secretary of Meraux & Nunez, Inc., do hereby certify that the above and foregoing is a true and exact copy of an extract of the minutes of a meeting of the Board of Directors thereof held on August 15, 1974, at the corporate office, at which meeting a quorum was voting affirmatively, and that the said Resolution is in full force and effect.

New Orleans, Louisiana, August 27 1974.

Gladys Z Wilson

GLADYS Z. WILSON, Secretary

EXHIBIT 106 (6 of 11)

That certain tract or parcel of land, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in Township 12 South, Range 12 East, and Township 13 South, Range 12 East, Southeast Land District of Louisiana, East of the Mississippi River, forming a portion of the Meraux & Nunez, Inc., property, and according to a survey of Eugene I. Estopinal, C.E., dated July 24, 1974, copy of which is annexed hereto, the said tract or parcel of land is designated as "PLOT M & N-1" and according thereto, the said tract of parcel of land is described as follows:

PLOT M & N-1 in the area bounded by West Judge Perez Drive, Jean Lafitte Parkway, Patricia Street and the remainder of the Meraux & Nunez, Inc., property, and the said Plot M & N-1 commences at a distance of 555.04 feet from the intersection of Jean Lafitte Parkway and West Judge Perez Drive and measures thence in a Westerly direction 563.49 feet front on West Judge Perez Drive, same in width in the rear, by a depth of 250 feet between equal and parallel lines.

Being a portion of that same property which was acquired by Meraux & Nunez, Inc., by act before Robert Legier, Notary Public, dated August 10, 1926, as a portion of Parcels 4, 5, 6 and 7, registered at COB 34, folio 486, Parish of St. Bernard.

EXHIBIT "A"

EXHIBIT
tabbies
106
(7 of 11)

128 571

Police Jury
# St. Bernard Parish
St. Bernard Courthouse Annex
CHALMETTE, LOUISIANA 70043

271-0421

OFFICERS:
Henry C. Schindler, Jr.
President
Roy H. Gonzales
Vice-President
Valentine Riess
Parish Manager
Raymond M. McDougall
Secretary-Treasurer
Anthony A. Fernandez, Jr.
Assistant Secretary

MEMBERS:
Bertrand A. Odinet
First Ward
248 Friscoville Avenue
Arabi 70032
Henry C. Schindler, Jr.
First Ward
946 Mehle Avenue
Arabi 70032
Roy H. Gonzales
Second Ward
117 Norton Avenue
Arabi 70032
Peter Perniciaro
Second Ward
56 Carolyn Court
Arabi 70032
Nunzio S. Cusimano
Third Ward
2005 Marietta Street
Chalmette 70043
John A. Metzler
Third Ward
2800 Ivy Place
Chalmette 70043
Louis P. Munster
Third Ward
2116 Paris Road
Chalmette 70043
Celestine Melerine
Fourth Ward
Route 1, Box 192
Violet 70092
Claude S. Mumphrey
Fourth Ward
2012 Mumphrey Road
Chalmette 70043
Roland J. Bergeron, Jr.
Fifth Ward
Box 38
St. Bernard P. O. 70085
Walter S. Molero
Fifth Ward
Box 626
St. Bernard P. O. 70085

EXTRACT OF THE OFFICIAL PROCEEDINGS OF THE POLICE JURY OF THE PARISH OF ST. BERNARD, STATE OF LOUISIANA, TAKEN AT A REGULAR MEETING OF THE POLICE JURY HELD IN THE POLICE JURY ROOM OF THE COURT HOUSE ANNEX AT CHALMETTE, LOUISIANA, ON TUESDAY, AUGUST 6, 1974, at 11:00 O'CLOCK A.M.

On motion of Mr. Gonzales, seconded by Mr. Odinet, and unanimously carried, the following Resolution was adopted:

## R E S O L U T I O N

RESOLUTION AUTHORIZING THE ACQUISITION OF PLOT M&N-1 OF THE MERAUX & NUNEZ, INC., PROPERTY, CHALMETTE, LOUISIANA, BY THE POLICE JURY OF THE PARISH OF ST. BERNARD BY PURCHASE FROM THE OWNER, AND/OR BY EXPROPRIATION.

WHEREAS, this Police Jury deems it advisable and in the best interests of the Parish of St. Bernard to expand the area of the Civic Center site at the intersection of Judge Perez Drive and Jean Lafitte Parkway, all for public purposes as needed now or in the immediate future; and

WHEREAS, this Police Jury now has available to it, for the aforesaid purposes, federal funds which can be applied to such purposes; and

WHEREAS, the property to the West of the Civic Center site, as aforesaid, and owned by Meraux & Nunez, Inc., is presently undeveloped vacant land, all as is shown on the attached plan of Eugene I. Estopinal, C.E., dated July 24, 1974, a copy of which is annexed hereto and made a part hereof, whereon the property desired to be acquired by this Police Jury is designated as Plot M&N-1; and

WHEREAS, the said Plot M&N-1 has been appraised by competent appraisers appointed by this Police Jury as having a fair market value of $2.50 per square foot, as of this date; now

T H E R E F O R E:

1.

BE IT RESOLVED that the President of the Police Jury of the Parish of St. Bernard, the governing body of this Parish, be and he is hereby authorized and directed, on behalf of this Police Jury, to acquire the aforesaid Plot M&N-1, in accordance with the survey of Eugene I. Estopinal, C.E., dated July 24, 1974, from the owners thereof, MERAUX & NUNEZ, INC., and to pay unto the said owners therefor the sum of $2.50 per square foot of land as contained in the said Plot M&N-1, all under the usual conditions of merchantable title, with each party paying its customary costs; and

2.

BE IT FURTHER RESOLVED that in the event of a sale of the aforesaid Plot M&N-1 by the owners thereof unto this Police Jury, the subdivision plan of Eugene I. Estopinal, C.E., as aforesaid, dated July 24, 1974, be and the same is hereby approved; and

Recorded in C.O.B. 123 Folio 260
Parish of St. Bernard on the 15 day
of August 1974.
[illegible signature]
Clerk of Court and Recorder

EXHIBIT
106
(8-11)

Police Jury
St. Bernard Parish
POST OFFICE BOX 143
CHALMETTE, LOUISIANA 70043
271-0421

OFFICERS:
Henry C. Schindler, Jr.
President
Roy H. Gonzales
Vice-President
Valentine Riess
Parish Manager
Raymond M. McDougall
Secretary-Treasurer
Anthony A. Fernandez, Jr.
Assistant Secretary

MEMBERS:
Bertrand A. Odinet
First Ward
248 Friscoville Avenue
Arabi 70032
Henry C. Schindler, Jr.
First Ward
946 Mehle Avenue
Arabi 70032
Roy H. Gonzales
Second Ward
117 Norton Avenue
Arabi 70032
Peter Perniciaro
Second Ward
56 Carolyn Court
Arabi 70032
Nunzio S. Cusimano
Third Ward
2005 Marietta Street
Chalmette 70043
John A. Metzler
Third Ward
2800 Ivy Place
Chalmette 70043
Louis P. Munster
Third Ward
2116 Paris Road
Chalmette 70043
Celestine Melerine
Fourth Ward
Route 1, Box 192
Violet 70092
Claude S. Mumphrey
Fourth Ward
2012 Mumphrey Road
Chalmette 70043
Roland J. Bergeron, Jr.
Fifth Ward
Box 38
St. Bernard P. O. 70085
Walter S. Molero
Fifth Ward
Box 626
St. Bernard P. O. 70085

RESOLUTION AUTHORIZING THE ACQUISITION OF PLOT M&N-1 OF THE MERAUX & NUNEZ, INC., PROPERTY, CHALMETTE, LOUISIANA, BY THE POLICE JURY OF THE PARISH OF ST. BERNARD BY PURCHASE FROM THE OWNER, AND/OR BY EXPROPRIATION. AUGUST 6, 1974.
CONTINUED-
PAGE 2.

3.

BE IT FURTHER RESOLVED that in the event the owner of the aforesaid property, Plot M&N-1, will not, or refuses, to sell same under the foregoing conditions, then in that event, the President of this Police Jury is directed to instruct the District Attorney of the Parish of St. Bernard to institute expropriation proceedings to acquire the aforesaid property in the name of the Parish of St. Bernard for the price and sum of $2.50 per square foot, the appraised value thereof; and

4.

BE IT ADDITIONALLY RESOLVED that payment is hereby authorized for the acquisition of Plot M&N-1, having a total area of 140,872.50 square feet, appraised at $2.50 per square foot, in the amount of $352,181.25, from the 1973 Federal Revenue Sharing Account.

And the resolution was declared adopted on the 6th day of August, 1974.

C E R T I F I C A T E

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of a resolution adopted at a Regular meeting of the St. Bernard Parish Police Jury held at Chalmette, Louisiana, in the Police Jury Room on the 6th day of August, 1974.

Witness my hand and the Seal of the St. Bernard Parish Police Jury this 14th day of August, 1974.

R. M. McDougall

R. M. MC DOUGALL
SECRETARY-TREASURER

EXHIBIT
106
(9 of 11)

This sale is made and accepted for and in consideration of the price and sum of THREE HUNDRED FIFTY-TWO THOUSAND ONE HUNDRED EIGHTY-ONE AND 25/100

Cash, ($352,181.25)

which the said purchaser has well and truly paid, in ready and current money to the said vendor who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefor.

All State and City taxes up to and including the taxes due and exigible in 1973 are paid as per tax research attached hereto and made a part hereof

By reference to the certificates of the Register of Conveyances and Recorder of Mortgages in and for the Parish or County of St. Bernard annexed hereto and made a part hereof

it does not appear that said property has been heretofore alienated by the vendor or that it is subject to any encumbrance whatever.

By reference to Paving Certificate and Paving research for the City of New Orleans, annexed, it does not appear that there is any paving due or any paving liens recorded against the said property

The parties to this Act are aware that the Mortgage, Conveyance and Paving Certificates herein referred to are open and not yet dated and signed, and relieve and release me, Notary, from all responsibility by reason thereof.

EXHIBIT
tabbies
10b
(10 of 11)

**Thus Done and Passed** in my office at Chalmette, La.

on the day, month and year herein first above written, in the presence of Messieurs the undersigned

competent witnesses, who hereunder sign their names with the said appearers, and me, Notary, after reading of the whole.

WITNESSES:

[signature]

[signature] Wanda Alcon

MERAUX AND NUNEZ, INC.

BY: [signature]
IRMA F. ZIEGAN
EXECUTIVE VICE-PRESIDENT

ST. BERNARD PARISH POLICE JURY

BY: [signature]
HENRY C. SCHINDLER, JR.
PRESIDENT

[signature]
DAVID S. GORBATY
NOTARY PUBLIC

Recorded and Registered in Conveyance Book______,

Folio_____, _____day of_________________, 19___

EXHIBIT
tabbies
106
11 of 11

E 000 000 0 2120 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT A BLOCK Y ST. CLAUDE HGTS.SUB

Location
*

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 121 / 499 | 3/29/1974 | | $85000 | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 1.00 | 208 |
| CI | City Improvement | 1.00 | 848 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,056 | 0 | 1,056 |

EXHIBIT
tabbies
107

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2125 4/04/07
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOTS 114,115 LA PETITE MANOR SUB

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 115 / 209 | 9/28/1972 | | $11600 | |

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 2.00 | 832 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 832 | 0 | 832 |

EXHIBIT
108

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2140 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

SEWERAGE SUB STATION

LOT 197 SQ.F BUCC.VILLA SUB

Location

2613 CREELY

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 107 / 9 | 7/15/1970 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 1.00 | 2,000 |
| CI | City Improvement | 1.00 | 1,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 3,000 | 0 | 3,000 |

EXHIBIT
tabbies
109

Marlene M. Vinsenau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette La. 70043

4/04/07

E 000 000 0 2150
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

CIVIC CENTER
PARK CHENIER (PART)

TRACT CC-1, CC-2 & CC-3 TOGETHER ALL 3 TRACTS FORM CORNER W. JUDGE PEREZ & JEAN LAFITTE, DEPTH TO PATRICIA. COMBINED MEAS. 555.04' ON W.JUD.PEREZ X 1434' JEAN LAFITTE X 561' PATRICIA

Location 8201 W. JUDGE PEREZ

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 115 / 601 | 11/24/1972 | | | |
| * | 102 / 624 | 0/00/0000 | | | |
| * | 93 / 480 | 0/00/0000 | | | |

| Code Type | Units | A/V |
|---|---|---|
| SL Suburban Land | 18.00 | 180,000 |
| RI Rural Improvements | 1.00 | 300,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 480,000 | 0 | 480,000 |

EXHIBIT
tabbies
110

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2160 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 27 KARE SUE EXT

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 153 / 420 | 3/29/1978 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 1.00 | 1,144 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,144 | 0 | 1,144 |

EXHIBIT
tabbies
111

Marlene M. Vinsenau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2170 4/04/07 Page 1 AP

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

VAL RIESS PARK

(1) PTN. SEC.1 TS13SR12E
(2) PTN. SEC.36 TS12SR12E

Location

1001 MAGISTRATE

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 133 / 10 | 12/28/1976 | | $327500 | |

| Code | Type | Units | A/V |
|---|---|---|---|
| SL | Suburban Land | 104.00 | 46,200 |
| RI | Rural Improvements | 1.00 | 5,310 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 51,510 | 0 | 51,510 |

EXHIBIT
tabbies
112

Marlene M. Vinsonau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2180 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 1 SQ.F & LOT 25 SQ.L CHALMETTE PLAZA SUB

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 79 / 216 | 7/18/1961 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 2.00 | 1,040 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,040 | 0 | 1,040 |

EXHIBIT
tabbies
113

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2190 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

TRACT 1-CINDY PARK-MEAS.76.94'X46.56'X76.94'X46.54'
TRACT 2-MEAS. 76.94'X46.57'X76.94'X46.60'

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 108 / 469 | 3/03/1971 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 1.00 | 1,040 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,040 | 0 | 1,040 |

EXHIBIT
tabbies
114

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2200 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 56-A REAR OF LICCIARDI SUB.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 125 / 297 | 3/27/1975 | | $35000 | |

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 1.00 | 3,640 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 3,640 | 0 | 3,640 |

EXHIBIT
115

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2220 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

PTN.104'FR.ON LEFT SIDE BTAS(LESS PORT.USED FOR HWY)X150'DEP

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 76 / 536 | 8/29/1960 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| SL | Suburban Land | 40.00 | 2,704 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 2,704 | 0 | 2,704 |

EXHIBIT
tabbies
116

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2230 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

**************
WATER TANK

PRT.LEFT SIDE BTAB, MEAS.80'WIDTH X 150'DEP "ACTUAL TANK LOCATION"
(VICINITY SHELL TOCA PLANT)

Location
2229 BAYOU RD.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| KASS, EDWARD M., MR/MRS | 678 / 317 | 6/08/2000 | QC Quit | | |
| ST. BERNARD PARISH | 678 / 314 | 6/08/2000 | QC Quit | | |
| ABBOTT, ABBOTT, MR/MRS | 76 / 536 | 8/29/1965 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 1.00 | 520 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 520 | 0 | 520 |

EXHIBIT
tabbies
117

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2240 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

CONTRERAS MONUMENT

TR.GND.LEFT SIDE BTAB-PTN.OF OLD CONTRERAS PLANT.,MEAS.200' FR.HWY.32
X,DEP.300',PTN.LOT 80 TS14S R14E

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 78 / 96 | 3/24/1961 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 1.00 | 520 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 520 | 0 | 520 |

EXHIBIT
tabbies
118

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E.000 000 0 2250 4/04/07 Page 1 AP

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

FORT PROCTOR, SHELL BEACH

WEST BANK BAYOU YSCLOSKEY FROM SHORE OF LAKE BORGNE-FORT PROCTOR

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| DUVIC, HENRY T. | 171 / 474 | 6/07/1979 | DN Donat | | |

| Code Type | Units | A/V |
|---|---|---|
| ML Marshlands | 8.00 | 24 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 24 | 0 | 24 |

EXHIBIT
tabbies
119

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2260 4/04/07 Page 1 AP

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

*********************************

WATER TOWER
FIRE STATION - DELACROIX ISLAND

LOT 11 FERNANDEZ SUB MEAS. 40' X 150'

Location
4623 DELACROIX

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 75 / 22 | 1/12/1960 | | $1500 | |

| Code | Type | Units | A/V | Imp Dat |
|---|---|---|---|---|
| CL | City Lots | 1.00 | 1,000 | |
| CI | City Improvement | 1.00 | 500 | 1996 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,500 | 0 | 1,500 |

EXHIBIT
tabbies
120

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2270 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOT 12 FERNANDEZ SUB

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 75 / 22 | 1/12/1960 | | $1975 | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 1.00 | 104 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 104 | 0 | 104 |

EXHIBIT
tabbies
121

Marlene M. Vinsonneau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2280 4/04/07 Page 1 AP

ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

HOPEDALE SUGAR MILL MONUMENT

LOT 42A HOPEDALE SUB.#1

Location

5501 HOPEDALE

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 133 / 105 | 1/13/1977 | | $6000 | |

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 1.00 | 200 |
| CI City Improvement | 1.00 | 1,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,200 | 0 | 1,200 |

EXHIBIT
tabbies
122

Marlene M. Vinsenau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2285 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE LA 70043

LOT 2 SQ. B ST. BERNARD GROVE EXT. 3 MEAS 57 X 104 = 5928

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| LAROSE, RENE J. | 503 / 106 | 7/22/1991 | | $17700 | |
| * | 426 / 195 | 6/06/1988 | | $4900 | |

| Code | Type | Units | A/V | SqFt |
|---|---|---|---|---|
| CL | City Lots | 1.00 | 1,456 | 5928 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,456 | 0 | 1,456 |

EXHIBIT
tabbies
123

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2290 4/04/07 Page 1 AP
ST.B.P. POLICE JURY
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

LOCATED IN REAR OF SCHOOL BOARD PROPERTY
MEAS. 140.76' FRT. ON LIVAUDAIS & 152.16'
ON JANSSEN & 313.01' REAR X 312.79'

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 143 / 30 | 8/16/1977 | | | |

| Code | Type | Units | A/V |
|---|---|---|---|
| CL | City Lots | 1.00 | 1,040 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,040 | 0 | 1,040 |

EXHIBIT
tabbies
124

Marlene M. Vinsonau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

E 000 000 0 2295 4/04/07 Page 1 AP

ST.B.P. GOVERNMENT
911 COMMUNICATIONS DISTRICT
8201 W. JUDGE PEREZ
CHALMETTE, LA 70043

*****************
911 COMMUNICATIONS DISTRICT

CERTAIN BUILDING MEAS. 50' X 52' LOCATED ON PORTION OF LOTS 10,
11 & 12 NEW ORLEANS TERMINAL PROPERTY. SEC. 11, TS12SR12E
KNOWN AS 911 COMMUNICATION DISTRICT BLDG.

Location

8001 W. ST. BERNARD HWY.

XRF Cross ref-see 289900000128 J & R AMUSEMENT CO., INC.

| Code Type | Units | A/V | SqFt | Imp Dat |
|---|---|---|---|---|
| CI City Improvement | 1.00 | 30,000 | 2600 | 2004 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 30,000 | 0 | 30,000 |

EXHIBIT
tabbies
125

Marlene M. Vinsenau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

410 318

| | | |
|---|---|---|
| DONATION | * | UNITED STATES OF AMERICA |
| BY | * | STATE OF LOUISIANA |
| J & R AMUSEMENT CO. INC. | * | PARISH OF ST. BERNARD |
| TO | * | Recorded in C.O.B. 734 Folio ___ Parish of St. Bernard on the 11 day of April 2003 |
| 911 COMMUNICATION DISTRICT | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Clerk of Court and Recorder

On this 10th day of April, 2003, before me, the undersigned, Notary Public, duly qualified in and for this Parish and State, personally came and appeared:

> **J & R AMUSEMENT CO. INC.**, a Louisiana Corporation domiciled and doing business in the Parish of St. Bernard, State of Louisiana, represented herein through its Secretary, Charles L. Bienvenu, pursuant to a Resolution of the Board of Directors adopted on April 10, 2003, a copy of which is attached hereto, hereinafter referred to as "DONOR",

who declared that pursuant to LSA R.S. 12:41 (12), in and for the consideration of benefitting the public welfare, it has given, donated and delivered, and thus by this formal act of donation irrevocably gives and donates inter vivos and delivers unto The St. Bernard Parish Government, all of its right, title and interest in and to the following described movable property, to-wit:

> THAT CERTAIN BUILDING, measuring approximately 50.00 feet by 52.00 feet located on property bounded by St. Bernard Highway, property of Meraux and Nunez, Inc., Carolyn Park Subdivision and Guerenger Canal, and being a portion of Lots 10, 11 and 12, New Orleans Terminal Company Tract, situated in the Parish of St. Bernard, State of Louisiana, in Section 11, Township 12 South, Range 12 East, St. Helena Meridian, as more fully shown on that certain Plat by Estopinal Surveying and Engineering, Inc., dated March 30, 2000 and Plat by Rozas Ward\ A.I.A. Architects, P.C., dated April 6, 2000, revised July 15, 2000, attached hereto and made a part hereof. (Hereinafter referred to as "Improvements")

AND NOW APPEARS:

**911 COMMUNICATION DISTRICT** (an entity of the St. Bernard Parish Council),, a political subdivision of the State of Louisiana, appearing herein through its Chairman, Danny L. Henesses, (hereinafter referred to as "DONEE") who does hereby appear in the presence of the undersigned witnesses and me, Notary, and accepts the said donation made to it aforesaid, for itself, for the public welfare, and acknowledges due delivery and possession of the above described property, so donated to it.

**TO HAVE AND TO HOLD** the above described property unto the said donee.

The Parties hereto agree that the herein described property is being conveyed "As is," "Where is", without any warranty as to its condition. Donee hereby waives redhibition and all warranties pertaining thereto and Donee releases Donor from all environmental liabilities.

Donor does hereby reserve to itself and Donee does hereby agrees tha

EXHIBIT 126

whatsoever Donee should abandon the Improvements, then ownership of the Improvements shall revert back to Donor free and clear of any encumbrances that Donee may have placed thereon without any right of reimbursement due to Donee.

THE PARTIES TAKE COGNIZANCE OF THE FACT THAT NO TITLE EXAMINATION HAS BEEN PERFORMED IN CONNECTION HEREWITH, AND THEY RELIEVE AND RELEASE ME, NOTARY, FROM ANY AND ALL LIABILITY IN CONNECTION THEREWITH.

Thus Done and Passed, in my office in Chalmette, Louisiana on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunto sign their names with the said appearers, and me, Notary, after reading the whole.

J & R AMUSEMENT CO. INC.

BY: ______________________
CHARLES L. BIENVENU, SECRETARY, DONOR

911 COMMUNICATION DISTRICT

BY: ______________________
Danny L. Menesses, Chairman
DONEE

WITNESSES:

______________________

______________________

______________________
NOTARY PUBLIC

EXHIBIT
tabbies
126
(2 of 3)

# RESOLUTION

# OF

# J & R AMUSEMENT CO., INC.

BE IT RESOLVED, That Charles L. Bienvenu, Secretary of this Corporation, is fully authorized in the name and on behalf of this corporation, to purchase any real estate in the State of Louisiana, or elsewhere, for such amount and on such terms and conditions and with such clauses and stipulations contained in the Act of Purchase as said Officer thinks proper and advisable; and also to sell, donate, quitclaim or convey any real estate owned by this corporation to any person or persons or corporation for such amount and on such terms and conditions as said officer may determine or think advisable, and to receive and receipt for the selling price and to give full acquittance and discharge therefore; to mortgage real estate owned by the corporation under a conventional mortgage, collateral mortgage, second mortgage, multiple indebtedness mortgage, home equity mortgage, mortgage for future advances or to any homestead association under a vendor's lien and in accordance with the rules and regulations of the homestead association, for such amounts and on such terms and conditions as either of said officers may determine, with authority in the case of a homestead association loan to sell the property to the homestead association and to repurchase same, and to subscribe to any mortgage installment stock as may be necessary, all in accordance with its rules and regulations; with full authority on part of said officer to sign and execute any act or acts before any Notary Public, said act or acts to contain such clauses, stipulations, and obligations as either of said officers may deem advisable, including confession of Judgment, sale by executory process, waiver of appraisement, and the non alienation clauses; with further authority to sign and execute any and all documents or deeds, notes and mortgage notes, building contracts, necessary or advisable to carry out fully the foregoing objects and purposes, to build and construct houses and other improvements on, or make repairs or additions to property by this corporation for itself, or to construct residences or other buildings for others on property owned by them, under contracts direct with such owners, or through any lending agency, and with or without bond, and for such amount and on such terms as either of such officers deems advisable, the intent of this resolution being to place full authority with either of said officers to transact completely the business of this corporation as outlined in its charter, in which its objects and purposes are set forth, all without the necessity of the adoption by the Board of Directors of a separate resolution to cover each transaction, or to cover each sale, purchase or mortgage, or the construction of any improvements on the property of this corporation for itself, or under building contract as contractor for the account of others; with further authority to do anything in the premises which may be necessary or advisable to carry out fully all or any of the purposes of this resolution.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE

I certify that I am Secretary of J & R Amusement Co., Inc., and that the above resolution is a true and correct copy of a resolution unanimously adopted at a meeting of the Board of Directors of said corporation held at its office on April 10, 2003, all members of the Board being present and voting.

[signature]

Charles L. Bienvenu, Secretary

S:\docs\CHRIS\J&R\resolution for j and r.wpd

EXHIBIT 126 (343)