# 2ND AMENDED COMPLAINT

## EXHIBITS 2 (part 2)

**Appendix I**

MRGO-PHOTOS 57, 71, 109, 127, 133, 141, 163, 266



MRGO-PHOTOS-0000057





19 JAN 1959 U. S. ARMY ENGINEER DISTRICT, NEW ORLEANS NO. 2859-10

MISSISSIPPI RIVER - GULF OUTLET

Dredging Mississippi River-Gulf Outlet 36' x 500' channel from Station 0+00 to Station 130+00, Under Contract No. DA-16-047-CIVENG-58-10x with Jahncke Service, Inc., New Orleans, La., dated 12 March 1958.

Dredging Bayou Bienvenue opposite approximately Station 160+00 on main channel.

MRGO-PHOTOS-0000109

MRGO-PHOTOS-0000127



9 JULY 1958 U. S. ARMY ENGINEER DISTRICT, NEW ORLEANS NO. 9773-13

MISSISSIPPI RIVER - GULF OUTLET

Dredging Mississippi River-Gulf Outlet 36' x 500' channel from Station 0+00 to Station 130+00. Under contract No. DA-16-047-CIVENG-58-408 with Jahncke Service, Inc., New Orleans, La., dated 12 March 1958.

Dredging in Bayou Bienvenue opposite vicinity Station 115+00 on main channel under construction.

MRGO-PHOTOS-0000133



9 JULY 1958 U. S. ARMY ENGINEER DISTRICT, NEW ORLEANS NO. [illegible]

MISSISSIPPI RIVER - GULF OUTLET

Dredging Mississippi River-Gulf Outlet 36' × 500' channel from Station [illegible] to Station [illegible]. Under Contract No. [illegible] with Jahncke Service, Inc., New Orleans, La., dated 12 March 1958.

View east vicinity Station 110+00. GIWW at right.

MRGO-PHOTOS-0000141



9 JULY 1958 U. S. ARMY ENGINEER DISTRICT, NEW [illegible] NO. [illegible]

MISSISSIPPI RIVER - GULF OUTLET

Dredging Mississippi River-Gulf Outlet 36' x 500' channel from station [illegible] to station [illegible], under contract No. [illegible] with Jahncke Service, Inc., New Orleans, La., dated 12 March 1958.

View east vicinity Station 26+00. Dredge working in upper [illegible].

MRGO-PHOTOS-0000163



24 JUNE 1958

U. S. ARMY ENGINEER DISTRICT, NEW ORLEANS [illegible]

MISSISSIPPI RIVER - GULF OUTLET

Dredging Mississippi River-Gulf Outlet 36' x 500' channel from Station [illegible] to Station [illegible], under contract No. [illegible] with Jahncke Service, Inc., New Orleans, La., dated 12 March 19[illegible].

Dredge PAUL F. JAHNCKE working vicinity Station 26+00.

MRGO-PHOTOS-0000266

