IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROCCO TOMMASEO, and<br>THOMAS TOMMASEO, and<br>ROCKY AND CARLO, INC., and<br>STEVEN BORDELON, husband of,<br>and CYNTHIA BORDELON and,<br>STEVE'S MOBILE HOME & R.V. REPAIR,<br>INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 05-1119L<br><br>Hon. Susan G. Braden |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE RESPONSE TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

Defendant, United States, hereby moves for an enlargement of time of 10 days, or to and including February 29, 2008, for the filing of its response to Plaintiffs' Second Amended Class Action Complaint ("Second Amended Complaint").

On January 31, 2008, this Court granted Plaintiffs leave to file their Second Amended Complaint. Docket No. 54. That same day, Plaintiffs filed their Second Amended Complaint. Docket No. 55. On February 2, 2008, the Court set February 19, 2008 as the deadline for Defendant's response to the Second Amended Complaint.

No previous enlargements of time for this response have been requested.

This case arises out of the construction and maintenance of the Mississippi River Gulf Outlet ("MRGO") adjacent to St. Bernard Parish, Louisiana. See 2nd Am. Compl. at 13. Plaintiffs allege that the United States is liable for a taking under the Fifth Amendment to the

United States Constitution because the MRGO has allegedly worsened flooding in certain parts of St. Bernard Parish. See, e.g., 2nd Am. Compl. at ¶¶ 1, 13-14.

Plaintiffs' Second Amended Complaint raises technical and complicated issues which can only be addressed by Corps personnel; thus, additional time is required to ensure circulation of the Second Amended Complaint to appropriate personnel. Additionally, Defendant's counsel of record has been out of the office on another case since the filing of Plaintiffs' Second Amended Complaint. Accordingly, Defendant requests this 10-day enlargement of time.

Counsel for Defendant has conferred with counsel for Plaintiffs who has indicated that Plaintiffs do not object to this enlargement.

WHEREFORE, Defendant requests an enlargement of time of 10 days, or to and including February 29, 2008, for the filing of its response to the Second Amended Complaint.

Respectfully submitted this 13th day of February, 2008,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Fred R. Disheroon by Mark T. Romley
Fred R. Disheroon, Special Litigation Counsel
Mark T. Romley, Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
601 D St. N.W., Room 3022
Washington D.C. 20004
(202) 616-9649