# In the United States Court of Federal Claims

No. 05-1119L
Filed: February 14, 2008

| | |
|---|---|
| ************************************* | |
| | * |
| ROCCO TOMMASEO, THOMAS | * |
| TOMMASEO, ROCKY AND CARLO, INC., | * |
| STEVEN BORDELON, husband of, | * |
| CYNTHIA BORDELON and, STEVE'S | * |
| MOBILE HOME & R.V. REPAIR, INC., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************* | |

**ORDER**

Defendant's Unopposed Motion For Enlargement Of Time In Which To File Response To Plaintiffs' Second Amended Class Action Complaint is, hereby, granted. Defendant shall file the Response on or before February 29, 2008.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**