IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROCCO TOMMASEO, *et al.* Plaintiffs | ) | |
| | ) | 1:05-cv-1119 SGB |
| V. | ) | Hon. Susan G. Braden |
| THE UNITED STATES Defendant | ) | |

**UNOPPOSED MOTION TO CORRECT TYPOGRAPHICAL ERROR**

NOW INTO COURT, through undersigned counsel, come Plaintiffs Rocco Tommaseo, *et al.*, who request that this Honorable Court grant Plaintiffs' Motion to Correct a Typographical Error in Plaintiffs' Second Amended Class Action Complaint (Rec. Doc. 55). As electronically filed, Subparagraph i of Paragraph 35 reads:

> i. 2328 Florissant Highway, St. Bernard, St. Bernard Parish, Louisiana, comprising of commercial property acquired 13 May 2005, ownership verified by St. Bernard Parish Assessor Document Number 7 145 002 0 000A and St. Bernard Parish 2006 Tax

Subparagraph i, Paragraph 35 should read (with the inadvertently omitted—by way of computer error in the conversion of the document to PDF—portion in bold):

> i. 2328 Florissant Highway, St. Bernard, St. Bernard Parish, Louisiana, comprising of commercial property acquired 13 May 2005, ownership verified by St. Bernard Parish Assessor Document Number 7 145 002 0 000A and St. Bernard Parish 2006 Tax **Notice for Assessment Number 7 145 002 0 000A, attached as Exhibits 139 and 140;**

Counsel for the Defendant has expressly advised that he has no opposition to this Motion. Plaintiffs respectfully request that this Honorable Court issue an Order allowing Plaintiffs to correct this typographical error. Plaintiffs will supply an order if the Court so desires.

Respectfully Submitted this 10th day of April 2008,

s/F. Gerald Maples
F. Gerald Maples, T.A. (LA# 25960)
Stephen M. Wiles (LA# 17865)
Carlos A. Zelaya, II (LA# 22900)
F. GERALD MAPLES, P.A.
902 Julia Street
New Orleans, LA 70113
Telephone: (504) 569-8732
Facsimile: (504) 525-6932

-and-

J. Wayne Mumphrey (LA# 9824)
MUMPHREY LAW FIRM, LLC
One Canal Place
365 Canal Street, Suite 2280
New Orleans, LA 70130
Telephone: (504) 569-0661 Facsimile: (504) 569-0665

-and-

John H. Musser, IV (LA# 9863)
201 St. Charles Avenue, Suite 2500
New Orleans, LA 70170
Telephone: (504) 599-5964
Facsimile: (504) 566-7185

**CERTIFICATE OF SERVICE**

I hereby certify that by filing the foregoing pleading via the ECF for the United States Court of Federal Claims, a copy of the above and foregoing will be served upon counsel for the United States, pursuant to the E-Noticing System this 10th day of April, 2008. A courtesy copy is also being directly e-mailed to Messrs. Disheroon and Romley.

s/F. Gerald Maples
F. Gerald Maples