# In the United States Court of Federal Claims

No. 05-1119L
Filed: April 14, 2008

| | |
|---|---|
| ROCCO TOMMASEO, THOMAS TOMMASEO, ROCKY AND CARLO, INC., STEVEN BORDELON, husband of, CYNTHIA BORDELON and, STEVE'S MOBILE HOME & R.V. REPAIR, INC., | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Plaintiffs' April 10, 2008 Unopposed Motion To Correct Typographical Error is hereby granted. Plaintiffs will file a corrected Second Amended Complaint.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**