# In the United States Court of Federal Claims

No. 05-1119L
Filed: April 16, 2008

*************************************
ROCCO TOMMASEO, THOMAS TOMMASEO, ROCKY AND CARLO, INC., STEVEN BORDELON, husband of, CYNTHIA BORDELON and, STEVE'S MOBILE HOME & R.V. REPAIR, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
*************************************

## ORDER

On April 9, 2008, the Army Corps of Engineers ("Corps of Engineers") arranged for the court and counsel for the parties to inspect the Mississippi River Gulf Outlet ("MRGO") and surrounding environs. Afterwards, the Corps of Engineers arranged for the court to visit the Repository, where documents relevant to pending actions in the United States District Court for the Eastern District of Louisiana and this action are being stored for review and copying. At a conference of the parties at the Repository, David R. Dyer, Assistant District Counsel, Office of Counsel, CEMVN-OC, Corps of Engineers, New Orleans District, agreed to identify for Plaintiffs those documents in the Repository that the Government intended to rely on to establish the defense of statute of limitations, including all documents from the files of Mr. Aaron Jackson, Network Administrator, CACI, New Orleans Repository.

The court will convene a telephone status conference with counsel on April 28, 2008, at 2:00 p.m. EST, to ascertain whether the requested documents have been identified and copied, and to set a deadline for submission of a dispositive motion on the Government's statute of limitations defense.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**