# 2[ND] AMENDED COMPLAINT

## EXHIBITS 3-33

5 144 000 0 004A 4/09/07 Page 1 AP
TOMMASEO, ROCCO
2215 DELILLE ST.
CHALMETTE, LA 70043

LOT 4-A, SUZANNE PARK ADDITION, MEAS. 50' X 141' = 7,050

Location
1918 ROBERT

| Vendors | C O B | Date | Sale Type | Price Succession |
|---|---|---|---|---|
| | 398 / 74 | 10/02/1987 | | $13000 |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 789 | 7050 |
| CI City Improvement | 1.00 | | 700 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 789 | 0 | 789 |

EXHIBIT
tabbles
3

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La 70043

044 156 A 0001 4/09/07 Page 1 AP
OMMASEO, ROCCO J.
200 DELILLE ST.
HALMETTE LA 70043

OT 1 SQ. 156-A VERS.SUB. MEAS. 59 X 191 = 11,269

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| TOMMASEO, MARK A. | 695 / 52 | 4/23/2001 | EX Excha | | |
| TOMMASEO, TOMMOSO G. | 540 / 144 | 6/07/1993 | L Land | | |
| GEORGUSIS, JOSEPH | 523 / 419 | 9/08/1992 | L Land | $27500 | |
| * | 312 / 257 | 12/13/1985 | | $52485 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 6,280 | 11269 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 6,280 | 0 | 6,280 |

EXHIBIT
tabbies
4

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

A 111 000 0 0084 4/09/07 Page 1 AP
TOMMASEO, ANNA GIOE
TOMMASEO, ROCCO
2215 DELILLE
CHALMETTE, LA 70043

LOT 84 DANIEL PK. SUB 50X100=5000

Location

| | |
|---|---|
| 3213 | DANIEL |
| 3215 | DANIEL |

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| #161 915 | 166 / 242 | 1/26/1979 | | | |

| Code | Type | Units | A/V | SqFt |
|---|---|---|---|---|
| CL | City Lots | 1.00 | 240 | 5000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 240 | 0 | 240 |

EXHIBIT
tabbies
5

Marlene M. Vinzenau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

3 546 00B 0 0027 4/09/07 Page 1 AP

TOMMASEO, ROCCO AND ANNA GIOE
C/O CARLO GIOE
2215 DELILLE
CHALMETTE, LA 70043

*****************

HIGH PRAISE FELLOWSHIP CHURCH

LOT 27 & 28 VILLAGE SQ. SQ. B
EACH MEAS. 18.16' FRT. ON W. JUDGE PEREZ X
DEPTH OF 250' X WIDTH IN REAR OF 21.90'

Location
8809 W. JUDGE PEREZ

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| * | 126 / 556 | 8/31/1975 | | $18000 | |

| Code | Type | Units | A/V | SqFt | Imp Dat |
|---|---|---|---|---|---|
| CL | City Lots | 2.00 | 3,200 | 10000 | |
| CI | City Improvement | 1.00 | 5,700 | 12960 | 1974 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 8,900 | 0 | 8,900 |

EXHIBIT
tabbies
6

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette La. 70043

5 399 000 0 5335 4/09/07 Page 1 AP

TOMMASEO, ROCCO ET ALS
C/O GIOE, CALOGERO
2215 DELILLE
CHALMETTE, LA 70043

GOLF DRIVING RANGE
********************
TOMMASEO, TOMMOSO G
CARBELLO, JOSEPHINE GIOE
TOMMASEO, ANNA GIOE
GIOE, LEONARDA TOMMASEO
GIOE, CALOGERO

LOT 1-A COMM. 160.81' LITTLE GEM PLANTATION
W ALONG BTAB; THENCE MEAS. 426.15' FRONT BTAB TO A PT. A PT THENCE
7,673.20 TO PT; THENCE 390.68' TO PT;THENCE 7,672.53' TO PT OF BEGIN

Location

1923 ROCKY
1927 ROCKY

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 203 / 48 | 10/13/1981 | | $180000 | |

COM Comment COB 438/307

| Code | Type | Units | A/V | SqFt | Imp Dat |
|---|---|---|---|---|---|
| SL | Suburban Land | 14.00 | 11,200 | | |
| BM | Brackish Marshland | 60.00 | 240 | | |
| RI | Rural Improvements | 1.00 | | 1280 | 2001 |
| RI | Rural Improvements | 1.00 | | 1280 | 2001 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 11,440 | 0 | 11,440 |

EXHIBIT
tabbles
7

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

3 044 124 0 0005 4/09/07 Page 1 AP

TOMMASEO, ROCCO
GIOE, LEONARDA TOMMASEO
2215 DELILLE ST.
CHALMETTE, LA 70043

LOT 5,6 SQ 124 VERS SUB
LOT 5 MEAS. MONTESQUIEU 60' X 130'
LOT 6 MEAS. 68' X 130' MONTESQUIEU

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| PEREZ, CLIFTON J., SR. | 694 / 555 | 4/17/2001 | AS Amend | | 92-978 |
| PEREZ, GOERGIANA VALLER | 694 / 433 | 4/16/2001 | LI Land | $709500 | |
| PEREZ, CLIFTON J. | 693 / 666 | 4/02/2001 | SU Succ | | 92-978 |
| #141 922 | 131 / 200 | 8/05/1976 | | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 2.00 | 8,000 | 16640 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 8,000 | 0 | 8,000 |

EXHIBIT
tabbies
8

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

3 044 124 0 0007 4/09/07 Page 1 AP

TOMMASEO, ROCCO
GIOE, LEONARDA TOMMASEO
2215 DELILLE ST.
CHALMETTE, LA 70043

LOTS 7 & 8 SQ. 124 VERS. SUB.
EACH MEAS. 64' FRT. ON MONTESQUIEU ST. X DEPTH OF 130'

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| PEREZ, CLYDE M., ETALS | 694 / 433 | 4/16/2001 | LI Land | $709500 | |
| * | 221 / 496 | 3/28/1983 | | | |
| * | 131 / 200 | 0/00/0000 | | | |
| * | 131 / 198 | 0/00/0000 | | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 2.00 | 8,000 | 16640 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 8,000 | 0 | 8,000 |

EXHIBIT
tabbies
9

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

3 044 156 A 0006 4/09/07 Page 1 AP

TOMMASEO, ROCCO
TOMMASEO, ANNA GIOE
2215 DELILLE ST.
CHALMETTE, LA 70043

LOT 6 SQ. 156-A VERS.SUB. MEAS. 63 X 140 = 8820

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 292 / 180 | 7/25/1985 | | $43000 | |

| Code | Type | Units | A/V | SqFt |
|---|---|---|---|---|
| CL | City Lots | 1.00 | 5,600 | 8820 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 5,600 | 0 | 5,600 |

EXHIBIT
tabbies
10

*Marlene M. Vinsanau*
*Assessor St. Bernard Parish*
*Room 105 Courthouse*
*Chalmette, La. 70043*

3 544 124 0 0001 4/09/07 Page 1 AP

TOMMASEO, ROCCO
GIOE, LEONARDA TOMMASEO
2215 DELILLE ST.
CHALMETTE, LA 70043

LOTS 1,2,3 & 4 SQ. 124 VERS. SUB.
-LOT 1 FORMS THE CORNER OF PARIS RD. & GIROD, MEAS. 64' FRT. ON PARIS X DEPTH & FRT. ON GIROD OF 130'
-LOT 2 MEAS. 64' FRT. ON PARIS RD. X DEPTH OF 130'
-LOTS 3 & 4 EACH MEAS. 60' FRT. ON PARIS RD. X DEPTH OF 130'

Location

2910 PARIS RD.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| PEREZ, CLIFTON J., SR. | 694 / 555 | 4/17/2001 | AS Amend | | 92-978 |
| PEREZ, CLYDE M., ETALS | 694 / 433 | 4/16/2001 | LI Land | | |
| PEREZ, CLIFTON J., SR. | 693 / 666 | 4/02/2001 | SU Succ | | 92-978 |
| * | 221 / 496 | 3/28/2001 | | | |
| * | 131 / 194 | 8/05/1976 | | | |
| * | 53 / 541 | 0/00/0000 | | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 4.00 | 25,792 | 32240 |
| CI City Improvement | 1.00 | 1,350 | |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 27,142 | 0 | 27,142 |

EXHIBIT
tabbies
11

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

546 00A 0 0063 4/09/07 Page 1 AP

OMMASEO, ROCCO
IOE, CALOGERO
215 DELILLE
HALMETTE, LA 70043

OT 63 VILLAGE SQ. SQ. A
MEAS. 18' FRT. ON W. JUDGE PEREZ X DEPTH
OF 250' X WIDTH IN REAR OF 21.84'

Location

9025 W. JUDGE PEREZ
9027 W. JUDGE PEREZ

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| #121 547 | 119 / 113 | 7/30/1973 | | | |

| Code Type | Units | A/V | SqFt | Imp Dat |
|---|---|---|---|---|
| CL City Lots | 1.00 | 1,600 | 5000 | |
| CI City Improvement | 1.00 | 2,205 | 3200 | 1970 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 3,805 | 0 | 3,805 |

EXHIBIT
tabbies
12

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

3 546 00B 0 0051 4/09/07 Page 1 AP

TOMMASEO, ROCCO
TOMMASEO, ANNA GIOE
ETALS
2215 DELILLE
CHALMETTE, LA 70043
GIOE, CALOGERO
GIOE, LEONARDA TOMMASEO

LOT 51 & 52 VILLAGE SQ. SQ. B
MEAS. 18.19' FRT ON W. JUDGE PEREZ X DEPTH OF 250'
X WIDTH IN REAR OF 22'

Location
8939 W. JUDGE PEREZ

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| (LOT 52) | 136 / 451 | 3/21/1977 | | | |
| (LOT 51) | 136 / 447 | 3/21/1977 | | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 3,200 | 10000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 3,200 | 0 | 3,200 |

EXHIBIT
tabbies
13

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

3 546 00B 0 0053 4/09/07 Page 1 AP
TOMMASEO, ROCCO
GIOE, LEONARDA TOMMASEO
2215 DELILLE
CHALMETTE, LA 70043

LOT 53 SQ.B VILLAGE SQ.
MEAS. 18.16' FRT. ON W. JUDGE PEREZ DR. X WIDTH
IN REAR OF 21.91' X DEPTH OF 250'

Location

8945 W. JUDGE PEREZ
8947 W. JUDGE PEREZ

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| MADERE, LIONEL G., JR., | 662 / 35 | 5/28/1999 | LI Land | $105000 | |
| * | 128 / 243 | 12/24/1975 | | $40500 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 1,600 | 5000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 1,600 | 0 | 1,600 |

EXHIBIT
tabbles
14

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

; 530 00D 0 000A 4/09/07 Page 1 AP
:OMMASEO, ROCCO ET ALS 1/8
:/O CARLO GIOE
:215 DELILLE ST.
:HALMETTE, LA 70043

| | |
|---|---|
| :OMMASEO, ANNA GIOE | 1/8 |
| :OMMASEO, MARIA MISERENDINO | 1/8 |
| :OMMASEO, TOMMOSO | 1/8 |
| :IOE, LEONARD T. | 1/4 |
| :IOE, JOSEPHINE | 1/4 |

:OTS A, B & C SQ. D TRACT 50 BEING ORIG. PT. OF LOT 50 BATTLE GRND.
-LOT A MEAS. 79.01 FRT. ON W. ST. BERNARD HWY. X DEPTH OF 129.26' FORMS CORNER OF W. ST. BERNARD HWY. & LLOYDS
-LOT B COMMENCES 129.46' FROM W. ST. BERNARD HWY. & MEAS. 82.27' FRT. ON LLOYDS X DEPTH OF 79.01'
-LOT C COMMENCES 211.68' FROM W. ST. BERNARD HWY. & MEAS. 82.27' FRT. ON LLOYDS X DEPTH OF 79.01'

Location
515 W. ST. BERNARD HWY.
519 W. ST. BERNARD HWY.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| RESUB | 661 / 48 | 5/05/1999 | | | |
| * | 610 / 512 | 8/08/1996 | C Corre | | |
| * | 609 / 203 | 7/19/1996 | C Corre | | |
| BOSSIER, LEONARD J., JR | 597 / 139 | 1/12/1996 | LI Land | $140000 | |
| PALMISANO, OLYMPE B. | 580 / 442 | 3/03/1995 | | | |
| * | 307 / 192 | 11/07/1985 | | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 3.00 | 9,280 | 23226 |
| CI City Improvement | 1.00 | 675 | 2400 |
| CI City Improvement | 1.00 | 300 | 1000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 10,255 | 0 | 10,255 |

EXHIBIT
tabbies
15

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

3 044 184 0 000C 4/09/07 Page 1 AP
TOMMASEO, ROCCO J. 1/10
ETALS
505 E. GENIE
CHALMETTE, LA 70043

TOMMASEO, TOMMOSO G. 9/20
TOMMASEO, MARIA MISERENDINO 9/20
********************************
DOUBLE

LOT C SQ 184 VERS SUB 60X130=7800

Location
505 E. GENIE
507 E. GENIE

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| TOMMASEO, TOMMOSO G., M | 636 / 172 | 11/26/1997 | DN Donat | | |
| TOMMASEO, ROCCO, MR. & | 589 / 203 | 8/09/1995 | DN Donat | | |
| * | 182 / 424 | 3/26/1980 | | | |

| Code Type | Units | A/V | SqFt | Imp Dat |
|---|---|---|---|---|
| CL City Lots | 1.00 | 3,120 | 5200 | |
| CI City Improvement | 1.00 | 1,945 | 3338 | 1996 |

| | Total A/V | H/S Exemp | Taxable= |
|---|---|---|---|
| C | 5,065 | 5,065 | 0 |

EXHIBIT
tabbies
16

Marlene M. Vinsanau
Assessor St. Bernard Par.
Room 105 Courthouse
Chalmette, La. 7004

' 170 000 0 0026 4/09/07 Page 1 AP

:OMMASEO, ROCCO J.
:OMMASEO, TOMMY
?.O. BOX 1888
:HALMETTE LA 70044

.OT 26 PROCTOR'S LANDING SUB.
MEAS. 50' BLACK BEARD KEY X 128.55'

Location

6 BLACK BEARD KEY

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| PROCTOR'S LANDING | 610 / 1 | 7/25/1996 | L Land | $29950 | |
| LOTS 1-A & 1-44 (FNL. A | 588 / 486 | 7/31/1995 | | | |
| DOULLUT REALTY CO. | 553 / 425 | 1/06/1994 | L Land | $2500 | |
| RESUB. | 520 / 53 | 6/22/1992 | | | |
| LEON, CHARLES (PARCEL G | 505 / 172 | 8/30/1991 | L Land | $117954 | |
| * | 194 / 663 | 3/16/1981 | | | |
| * | 99 / 301 | 0/00/0000 | | | |

| Code Type | Units | A/V | SqFt | Property ID |
|---|---|---|---|---|
| CL City Lots | 1.00 | 5,142 | 6428 | |
| CI City Improvement | 1.00 | | 1092 | BOAT SHED |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 5,142 | 0 | 5,142 |

EXHIBIT
tabbies
17

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse

3 015 053 0 0009 4/09/07 Page 1 AP

TOMMASEO, ROCCO
GIOE, CALOGERO
2215 DELILLE
CHALMETTE, LA 70043

LOTS 9,10 SQ.53 AND.JACKSON SUB. 65X122=7930

Location

2126 DELILLE

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 55 / 284 | 0/00/0000 | | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 2.00 | 3,172 | 7930 |
| CI City Improvement | 1.00 | 480 | 1600 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 3,652 | 0 | 3,652 |

EXHIBIT
tabbies
18

Marlene M. Vinzanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette La. 70043

CASH SALE

No.

October 25, 1951

# Sale of Property

BY

ROSE PATTI, wife of/and

LUCIEN GIOE

TO

CALOGERO GIOE

Hansell's N.O., La. R-114

# United States of America

State of LOUISIANA

Parish or County of ST. BERNARD

**Be it Known,** That on this Twenty-Fifth(25th) day of the Month of October in the year of our Lord one thousand nine hundred and Fifty-one(1951) and of the Independence of the United States of America, the one hundred and Seventy-Sixth

BEFORE ME, ALLEN J. TILLERY

a Notary Public, duly commissioned and qualified, in and for the City of ______, and the Parish (or County) of St. Bernard, therein residing, and in the presence of the witnesses hereinafter named and undersigned:

## Personally Came and Appeared

ROSE PATTI, wife of/and LUCIEN GIOE, both residents of lawful age of the Parish of St. Bernard, State of Louisiana, who declared unto me, Notary, that they have been married but once and then to each other and that they are presently living and residing together in the Parish and State aforesaid,

Recorded in C. O. B. 54 Folio 284
Parish of St. Bernard on the 13 th day
of Nov. 1951
[signature]
Clerk of Court and Recorder
Filed Same Day

Who declare that they do by these presents grant, bargain, sell, convey, transfer, assign, set over, abandon and deliver with all legal warranties and with full substitution and subrogation in and to all the rights of actions of warranty which they or may have against all preceding owners and vendors, unto

CALOGERO GIOE, a resident of lawful age of the Parish of St. Bernard, State of Louisiana, who declared unto me, Notary, that he has been married but once and then to NINA TOMMASAR, with whom he is presently living and residing in the Parish and State aforesaid,

here present accepting, and purchasing for himself / his heirs and assigns, and delivery and possession thereof, all and singular the following described property, to-wit:

EXHIBIT
19
(1 of 5)

ONE(1) CERTAIN LOT OF GROUND, together with all the buildings and improvements thereon and all the rights, ways, privileges, servitudes, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in SQUARE NO. 53 of the ANDREW JACKSON SUBDIVISION, formerly known as the Packenham Place Subdivision, said Square being bounded by Delille, Moreau and Case Calve Streets; the said Lot herein conveyed is designated by the number NINE (9) on a plan of said subdivision made by J.W.T. Stephens, Surveyor, on September 29, 1921, blue print of which is annexed to an act before Frank William Hart, Notary Public for the Parish of Orleans, on October 11, 1921, and measures according to said plan 30' feet front on Delille Street by depth of 122.04' feet on the line adjoining Lot No.8 and 123.11' on the line adjoining Lot No. 10, with a width in the rear of 30.02'.

Being a part of the same property acquired by present Vendors by purchase from Albert Laburre, et al, as per act before Lilia L. Dubuch, Notary Public for the Parish of Orleans, on July 11, 1944, registered in C.O.B. 49, folio 131.

EXHIBIT
19
(245)

To have and to hold the above described property unto the said purchaser his heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of SIX HUNDRED AND NO/100 ($600.00) DOLLARS Cash,

which the said purchaser has well and truly paid, in ready and current money to the said Vendors who hereby acknowledges the receipt thereof and grant full acquittance and discharge thereof.

All State and City taxes up to and including the taxes due and exigible in 1950 are paid as per certificate annexed hereto

By reference to the certificates of the Register of Conveyances and Recorder of Mortgages in and for the Parish or County of ______ annexed ______ WAIVED

It does not appear that said property has been heretofore alienated by the ______ or that it is subject to any encumbrance whatever.

All necessary and proper certificates are waived by the parties hereto who relieve and release me, Notary, from any and all responsibility for their non-production.

United Documentary Stamps in the amount of $1.10 attached to the original of this act and duly cancelled and defaced by me, Notary.




EXHIBIT

19

(3 of 5)

Lucien Gioe being unable to write his name, declared unto me Notary, that he has made his usual mark.

**Thus done and Passed,** in my office at Arabi, Louisiana

on the day, month and year herein first above written, in the presence of Messieurs

undersigned competent witnesses

competent witnesses, who hereunto sign their names with the said appearers and me, Notary, after reading of the whole.

Sasa Ben Gioe

Sasa Ben Gioe

Mildred S. Preto

Mildred S. Preto

Rose Patti Gioe

Rose Patti Gioe

Calogero Gioe

Calogero Gioe

Lucien (his) Gioe

Lucien Gioe
mark

Allen J. Tillery

ALLEN J. TILLERY
Notary Public

EXHIBIT
19
(4 of 5)

C. F. ROWLEY
Sheriff and Ex-Officio Tax Collector
PARISH OF ST. BERNARD
CHALMETTE, LA.

This is to certify that all taxes due and exigible, up to and including the year 1950 have been paid on property assessed in the name of Mrs. Rose Patti Gioe on the 1950 Rolls of the Parish of St. Bernard, Viz:

Lots 8 9 & 10 sqr. 53 Andrew Jackson Sub.

C. F. ROWLEY
Sheriff and Ex-Officio Tax Collector

By D B Harris
Clerk and Deputy

EXHIBIT
tabbies
19
(5 of 5)

015 067 0 0005 4/09/07 Page 1

OMMASEO, ANNA GIOE
OMMASEO, ROCCO
215 DELILLE
HALMETTE, LA 70043

OTS 5,6 SQ.67 AND JACK SUB. 60X120=7200

ocation
2215 DELILLE

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 98 / 373 | 7/06/1967 | | $9500 | |

| Code | Type | Units | A/V | SqFt |
|---|---|---|---|---|
| CL | City Lots | 2.00 | 2,880 | 7200 |
| CI | City Improvement | 1.00 | 1,470 | 1680 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 4,350 | 4,350 | 0 |

EXHIBIT
tabbies
20

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

A 612 000 0 31B2 4/09/07 Page 1 AP
GIOE, CALOGERO
GIOE, LOENARDA TOMMASEO
ETALS
2215 DELILLE
CHALMETTE, LA 70043
TOMMASEO, ROCCO
TOMMASEO, ANNA GIOE

LOT 31-B-2 FRANCKE TRACT SUB. 88X147=12936

Location
5442 E. JUDGE PEREZ

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 244 / 577 | 6/15/1984 | | $108000 | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 2,069 | 12936 |
| CI City Improvement | 1.00 | 975 | 3380 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 3,044 | 0 | 3,044 |

EXHIBIT
tabbles
21

Marlene M. Vinsonau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

3 040 000 0 029A 4/09/07 Page 1 AP

GIOE, CALOGERO
GIOE, LEONARDA TOMMASEO GIOE
ETALS
2215 DELILLE
CHALMETTE, LA 70043
TOMMASEO, ROCCO
TOMMASEO, ANNA GIOE

LOTS 29A, 31A & 33A STANDER PL. SUB. (COMPOSED OF ORIG. LOTS 28-34)
LOT 29A MEAS. 58.3' STANDER X 116.73'COMPOSED OF ALL LOTS 28 & 29, AND 8' OF LOT 30
LOT 31A MEAS. 64.22' STANDER X 112.53' COMPOSED OF ALL LOT 31 AND 16.70' OF LOT 30
LOT 33A MEAS. 52.48' STANDER X 104.12' COMPOSED OF ALL LOTS 33 & 34, AND 2.48' OF LOT 32

Location

| | |
|---|---|
| 2210 | STANDER |
| 2212 | STANDER |
| 2214 | STANDER |
| 2218 | STANDER |
| 2220 | STANDER |

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| RESUB | 580 / 535 | 3/06/1996 | | | |
| * | 229 / 524 | 8/10/1983 | | $77000 | |

| Code | Type | Units | A/V | SqFt | Property ID |
|---|---|---|---|---|---|
| CL | City Lots | 3.00 | 1,747 | 19250 | |
| CI | City Improvement | 1.00 | 1,179 | 2622 | 2210/12 STANDER |
| CI | City Improvement | 1.00 | 300 | 1500 | 2214 STANDER |
| CI | City Improvement | 1.00 | 1,179 | 2622 | 2218/20 STANDER |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 4,405 | 0 | 4,405 |

EXHIBIT
tabbies
22

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

```
3 545 002 0 0002                4/09/07                           Page  1    AP
TOMMASEO, ROCCO                1/4
ETALS C/O ROCKY AND CARLO'S
613 W. ST. BERNARD HWY.
CHALMETTE,            LA 70043

TOMMASEO, THOMAS                1/4
GIOE, COLOGERO                  1/5
GIOE, LEONARDA                 1/20
TOMMASEO, TOMMOSO G.            1/8
TOMMASEO, MARIA MISERENDINO     1/8
**********************
ROCKY & CARLO'S RESTAURANT
```

(1) PORTION OF LOT 1, ALL OF LOTS 2 AND 3 SQ.2 VICTOR SUBDIVISION
(2) LOT 2 TRACT 50 BATTLEGROUND GARDEN SUB.
(3) LOT 3A SQ. A TRACT #50 BATTLEGROUND GARDEN SUB.

- -LOT 1 SQ. 2 VICTOR SUB. MEAS. 43.2' ST. BERNARD HWY. X 121' ON VICTOR ST. CONT. 5227 SF
- -LOT 2 SQ. 2 VICTOR SUB. MEAS. 43.2' ST. BERNARD HWY. X 120' CONT. 5184 SF
- -LOT 3 SQ. 2 VICTOR SUB. COMM. 121' FROM CORNER VICTOR & ST. BERNARD HWY. MEAS. 58.6 ON VICTOR X 86.4' CONT. 5063 SF
- -LOT 2 TRACT #50 BATTLEGROUND GARD. SUB. COMM. 86' FROM VICTOR MEAS. 30' ON ST. BERNARD HWY. X 140' CONT. 4200 SF
- -LOT 3-A SQ.A TRACT #50 BATTLEGROUND GARD. SUB MEAS. 50' ON ON LLOYDS X 79' BEING COMPOSED OF ORIG LOT 1-A AND A PORTION OF LOT 1 CONT. 3950 SF

<u>Location</u>

613 W. ST. BERNARD HWY.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| GIOE, GIUSEPPE MR/MRS | 727 / 643 | 11/06/2002 | SI Sale | $175000 | |
| DARDAR, JOSEPHINE GIOE, | 724 / 611 | 9/12/2002 | SI Sale | $10 | |
| GIOE, MARIO | 686 / 630 | 11/13/2000 | SU Succ | | 45-126 |
| (LOT 3A SQ.A TR.50) | 437 / 132 | 0/00/0000 | | | |
| (LOT 3 SQ.2 - PK.LOT) | 336 / 335 | 0/00/0000 | | | |
| (LOT 1 SQ.2 VICTOR) | 176 / 180 | 10/19/1979 | | | |
| * | 119 / 331 | 0/00/0000 | | | |
| (LOT 2 TRACT 50) | 90 / 221 | 1/23/1965 | | | |
| (LOT 2 SQ.2 VICTOR) | 88 / 272 | 7/06/1964 | | | |

EXHIBIT
tabbies
23
(1 of 2)

COM Comment LOT 3 SQ.2 VICTOR SUB. - COB 336-335
COM Comment PARKING LOT - UNDER NAME ROCKY & CARLO'S
COM Comment LOT 3-A SQ. A TRACT #50 BATTLEGROUND GARDENS SUB.
COM Comment WAS PURCHASED UNDER ROCCO & THOMAS TOMMASEO; CARLO
COM Comment AND GIUSEPPE GIOE & LIBORIA TOMMASEO GIOE ( MARIO
COM Comment WAS ALREADY DECEASED)

* CONTINUED *

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

3 545 002 0 0002 4/09/07 Page 2 AP
TOMMASEO, ROCCO 1/4 * CONTINUED *

| Code Type | Units | A/V | SqFt | Imp Dat |
|---|---|---|---|---|
| CL City Lots | 5.00 | 9,440 | 23624 | |
| CI City Improvement | 1.00 | 3,633 | 6765 | 1965 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 13,073 | 0 | 13,073 |

tabbies
EXHIBIT
23
(1 of 2)

3 018 000 0 0048 4/09/07 Page 1 AP

TOMMASEO, THOMAS
2300 TRIO ST.
CHALMETTE, LA. 70043

LOT 48 BERTUCCI SUB.EXT. 56X93=5208

Location

109 PHILIP CT. W.
111 PHILIP CT. W.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| | 242 / 302 | 4/27/1984 | | $28000 | |

| Code | Type | Units | A/V | SqFt |
|---|---|---|---|---|
| CL | City Lots | 1.00 | 1,397 | 5208 |
| CI | City Improvement | 1.00 | 1,455 | 2773 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 2,852 | 0 | 2,852 |

EXHIBIT
tabbies
24

3 041 003 0 0007 4/09/07 Page 1 AP

TOMMASEO, THOMAS
2300 TRIO
CHALMETTE, LA. 70043

LOT 7 SQ. 3 TRIO SUB 60X86=5160

Location
2300 TRIO

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| #122 092 | 119 / 332 | 8/27/1973 | | $6000 | |

| Code | Type | Units | A/V | SqFt |
|---|---|---|---|---|
| CL | City Lots | 1.00 | 2,064 | 5160 |
| CI | City Improvement | 1.00 | 1,230 | 1400 |

| | Total A/V | H/S Exemp | Taxable= |
|---|---|---|---|
| AF-06 | 3,294 | 3,294 | 0 |

EXHIBIT
tabbies
25

Marlene M. Vinsonau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

3 545 002 0 0002 4/09/07 Page 1 AP

TOMMASEO, ROCCO 1/4
ETALS C/O ROCKY AND CARLO'S
613 W. ST. BERNARD HWY.
CHALMETTE, LA 70043

| | |
|---|---|
| TOMMASEO, THOMAS | 1/4 |
| GIOE, COLOGERO | 1/5 |
| GIOE, LEONARDA | 1/20 |
| TOMMASEO, TOMMOSO G. | 1/8 |
| TOMMASEO, MARIA MISERENDINO | 1/8 |

*********************
ROCKY & CARLO'S RESTAURANT

(1) PORTION OF LOT 1, ALL OF LOTS 2 AND 3 SQ.2 VICTOR SUBDIVISION
(2) LOT 2 TRACT 50 BATTLEGROUND GARDEN SUB.
(3) LOT 3A SQ. A TRACT #50 BATTLEGROUND GARDEN SUB.
-LOT 1 SQ. 2 VICTOR SUB. MEAS. 43.2' ST. BERNARD HWY. X 121' ON VICTOR ST. CONT. 5227 SF
-LOT 2 SQ. 2 VICTOR SUB. MEAS. 43.2' ST. BERNARD HWY. X 120' CONT. 5184 SF
-LOT 3 SQ. 2 VICTOR SUB. COMM. 121' FROM CORNER VICTOR & ST. BERNARD HWY. MEAS. 58.6 ON VICTOR X 86.4' CONT. 5063 SF
-LOT 2 TRACT #50 BATTLEGROUND GARD. SUB. COMM. 86' FROM VICTOR MEAS. 30' ON ST. BERNARD HWY. X 140' CONT. 4200 SF
-LOT 3-A SQ.A TRACT #50 BATTLEGROUND GARD. SUB MEAS. 50' ON ON LLOYDS X 79' BEING COMPOSED OF ORIG LOT 1-A AND A PORTION OF LOT 1 CONT. 3950 SF

Location

613 W. ST. BERNARD HWY.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| GIOE, GIUSEPPE MR/MRS | 727 / 643 | 11/06/2002 | SI Sale | $175000 | |
| DARDAR, JOSEPHINE GIOE, | 724 / 611 | 9/12/2002 | SI Sale | $10 | |
| GIOE, MARIO | 686 / 630 | 11/13/2000 | SU Succ | | 45-126 |
| (LOT 3A SQ.A TR.50) | 437 / 132 | 0/00/0000 | | | |
| (LOT 3 SQ.2 - PK.LOT) | 336 / 335 | 0/00/0000 | | | |
| (LOT 1 SQ.2 VICTOR) | 176 / 180 | 10/19/1979 | | | |
| * | 119 / 331 | 0/00/0000 | | | |
| (LOT 2 TRACT 50) | 90 / 221 | 1/23/1965 | | | |
| (LOT 2 SQ.2 VICTOR) | 88 / 272 | 7/06/1964 | | | |

EXHIBIT
tabbies
26
(1 of 2)

COM Comment LOT 3 SQ.2 VICTOR SUB. - COB 336-335
COM Comment PARKING LOT - UNDER NAME ROCKY & CARLO'S
COM Comment LOT 3-A SQ. A TRACT #50 BATTLEGROUND GARDENS SUB.
COM Comment WAS PURCHASED UNDER ROCCO & THOMAS TOMMASEO; CARLO
COM Comment AND GIUSEPPE GIOE & LIBORIA TOMMASEO GIOE ( MARIO
COM Comment WAS ALREADY DECEASED)

* CONTINUED *

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70044

3 545 002 0 0002 4/09/07 Page 2 AP
TOMMASEO, ROCCO 1/4 * CONTINUED *

| Code Type | Units | A/V | SqFt | Imp Dat |
|---|---|---|---|---|
| CL City Lots | 5.00 | 9,440 | 23624 | |
| CI City Improvement | 1.00 | 3,633 | 6765 | 1965 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 13,073 | 0 | 13,073 |

EXHIBIT
26
(1 of 2)

Marlene H. Vinson
Assessor St. Bernard
Room 105 Courthouse

030 00A 0 004A 4/09/07 Page 1 AP
'OMMASEO, ROCKY 1/4
:TALS C/O ROCKY AND CARLO'S
;13 W. ST. BERNARD HWY.
:HALMETTE, LA 70043

| | |
|---|---|
| :IOE, CALOGERO | 1/4 |
| 'OMMASEO, ROCKY | 1/4 |
| 'OMMASEO, TOMMOSO G. | 1/8 |
| 'OMMASEO, MARIA MISERENDINO | 1/8 |

?TN.LOT 4-A SQ.A TRACT #50 BATTLE GR.GRDNS.65X79=5135
:OMM.190'FROM CORNER LLOYDS & ST.BER.HWY.; COMP.OF LOTS 3,2 & PTN.1

Location

2016 LLOYDS
2018 LLOYDS

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| GIOE, GIUSEPPE MR/MRS | 727 / 643 | 11/06/2002 | SI Sale | | |
| AUTHEMENT, DOROTHY P. | 492 / 307 | 12/11/1990 | SI Sale | $45000 | |
| AUTHEMENT, BRENDA (ETAL | 491 / 407 | 11/19/1990 | DN Donat | | |
| AUTHEMENT, OSCAR FELIX | 491 / 401 | 11/19/1990 | SU Succ | | 64-973 |
| * | 68 / 465 | 9/23/1957 | | | |

| Code Type | Units | A/V | SqFt |
|---|---|---|---|
| CL City Lots | 1.00 | 2,053 | 5135 |
| CI City Improvement | 1.00 | 517 | 1150 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 2,570 | 0 | 2,570 |

EXHIBIT
tabbies
27

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

```
 530 00A 0 0050              4/09/07                    Page  1    AP
OMMASEO, ROCKY              1/4
TALS   C/O ROCKY AND CARLO'S
13 W. ST. BERNARD HWY.
HALMETTE,          LA 70043

IOE, CALOGERO               1/4
OMMASEO, ROCKY              1/4
OMMASEO, TOMMOSO G.         1/8
OMMASEO, MARIA MISERENDINO  1/8
```

PT. LOT 50 SQ.A TRACT #50 BATTLEGROUND GARD.SUB. FORMS CORNER OF
ST.BER.HWY. & LLOYDS AVE & MEAS.49'FRT.ST.BER.HWY.X DEPTH 140'

Location

601 W. ST. BERNARD HWY.
603 W. ST. BERNARD HWY.
605 W. ST. BERNARD HWY.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| IOE, GIUSEPPE | 727 / 643 | 11/06/2002 | SI Sale | $175000 | |
| AUTHEMENT, DOROTHY P. | 492 / 303 | 12/11/1990 | SI Sale | $45000 | |
| AUTHEMENT, BRENDA (ETAL | 491 / 407 | 11/19/1990 | DN Donat | | |
| AUTHEMENT, OSCAR FELIX | 491 / 401 | 11/19/1990 | SU Succ | | 64-973 |
| * | 54 / 71 | 0/00/0000 | | $4500 | |

| Code | Type | Units | A/V | SqFt | Imp Dat |
|---|---|---|---|---|---|
| CL | City Lots | 1.00 | 2,744 | 6860 | |
| CI | City Improvement | 1.00 | 555 | 3402 | 1947 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 3,299 | 0 | 3,299 |

EXHIBIT
tabbies
28

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette La 70043

545 002 0 0002 4/09/07 Page 1 AP

TOMMASEO, ROCCO 1/4
ETALS C/O ROCKY AND CARLO'S
613 W. ST. BERNARD HWY.
CHALMETTE, LA 70043

| | |
|---|---|
| TOMMASEO, THOMAS | 1/4 |
| GIOE, COLOGERO | 1/5 |
| GIOE, LEONARDA | 1/20 |
| TOMMASEO, TOMMOSO G. | 1/8 |
| TOMMASEO, MARIA MISERENDINO | 1/8 |

**********************
ROCKY & CARLO'S RESTAURANT

(1) PORTION OF LOT 1, ALL OF LOTS 2 AND 3 SQ.2 VICTOR SUBDIVISION
(2) LOT 2 TRACT 50 BATTLEGROUND GARDEN SUB.
(3) LOT 3A SQ. A TRACT #50 BATTLEGROUND GARDEN SUB.
-LOT 1 SQ. 2 VICTOR SUB. MEAS. 43.2' ST. BERNARD HWY. X 121' ON VICTOR ST. CONT. 5227 SF
-LOT 2 SQ. 2 VICTOR SUB. MEAS. 43.2' ST. BERNARD HWY. X 120' CONT. 5184 SF
-LOT 3 SQ. 2 VICTOR SUB. COMM. 121' FROM CORNER VICTOR & ST. BERNARD HWY. MEAS. 58.6 ON VICTOR X 86.4' CONT. 5063 SF
-LOT 2 TRACT #50 BATTLEGROUND GARD. SUB. COMM. 86' FROM VICTOR MEAS. 30' ON ST. BERNARD HWY. X 140' CONT. 4200 SF
-LOT 3-A SQ.A TRACT #50 BATTLEGROUND GARD. SUB MEAS. 50' ON ON LLOYDS X 79' BEING COMPOSED OF ORIG LOT 1-A AND A PORTION OF LOT 1 CONT. 3950 SF

Location

613 W. ST. BERNARD HWY.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| GIOE, GIUSEPPE MR/MRS | 727 / 643 | 11/06/2002 | SI Sale | $175000 | |
| DARDAR, JOSEPHINE GIOE, | 724 / 611 | 9/12/2002 | SI Sale | $10 | |
| GIOE, MARIO | 686 / 630 | 11/13/2000 | SU Succ | | 45-126 |
| (LOT 3A SQ.A TR.50) | 437 / 132 | 0/00/0000 | | | |
| (LOT 3 SQ.2 - PK.LOT) | 336 / 335 | 0/00/0000 | | | |
| (LOT 1 SQ.2 VICTOR) | 176 / 180 | 10/19/1979 | | | |
| * | 119 / 331 | 0/00/0000 | | | |
| (LOT 2 TRACT 50) | 90 / 221 | 1/23/1965 | | | |
| (LOT 2 SQ.2 VICTOR) | 88 / 272 | 7/06/1964 | | | |

EXHIBIT
tabbies
29
(lot 2)

| | | |
|---|---|---|
| COM | Comment | LOT 3 SQ.2 VICTOR SUB. - COB 336-335 |
| COM | Comment | PARKING LOT - UNDER NAME ROCKY & CARLO'S |
| COM | Comment | LOT 3-A SQ. A TRACT #50 BATTLEGROUND GARDENS SUB. |
| COM | Comment | WAS PURCHASED UNDER ROCCO & THOMAS TOMMASEO; CARLO |
| COM | Comment | AND GIUSEPPE GIOE & LIBORIA TOMMASEO GIOE ( MARIO |
| COM | Comment | WAS ALREADY DECEASED) |

* CONTINUED *

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

3 545 002 0 0002 4/09/07 Page 2 AP
TOMMASEO, ROCCO 1/4 * CONTINUED *

| Code | Type | Units | A/V | SqFt | Imp Dat |
|---|---|---|---|---|---|
| CL | City Lots | 5.00 | 9,440 | 23624 | |
| CI | City Improvement | 1.00 | 3,633 | 6765 | 1965 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 13,073 | 0 | 13,073 |

EXHIBIT
29
(2 of 2)

REAL ESTATE MORTGAGE TO THE FIDELITY HOMESTEAD ASSOCIATION

UNITED STATES OF AMERICA
STATE OF LOUISIANA

PARISH OF ORLEANS

BE IT KNOWN: That on this the 27TH day of JANUARY, 19 93, before me, JERRY D. WILLIAMSON, a Notary Public in and for the Parish of ORLEANS, State of Louisiana, duly commissioned and qualified, and in the presence of the undersigned and named lawful witnesses, personally came and appeared:

CYNTHIA BACALA wife of, and, STEVEN J. BORDELON both of the full age of majority and residents of and domiciled in the Parish of St. Bernard, State of Louisiana, who declared unto me, Notary, under oath, that they each have been married but once during their lifetime and then to each other, and that they are presently living and residing together at - 3024 Lakewood Drive, Violet, LA 70092; but whose mailing address is P. O. Box 802, Violet, LA 70092.

hereinafter sometimes referred to as "mortgagor", who declared and acknowledged that THE FIDELITY HOMESTEAD ASSOCIATION, a corporation created under the provisions of the laws of the State of Louisiana, domiciled in the Parish of Orleans, State of Louisiana, hereinafter referred to as "Association" [illegible] Association herein, whose [illegible] by the mortgagee and mortgagor herein, has loaned and advanced to mortgagor the sum of $ [illegible] lawful money, the receipt whereof is hereby acknowledged by mortgagor, and therefore mortgagor declares that mortgagor is justly and truly indebted unto Association in the full sum and amount of EIGHTY THOUSAND AND NO/100-- DOLLARS

together with interest and other charges provided in this act of mortgage and the promissory note it secures. In evidence of this indebtedness, mortgagor has made and subscribed a certain promissory note drawn by mortgagor to the order of mortgagee, dated this day, and a copy of the said note is designated as exhibit "A" and is attached hereto after being paraphed "Ne Varietur" this day, by me Notary, for identification herewith and all of the terms and conditions of the promissory note and the provisions thereof are incorporated herein and made a part of this act of mortgage.

The original of the aforesaid promissory note, after having been paraphed "Ne Varietur" by me Notary, in order to identify the same herewith, has been delivered unto the Association through its undersigned officer, who hereby acknowledges receipt thereof.

THE PARTIES HERETO FURTHER AGREE AND COVENANT AS FOLLOWS:

(1) In order to secure the payment of said promissory note in principal and interest, according to its tenor; and to also secure the provisions therein contained, and to also secure the faithful performance of all the obligations contained herein and the reimbursement and payment of attorney's fees, taxes, paving installments, premiums of insurance, costs, charges, and all advances and expenses whatsoever, the said mortgagor does by these presents specially mortgage, affect and hypothecate unto and in favor of said Association and any future holder or holders of the said promissory note, the said Association, being here present and accepting for itself and for others, the following described property:

ONE CERTAIN LOT OF GROUND, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in that part thereof known as OAK RIDGE PARK SUBDIVISION, PHASE VI, in the square bounded by Lakewood Drive, Genie Street, Moss Street and Daniel Drive, which said lot of ground is designated by the NUMBER 1075, commences at a distance of 492.50 feet from the corner of Lakewood Drive and Genie Street, and measures thence 60 feet front on Lakewood Drive, same width in the rear, by a depth of 120 feet between equal and parallel lines; all according to sketch of survey by Eugene J. Estopinal & Associates, Inc., Eugene J. Estopinal, Surveyor, dated September 25, 1990, brought up to date to show improvements November 19, 1990, a copy of which is annexed hereto and made part hereof, for reference.

The improvements thereon bear the House No. 3024 Lakewood Drive.

EXHIBIT
tabbies
30

| 899 000 0 0188 4/09/07 Page 1 AP

STEVE'S MOBIL HOME & R.V. REPAIR,
INC.
3209 E. JUDGE PEREZ
MERAUX, LA 70075

PARCELS 1-A & 1-B TOGETHER MEAS:
310' E. JUDGE PEREZ X 484' X 293' X 360' LOWER DEPTH
PARCEL 1-A, BEING COMP. OF ORIG. PARCEL 1 OF ORIG. LOTS 27-B2 & 28-B3 OF LOTS 27-30, ORIG. CORINNE MYRTLE PLANT.
PARCEL 1-A, MEAS. 133.16' ON LEFT DESC. SIDE OF E. JUDGE PEREZ, THENCE FURTHER ALONG CURVE ON E. JUDGE PEREZ OF 37.69', GIVING FULL FRONTAGE OF 170.85' ON JUDGE PEREZ, DEPTH ON UPPER SIDE OF 484.06' TO 20 ARPENT CANAL, WIDTH ALONG CANAL OF 293.81' OPP. FIRST DEPTH OF 66.88' TO REAR OF PARCEL 1-B, REAR ALONG REAR OF PARCEL 1-B OF 133.97', THENCE 2ND. DEPTH TO E. JUDGE PEREZ OF 334.62'. CONTAINS APPROX. 1.85 ACRES.
PARCEL 1-B, BEING COMPOSED OF ORIG. PARCEL 1 OF ORIG. LOTS 27-B-2 & 28-B-3 OF LOTS 27-30, CORINNE MYRTLE PLANT., MEAS. 140' ON LEFT DESC. SIDE OF E. JUDGE PEREZ X 334.62' ON UPPER SIDE, 133.97' WIDTH IN REAR X 294.08' OPP. DEPTH, APPROX. 1 ACRE.

Location
3209 E. JUDGE PEREZ

| Vendors | C O B | Date | Sale Type | | Price | Succession |
|---|---|---|---|---|---|---|
| (1-B) | 664 / 248 | 7/20/1999 | L | Land | $240000 | LOT 1-B |
| ROUBION, LOUIS F., JR., | 639 / 107 | 2/02/1998 | SI | Sale | $167081 | |
| ROUCHER, L.L.C. | 639 / 103 | 2/02/1998 | SI | Sale | $167081 | |
| ROUCHER, L.L.C. | 638 / 515 | 1/23/1998 | SI | Sale | | |
| (1-B) | 629 / 354 | 7/03/1997 | L | Land | $178500 | LOT 1-B |
| RESUB. | 620 / 422 | 2/06/1997 | | | | |
| ROUBION, LOUIS F., JR. | 618 / 492 | 1/03/1997 | L | Land | | |
| ROUBION, CORINNE M. | 589 / 220 | 8/10/1995 | L | Land | $207500 | |
| REVOKE TRUST | 589 / 217 | 8/10/1995 | | | | |
| * | 536 / 269 | 4/12/1993 | C | Corre | | |
| ROUBION, LOUIS, JR. (ET | 520 / 319 | 7/02/1992 | L | Land | | |
| ROUBION, CORINNE | 514 / 110 | 3/12/1992 | DN | Donat | | |
| LATTIMORE, RENEE | 513 / 345 | 2/24/1992 | P | Parti | | |
| ST. BERNARD PARISH | 508 / 170 | 10/28/1991 | R | Redem | | |

EXHIBIT
tabbies
31
(1 of 2)

1435
* CONTINUED *

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

899 000 0 0188 4/09/07 Page 2 AP
TEVE'S MOBIL HOME & R.V. REPAIR, * CONTINUED *

| endors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| HERAMIE, LYNN | 485 / 160 | 6/27/1990 | A Adjud | | 1107 |
| | 223 / 13 | 3/14/1983 | | | |

XRF Cross ref-see 450000002900 T-MOBILE/SPECTRASITE-CYPRESS G

| 'ode Type | Units | A/V | SqFt | Imp Dat |
|---|---|---|---|---|
| L Suburban Land | 3.00 | 45,920 | 120000 | |
| .I Rural Improvements | 1.00 | 5,250 | 9981 | 1998 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 51,170 | 0 | 51,170 |

EXHIBIT
tabbies
31
(2 of 2)

Marlene M. Vinsanau
Assessor St. Bernard Parish
Room 105 Courthouse
Chalmette, La. 70043

| | | |
|---|---|---|
| CASH SALE<br>BY<br>ROUCHER, L.L.C.<br>TO<br>STEVE'S MOBILE HOME & R.V. REPAIR, INC. | * | UNITED STATES OF AMERICA<br>STATE OF LOUISIANA<br><br>PARISH OF JEFFERSON |

* * * * * * * * * * * * * * * * * * * *

BE IT KNOWN, That on this 28th day of January, in the year of Our Lord, One thousand nine hundred and Ninety eight (1998), and of the Independence of the United States of America, the two hundred and twenty-second(222nd),

BEFORE ME, WARREN E. MOULEDOUX, JR., a Notary Public, in and for the Parish of Jefferson, State of Louisiana, duly commissioned and qualified, and in the presence of witnesses hereinafter named and undersigned

PERSONALLY CAME AND APPEARED:

ROUCHER, L.L.C. (TIN 72-1342079), a Louisiana Limited Liability Company with its principal office at 132 Ormond Meadows, Destrehan, Louisiana 70047, herein represented by Richard M. Roubion, Manager, individually and as Agent & Attorney in fact for Lynn Roubion Cheramie, Manager, by virtue of a Power of Attorney, a copy of which is annexed hereto and made part hereof, who declared that they are vested with the authority of said Limited Liability Company to sell that certain property described herein by virtue of the Articles of Organization for Roucher, L.L.C.

And here, Richard M. Roubion, declared that the Power of Attorney for Lynn Roubion Cheramie, annexed hereto, remains in full force and effect as of this date, and that Principal is alive and has not been interdicted or declared bankrupt.

who declared that on the terms and conditions hereinafter expressed, it does by these presents, grant, bargain, sell, convey, transfer, assign, set over and deliver, with all legal warranties, with a full guarantee against all troubles, debts, mortgages, claims, evictions, donations, alienation, or other encumbrances whatsoever, all of their right, title and or interest unto,

STEVE'S MOBILE HOME & R.V. REPAIR, INC. (TIN 72-1037550), a Louisiana corporation, having its principal place of business in the Parish of St. Bernard, State of Louisiana, herein represented by Steven J. Bordelon, its President, by virtue of a resolution of the Board of Directors of said corporation; a certified copy of which is annexed hereto and made part hereof; mailing address of said corporation is: 3209 E. Judge Perez Dr., Meraux, LA 70075

here present accepting and purchasing for himself, his heirs, and assigns and acknowledging delivery and possession thereof, the following described property, to-wit:

AN UNDIVIDED ONE-HALF (1/2) INTEREST IN AND TO THE FOLLOWING DESCRIBED PROPERTY TO-WIT:

EXHIBIT
tabbies
32
Cl otd

A CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon and all the rights, ways, privileges, prescriptions, servitudes, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, being a portion of Original Lots 27 & 28, CORINNE MYRTLE GROVE PLANTATION, said portion of ground being designated as PARCEL 1-A on a plan of survey and resubdivision of Parcel 1 into Parcel 1-A and Parcel 1-B by Estopinal Surveying and Engineering, Inc., dated December 18, 1996, approved by the St. Bernard Planning Commission on January 28, 1997, pursuant to Resolution PC-R-1-97, registered in COB 620, folio 422 of the conveyance records of St. Bernard Parish, and according thereto, said Parcel 1-A commences at the intersection of Judy Drive and East Judge Perez Drive, S 87 degrees 57 minutes 2 seconds E a distance of 362.52 feet to the Point of Beginning, thence N 24 degrees 48 minutes 37 seconds E a distance of 520.15 feet to a point, thence S 61 degrees 08 minutes 13 seconds E a distance of 293.80 feet to a point, thence S 24 degrees 47 minutes 18 seconds W a distance of 102.97 feet to a point, thence N 65 degrees 12 minutes 42 seconds W a distance of 133.97 feet to a point, thence S 24 degrees 47 minutes 18 seconds W a distance of 334.62 feet to a point, thence continuing in a westerly direction along the northernmost right-of-way line of East Judge Perez Drive, following a curved line having a radius of 1,999.86 feet and the radius center to the south, a distance of 133.16 feet to a point of tangency; thence continuing in a westerly direction along said northernmost right-of-way of East Judge Perez Drive, N 87 degrees 52 minutes 02 seconds West a distance of 37.69 feet to the Point of Beginning. All as more fully shown on survey by Estopinal Surveying and Engineering dated December 12, 1997.

Being the same property acquired by Roucher L.L.C. from Lynn Roubion, wife of, and Louis J. Cheramie, et al, by an act dated December 31, 1996 and registered in COB 618, folio 492 in the Parish of St. Bernard, State of Louisiana.

The improvements thereon, as of this date, bear the Municipal No. 3209 East Judge Perez Drive, Meraux, LA 70075

THIS SALE IS MADE SUBJECT TO THE FOLLOWING:

1. Without intention to interrupt or revive prescription thereon or recognize the validity thereof, the parties hereto take cognizance of the following: a) Right of way with apparent servitude of drain evidenced by the 20 Arpent Canal along the northerly right of way of the property. b) Any rights of the St. Bernard Parish Police Jury for a servitude of maintenance for the 20 Arpent Canal. c) Right of way to Louisiana Power & Light Company, by an act dated June 16, 1993, registered in COB 540, folio 601.

Taxes for the year 1998 and all subsequent years, not yet due and payable.

TO HAVE AND TO HOLD, the said described property herein conveyed unto the said purchaser, his heirs and assigns forever.

And the said vendors hereby bind themselves, their heirs forever to warrant and defend the said property herein conveyed to the said purchasers against all legal claims and demands whatsoever.

EXHIBIT
tabbies
32
(2 of 2)

| | |
|---|---|
| CASH SALE<br>BY<br>PROFESSIONAL FUNERAL SERVICES, INC.<br>TO<br>STEVE'S MOBILE HOME & R.V. REPAIR, INC. | UNITED STATES OF AMERICA<br>STATE OF LOUISIANA<br><br>PARISH OF JEFFERSON |

* * * * * * * * * * * * * * * * * * * * *

BE IT KNOWN, That on this 15th day of July, in the year of Our Lord, One thousand nine hundred and Ninety nine (1999), and of the Independence of the United States of America, the two hundred and twenty-fourth(224th),

BEFORE ME, WARREN E. MOULEDOUX, JR., a Notary Public, in and for the Parish of Jefferson, State of Louisiana, duly commissioned and qualified, and in the presence of witnesses hereinafter named and undersigned

PERSONALLY CAME AND APPEARED:

PROFESSIONAL FUNERAL SERVICES, INC., (TIN72-0969989), a Louisiana corporation domiciled in the Parish of Orleans, State of Louisiana, herein represented by Leonard J. Dunn, its President, by virtue of a resolution of the Board of Directors of said corporation, a certified copy of which is annexed hereto and made part hereof; mailing address of said corporation is: P. O. Box 3845, New Orleans, LA 70177.

who declared that on the terms and conditions hereinafter expressed, it does by these presents, grant, bargain, sell, convey, transfer, assign, set over and deliver, with all legal warranties, with a full guarantee against all troubles, debts, mortgages, claims, evictions, donations, alienation, or other encumbrances whatsoever, all of their right, title and or interest unto,

STEVE'S MOBILE HOME & R.V. REPAIR, INC., (TIN72-1037550), a Louisiana corporation domiciled in the Parish of St. Bernard, State of Louisiana, herein represented by Steven J. Bordelon, its President, by virtue of a resolution of the Board of Directors of said corporation, a certified copy of which is annexed hereto and made part hereof; mailing address of said corporation is: 3209 E. Judge Perez Drive, Meraux, LA 70075.

here present accepting and purchasing for himself, his heirs, and assigns and acknowledging delivery and possession thereof, the following described property, to-wit:

A CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon and all the rights, ways, privileges, prescriptions, servitudes, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in that part thereof known as original Lots 27 & 28 CORINNE MYRTLE GROVE PLANTATION, designated as PARCEL 1-B, in accordance with a plan of resubdivision by Estopinal Surveying and Engineering, Inc., C. E. & S., dated January 28, 1997, as approved by the Resolution PC-R-197 of the St. Bernard Parish Planning Commission, dated January 28, 1997, recorded in COB 620, folio 422, said Parcel is more particularly described as follows, to-wit: LOT 1-B, Corinne Myrtle Grove Plantation, bounded by East Judge Perez Drive, 95 foot

EXHIBIT
tabbles
33
(1 of 2)

Right of Way "20 Arpent" Canal, and Paul Drive (side), measures 140 feet front on East Judge Perez Drive, with a width in the rear of 133.97 feet, by a depth of 334.62 feet on the side adjacent to Parcel 1-A and 294.08 feet on the side nearer to Paul Drive.

Being the same property acquired by Professional Funeral Services, Inc. from Boucher, L.L.C. by an act passed before Becky A. Cieutat, Notary Public, dated July 1, 1997 and registered in COB 629, folio 354 in the Parish of St. Bernard, State of Louisiana.

THIS SALE IS MADE SUBJECT TO THE FOLLOWING:

1. Without intention to interrupt or revive prescription thereon or recognize the validity thereof, the parties hereto take cognizance of the following: a) Right of way with apparent servitude of drain evidenced by the 20 Arpent Canal along the northerly right of way of the property. b) Any right of the St. Bernard Policy Jury for a servitude of maintenance for the 20 Arpent Canal. c) Right of way to Louisiana Power & Light Company by an act dated June 16, 1993 and field for registry at COB 540, folio 601. d) Any loss or damage resulting from any portion of the property being declared "wetlands" and/or subject to any environmental of regulations.

2. The property herein conveyed is subject to a building restrictions prohibiting the property from being used as a funeral, cemetery, bemetery or funeral flower shop, monument or vault manufacturing, preneed funeral insurance or related business.

Taxes for the year 1999 and all subsequent years, not yet due and payable.

TO HAVE AND TO HOLD, the said described property herein conveyed unto the said purchaser, his heirs and assigns forever.

And the said vendors hereby bind themselves, their heirs forever to warrant and defend the said property herein conveyed to the said purchasers against all legal claims and demands whatsoever.

The said vendors do hereby moreover transfer unto said purchasers all and singular the rights and actions of warranty to which the said vendor have or may be entitled, against any and all former owners and proprietors of the property herein conveyed, hereby subrogating said purchasers to all the said rights and actions, to be by him enjoyed and exercised in the same manner as they might have been by said vendors.

THIS SALE IS MADE AND ACCEPTED, for and in consideration of the price and sum of --- TWO HUNDRED FORTY THOUSAND AND NO/100----------------------------------------------------------------------------------------($240,000.00)--- DOLLARS which said amount has been well and truly paid unto said vendor, in lawful current funds of the United States of America, the receipt of which is hereby acknowledged and full acquittance granted therefor.

EXHIBIT
tabbies
33
(2 of 2)