# 2ND AMENDED COMPLAINT

## EXHIBITS 127-149

10

JACK A. STEPHENS
SHERIFF AND EX-OFFICIO TAX COLLECTOR
P.O BOX 168
CHALMETTE, LOUISIANA 70044

STATE OF LOUISIANA
PARISH OF ST. BERNARD

2006

| ASSESSMENT NUMBER |
|---|
| [illegible] |

PART OF LOT 54, ALL OF LOT 55 & PAR
T OF LOT 56
HOPEDALE SUB. #1

PART OF LOT 54 NEAREST LOT 55. [illegible]

*** [illegible] ***
[illegible] LOT 8 9600

MAIL TO

[illegible]

[illegible]

TOTAL TAX =====) 1,074.14

TAXES BECOME DELINQUENT ON DEC. 31ST FOR THE YEAR IN WHICH THE TAX ROLLS ARE FILED. INTEREST FROM DEC. 31ST OF SAID YEAR WILL BE CHARGED AT THE RATE OF 1% PER MONTH OR ANY PORTION THEREOF, UNDER LA. R.S. 47:2101.

EXHIBIT
tabbies
127

JACK A. STEPHENS
SHERIFF AND EX-OFFICIO TAX COLLECTOR
P.O. BOX 168
CHALMETTE, LOUISIANA 70044

STATE OF LOUISIANA
PARISH OF ST. BERNARD

| ASSESSMENT NUMBER |
| --- |
| [illegible] |

15,16,17,18

MAIL TO

Paid CK 150

TOTAL TAX =====) 322.23

TAXES BECOME DELINQUENT ON DEC. 31ST FOR THE YEAR IN WHICH THE TAX ROLLS ARE FILED. INTEREST FROM DEC. 31ST OF SAID YEAR WILL BE CHARGED AT THE RATE OF 1% PER MONTH OR ANY PORTION THEREOF, UNDER LA. R.S. 47:2101.

EXHIBIT

128

7 145 002 0 0026 10/23/06 Page 1 LI

ROBIN, BRAD 1/4
ETALS
8007 E. ST. BERNARD HWY.
ST. BERNARD, LA 70085

ROBIN, DEBRA GRAHAM 1/4
ROBIN, DON 1/4
ROBIN, SARAH CHATHAM 1/4

LOTS 26 & 27 SQ. 2 ALLUVIAL CITY SUB.
LOTS EACH MEASURE 30' FRT. ON AVE. A X DEPTH OF 150'.

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| VIC MOLERO SEAFOOD, INC | 695 / 808 | 5/10/2001 | LI Land | $54261 | |
| MOLERO, ANTHONY | 511 / 286 | 1/10/1992 | LI Land | $55000 | |
| * | 68 / 76 | 0/00/0000 | | | |

"Survey" 150' [illegible]

EXHIBIT
189

NO. 218

Act of Sale and Assumption

VIC MOLERO SEAFOOD, INC.

TO

BRAD ROBIN, ET ALS

# United States of America 808

STATE OF LOUISIANA 384 219

PARISH OF ST. BERNARD, CITY OF CHALMETTE

BE IT KNOWN, That on this 3rd day of the month of May, 2001

Before me, BARBARA L. ACOSTA, a Notary Public, duly commissioned and sworn, in and for this City and the Parish of and in the presence of the witnesses named and undersigned,

PERSONALLY APPEARED:

VIC MOLERO SEAFOOD, INC.
A CORPORATION ORGANIZED UNDER THE LAWS OF THE STATE OF LOUISIANA, HAVING ITS PRINCIPLE PLACE OF BUSINESS AT ROUTE 1, BOX 519-A, ST. BERNARD, LOUISIANA 70085, HEREIN APPEARING BY AND THROUGH ALICE MOLERO, ITS DULY AUTHORIZED OFFICER, BY RESOLUTION OF THE BOARD OF DIRECTORS OF SAID CORPORATION ANNEXED HERETO.

who declared that, it do es by these presents, grant, bargain, sell, assign, convey, transfer and set over, with all legal warranties and a full guarantee against all troubles, debts, claims, mortgages, privileges, liens, taxes, donations, alienations, evictions, and all encumbrances whatsoever, unto

DEBRA GRAHAM, WIFE OF/AND BRAD ROBIN, BOTH OF THE FULL AGE OF MAJORITY AND RESIDENTS OF THE PARISH OF ST.BERNARD, WHO DECLARED UNTO ME, NOTARY, THAT BRAD ROBIN HAS BEEN MARRIED TWICE, FIRST TO DORIS ANN EVANS FROM WHOM HE WAS DIVORCED IN THE PARISH OF ST. BERNARD, AND SECOND TO DEBRA GRAHAM WITH WHOM HE IS LIVING AND RESIDING AT 8007 E. ST.BERNARD HWY., ST. BERNARD, LOUISIANA 70085; AND DEBRA GRAHAM HAS BEEN MARRIED BUT ONCE AND THEN TO BRAD ROBIN.

SARAH CHATHAM, WIFE OF/AND DON ROBIN, BOTH PERSONS OF THE FULL AGE OF MAJORITY AND RESIDENTS OF THE PARISH OF ST. BERNARD WHO DECLARED UNTO ME, NOTARY, THAT THEY HAVE BOTH BEEN MARRIED BUT ONCE AND THEN TO EACH OTHER, AND ARE PRESENTLY LIVING AND RESIDING TOGETHER AT 8011 E. ST. BERNARD HWY., ST.BERNARD, LOUISIANA 70085.

here present, accepting and purchasing for, themselves, their heirs and assigns, and acknowledging due delivery and possession thereof, the following described property, to-wit:

Recorded in C.O.B. 695 Folio 808
and M.O.B. 1020 Folio 218
Parish of St. Bernard on the 10 day
of May 2001
Lynn R. Torres
Clerk of Court and Recorder
File/Same Day

ACT OF SALE AND ASSUMPTION PART 1

EXHIBIT
130
(1 of 5)

A CERTAIN PIECE OR PORTION OF GROUND, together with all rights, ways, privileges, servitudes, advantages, and appurtenances thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of LOUISIANA, IN THE TOWNSITE OF ALLUVIAL CITY in SQUARE #2 thereof and in accordance with a plan of Eugene I. Estopinal, Civil Engineer and Surveyor, dated July 2, 1956, a copy of which is affixed to an act before Oliver S. Livaudais, Jr., Notary Public, dated May 1, 1957, said lot of ground is designated as LOT "C" in SQUARE 2 which square is bounded by State Highway (Shell Road), Fifth Street, Avenue A and Sixth Street and commences at a distance of 160 feet from the corner of State Highway and Sixth Street and measured thence 50 feet front on the State Highway, same width in the rear, by a depth of 150 feet between equal and parallel lines.

TWO CERTAIN LOTS OF GROUND, together with all the rights, ways, privileges, servitudes, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in the TOWNSITE OF ALLUVIAL CITY in SQUARE #2 thereof which said square is bounded by State Highway (Shell Road), Avenue A, 5th and 6th Streets and in accordance with a plan of Eugene I. Estopinal, Civil Engineer and Surveyor, dated July 2, 1956, a copy of which is affixed to an act before Oliver S. Livaudais, Jr., Notary Public, dated May 1, 1957, said lots of ground are designated as LOTS 26 and 27, and measure as follows:

LOT NO. 26 commences at a distance of 150 feet from the corner of Sixth Street and Avenue A and measures thence thirty (30) feet front on Avenue A, same width in the rear, by a depth between equal and parallel lines of 150 feet.

LOT NO. 27 commences at a distance of 180 feet from the corner of Sixty Street and Avenue A and measures thence 30 feet front on Avenue A, same width in the rear, by a depth between equal and parallel lines of 150 feet.

Being the same property acquired by Vic Molero Seafood, Inc. from Marjorie Menesses, wife of/and Anthony Molero by act before Walker H. Drake, Jr., Notary Public, dated January 8, 1992 recorded in the Parish of St. Bernard in COB 511 folio 286.

ALL rights, title and interest which it has to land, bayou rights or bayou bank of Bayou LaLoutre situated between State Highway 39 and Bayou LaLoutre at Alluvial City, Louisiana in the Parish of St. Bernard in front of or adjacent to Lots 14 and 15 (Now Lot "C")

To have and to hold the said described property unto the said purchasers, their heirs and assigns forever.

And the said vendor moreover transfers unto the said purchaser all the rights and actions of warranty to which said purchaser is or may be entitled against all the former owners and proprietors of the property herein conveyed hereby subrogating the said purchaser to all the rights and actions to be by said purchaser enjoyed and exercised in the same manner as they might have been by said vendor.

THIS SALE IS MADE AND ACCEPTED FOR and in consideration of the price and sum of

FIFTY FOUR THOUSAND TWO HUNDRED SIXTY ONE AND 36/00 ($54,261.36 DOLLARS

in part payment and deduction whereof the present purchaser has paid the sum of THIRTEEN THOUSAND ONE HUNDRED FIFTY FOUR AND 16/100 ($13,154.16) dollars, in cash current money of the United States of America, receipt of which amount the said vendor hereby acknowledges and grants full acquittance therefor unto the said purchaser.

EXHIBIT
tabbies
150
(245)

220

AND FOR THE BALANCE of said purchase price, to-wit, the sum of FORTY ONE THOUSAND ONE HUNDRED SEVEN AND 20/100 ($41,107.20) dollars, the present purchaser assumes, binds and obligates 810

themselves to pay that certain mortgage by Vic Molero's Seafood, Inc. in favor of Marjorie Menesses Molero and Anthony Molero in the amount of $49,000.00 dated January 8, 1992 payable in equal installments of $394.25 bearing interest at the rate of 9% per annum until paid, which mortgages is recorded in the Parish of St.Bernard in MOB 568 folio 315 and which mortgage has a present principle balance of $41,107.20.

THE SELLER MAKES NO WARRANTY EITHER EXPRESSED OR IMPLIED ABOUT THE BUILDING, ITS MECHANICAL COMPONENTS INCLUDING BUT NOT LIMITED TO AIR CONDITIONING, HEATING, PLUMBING, ROOF, ETC. NOR DOES THE SELLER MAKE ANY WARRANTY TOWARD THE MERCHANTABILITY OF, OR BUYER'S INTENDED USE OF, THE PREMISES, THE BUILDING, OR ANY OF THE FIXTURES, IMPROVEMENTS OR PERSONAL PROPERTY CONVEYED HEREUNDER.. THE PROPERTY WILL BE SOLD "AS–IS, WHERE-IS" AND BUYER HEREBY WAIVES, WITH FULL KNOWLEDGE, ALL RIGHTS OF REDHIBITION THAT MAY EXIST OR ARISE IN CONNECTION WITH THIS AGREEMENT.

Said purchaser does hereby bind themselves individually and in solido with the said grantor of said vendor's lien and mortgage and said maker of said mortgage note to the full and final payment and discharge of said note and of all the liabilities and obligations expressed in said act of mortgage
Said purchaser further obligates himself to keep the improvements on the property hereby conveyed fully insured against fire and windstorm.

And the present vendor furthermore sells, conveys, transfers and abandons unto the present purchaser all of its right, title and interest of any kind whatsoever in and to the N/A shares of stock in the said N/A represented by Pass Book and Certificate No. which said Pass Book and Certificate the present purchaser acknowledges to have received and grants a full acquittance and discharge therefor the same having been issued in connection with the above note due the said Association.

Now to secure the faithful performance of the foregoing obligations and the reimbursement of payment of any attorney's fees or taxes as above specified, the purchaser does by these presents further specially mortgage and hypothecate the hereinabove property unto and in favor of said vendor herein, its successors or assigns, said purchaser hereby confessing judgment for the full amount of said indebtedness in capital and interest together with all costs of attorney's fees, taxes and insurance.

This special mortgage in favor of the vendor herein, its heirs or assigns now granted by purchaser, herein is separate and distinct and in addition to the mortgage assumed by said purchaser in favor of the mortgagee it being the intent and purpose of said purchaser, in the event that said purchaser should be in arrears in an amount representing principal and interest due for three consecutive months, with the said vendor to allow said vendor, its heirs and assigns to foreclose against said property in its name or that of its successors or assigns.

The purchaser herein binds and obligates themselves not to permit any future purchaser to assume the note or notes herein described without the written consent of the vendor herein. Should the purchaser violate this provision, the vendor retains and is granted the right to foreclose on his mortgage and vendor's privilege at once.

EXHIBIT
tabbles
130
(3 of 5)

221 811

**RESOLUTION OF**
**VIC MOLERO'S SEAFOOD, INC.**

Present: A legal quorum

On motion duly, made, seconded and unanimously carried, it was resolved:

That all prior notice of this meeting be waived.

On motion duly made, seconded and unanimously adopted, it was resolved:

That Alice Molero in their respective capacities as officers of this corporation on behalf of this corporation, or either of them, are fully authorized in the name and on behalf of this corporation, to purchase any real estate in the City of New Orleans or in the state of Louisiana, or elsewhere, for such amount and on such terms and conditions and with such clauses and stipulations contained in the Act of Purchase as either of said officers thinks proper and advisable; and also to sell any real estate owned by this corporation to any person or persons of corporation for such amount and on such terms and conditions as either of said officers may determine or think advisable, and to receive and receipt for the selling price and to give full acquittance and discharge therefor; to mortgage real estate owned by the corporation under a conventional mortgage or to any homestead association under a vendor's lien and in accordance with the rules and regulations of the homestead association, for such amounts and on such terms and conditions as either of said officers may determine; with authority in the case of a homestead association loan to sell the property to the association and to repurchase same, and to subscribe to any mortgage installment stock as may be necessary, all in accordance with its rules and regulations; with full authority on the part of either of said officers to sign and execute any act or acts before any Notary Public, said act or acts to contain such clauses, stipulations, and obligations as either of said officers may deem advisable, including confession of judgment, sale by executory process, waiver of appraisement, and the non-alienation clauses; with further authority to sign and execute any and all documents or deeds, notes and mortgage notes, building contracts, necessary or advisable to carry out fully the foregoing objects and purposes; to build and construct houses and other improvements on, or make repairs or additions to property owned by this corporation for itself; or to construct residences or other buildings for others on property owned by them, under contracts direct with such owners; or through any lending agency, and with or without bond, and for such amount and on such terms as either of such officers deems advisable; the intent of this resolution being to place full authority with either of said officers to transact completely the business of this corporation as outlined in its charter, in which its objects and purposes are set forth, all without the necessity of the adoption by the Board of Directors of a separate resolution to cover each transaction; or to cover each sale, purchase or mortgage, or the construction of any improvements on the property of this corporation for itself, or under building contract as contractor for the account of others; with further authority to do anything in the premises which may be necessary or advisable to carry out fully all or any of the purposes of this resolution.

I, Alice Molero Secretary of ________ do hereby certify that the above and foregoing is a true and correct copy of the minutes of the meeting of the Board of Directors of said corporation, duly and legally called, convened and held at the registered office of said corporation, on the above date whereat all members of the Board of Directors were present and that the same has not been revoked or rescinded.

WITNESS MY SIGNATURE, as Secretary-Treasurer of this corporation, at Chalmette, Louisiana, this 1st day of May, 2001.

Alice Molero
SECRETARY

EXHIBIT
tabbles
130
(4 of 5)

The parties to this act are aware of the fact that the mortgage, conveyance and paving ordinance certificates herein referred to are open, being not yet dated or signed, and relieve and release me, Notary, from all responsibility and liability in connection therewith.

By reference to the certificates from the Register of Conveyances and the Recorder of Mortgages for the Parish of hereto annexed, it does not appear that the said vendor has not heretofore alienated the said property or that the same is subject to any encumbrances, except the herein assumed mortgage.

THUS DONE AND PASSED, in my notarial office in the State of Louisiana, on the day, month and year hereinfirst above written in the presence of the undersigned, Darla Billiot and Lisa Ripp competent witnesses, who have hereunto signed their names with said appearers and me, Notary, after reading of the whole.

WITNESSES:

VIC MOLERO'S SEAFOOD, INC.
BY: ALICE MOLERO

BRAD ROBIN

DEBRA GRAHAM ROBIN

SARAH CHATHAM ROBIN

DON ROBIN

BARBARA L. ACOSTA, NOTARY PUBLIC

EXHIBIT
tabbies
130
(5 of 5)

7 399 000 2 3195 3/13/07 Page 1 ME

ROBIN, BRAD LEE SR.
ETALS
8007 E. ST. BERNARD HWY.
ST. BERNARD, LA 70085

ROBIN, DEBRA KAY GRAHAM
ROBIN, DON JUDE SR.
ROBIN, SARAH K. CHATHAM

LOTS 1,2,3,4,5,16,17 SEC.136 TS14SR14E AND PT. LOT 15 BOIS DU LAC
LOTS 1-5 EACH MEAS. 40' X 150'
LOT 15 MEAS. 40' X 280'
LOT 16 MEAS. 40' X 288' X 40' X 347'
LOT 17 MEAS. 40' X 229' X 40' X 288'

| Vendors | C O B | Date | Sale Type | | Price | Succession |
|---|---|---|---|---|---|---|
| JANE MEYERS PLACE PROPE | 783 / 319 | 7/22/2005 | L | Land | $85000 | |
| FRITCH, ANTHONY H. | 783 / 310 | 7/22/2005 | L | Land | $75000 | |

| Code Type | Units | A/V |
|---|---|---|
| CL City Lots | 8.00 | 4,000 |

| Total A/V | H/S Exemp | Taxable= |
|---|---|---|
| 4,000 | 0 | 4,000 |

EXHIBIT
tabbies
131

JAN. 27. 2006 10:26AM STILES NO. 199 P. 2

447 182

Cob 787 Folio
FILED
JAN 10 2006 786
CH. DEPUTY CLERK

| | |
|---|---|
| CASH SALE | |
| SALE OF PROPERTY | |
| BY | UNITED STATES OF AMERICA |
| ROLAND ALAIN ALPHA and MARY LYNN ALPHA SMITH | STATE OF LOUISIANA |
| TO | |
| DEBRA KAY GRAHAM, wife of/and BRAD LEE ROBIN, SR., ET AL | PARISH OF ST. BERNARD |

* * * * * * * * * * * * * * *

KNOW YE ALL MEN BY THESE PRESENTS, THAT

**ROLAND ALAIN ALPHA,** (SSN XXX-XX-4465) a person of the full age of majority and a resident of/and domiciled in the Parish of St. Tammany, State of Louisiana, who declared unto me, Notary, that he has been married but once and then to Veralyn Rabalais, with whom he presently lives and resides at 917 Bald Cypress Drive, Mandeville, Louisiana 70448; and

**MARY LYNN ALPHA SMITH,** (SSN XXX-XX-6687) a person of the full age of majority and a resident of/and domiciled in the County of Henrico, State of Virginia, who declared unto me, Notary, that she has been married twice, first to William E. Germany from whom she was divorced in Proceedings No. 386-668 of Civil District Court, Parish of Orleans, State of Louisiana, Judgment dated March 19, 1962; and second to Jefferson S. Smith with whom she presently lives and resides at 7503 Montrose Avenue, Richmond, Virginia 23227;

who declare that they do by these presents grant, bargain, sell, convey, transfer, assign, set over, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which they have or may have against all preceding owners and vendors, unto:

EXHIBIT
132
(1 of 8)

<u>DEBRA KAY GRAHAM, wife of/and BRAD LEE ROBIN, SR.</u>, (HER SSN XXX-XX-8488, HIS SSN XXX-XX-6515) both persons of the full age of majority and residents of/and domiciled in the Parish of St. Bernard, State of Louisiana, who declared unto me, Notary, that the said Debra Kay Graham appearing herein through her agent and attorney in fact, Brad Lee Robin, Sr., by Special Power of Attorney, a copy of which is annexed hereto, declares that the said Debra Kay Graham has been married but once and then to Brad Lee Robin, Sr. with whom she presently lives and resides; and the said Brad Lee Robin, Sr. has been married twice, first to Doris Ann Evans from whom he was divorced in 1977 in St. Bernard Parish, and second to Debra Kay Graham with whom he presently lives and resides at 706 Virginia Circle, Purvis, Mississippi 39475;

and

<u>SARAH KATHERINE CHATHAM, wife of/and DON JUDE ROBIN, SR.</u>, (HER SSN XXX-XX-7947, HIS SSN XXX-XX-0080) both persons of the full age of majority and residents of/and domiciled in the Parish of St. Bernard, State of Louisiana, appearing herein through their agent and attorney in fact, Brad Lee Robin, Sr., who declared unto me, Notary, that they have been married but once and then to each other and that they presently live and reside at 1227 Shadetree Lane, Allen, Texas 75013;

here present accepting, and purchasing for themselves, their heirs and assigns, and acknowledging due delivery and possession thereof, all and singular the following described property, to-wit:

THOSE EIGHTEEN (18) CERTAIN LOTS OR PORTIONS OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in Doullut Subdivision to Alluvial City, Parish of St. Bernard, Louisiana, which lots or portions of ground according to a survey made by H.C. Smith, Consulting Engineer, dated December, 1914, attached to Act of Record and Deposit passed before James B. St. Alexandre, Clerk and Ex-Officio Recorder, Parish of St. Bernard, on June 23, 1915, and registered in Conveyance Office Book 24, folio 287, are described and designated as follows:

6.49 Square Q - Three Lots - Nos. 14, 17 and 21;
.49 Square R - Two Lots - Nos. 33 and 34;
6.97 .54 Square M - Two Lots - Nos. 1 and 2
.23 Square D - One Lot - No. 17
5.52 Square P - Three Lots - Nos. 1, 2 and 3;
15.00 ✓Square N - Five Lots - Nos. 19, 20, 21, 22 and 23

Being the same property acquired by Eleanor Attaway Alpha, Mary Lynn Alpha Germany Smith, Granville Alpha, Jr. and Roland A. Alpha, in Proceedings No. 399-983 of the Civil District Court, Parish of

21.97 = 3298.50

EXHIBIT
132
(2of8)

Orleans, State of Louisiana, entitled "Succession of Granville Alpha", Judgment rendered on March 22, 1963, and recorded in COB 86, folio 109, Parish of St. Bernard.

Being the same property acquired by Mary Lynn Alpha Smith, Granville Alpha, Jr. and Roland A. Alpha by Judgment of Possession rendered in Proceedings No. 95-30463 of the 22nd Judicial District Court, Parish of St. Tammany, State of Louisiana, entitled "Succession of Eleanor Attaway Alpha", Judgment rendered on September 7, 1995, and recorded in COB 650, folio 364, Parish of St. Bernard on August 24, 1998.

Being the same property further acquired by Roland A. Alpha to Granville Alpha, Jr, by act dated November 19, 2004, and recorded in COB 770, folio 740, Parish of St. Bernard on January 7, 2005.

To have and to hold the above described property unto the said purchasers, their heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of **SEVENTY SIX THOUSAND AND NO/100 ($76,000.00) DOLLARS** Cash, which the said purchaser has well and truly paid, in ready and current money to the said vendors who hereby acknowledge the receipt thereof and grant full acquittance and discharge therefor.

All State and City taxes up to and including the taxes due and exigible in 2004 are paid as per tax research certificates annexed hereto. Taxes for the year 2005 are prorated as of the date of this sale.

By reference to the indices of the Registrar of Conveyances and Recorder of Mortgages in and for the Parish of St. Tammany, State of Louisiana, it does not appear that said property has been heretofore alienated by the vendor or that it is subject to any encumbrance whatever, except: NONE.

**It is expressly agreed that immovable property herein conveyed and all improvements and compound parts, plumbing, electrical systems, mechanical equipment, heating and air conditioning systems, built in appliances, and all other items located hereon are conveyed by Seller and accepted by Purchaser "As Is, Where Is," without any warranties of any kind whatsoever, even as to the metes and bounds, zoning, operation, suitability of such properties for the use intended by the Purchaser, without regard to the presence of apparent or hidden defects and with the purchaser's full and complete waiver of any and all rights for the return of all or any part of the purchase price by reason of any such defects.**

EXHIBIT
tabbies
132
(3 of 5)

IN WITNESS WHEREOF, this agreement is signed, sealed and delivered in multiple originals on the day and date indicated adjacent to each signature hereon.

WITNESSES:

Print Name: Karla M. Valadez

MARY LYNN ALPHA SMITH

Print Name: PHLLICA COLLAHAN

8/29/05
DATED

WITNESSES:

Sandy H. Schule

ROLAND ALAIN ALPHA

Tracy K. Canino

DEBRA KAY GRAHAM ROBIN, thru her agent and attorney in fact, Brad Lee Robin, Sr.

BRAD LEE ROBIN, SR.

SARAH KATHERINE CHATHAM, thru her agent and attorney in fact, Brad Lee Robin, Sr.

DON JUDE ROBIN, SR., thru his agent and attorney in fact, Brad Lee Robin, Sr.

DATED 12/30/05

WITNESSES:

Print Name: Christy M. Kark

INTERVENER:

GRANVILLE ALPHA, JR.

Print Name: Earlene Armes

8/25/2005
DATED

EXHIBIT
132
(548)

A TRUE COPY
Lynn R. Torres
CLERK OF COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA
By
DEPUTY CLERK 1/10/06

ACKNOWLEDGMENT

STATE OF VIRGINIA

COUNTY OF HENRICO

BEFORE ME, Southy Edwards Thompson, a Notary Public, duly commissioned and qualified in and for the County and State aforesaid, personally came and appeared:

MARY LYNN ALPHA SMITH

and said appearer acknowledged to me, Notary, in the presence of the undersigned competent witnesses, that she executed the above and foregoing instrument in the presence of the foregoing witnesses as her own free and voluntary act and deed, for the uses, purposes and considerations therein expressed.

IN WITNESS WHEREOF, said appearer has executed these presents together with me, Notary, and the undersigned competent witnesses, at my office in the County and State aforesaid, on this 29th day of August, 2005.

WITNESSES:

[signature] — Print Name: Karla M. Valdez

[signature] — MARY LYNN ALPHA SMITH

[signature] — Print Name: PHILIPPA J COLQUHOUN

[signature] — NOTARY PUBLIC

EXHIBIT 13 (6 of 8)

# ACKNOWLEDGMENT

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, Ewell C. Potts, III, a Notary Public, duly commissioned and qualified in and for the Parish of Orleans, State of Louisiana, personally came and appeared:

ROLAND ALAIN ALPHA
DEBRA KAY GRAHAM ROBIN
BRAD LEE ROBIN, SR.
SARAH KATHERINE CHATHAM ROBIN
AND
DON JUDE ROBIN, SR.

and said appearers acknowledged to me, Notary, in the presence of the undersigned competent witnesses, that they executed the above and foregoing instrument in the presence of the foregoing witnesses as their own free and voluntary act and deed, for the uses, purposes and considerations therein expressed.

IN WITNESS WHEREOF, said appearers have executed these presents together with me, Notary, and the undersigned competent witnesses, at my office in the Parish and State aforesaid, on this 30th day of December, 2005.

WITNESSES:

Sandy H. Schule

Tracy K. Canino

ROLAND ALAIN ALPHA

DEBRA KAY GRAHAM ROBIN, by her agent and attorney in fact, Brad Lee Robin

BRAD LEE ROBIN, SR.

SARAH KATHERINE CHATHAM, by her agent and attorney in fact, Brad Lee Robin

DON JUDE ROBIN, SR., by his agent and attorney in fact, Brad Lee Robin

EWELL C. POTTS, III
NOTARY PUBLIC
BAR NO. 10637

EXHIBIT
tabbies
132
(7 d8)

ACKNOWLEDGMENT

STATE OF Tennessee

COUNTY OF Cumberland

BEFORE ME, Christy M. Roark, a Notary Public, duly commissioned and qualified in and for the Parish and State aforesaid, personally came and appeared:

GRANVILLE ALPHA, JR.

and said appearer acknowledged to me, Notary, in the presence of the undersigned competent witnesses, that he executed the above and foregoing instrument in the presence of the foregoing witnesses as his own free and voluntary act and deed, for the uses, purposes and considerations therein expressed.

IN WITNESS WHEREOF, said appearer has executed these presents together with me, Notary, and the undersigned competent witnesses, at my office in the Parish and State aforesaid, on this 25 day of August, 2005.

WITNESSES:

Print Name: Christy M. Roark

GRANVILLE ALPHA, JR.

Print Name: Earlene Armes

NOTARY PUBLIC

EXHIBIT 132 TS 018

7 145 002 0 000C 10/23/06 Page 1 LI
ROBIN YSCLOSKEY DEVELOPMENT #1, LLC
2324 FLORISSANT
ST. BERNARD, LA 70085

LOT C, SQ. 2, ALLUVIAL CITY SUB.
LOT C IS COMPOSED OF ALL LOT 14 AND PART OF LOT 15; COMM. 160' FROM
CORNER OF HWY. & 6TH STREET, MEAS. 50' FRT. ON HWY X DEP. 150'

Location

2320 FLORISSANT

| Vendors | C O B | Date | Sale Type | Price | Succession |
| --- | --- | --- | --- | --- | --- |
| ROBIN CAPITAL HOLDINGS, | 778 / 690 | 5/13/2005 | DN Donat | | |
| ROBIN, BRAD, ETALS | 778 / 671 | 5/13/2005 | DN Donat | | |
| VIC MOLERO SEAFOOD, INC | 695 / 808 | 5/10/2001 | LI Land | $54261 | |
| MOLERO, ANTHONY | 511 / 286 | 1/10/1992 | LI Land | $55000 | |
| * | 68 / 76 | 0/00/0000 | | | |

Lot C in Sq 2 bounded by St. Hwy

FIFTH STREET, AVENUE A, & 6th STREET

160' FROM CORNER OF STATE HWY & 6th

MEAS 50' FRONT on ST. HWY SAME WIDTH in REAR

& 150' (= & para. lines)

(2320)

EXHIBIT

133

[illegible] AND EX-OFFICIO TAX COLLECTOR
P.O. BOX 168
CHALMETTE, LOUISIANA 70044

STATE OF LOUISIANA
PARISH OF ST. BERNARD

[illegible]

| ASSESSMENT NUMBER |
| --- |
| [illegible] |

[illegible] ALLUVIAL CITY [illegible]

[illegible] OF ALL LOT 14 [illegible]
[illegible] COMM. 140' FROM
[illegible] 5TH STREET, [illegible]

*** ASSESSMENTS ***
[illegible] 1600 IMPROVEMENTS [illegible]

MAIL TO

[illegible] DEVELOPMENT [illegible], LLC
[illegible] FLORISSANT
ST. BERNARD, LA 70085

006-22792 TOTAL TAX =====> 179.02

TAXES BECOME DELINQUENT ON DEC. 31ST FOR THE YEAR IN WHICH THE TAX ROLLS ARE FILED. INTEREST FROM DEC. 31ST OF SAID YEAR WILL BE CHARGED AT THE RATE OF 1% PER MONTH OR ANY PORTION THEREOF. UNDER LA. R.S. 47:2101.

EXHIBIT
tabbies
134

# St. Bernard Parish Cover Sheet

Hon. Lena R. Torres
Clerk of Court
St. Bernard Parish Courthouse
Chalmette, LA 70044
(504) 271-3434

**First VENDOR**

ROBIN CAPITAL HOLDINGS LLC

**First VENDEE**

ROBIN YSCLOSKEY DEVELOPMENT #1 LLC

**Index Type :** Conveyance

**File Number :** 441064

**Type of Document :** Transfer Property/Collateral

**Book :** 778 **Page :** 690

**Recording Pages :** 9

**Description :**

**Recorded Information**

On (Recorded Date) : 05/13/2005

Doc ID - 002395710009

LENA R. TORRES • STATE OF LOUISIANA • Clerk of Court • St. Bernard Parish, LA

Do not Detach this Recording Page from Original Document

EXHIBIT
tabbles
135
(1 of 9)

441 064

| | |
|---|---|
| **ACT OF TRANSFER AND CONTRIBUTION OF ADDITIONAL CAPITAL** | **UNITED STATES OF AMERICA** |
| **BY:** | |
| **ROBIN CAPITAL HOLDINGS, L.L.C.** | **STATE OF LOUISIANA** |
| **TO:** | |
| **ROBIN YSCLOSKEY DEVELOPMENT #1, L.L.C.** | **PARISH OF ST. BERNARD** |

* * * * * * * * * * * * * * * *

**BE IT KNOWN**, that on this 11th day of the month of May, in the year of our Lord two thousand five (2005);

BEFORE ME, EWELL C. POTTS, III, a Notary Public, duly commissioned and qualified, in and for the Parish of Orleans, State of Louisiana, therein residing, and in the presence of the witnesses hereinafter named and undersigned,

**PERSONALLY CAME AND APPEARED:**

**ROBIN CAPITAL HOLDINGS, L.L.C., (FEDERAL TAXPAYER IDENTIFICATION NUMBER 20-1829604)**, a limited liability company organized under the laws of the State of Louisiana, and domiciled in the Parish of St. Bernard, represented by its Managers, Brad L. Robin, Sr., Don J. Robin, Sr. and Edward J. Robin, Jr., duly authorized in accordance with Certificate of Authority attached hereto; and that its mailing address is 2324 Florrisant Highway, St. Bernard, Louisiana 70085;

HEREINAFTER COLLECTIVELY REFERRED TO AS "**TRANSFERORS**";

who declare that they do by these presents, make a transfer and additional contribution of capital unto:

**ROBIN YSCLOSKEY DEVELOPMENT #1, L.L.C., (FEDERAL TAXPAYER IDENTIFICATION NUMBER 20-1830245)**, a limited liability company organized under the laws of the State of Louisiana, and domiciled in the Parish of St. Bernard, represented by its member, Robin Capital Holdings, L.L.C., through its Managers, Brad L. Robin, Sr., Don J. Robin, Sr. and

EXHIBIT 135 (2 of 9)

Edward J. Robin, Jr., duly authorized in accordance with Certificate of Authority attached hereto; and that its mailing address is 2324 Florrisant Highway, St. Bernard, Louisiana 70085;

HEREINAFTER REFERRED TO AS "**TRANSFEREE**";

for and consideration of the recognition by Transferee of this transfer and contribution of additional capital in Robin Ycloskey Development #1, L.L.C., the said Transferors hereby granting, bargaining, assigning, setting over, transferring, and delivering, without warranty, but with full substitution and subrogation, to all actions and rights of warranty which Transferors may have, subject to any mortgages, leases, or other encumbrances of record, unto Transferee, Robin Yscloskey Development #1, L.L.C., here present, accepting for itself, its successors and/or assigns the following described property, to-wit:

A CERTAIN PIECE OR PORTION OF GROUND, together with all the rights, ways, privileges, servitudes, advantages, and appurtenances thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in the **TOWNSITE OF ALLUVIAL CITY** in **SQUARE #2** thereof and in accordance with a plan of Eugene I. Estopinal, Civil Engineer and Surveyor, dated July 2, 1956, a copy of which is affixed to an act before Oliver S. Livaudais, Jr., Notary Public, dated May 1, 1957, said lot of ground is designated as **LOT "C"** in SQUARE 2 which square is bounded by State Highway (Shell Road), Fifth Street, Avenue A and Sixth Street and commences at a distance of 160 feet from the corner of State Highway and Sixth Street and measures thence 50 feet front on the State Highway, same width in the rear, by a depth of 150 feet between equal and parallel lines.

Improvements bear municipal no. 2320 Florrisant Highway, St. Bernard, Louisiana 70085.

Being the same property acquired by Debra Graham, wife of/and Brad Robin and Sarah Chatham, wife of/and Don Robin from Vic Molero Seafood, Inc., by act before Barbara L. Acosta, Notary Public, dated May 3, 2001, and recorded in COB 695, folio 808, Act No. 384219, Parish of St. Bernard on May 10, 2001.

THE HEREINABOVE DESCRIBED PROPERTY IS SUBJECT TO THE FOLLOWING:

1. Encroachments as per survey of Gilbert, Kelly & Couturie, dated April 28, 1959; and survey of Eugene I. Estopinal, dated July 2, 1956.

2. Act of Credit Sale executed by Vic Molero Seafood, Inc. in favor of Marjorie Menesses, wife of/and Anthony Molero, by act recorded in MOB 638, folio 34, Parish of St. Bernard, in

EXHIBIT
tabbies
135
(3 of 9)

the principal amount of $49,000.00; and Assumption of Mortgage recorded at MOB 1020, folio 218. (Note: Assumption references MOB 568, folio 315, but should have cited MOB 638, folio 34).

Transferors hereby acknowledge the receipt and adequacy of the consideration transferred by Robin Yscloskey Development #1, L.L.C. to Transferors for the property conveyed herein.

**AND NOW, INTO THESE PRESENTS, CAME AND APPEARED:**

**ROBIN YSCLOSKEY DEVELOPMENT #1, L.L.C.**

here present, accepting the above described property for itself, its successors and/or assigns, in consideration for which, said limited liability company does recognize and acknowledge this transfer and contribution of additional capital by and on behalf of Robin Capital Holdings, L.L.C., transferors, and does hereby make the adjustments to capital contribution on the records of Robin Yscloskey Development #1, L.L.C. by adding thereto the value of the property listed hereinabove to Robin Capital Holdings, L.L.C.'s capital contribution account.

All State and City taxes up to and including the taxes due and exigible in 2004 are paid as per statement of transferor.

By reference to the indices of the Registrar of Conveyances and Recorder of Mortgages in and for the Parish of St. Bernard, State of Louisiana, it does not appear that said property has been heretofore alienated by the vendors or that it is subject to any encumbrance whatever, other than as shown above.

**THUS DONE AND PASSED**, in my office at Chalmette, Louisiana, on the day, month and year herein first above written, in the presence of the undersigned competent

EXHIBIT
tabbies
135
(4 of 9)

CERTIFICATE OF AUTHORITY

OF

THE MEMBER

OF

ROBIN YSCLOSKEY DEVELOPMENT #1, L.L.C.

BE IT RESOLVED: That Robin Capital Holdings, L.L.C., Member of this limited liability company, be and it is hereby authorized and empowered on behalf of the said limited liability company to enter into an Act of Transfer and Contribution of Additional Capital from Robin Capital Holdings, L.L.C. to Robin Yscloskey Development #1, L.L.C., transferring the following described property, to-wit:

> A CERTAIN PIECE OR PORTION OF GROUND, together with all the rights, ways, privileges, servitudes, advantages, and appurtenances thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in the **TOWNSITE OF ALLUVIAL CITY** in **SQUARE #2** thereof and in accordance with a plan of Eugene I. Estopinal, Civil Engineer and Surveyor, dated July 2, 1956, a copy of which is affixed to an act before Oliver S. Livaudais, Jr., Notary Public, dated May 1, 1957, said lot of ground is designated as **LOT "C"** in SQUARE 2 which square is bounded by State Highway (Shell Road), Fifth Street, Avenue A and Sixth Street and commences at a distance of 160 feet from the corner of State Highway and Sixth Street and measures thence 50 feet front on the State Highway, same width in the rear, by a depth of 150 feet between equal and parallel lines.
>
> Improvements bear municipal no. 2320 Florrisant Highway, St. Bernard, Louisiana 70085.

on such terms and conditions as the said member, in its sole discretion, deems advisable in the circumstances;

BE IT FURTHER RESOLVED: That the said member, on behalf of this limited liability company, be authorized and empowered to negotiate a loan from any person, firm or corporation, not in excess of FIVE HUNDRED THOUSAND AND NO/100 ($500,000.00) DOLLARS, and in connection with the said loan, the said member is further authorized to execute the limited liability company's note and/or notes up to the amount of the said loan, all on such terms and conditions as the said member deems advisable in the circumstances, and as security for the repayment of the said loan, the same member, on behalf of this limited liability company, is authorized to grant a mortgage, whether conventional or collateral, on the hereinabove described property owned by this limited liability company, which said mortgage shall contain the usual Louisiana security clauses, including the pact de non alienando, confession of judgment and waiver of appraisement, and such other terms and conditions as the said member deems advisable.

C E R T I F I C A T E

The undersigned member of Robin Yscloskey Development #1, L.L.C., does hereby certify that the above and foregoing is a true and exact copy of an extract of the minutes of a meeting of the Members of the said limited liability company held on May 11, 2005, at which meeting all members of the said limited

EXHIBIT
tabbies
135
(5 of 9)

liability company were present and voting in the affirmative, and that the said resolution is in full force and effect and that they are all of the members of said company.

Chalmette, Louisiana, this 11th day of May, 2005.

ROBIN CAPITAL HOLDINGS, L.L.C.

By: Brad L. Robin Sr.
Brad L. Robin, Sr.
Manager

By:
Don J. Robin, Sr.
Manager

By: Edward J. Robin Jr.
Edward J. Robin, Jr.
Manager

EXHIBIT
tabbies
135
(6 of 9)

CERTIFICATE OF AUTHORITY

OF

THE MEMBERS

OF

ROBIN CAPITAL HOLDINGS, L.L.C.

BE IT RESOLVED: That Brad L. Robin, Sr., Don J. Robin, Sr. and Edward J. Robin, Jr., Managers of this limited liability company, be and they are hereby authorized and empowered on behalf of the said limited liability company to enter into an Act of Transfer and Contribution of Additional Capital from Robin Capital Holdings, L.L.C. to Robin Yscloskey Development #1, L.L.C., transferring the following described property, to-wit:

> A CERTAIN PIECE OR PORTION OF GROUND, together with all the rights, ways, privileges, servitudes, advantages, and appurtenances thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in the **TOWNSITE OF ALLUVIAL CITY** in **SQUARE #2** thereof and in accordance with a plan of Eugene I. Estopinal, Civil Engineer and Surveyor, dated July 2, 1956, a copy of which is affixed to an act before Oliver S. Livaudais, Jr., Notary Public, dated May 1, 1957, said lot of ground is designated as LOT "C" in SQUARE 2 which square is bounded by State Highway (Shell Road), Fifth Street, Avenue A and Sixth Street and commences at a distance of 160 feet from the corner of State Highway and Sixth Street and measures thence 50 feet front on the State Highway, same width in the rear, by a depth of 150 feet between equal and parallel lines.
>
> Improvements bear municipal no. 2320 Florrisant Highway, St. Bernard, Louisiana 70085.

on such terms and conditions as the said managers, in their sole discretion, deem advisable in the circumstances;

BE IT FURTHER RESOLVED: That Brad L. Robin, Sr., Don J. Robin, Sr. and Edward J. Robin, Jr., Managers of this limited liability company, do hereby consent and agree to the adoption of the following resolutions:

> RESOLVED, that this limited liability company entered into an agreement to form the entity known as Robin Yscloskey Development #1, L.L.C., and that this limited liability company be a member thereof, which entity is a limited liability company organized and existing under the laws of the State of Louisiana, pursuant to Articles of Organization executed on November 4, 2004 and recorded with the Secretary of State of Louisiana on November 10, 2004;
>
> RESOLVED FURTHER, that Brad L. Robin, Sr., Don J. Robin, Sr. and Edward J. Robin, Jr., Managers, be and they are hereby authorized, empowered and directed on behalf of this limited liability company, to perform any and all acts on behalf of this limited liability company as Member of the limited liability company known as Robin Yscloskey Development #1, L.L.C., as they, in their sole discretion deem necessary and appropriate.

EXHIBIT
tabbies
135
(7 of 9)

CERTIFICATE

We, the undersigned members of Robin Capital Holdings, L.L.C., do hereby certify that the above and foregoing is a true and exact copy of an extract of the minutes of a meeting of the Members of the said limited liability company held on May 11, 2005, at which meeting all members of the said limited liability company were present and voting in the affirmative, and that the said resolution is in full force and effect and that they are all of the members of said company.

Chalmette, Louisiana, this 11th day of May, 2005.

Brad L. Robin, Sr.

Don J. Robin, Sr.

Edward J. Robin, Jr.

EXHIBIT
tabbies
135
(8 of 9)

witnesses, who hereunder sign their names with the said appearers, and me Notary, after reading of the whole.

**WITNESSES:**

Sandy H. Schule

Rance J. Mangipano

ROBIN CAPITAL HOLDINGS, L.L.C.

BY: ______________________
BRAD L. ROBIN, SR.
MANAGER

BY: ______________________
DON J. ROBIN, SR.
MANAGER

BY: ______________________
EDWARD J. ROBIN, JR.
MANAGER

ROBIN YSCLOSKEY DEVELOPMENT #1, L.L.C.

By: ______________________
Robin Capital Holdings, L.L.C., Member, through Its Manager, Brad L. Robin, Sr.

By: ______________________
Robin Capital Holdings, L.L.C., Member, through Its Manager, Don J. Robin, Sr.

By: ______________________
Robin Capital Holdings, L.L.C., Member, through Its Manager, Edward J. Robin, Jr.

______________________
EWELL C. POTTS, III
NOTARY PUBLIC
BAR NO. 10637

EXHIBIT
135
(9 of 9)

7 145 002 0 000B 10/23/06 Page 1 LI
ROBIN YSCLOSKEY DEVELOPMENT #2, LLC
2324 FLORISSANT
ST. BERNARD, LA 70085

******************
OFFICE

LOT B SQ.2 ALLUVIAL CITY SUB BEING COMPOSED OF PT. ORIGINAL LOT 17 AND ALL LOT 16 AND PT. LOT 15. COMMENCES 110' FROM CORNER SHELL ROAD AND SIXTH STREET.
MEAS. 50' FRT. X 150'

Location
2324 FLORISSANT

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| ROBIN CAPITAL HOLDINGS, | 778 / 712 | 5/13/2005 | DN Donat | | |
| ROBIN, BRAD LEE, SR., E | 778 / 671 | 5/13/2005 | DN Donat | | |
| ROBIN, DORIS GONZALES | 778 / 666 | 5/13/2005 | DN Donat | $204000 | |
| * | 240 / 488 | 3/26/1984 | | | |

Bd by St Bery Ave "A", 5th ST. & 6th St.

110' FROM CORNER

50 / 150

EXHIBIT
136

[illegible] TAX COLLECTOR
P.O. BOX 168
CHALMETTE, LOUISIANA 70044

STATE OF LOUISIANA
PARISH OF ST. BERNARD

[illegible]

| ASSESSMENT NUMBER |
| --- |
| [illegible] |

LOT [illegible] ALLUVIAL CITY SUB BEIN
[illegible] COMPOSED OF PT. ORIGINAL LOT 17
AND ALL LOT 16 AND PT. LOT 15. [illegible]
[illegible] CORNER SHELL ROAD
AND [illegible] STREET

[illegible] ASSESSMENT [illegible] ***
[illegible] 1600 IMPROVEMENTS [illegible]

MAIL TO

[illegible] DEVELOPMENT [illegible]
2024 FLORISSANT
ST. BERNARD LA [illegible]

[illegible]-22791 TOTAL TAX =====> 179.02

TAXES BECOME DELINQUENT ON DEC. 31ST FOR THE YEAR IN WHICH THE TAX ROLLS ARE FILED. INTEREST FROM DEC. 31ST OF SAID YEAR WILL BE CHARGED AT THE RATE OF 1% PER MONTH OR ANY PORTION THEREOF. UNDER LA. R.S. 47:2101.

tabbies®
EXHIBIT
137

# St. Bernard Parish Cover Sheet

**Hon. Lena R. Torres**
**Clerk of Court**
St. Bernard Parish Courthouse
Chalmette, LA 70044
(504) 271-3434

**First VENDOR**
ROBIN CAPITAL HOLDINGS LLC

**First VENDEE**
ROBIN YSCLOSKEY DEVELOPMENT #2 LLC

**Index Type :** Conveyance

**File Number :** 441067

**Type of Document :** Transfer Property/Collateral

**Book :** 778 **Page :** 712

**Recording Pages :** 9

**Description :**

**Recorded Information**

On (Recorded Date) : 05/13/2005

Doc ID - 002395740009

LENA R. TORRES • STATE OF LOUISIANA • Clerk of Court • St. Bernard Parish, LA

**Do not Detach this Recording Page from Original Document**

EXHIBIT
138
(1 of 9)

441 067

| | |
|---|---|
| ACT OF TRANSFER AND CONTRIBUTION OF ADDITIONAL CAPITAL | UNITED STATES OF AMERICA |
| BY: | |
| ROBIN CAPITAL HOLDINGS, L.L.C. | STATE OF LOUISIANA |
| TO: | |
| ROBIN YSCLOSKEY DEVELOPMENT #2, L.L.C. | PARISH OF ST. BERNARD |

* * * * * * * * * * * * * * * *

**BE IT KNOWN**, that on this 11th day of the month of May, in the year of our Lord two thousand five (2005);

BEFORE ME, EWELL C. POTTS, III, a Notary Public, duly commissioned and qualified, in and for the Parish of Orleans, State of Louisiana, therein residing, and in the presence of the witnesses hereinafter named and undersigned,

**PERSONALLY CAME AND APPEARED:**

**ROBIN CAPITAL HOLDINGS, L.L.C., (FEDERAL TAXPAYER IDENTIFICATION NUMBER 20-1829604)**, a limited liability company organized under the laws of the State of Louisiana, and domiciled in the Parish of St. Bernard, represented by its Managers, Brad L. Robin, Sr., Don J. Robin, Sr. and Edward J. Robin, Jr., duly authorized in accordance with Certificate of Authority attached hereto; and that its mailing address is 2324 Florrisant Highway, St. Bernard, Louisiana 70085;

HEREINAFTER COLLECTIVELY REFERRED TO AS "**TRANSFERORS**";

who declare that they do by these presents, make a transfer and additional contribution of capital unto:

**ROBIN YSCLOSKEY DEVELOPMENT #2, L.L.C., (FEDERAL TAXPAYER IDENTIFICATION NUMBER 20-1830254)**, a limited liability company organized under the laws of the State of Louisiana, and domiciled in the Parish of St. Bernard, represented by its member, Robin Capital Holdings, L.L.C., through its Managers, Brad L. Robin, Sr., Don J. Robin, Sr. and Edward J. Robin, Jr., duly authorized in accordance

EXHIBIT 138 (2 of 9)

with Certificate of Authority attached hereto; and that its mailing address is 2324 Florrisant Highway, St. Bernard, Louisiana 70085;

HEREINAFTER REFERRED TO AS "**TRANSFEREE**";

for and consideration of the recognition by Transferee of this transfer and contribution of additional capital in Robin Yscloskey Development #2, L.L.C., the said Transferors hereby granting, bargaining, assigning, setting over, transferring, and delivering, without warranty, but with full substitution and subrogation, to all actions and rights of warranty which Transferors may have, subject to any mortgages, leases, or other encumbrances of record, unto Transferee, Robin Yscloskey Development #2, L.L.C., here present, accepting for itself, its successors and/or assigns the following described property, to-wit:

A CERTAIN PIECE OR PORTION OF GROUND, together with all the rights, ways, privileges, servitudes, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in the Township of **ALLUVIAL CITY** in **SQUARE NO.** 2 thereof and in accordance with a plan of Eugene I. Estopinal, Civil Engineer, and Surveyor, dated July 2, 1956, a copy of which is attached to act of Oliver S. Livaudais, Notary Public, Parish of St. Bernard, dated May 1, 1957, said lot of ground is designated as **LOT B** in SQUARE 2, which square is bounded by State Highway (Shell Road), Avenue A, Fifth Street and Sixth Street, and said lot commences at a distance of 110 feet from the corner of State Highway (Shell Road) and Sixty Street and measures thence 50 feet front on the State Highway, same width in the rear, by a depth of 150 feet between equal and parallel lines.

All according to a survey made by Gilbert & Kelly, Surveyors, dated April 23, 1959.

Improvements bear municipal no. 2324 Florrisant Highway, St. Bernard, Louisiana 70085.

Being the same property acquired by Doris Gonzales, wife of/and Edward John Robin, by act before George O. Connolly, Jr., Notary Public, dated May 27, 1959, and recorded in COB 72, folio 433, Parish of St. Bernard on May 28, 1959.

Being the same property further acquired by Doris Gonzales Robin from Edward John Robin, by act dated March 13, 1984, and recorded in COB 240, folio 488, Parish of St. Bernard on March 26, 1984.

THE HEREINABOVE DESCRIBED PROPERTY IS SUBJECT TO THE FOLLOWING:

1. Encroachments as per survey of Gilbert, Kelly & Couturie, dated April 28, 1959, and survey of Eugene I. Estopinal dated July 2, 1956.

EXHIBIT
tabbles
135
(3 of 9)

2. Act of Collateral Mortgage in favor of St. Bernard Federal Savings & Loan Association, by act dated October 31, 1985, and recorded in MOB 343, folio 116, Parish of St. Bernard on November 4, 1985.

3. Lien in favor of Fred Acosta Lumber, Lot B, Square 2, Alluvial City, $1,800.00, recorded in MOB 89, folio 133, Parish of St. Bernard; and reinscription of lien recorded in MOB 92, folio 536, Parish of St. Bernard on January 16, 1968.

Transferors hereby acknowledge the receipt and adequacy of the consideration transferred by Robin Yscloskey Development #2, L.L.C. to Transferors for the property conveyed herein.

**AND NOW, INTO THESE PRESENTS, CAME AND APPEARED:**

**ROBIN YSCLOSKEY DEVELOPMENT #2, L.L.C.**

here present, accepting the above described property for itself, its successors and/or assigns, in consideration for which, said limited liability company does recognize and acknowledge this transfer and contribution of additional capital by and on behalf of Robin Capital Holdings, L.L.C., transferors, and does hereby make the adjustments to capital contribution on the records of Robin Yscloskey Development #2, L.L.C. by adding thereto the value of the property listed hereinabove to Robin Capital Holdings, L.L.C.'s capital contribution account.

All State and City taxes up to and including the taxes due and exigible in 2004 are paid as per statement of transferor.

By reference to the indices of the Registrar of Conveyances and Recorder of Mortgages in and for the Parish of St. Bernard, State of Louisiana, it does not appear that said property has been heretofore alienated by the vendors or that it is subject to any encumbrance whatever, other than as shown above.

EXHIBIT
tabbies
138
(4 of 9)

CERTIFICATE OF AUTHORITY

OF

THE MEMBER

OF

ROBIN YSCLOSKEY DEVELOPMENT #2, L.L.C.

BE IT RESOLVED: That Robin Capital Holdings, L.L.C., Member of this limited liability company, be and it is hereby authorized and empowered on behalf of the said limited liability company to enter into an Act of Transfer and Contribution of Additional Capital from Robin Capital Holdings, L.L.C. to Robin Yscloskey Development #2, L.L.C., transferring the following described property, to-wit:

> A CERTAIN PIECE OR PORTION OF GROUND, together with all the rights, ways, privileges, servitudes, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in the Township of **ALLUVIAL CITY** in **SQUARE NO. 2** thereof and in accordance with a plan of Eugene I. Estopinal, Civil Engineer, and Surveyor, dated July 2, 1956, a copy of which is attached to act of Oliver S. Livaudais, Notary Public, Parish of St. Bernard, dated May 1, 1957, said lot of ground is designated as **LOT B** in SQUARE 2, which square is bounded by State Highway (Shell Road), Avenue A, Fifth Street and Sixth Street, and said lot commences at a distance of 110 feet from the corner of State Highway (Shell Road) and Sixty Street and measures thence 50 feet front on the State Highway, same width in the rear, by a depth of 150 feet between equal and parallel lines.
>
> All according to a survey made by Gilbert & Kelly, Surveyors, dated April 23, 1959.
>
> Improvements bear municipal no. 2324 Florrisant Highway, St. Bernard, Louisiana 70085.

on such terms and conditions as the said member, in its sole discretion, deems advisable in the circumstances;

BE IT FURTHER RESOLVED: That the said member, on behalf of this limited liability company, be authorized and empowered to negotiate a loan from any person, firm or corporation, not in excess of FIVE HUNDRED THOUSAND AND NO/100 ($500,000.00) DOLLARS, and in connection with the said loan, the said member is further authorized to execute the limited liability company's note and/or notes up to the amount of the said loan, all on such terms and conditions as the said member deems advisable in the circumstances, and as security for the repayment of the said loan, the same member, on behalf of this limited liability company, is authorized to grant a mortgage, whether conventional or collateral, on the hereinabove described property owned by this limited liability company, which said mortgage shall contain the usual Louisiana security clauses, including the pact de non alienando, confession of judgment and waiver of appraisement, and such other terms and conditions as the said member deems advisable.

EXHIBIT

tabbies

138

(5 of 9)

C E R T I F I C A T E

The undersigned member of Robin Yscloskey Development #2, L.L.C., does hereby certify that the above and foregoing is a true and exact copy of an extract of the minutes of a meeting of the Members of the said limited liability company held on May 11, 2005, at which meeting all members of the said limited liability company were present and voting in the affirmative, and that the said resolution is in full force and effect and that they are all of the members of said company.

Chalmette, Louisiana, this 11th day of May, 2005.

ROBIN CAPITAL HOLDINGS, L.L.C.

By: [signature]
Brad L. Robin, Sr.
Manager

By: [signature]
Don J. Robin, Sr.
Manager

By: [signature]
Edward J. Robin, Jr.
Manager

EXHIBIT
138
(6 of 9)

CERTIFICATE OF AUTHORITY

OF

THE MEMBERS

OF

ROBIN CAPITAL HOLDINGS, L.L.C.

BE IT RESOLVED: That Brad L. Robin, Sr., Don J. Robin, Sr. and Edward J. Robin, Jr., Managers of this limited liability company, be and they are hereby authorized and empowered on behalf of the said limited liability company to enter into an Act of Transfer and Contribution of Additional Capital from Robin Capital Holdings, L.L.C. to Robin Yscloskey Development #2, L.L.C., transferring the following described property, to-wit:

> A CERTAIN PIECE OR PORTION OF GROUND, together with all the rights, ways, privileges, servitudes, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in the Township of **ALLUVIAL CITY** in **SQUARE NO. 2** thereof and in accordance with a plan of Eugene I. Estopinal, Civil Engineer, and Surveyor, dated July 2, 1956, a copy of which is attached to act of Oliver S. Livaudais, Notary Public, Parish of St. Bernard, dated May 1, 1957, said lot of ground is designated as **LOT B** in SQUARE 2, which square is bounded by State Highway (Shell Road), Avenue A, Fifth Street and Sixth Street, and said lot commences at a distance of 110 feet from the corner of State Highway (Shell Road) and Sixty Street and measures thence 50 feet front on the State Highway, same width in the rear, by a depth of 150 feet between equal and parallel lines.
>
> All according to a survey made by Gilbert & Kelly, Surveyors, dated April 23, 1959.
>
> Improvements bear municipal no. 2324 Florrisant Highway, St. Bernard, Louisiana 70085.

on such terms and conditions as the said managers, in their sole discretion, deem advisable in the circumstances;

BE IT FURTHER RESOLVED: That Brad L. Robin, Sr., Don J. Robin, Sr. and Edward J. Robin, Jr., Managers of this limited liability company, do hereby consent and agree to the adoption of the following resolutions:

> RESOLVED, that this limited liability company entered into an agreement to form the entity known as Robin Yscloskey Development #2, L.L.C., and that this limited liability company be a member thereof, which entity is a limited liability company organized and existing under the laws of the State of Louisiana, pursuant to Articles of Organization executed on November 4, 2004 and recorded with the Secretary of State of Louisiana on November 10, 2004;
>
> RESOLVED FURTHER, that Brad L. Robin, Sr., Don J. Robin, Sr. and Edward J. Robin, Jr., Managers, be and they are hereby authorized, empowered and directed on behalf of this limited liability company, to perform any and all acts on behalf of this limited liability company as Member of th

EXHIBIT
tabbles
138
(7 of 9)

limited liability company known as Robin Yscloskey Development #2, L.L.C., as they, in their sole discretion deem necessary and appropriate.

**CERTIFICATE**

We, the undersigned members of Robin Capital Holdings, L.L.C., do hereby certify that the above and foregoing is a true and exact copy of an extract of the minutes of a meeting of the Members of the said limited liability company held on May 11, 2005, at which meeting all members of the said limited liability company were present and voting in the affirmative, and that the said resolution is in full force and effect and that they are all of the members of said company.

Chalmette, Louisiana, this 11th day of May, 2005.

Brad L. Robin, Sr.

Don J. Robin, Sr.

Edward J. Robin, Jr.

EXHIBIT 188 (8 of 9)

**THUS DONE AND PASSED**, in my office at Chalmette, Louisiana, on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunder sign their names with the said appearers, and me Notary, after reading of the whole.

**WITNESSES:**

Sandy H. Schule

Rance J. Mangipano

ROBIN CAPITAL HOLDINGS, L.L.C.

BY: ______
BRAD L. ROBIN, SR.
MANAGER

BY: ______
DON J. ROBIN, SR.
MANAGER

BY: ______
EDWARD J. ROBIN, JR.
MANAGER

ROBIN YSCLOSKEY DEVELOPMENT #2, L.L.C.

By: ______
Robin Capital Holdings, L.L.C., through Brad L. Robin, Sr., Manager

By: ______
Robin Capital Holdings, L.L.C., through Don J. Robin, Sr., Manager

By: ______
Robin Capital Holdings, L.L.C., through Edward J. Robin, Jr., Manager

______
EWELL C. POTTS, III
NOTARY PUBLIC
BAR NO. 10637

EXHIBIT
138
(9 of 9)

7 145 002 0 000A 10/23/06 Page 1 LI
ROBIN YSCLOSKEY DEVELOPMENT #3, LLC
2324 FLORISSANT
ST. BERNARD, LA 70085

LOT A SQ. 2 ALLUVIAL CITY SUB.BEING COMPOSED OF ALL LOT 18 AND PT. OF
LOT 17; 50 X 150

Location
2328 FLORISSANT

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| ROBIN CAPITAL HOLDINGS, | 778 / 756 | 5/13/2005 | DN Donat | | |
| ROBIN, EDWARD J., JR., | 778 / 671 | 5/13/2005 | DN Donat | | |
| DIAZ, GLENN E. | 755 / 828 | 4/13/2004 | QC Quit | $1 | |
| SAVARESE, JOSEPH P., JR | 740 / 697 | 7/31/2003 | LI Land | $45000 | |
| MARTIN, THOMAS L. | 656 / 241 | 1/13/1999 | DN Donat | | |
| ROBIN, EDWARD, JR. | 514 / 573 | 3/26/1992 | LI Land | $30000 | |
| * | 119 / 259 | 8/16/1973 | | $7500 | |

A v. "A" (5 12) + 16 14

EXHIBIT
139

SHERIFF AND EX-OFFICIO TAX COLLECTOR
P.O. BOX 168
CHALMETTE LOUISIANA 70044

STATE OF LOUISIANA
PARISH OF ST BERNARD

[illegible]

| ASSESSMENT NUMBER |
| --- |
| [illegible] |

[illegible] ALLUVIAL CITY SUB [illegible]
[illegible] LOT 18 AND [illegible]
[illegible]

[illegible] ASSESSMENTS ***
1600 [illegible]

MAIL TO

[illegible] DEVELOPMENT [illegible] LLC
[illegible]
ST. BERNARD, LA 70085

[illegible]-22790

TOTAL TAX =====> 179.02

TAXES BECOME DELINQUENT ON DEC. 31ST FOR THE YEAR IN WHICH THE TAX ROLLS ARE FILED. INTEREST FROM DEC. 31ST OF SAID YEAR WILL BE CHARGED AT THE RATE OF 1% PER MONTH OR ANY PORTION THEREOF, UNDER LA. R.S. 47:2101.

EXHIBIT
140

7 145 002 0 0012 10/23/06 Page 1 LI
ROBIN YSCLOSKEY DEVELOPMENT #3, LLC
2324 FLORISSANT
ST. BERNARD, LA 70085

LOTS 12 & 13 SQ. 2 ALLUVIAL CITY SUB
EACH MEAS. 30' X 150'

Location
2316 FLORISSANT

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| ROBIN CAPITAL HOLDINGS, | 778 / 734 | 5/13/2005 | DN Donat | | |
| ROBIN, BRAD LEE, SR., E | 778 / 671 | 5/13/2005 | DN Donat | | |
| DIAZ, GLENN E. | 755 / 828 | 4/13/2004 | QC Quit | $1 | |
| DOMINGO, FRED J., SR. | 730 / 397 | 12/30/2002 | LI Land | $60000 | |
| DOMINGO, SIDNEY MR/MRS | 688 / 486 | 12/20/2000 | DN Donat | | |
| * | 85 / 380 | 0/00/0000 | | | |

30 + 150 ford

EXHIBIT
141

SHERIFF AND EX-OFFICIO TAX COLLECTOR
P.O. BOX 168
CHALMETTE, LOUISIANA 70044

STATE OF LOUISIANA
PARISH OF ST BERNARD

[illegible]

| ASSESSMENT NUMBER |
| --- |
| [illegible] |

[illegible]

LOTS 12 & 13 SQ. 2 ALLUVIAL CITY
[illegible]

EACH MEAS. 30' X 150'

*** IMPROVEMENTS ***
[illegible] 1600 IMPROVEMENTS [illegible]

MAIL TO

ROBIN MICLOSKEY DEVELOPMENT #3 LLC
2024 FLORISSANT
ST. BERNARD, LA 70085

[illegible] TOTAL TAX =====> 179.02

TAXES BECOME DELINQUENT ON DEC. 31ST FOR THE YEAR IN WHICH THE TAX ROLLS ARE FILED. INTEREST FROM DEC. 31ST OF SAID YEAR WILL BE CHARGED AT THE RATE OF 1% PER MONTH OR ANY PORTION THEREOF. UNDER LA. R.S. 47:2101.

EXHIBIT
tabbies
142

# St. Bernard Parish Cover Sheet

**Hon. Lena R. Torres**
**Clerk of Court**
St. Bernard Parish Courthouse
Chalmette, LA 70044
(504) 271-3434

**First VENDOR**
ROBIN CAPITAL HOLDINGS LLC

**First VENDEE**
ROBIN YSCLOSKEY DEVELOPMENT #3 LLC

**Index Type :** Conveyance

**File Number :** 441070

**Type of Document :** Transfer Property/Collateral

**Book :** 778 **Page :** 734

**Recording Pages :** 9

**Description :**

**Recorded Information**

On (Recorded Date) : 05/13/2005

Doc ID - 002395800009

LENA R. TORRES • STATE OF LOUISIANA • Clerk of Court • St. Bernard Parish, LA

Do not Detach this Recording Page from Original Document

EXHIBIT
tabbies
143
(1 of 9)

441 070

| | |
|---|---|
| <u>ACT OF TRANSFER AND CONTRIBUTION OF ADDITIONAL CAPITAL</u> | UNITED STATES OF AMERICA |
| BY: | |
| ROBIN CAPITAL HOLDINGS, L.L.C. | STATE OF LOUISIANA |
| TO: | |
| ROBIN YSCLOSKEY DEVELOPMENT #3, L.L.C. | PARISH OF ST. BERNARD |

* * * * * * * * * * * * * * * *

**BE IT KNOWN**, that on this 11th day of the month of May, in the year of our Lord two thousand five (2005);

BEFORE ME, EWELL C. POTTS, III, a Notary Public, duly commissioned and qualified, in and for the Parish of Orleans, State of Louisiana, therein residing, and in the presence of the witnesses hereinafter named and undersigned,

**PERSONALLY CAME AND APPEARED:**

> **<u>ROBIN CAPITAL HOLDINGS, L.L.C.</u>, (FEDERAL TAXPAYER IDENTIFICATION NUMBER 20-1829604)**, a limited liability company organized under the laws of the State of Louisiana, and domiciled in the Parish of St. Bernard, represented by its Managers, Brad L. Robin, Sr., Don J. Robin, Sr. and Edward J. Robin, Jr., duly authorized in accordance with Certificate of Authority attached hereto; and that its mailing address is 2324 Florrisant Highway, St. Bernard, Louisiana 70085;
>
> HEREINAFTER COLLECTIVELY REFERRED TO AS "**TRANSFERORS**";

who declare that they do by these presents, make a transfer and additional contribution of capital unto:

> **<u>ROBIN YSCLOSKEY DEVELOPMENT #3, L.L.C.</u>, (FEDERAL TAXPAYER IDENTIFICATION NUMBER 20-1830381)**, a limited liability company organized under the laws of the State of Louisiana, and domiciled in the Parish of St. Bernard, represented by its member, Robin Capital Holdings, L.L.C., through its Managers, Brad L. Robin, Sr., Don J. Robin, Sr. and Edward J. Robin, Jr., duly authorized in accordance with Certificate of Authority attached hereto; and

EXHIBIT
tabbies
143
(2 of 9)

that its mailing address is 2324 Florrisant Highway, St. Bernard, Louisiana 70085;

HEREINAFTER REFERRED TO AS "**TRANSFEREE**";

for and consideration of the recognition by Transferee of this transfer and contribution of additional capital in Robin Yscloskey Development #3, L.L.C., the said Transferors hereby granting, bargaining, assigning, setting over, transferring, and delivering, without warranty, but with full substitution and subrogation, to all actions and rights of warranty which Transferors may have, subject to any mortgages, leases, or other encumbrances of record, unto Transferee, Robin Yscloskey Development #3, L.L.C., here present, accepting for itself, its successors and/or assigns the following described property, to-wit:

THAT CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in that part thereof known as **LOT NOS. 12 AND 13, SQUARE 2, ALLUVIAL CITY**, as per plan by H. C. Smith, C.E., dated December, 1914, and registered in the conveyance records of St. Bernard Parish, Louisiana, said lots have a frontage each of 30 feet, the same width in the rear, by a depth of 150 feet in square bounded by Public Road, Avenue A, Fifth and Sixth Streets.

Improvements bear municipal no. 2316 Florrisant Highway, St. Bernard, Louisiana 70085.

Being the same property acquired by Debra Graham, wife of/and Brad Robin from Fred Domingo, by act before Carlos Zelaya, II, Notary Public, dated July 15, 2002, which act is recorded in the records of St. Bernard Parish in COB 730, folio 397, Act No. 406470.

THE HEREINABOVE DESCRIBED PROPERTY IS SUBJECT TO THE FOLLOWING:

1. Mortgage executed by Debra Graham, wife of/and Brad L. Robin in favor of Regions Bank, in the principal amount of $63,000.00, and recorded in MOB 1121, folio 27, on January 13, 2003.

Transferors hereby acknowledge the receipt and adequacy of the consideration transferred by Robin Yscloskey Development #3, L.L.C. to Transferors for the property conveyed herein.

EXHIBIT
tabbles
143
(3 of 9)

**AND NOW, INTO THESE PRESENTS, CAME AND APPEARED:**

**ROBIN YSCLOSKEY DEVELOPMENT #3, L.L.C.**

here present, accepting the above described property for itself, its successors and/or assigns, in consideration for which, said limited liability company does recognize and acknowledge this transfer and contribution of additional capital by and on behalf of Robin Capital Holdings, L.L.C., transferors, and does hereby make the adjustments to capital contribution on the records of Robin Yscloskey Development #3, L.L.C. by adding thereto the value of the property listed hereinabove to Robin Capital Holdings, L.L.C.'s capital contribution account.

All State and City taxes up to and including the taxes due and exigible in 2004 are paid as per statement of transferor.

By reference to the indices of the Registrar of Conveyances and Recorder of Mortgages in and for the Parish of St. Bernard, State of Louisiana, it does not appear that said property has been heretofore alienated by the vendors or that it is subject to any encumbrance whatever, other than as shown above.

**THUS DONE AND PASSED**, in my office at Chalmette, Louisiana, on the day, month and year herein first above written, in the presence of the undersigned competent

EXHIBIT
tabbies
143
(4 of 9)

CERTIFICATE OF AUTHORITY

OF

THE MEMBER

OF

ROBIN YSCLOSKEY DEVELOPMENT #3, L.L.C.

BE IT RESOLVED: That Robin Capital Holdings, L.L.C., Member of this limited liability company, be and it is hereby authorized and empowered on behalf of the said limited liability company to enter into an Act of Transfer and Contribution of Additional Capital from Robin Capital Holdings, L.L.C. to Robin Yscloskey Development #3, L.L.C., transferring the following described property, to-wit:

> THAT CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in that part thereof known as **LOT NOS. 12 AND 13, SQUARE 2, ALLUVIAL CITY**, as per plan by H. C. Smith, C.E., dated December, 1914, and registered in the conveyance records of St. Bernard Parish, Louisiana, said lots have a frontage each of 30 feet, the same width in the rear, by a depth of 150 feet in square bounded by Public Road, Avenue A, Fifth and Sixth Streets.
>
> Improvements bear municipal no. 2316 Florrisant Highway, St. Bernard, Louisiana 70085.

on such terms and conditions as the said member, in its sole discretion, deems advisable in the circumstances;

BE IT FURTHER RESOLVED: That the said member, on behalf of this limited liability company, be authorized and empowered to negotiate a loan from any person, firm or corporation, not in excess of FIVE HUNDRED THOUSAND AND NO/100 ($500,000.00) DOLLARS, and in connection with the said loan, the said member is further authorized to execute the limited liability company's note and/or notes up to the amount of the said loan, all on such terms and conditions as the said member deems advisable in the circumstances, and as security for the repayment of the said loan, the same member, on behalf of this limited liability company, is authorized to grant a mortgage, whether conventional or collateral, on the hereinabove described property owned by this limited liability company, which said mortgage shall contain the usual Louisiana security clauses, including the pact de non alienando, confession of judgment and waiver of appraisement, and such other terms and conditions as the said member deems advisable.

<u>C E R T I F I C A T E</u>

The undersigned member of Robin Yscloskey Development #3, L.L.C., does hereby certify that the above and foregoing is a true and exact copy of an extract of the minutes of a meeting of the Members of the said limited liability company held on May 11, 2005, at which meeting all members of the said limited

EXHIBIT
tabbies
143
(5 of 9)

liability company were present and voting in the affirmative, and that the said resolution is in full force and effect and that they are all of the members of said company.

Chalmette, Louisiana, this 11th day of May, 2005.

ROBIN CAPITAL HOLDINGS, L.L.C.

By: ______________________
Brad L. Robin, Sr.
Manager

By: ______________________
Don J. Robin, Sr.
Manager

By: ______________________
Edward J. Robin, Jr.
Manager

EXHIBIT
tabbies
143
(6 of 9)

CERTIFICATE OF AUTHORITY

OF

THE MEMBERS

OF

ROBIN CAPITAL HOLDINGS, L.L.C.

BE IT RESOLVED: That Brad L. Robin, Sr., Don J. Robin, Sr. and Edward J. Robin, Jr., Managers of this limited liability company, be and they are hereby authorized and empowered on behalf of the said limited liability company to enter into an Act of Transfer and Contribution of Additional Capital from Robin Capital Holdings, L.L.C. to Robin Yscloskey Development #3, L.L.C., transferring the following described property, to-wit:

> THAT CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in that part thereof known as **LOT NOS. 12 AND 13, SQUARE 2, ALLUVIAL CITY**, as per plan by H. C. Smith, C.E., dated December, 1914, and registered in the conveyance records of St. Bernard Parish, Louisiana, said lots have a frontage each of 30 feet, the same width in the rear, by a depth of 150 feet in square bounded by Public Road, Avenue A, Fifth and Sixth Streets.
>
> Improvements bear municipal no. 2316 Florrisant Highway, St. Bernard, Louisiana 70085.

on such terms and conditions as the said managers, in their sole discretion, deem advisable in the circumstances;

BE IT FURTHER RESOLVED: That Brad L. Robin, Sr., Don J. Robin, Sr. and Edward J. Robin, Jr., Managers of this limited liability company, do hereby consent and agree to the adoption of the following resolutions:

> RESOLVED, that this limited liability company entered into an agreement to form the entity known as Robin Yscloskey Development #3, L.L.C., and that this limited liability company be a member thereof, which entity is a limited liability company organized and existing under the laws of the State of Louisiana, pursuant to Articles of Organization executed on November 4, 2004 and recorded with the Secretary of State of Louisiana on November 10, 2004;
>
> RESOLVED FURTHER, that Brad L. Robin, Sr., Don J. Robin, Sr. and Edward J. Robin, Jr., Managers, be and they are hereby authorized, empowered and directed on behalf of this limited liability company, to perform any and all acts on behalf of this limited liability company as Member of the limited liability company known as Robin Yscloskey Development #3, L.L.C., as they, in their sole discretion deem necessary and appropriate.

EXHIBIT
143
(7 of 9)

CERTIFICATE

We, the undersigned members of Robin Capital Holdings, L.L.C., do hereby certify that the above and foregoing is a true and exact copy of an extract of the minutes of a meeting of the Members of the said limited liability company held on May 11, 2005, at which meeting all members of the said limited liability company were present and voting in the affirmative, and that the said resolution is in full force and effect and that they are all of the members of said company.

Chalmette, Louisiana, this 11th day of May, 2005.

Brad L. Robin, Sr.

Don J. Robin, Sr.

Edward J. Robin, Jr.

EXHIBIT
tabbies
143
(8 of 9)

witnesses, who hereunder sign their names with the said appearers, and me Notary, after reading of the whole.

**WITNESSES:**

Rance J. Mangipano

Sandy H. Schule

ROBIN CAPITAL HOLDINGS, L.L.C.

BY: __________
BRAD L. ROBIN, SR.
MANAGER

BY: __________
DON J. ROBIN, SR.
MANAGER

BY: __________
EDWARD J. ROBIN, JR.
MANAGER

ROBIN YSCLOSKEY DEVELOPMENT #3, L.L.C.

By: __________
Robin Capital Holdings, L.L.C., Member, through Its Manager, Brad L. Robin, Sr.

By: __________
Robin Capital Holdings, L.L.C., Member, through Its Manager, Don J. Robin, Sr.

By: __________
Robin Capital Holdings, L.L.C., Member, through Its Manager, Edward J. Robin, Jr.

EWELL C. POTTS, III
NOTARY PUBLIC
BAR NO. 10637

EXHIBIT
143
(9 of 9)

ROBIN YSCLOSKEY DEVELOPMENT #4
2324 FLORISSANT
ST. BERNARD, LA 70085

LOTS 19 & 20 SQ. 2 ALLUVIAL CITY SUB
TOGETHER THEY MEASURE 60' X 150'

| Vendors | C O B | Date | Sale Type | Price | Succession |
|---|---|---|---|---|---|
| ROBIN CAPITAL HOLDINGS, | 778 / 756 | 5/13/2005 | DN Donat | | |
| ROBIN, EDWARD J., JR., | 778 / 671 | 5/13/2005 | DN Donat | | |
| DIAZ, GLENN E. | 755 / 828 | 4/13/2004 | QC Quit | $1 | |
| SAVARESE, JOSEPH P., JR | 726 / 677 | 10/16/2002 | L Land | $20000 | |
| BELMONTE,MARGARET CATAL | 704 / 36 | 9/21/2001 | L Land | $14000 | |
| BELMONTE, ONEAL P., JR. | 704 / 34 | 9/21/2001 | QC Quit | $10 | |
| MILLER, STACEY LEE | 704 / 30 | 9/21/2001 | QC Quit | $500 | |
| MONTALBANO, DEBRA MILLE | 704 / 28 | 9/21/2001 | QC Quit | $50 | |
| JUGE, JANET MILLER | 704 / 26 | 9/21/2001 | QC Quit | $175 | |
| MILLER, MARIE CATALANO | 700 / 684 | 7/31/2001 | AS Amend | | 90-777 |
| MILLER, MARIE CATALANO | 697 / 178 | 5/31/2001 | SU Succ | | 90-777 |
| CATALANO, JOHN | 242 / 211 | 4/23/1984 | L Land | $6000 | |
| SMITH, LULA | 68 / 237 | 6/08/1957 | L Land | | |
| YOUNGER, GUSTAVE | 38 / 520 | 6/01/1933 | L Land | | |
| * | 33 / 307 | 0/00/0000 | | | |

60 + 150

EXHIBIT 144

SHERIFF AND EX-OFFICIO TAX COLLECTOR
P.O. BOX 168
CHALMETTE, LOUISIANA 70044

STATE OF LOUISIANA
PARISH OF ST. BERNARD

[illegible]

| ASSESSMENT NUMBER |
|---|
| [illegible] |

LOTS 19 & 20 SQ. 3 ALLUVIAL CITY SU

TOGETHER THEY MEASURE 60' X 15

*** ASSESSMENTS ***
CITY LOT 2 1600

MAIL TO

[illegible] DEVELOPMENT [illegible]
[illegible] FLORISSANT
ST. BERNARD, LA [illegible]

[illegible] TOTAL TAX =====> 179.02

TAXES BECOME DELINQUENT ON DEC. 31ST FOR THE YEAR IN WHICH THE TAX ROLLS ARE FILED. INTEREST FROM DEC. 31ST OF SAID YEAR WILL BE CHARGED AT THE RATE OF 1% PER MONTH OR ANY PORTION THEREOF. UNDER LA. R.S. 47:2101.

EXHIBIT

tabbies

145

# St. Bernard Parish Cover Sheet

Hon. Lena R. Torres
Clerk of Court
St. Bernard Parish Courthouse
Chalmette, LA 70044
(504) 271-3434

**First VENDOR**

ROBIN CAPITAL HOLDINGS LLC

**First VENDEE**

ROBIN YSCLOSKEY DEVELOPMENT # 4 LLC

**Index Type :** Conveyance

**File Number :** 441073

**Type of Document :** Transfer Property/Collateral

**Book :** 778 **Page :** 756

**Recording Pages :** 10

**Description :**

**Recorded Information**

On (Recorded Date) : 05/13/2005

Doc ID - 002395860010

LENA R. TORRES • Clerk of Court • St. Bernard Parish, LA • STATE OF LOUISIANA

Do not Detach this Recording Page from Original Document

EXHIBIT
tabbies
14b
(1 of 10)

441 073

| | |
|---|---|
| **ACT OF TRANSFER AND CONTRIBUTION OF ADDITIONAL CAPITAL** | UNITED STATES OF AMERICA |
| BY: ROBIN CAPITAL HOLDINGS, L.L.C. | STATE OF LOUISIANA |
| TO: ROBIN YSCLOSKEY DEVELOPMENT #4, L.L.C. | PARISH OF ST. BERNARD |

* * * * * * * * * * * * * * * *

**BE IT KNOWN**, that on this 11th day of the month of May, in the year of our Lord two thousand five (2005);

BEFORE ME, EWELL C. POTTS, III, a Notary Public, duly commissioned and qualified, in and for the Parish of Orleans, State of Louisiana, therein residing, and in the presence of the witnesses hereinafter named and undersigned,

**PERSONALLY CAME AND APPEARED:**

**ROBIN CAPITAL HOLDINGS, L.L.C., (FEDERAL TAXPAYER IDENTIFICATION NUMBER 20-1829604)**, a limited liability company organized under the laws of the State of Louisiana, and domiciled in the Parish of St. Bernard, represented by its Managers, Brad L. Robin, Sr., Don J. Robin, Sr. and Edward J. Robin, Jr., duly authorized in accordance with Certificate of Authority attached hereto; and that its mailing address is 2324 Florrisant Highway, St. Bernard, Louisiana 70085;

HEREINAFTER COLLECTIVELY REFERRED TO AS "**TRANSFERORS**";

who declare that they do by these presents, make a transfer and additional contribution of capital unto:

**ROBIN YSCLOSKEY DEVELOPMENT #4, L.L.C., (FEDERAL TAXPAYER IDENTIFICATION NUMBER 20-1830481)**, a limited liability company organized under the laws of the State of Louisiana, and domiciled in the Parish of St. Bernard, represented by its member, Robin Capital Holdings, L.L.C., through its Managers, Brad L. Robin, Sr., Don J. Robin, Sr. and Edward J. Robin, Jr., duly authorized in accordance

EXHIBIT
tabbies
146
(2 of 10)

with Certificate of Authority attached hereto; and that its mailing address is 2324 Florrisant Highway, St. Bernard, Louisiana 70085;

HEREINAFTER REFERRED TO AS "**TRANSFEREE**";

for and consideration of the recognition by Transferee of this transfer and contribution of additional capital in Robin Yscloskey Development #4, L.L.C., the said Transferors hereby granting, bargaining, assigning, setting over, transferring, and delivering, without warranty, but with full substitution and subrogation, to all actions and rights of warranty which Transferors may have, subject to any mortgages, leases, or other encumbrances of record, unto Transferee, Robin Yscloskey Development #4, L.L.C., here present, accepting for itself, its successors and/or assigns the following described property, to-wit:

I. A CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantage thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in the Townsite of **ALLUVIAL CITY** in **SQUARE NO. 2** thereof, in accordance with a plan of Eugene I. Estopinal, C.E. & S., dated July 2, 1956, a copy of which is annexed to an act before Oliver S. Livaudais, Jr., Notary Public, dated May 1, 1957, said lot of ground is designated as **LOT A** in **SQUARE 2,** which square is bounded by State Highway (Shell Road), Avenue A, Sixth Street and Fifth Street, and commences at a distance of 60 feet from the corner of State Highway and Sixth Street, and measures thence 50 feet front on State Highway, same width in the rear, by a depth of 150 feet between equal and parallel lines.

Improvements bear municipal no. 2328 Florrisant Highway, St. Bernard, Louisiana 70085.

Being the same property acquired by Janice Phillips, wife of/and Edward J. Robin, Jr., and Debra Graham, wife of/and Brad L. Robin, and Sarah Chatham, wife of/and Don J. Robin from Debra Lynn Martin, wife of/and Joseph P. Savarese, Jr., by act before Jane S. Broussard, Notary Public, dated July 29, 2003, and recorded in COB 740, folio 697, Parish of St. Bernard on July 31, 2003.

THE HEREINABOVE DESCRIBED PROPERTY IS SUBJECT TO THE FOLLOWING:

1. Encroachments as per survey of Gilbert, Kelly & Couturie', dated April 28, 1959, and survey of Eugene I. Estopinal, dated July 2, 1956.

EXHIBIT
tabbies
146
(3 of 10)

2. Act of Credit Sale in favor of Debra Lynn Martin, wife of/and Joseph P. Savarese, Jr., by act dated July 29, 2003, and recorded in MOB 1160, folio 175, Parish of St. Bernard on July 31, 2003.

II. **LOT NO. 19** in **SQUARE NO. 2**, in **ALLUVIAL CITY**, Parish of St. Bernard, State of Louisiana, as per plan of subdivision shown on a map by H. C. Smith, Consulting Engineer, dated December, 1914, and filed in the conveyance records of St. Bernard Parish, Louisiana, as per Act of Deposit before James D. St. Alexandre, recorder of Conveyance and Mortgages of St. Bernard Parish, Louisiana, said Lot No. 19 having a frontage of 30 feet, and a depth of 150 feet in the square being bounded by Public Road, Avenue A, Fifth and Sixth Streets.

**LOT NO. 20** in **SQUARE NO. 2**, in **ALLUVIAL CITY**, Parish of St. Bernard, State of Louisiana, as per plan of subdivision shown on a map of H.C. Smith, Consulting Engineer, dated December, 1914, and filed in the conveyance records of St. Bernard Parish, Louisiana, as per Act of Deposit before James D. St. Alexandre, Recorder of Conveyances and Mortgages of St. Bernard, Louisiana, said Lot No. 20 having a frontage of 30 feet, and a depth of 150 feet.

Being the same property acquired by Edward J. Robin, Brad L. Robin, Sr. and Don J. Robin, Jr. from Mr. and Mrs. Joseph P. Savarese, Jr., by act before Dennis H. Carriere, Notary Public, dated October 8, 2002, and recorded in COB 726, folio 677, Parish of St. Bernard on October 16, 2002.

Transferors hereby acknowledge the receipt and adequacy of the consideration transferred by Robin Yscloskey Development #4, L.L.C. to Transferors for the property conveyed herein.

**AND NOW, INTO THESE PRESENTS, CAME AND APPEARED:**

**ROBIN YSCLOSKEY DEVELOPMENT #4, L.L.C.**

here present, accepting the above described property for itself, its successors and/or assigns, in consideration for which, said limited liability company does recognize and acknowledge this transfer and contribution of additional capital by and on behalf of Robin Capital Holdings, L.L.C., transferors, and does hereby make the adjustments to capital contribution on the records of Robin Yscloskey Development #4,

EXHIBIT
tabbles
146
(4 of 10)

L.L.C. by adding thereto the value of the property listed hereinabove to Robin Capital Holdings, L.L.C.'s capital contribution account.

All State and City taxes up to and including the taxes due and exigible in 2004 are paid as per statement of transferor.

By reference to the indices of the Registrar of Conveyances and Recorder of Mortgages in and for the Parish of St. Bernard, State of Louisiana, it does not appear that said property has been heretofore alienated by the vendors or that it is subject to any encumbrance whatever, other than as shown above.

**THUS DONE AND PASSED**, in my office at Chalmette, Louisiana, on the day, month and year herein first above written, in the presence of the undersigned competent

EXHIBIT
tabbies
14b
(5 of 10)

CERTIFICATE OF AUTHORITY

OF

THE MEMBER

OF

ROBIN YSCLOSKEY DEVELOPMENT #4, L.L.C.

BE IT RESOLVED: That Robin Capital Holdings, L.L.C., Member of this limited liability company, be and it is hereby authorized and empowered on behalf of the said limited liability company to enter into an Act of Transfer and Contribution of Additional Capital from Robin Capital Holdings, L.L.C. to Robin Yscloskey Development #4, L.L.C., transferring the following described property, to-wit:

I. A CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantage thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in the Townsite of **ALLUVIAL CITY** in **SQUARE NO. 2** thereof, in accordance with a plan of Eugene I. Estopinal, C.E. & S., dated July 2, 1956, a copy of which is annexed to an act before Oliver S. Livaudais, Jr., Notary Public, dated May 1, 1957, said lot of ground is designated as **LOT A** in **SQUARE 2**, which square is bounded by State Highway (Shell Road), Avenue A, Sixth Street and Fifth Street, and commences at a distance of 60 feet from the corner of State Highway and Sixth Street, and measures thence 50 feet front on State Highway, same width in the rear, by a depth of 150 feet between equal and parallel lines.

Improvements bear municipal no. 2328 Florrisant Highway, St. Bernard, Louisiana 70085.

II. **LOT NO. 19** in **SQUARE NO. 2,** in **ALLUVIAL CITY,** Parish of St. Bernard, State of Louisiana, as per plan of subdivision shown on a map by H. C. Smith, Consulting Engineer, dated December, 1914, and filed in the conveyance records of St. Bernard Parish, Louisiana, as per Act of Deposit before James D. St. Alexandre, recorder of Conveyance and Mortgages of St. Bernard Parish, Louisiana, said Lot No. 19 having a frontage of 30 feet, and a depth of 150 feet in the square being bounded by Public Road, Avenue A, Fifth and Sixth Streets.

**LOT NO. 20** in **SQUARE NO. 2,** in **ALLUVIAL CITY,** Parish of St. Bernard, State of Louisiana, as per plan of subdivision shown on a map of H.C. Smith, Consulting Engineer, dated December, 1914, and filed in the conveyance records of St. Bernard Parish, Louisiana, as per Act of Deposit before James D. St. Alexandre, Recorder of Conveyances and Mortgages of St. Bernard, Louisiana, said Lot No. 20 having a frontage of 30 feet, and a depth of 150 feet.

on such terms and conditions as the said member, in its sole discretion, deems advisable in the circumstances;

EXHIBIT
tabbies
146
(6 of 16)

BE IT FURTHER RESOLVED: That the said member, on behalf of this limited liability company, be authorized and empowered to negotiate a loan from any person, firm or corporation, not in excess of FIVE HUNDRED THOUSAND AND NO/100 ($500,000.00) DOLLARS, and in connection with the said loan, the said member is further authorized to execute the limited liability company's note and/or notes up to the amount of the said loan, all on such terms and conditions as the said member deems advisable in the circumstances, and as security for the repayment of the said loan, the same member, on behalf of this limited liability company, is authorized to grant a mortgage, whether conventional or collateral, on the hereinabove described property owned by this limited liability company, which said mortgage shall contain the usual Louisiana security clauses, including the pact de non alienando, confession of judgment and waiver of appraisement, and such other terms and conditions as the said member deems advisable.

## CERTIFICATE

The undersigned member of Robin Yscloskey Development #4, L.L.C., does hereby certify that the above and foregoing is a true and exact copy of an extract of the minutes of a meeting of the Members of the said limited liability company held on May 11, 2005, at which meeting all members of the said limited liability company were present and voting in the affirmative, and that the said resolution is in full force and effect and that they are all of the members of said company.

Chalmette, Louisiana, this 11th day of May, 2005.

ROBIN CAPITAL HOLDINGS, L.L.C.

By: [signature]
Brad L. Robin, Sr.
Manager

By: [signature]
Don J. Robin, Sr.
Manager

By: [signature]
Edward J. Robin, Jr.
Manager

EXHIBIT
tabbies
146
(7 of 10)

CERTIFICATE OF AUTHORITY

OF

THE MEMBERS

OF

ROBIN CAPITAL HOLDINGS, L.L.C.

BE IT RESOLVED: That Brad L. Robin, Sr., Don J. Robin, Sr. and Edward J. Robin, Jr., Managers of this limited liability company, be and they are hereby authorized and empowered on behalf of the said limited liability company to enter into an Act of Transfer and Contribution of Additional Capital from Robin Capital Holdings, L.L.C. to Robin Yscloskey Development #4, L.L.C., transferring the following described property, to-wit:

I. A CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantage thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in the Townsite of **ALLUVIAL CITY** in **SQUARE NO.** 2 thereof, in accordance with a plan of Eugene I. Estopinal, C.E. & S., dated July 2, 1956, a copy of which is annexed to an act before Oliver S. Livaudais, Jr., Notary Public, dated May 1, 1957, said lot of ground is designated as **LOT A** in **SQUARE 2,** which square is bounded by State Highway (Shell Road), Avenue A, Sixth Street and Fifth Street, and commences at a distance of 60 feet from the corner of State Highway and Sixth Street, and measures thence 50 feet front on State Highway, same width in the rear, by a depth of 150 feet between equal and parallel lines.

Improvements bear municipal no. 2328 Florrisant Highway, St. Bernard, Louisiana 70085.

II. **LOT NO. 19** in **SQUARE NO. 2,** in **ALLUVIAL CITY,** Parish of St. Bernard, State of Louisiana, as per plan of subdivision shown on a map by H. C. Smith, Consulting Engineer, dated December, 1914, and filed in the conveyance records of St. Bernard Parish, Louisiana, as per Act of Deposit before James D. St. Alexandre, recorder of Conveyance and Mortgages of St. Bernard Parish, Louisiana, said Lot No. 19 having a frontage of 30 feet, and a depth of 150 feet in the square being bounded by Public Road, Avenue A, Fifth and Sixth Streets.

**LOT NO. 20** in **SQUARE NO. 2,** in **ALLUVIAL CITY,** Parish of St. Bernard, State of Louisiana, as per plan of subdivision shown on a map of H.C. Smith, Consulting Engineer, dated December, 1914, and filed in the conveyance records of St. Bernard Parish, Louisiana, as per Act of Deposit before James D. St. Alexandre, Recorder of Conveyances and Mortgages of St. Bernard, Louisiana, said Lot No. 20 having a frontage of 30 feet, and a depth of 150 feet.

on such terms and conditions as the said managers, in their sole discretion, deem advisable in the circumstances;

EXHIBIT
tabbies
146
(8 of 10)

BE IT FURTHER RESOLVED: That Brad L. Robin, Sr., Don J. Robin, Sr. and Edward J. Robin, Jr., Managers of this limited liability company, do hereby consent and agree to the adoption of the following resolutions:

RESOLVED, that this limited liability company entered into an agreement to form the entity known as Robin Yscloskey Development #4, L.L.C., and that this limited liability company be a member thereof, which entity is a limited liability company organized and existing under the laws of the State of Louisiana, pursuant to Articles of Organization executed on November 4, 2004 and recorded with the Secretary of State of Louisiana on November 10, 2004;

RESOLVED FURTHER, that Brad L. Robin, Sr., Don J. Robin, Sr. and Edward J. Robin, Jr., Managers, be and they are hereby authorized, empowered and directed on behalf of this limited liability company, to perform any and all acts on behalf of this limited liability company as Member of the limited liability company known as Robin Yscloskey Development #4, L.L.C., as they, in their sole discretion deem necessary and appropriate.

C E R T I F I C A T E

We, the undersigned members of Robin Capital Holdings, L.L.C., do hereby certify that the above and foregoing is a true and exact copy of an extract of the minutes of a meeting of the Members of the said limited liability company held on May 11, 2005, at which meeting all members of the said limited liability company were present and voting in the affirmative, and that the said resolution is in full force and effect and that they are all of the members of said company.

Chalmette, Louisiana, this 11th day of May, 2005.

Brad L. Robin, Sr.

Brad L. Robin, Sr.

Don J. Robin, Sr.

Edward J. Robin, Jr.

Edward J. Robin, Jr.

EXHIBIT

tabbies

146

9 of 10

witnesses, who hereunder sign their names with the said appearers, and me Notary, after reading of the whole.

WITNESSES:

Rance J. Mangipano

Sandy W. Schule

ROBIN CAPITAL HOLDINGS, L.L.C.

BY: BRAD L. ROBIN, SR.
MANAGER

BY: DON J. ROBIN, SR.
MANAGER

BY: EDWARD J. ROBIN, JR.
MANAGER

ROBIN YSCLOSKEY DEVELOPMENT #4, L.L.C.

By: Robin Capital Holdings, L.L.C., Member, through Its Manager, Brad L. Robin, Sr.

By: Robin Capital Holdings, L.L.C., Member, through Its Manager, Don J. Robin, Sr.

By: Robin Capital Holdings, L.L.C., Member, through Its Manager, Edward J. Robin, Jr.

EWELL C. POTTS, III
NOTARY PUBLIC
BAR NO. 10637

EXHIBIT
tabbies
146
(10 of 10)

CREDIT SALE

No.

August 15, 19 84

# Sale of Property

BY

ROSE MEDINA, WIFE OF/AND ROBERT C. BERTHELOT, ET AL

TO

PORT SHIP SERVICE, INC.

# United States of America

State of LOUISIANA

Parish ~~or County~~ of ST. BERNARD

**Be it Known,** That on this fifteenth day of the Month of August in the year of our Lord one thousand nine hundred and eighty-four BEFORE ME, ELMER R. TAPPER a Notary Public, duly commissioned and qualified, in and for the City of ........ and the Parish ~~(or County)~~ St. Bernard therein residing, and in the presence of the witnesses hereinafter named and undersigned,

## Personally Came and Appeared:

PARIS ROAD MARINA, ROSE MEDINA, WIFE/AND ROBERT C. BERTHELOT, AND JOAN BARCELONA, WIFE OF/AND JERRY K. BERTHELOT, individually and doing business as Paris Road Marina.

ROSE MEDINA, WIFE OF/AND ROBERT C. BERTHELOT, both of whom deposed that they were each married but once and then to each other and that they are presently living and residing together in the Parish of St. Bernard.

JOAN BARCELONA, WIFE OF/AND JERRY K. BERTHELOT, both of whom deposed that they were each married but once and then to each other and that they are presently living and residing together in the Parish of St. Bernard.

Who declare that they do by these presents grant, bargain, sell, convey, transfer, assign, set over, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which they or may have against all preceding owners and vendors, unto

PORT SHIP SERVICE, INC., a Louisiana Corporation, domiciled in the Parish of St. Bernard, State of Louisiana, appearing herein through its duly authorized president, Raymond G. Willhoft.

here present accepting, and purchasing for itself heirs and assigns, and acknowledging due delivery and possession thereof, all and singular the following described property to-wit:

EXHIBIT 147 (1 of 4)

THAT PORTION OF GROUND, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in St. Bernard Parish, Louisiana, being a portion of Lot 5 of Section 25, Township 12 South Range 12 East and designated as Lot "J" on plan of resubdivision approval under Entry No. 184283 and lot commences at a point 3689.60 along the eastern right of way line of Paris Road, northerly from the point where the section line dividing Sections 25 and 46 crosses the eastern right of way line of Paris Road and measures thence 100 feet front on Paris Road, 110 feet more or less in the rear on Bayou Bienvenue by a depth on the southerly side of 584.32 feet more or less and a depth on other side of 578.09 feet more or less.

Being the same property acquired by vendors on May 1st, 1980, by Act of Cash Sale, before Stephen R. Perez, Notary Public, and recorded in COB 189, folio 75, in St. Bernard Parish Conveyance Office

To have and to hold the above described property unto the said purchaser its heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of TWO HUNDRED EIGHTY THOUSAND AND NO/100 ($280,000.00) Dollars in part payment and deduction whereof the said purchaser has well and

EXHIBIT
147
(2 of 4)

truly paid, in ready and current money, the sum of ONE HUNDRED THOUSAND AND NO/100 ($100,000.00) Dollars to the said vendors who hereby acknowledge the receipt thereof and grant full acquittance and discharge therefor.

And for the balance of said purchase price to-wit: the sum of ONE HUNDRED EIGHTY THOUSAND AND NO/100 ($180,000.00) Dollars the said purchaser has furnished ONE (1) Promissory Note for the sum of ONE HUNDRED EIGHTY THOUSAND ($180,000.00) Dollars drawn by the purchaser to the order of "MYSELF" and endorsed by said purchaser

Dated August 15, 1984 and payable ONE year after date, interest to be paid quarterly in equal installments of $5,400.00 each,

which said note stipulates to bear interest at the rate of 12% per cent per annum from date until paid, and after having been paraphed "Ne Varietur" by me, Notary to be herewith identified has been delivered to the said vendor who hereby acknowledge the receipt thereof.

The purchaser hereby binds itself to keep the buildings on the above described property constantly insured against risk of loss by fire up to the amount of the note herein and against risk of loss by windstorm up to fifty (50%) percent of the amount of the fire insurance, and to transfer such insurance to the present vendor or any other holder or holders of above described note amounts of such note , said purchaser hereby authorizing said vendor , or any future holder or holders of above described note to cause said insurance to be effected on its default, at a premium not exceeding current rates.

And in case it should become necessary to institute suit for the recovery of the amount of said note or any part thereof, the said purchaser hereby binds and obligates itself to pay the fees of the attorney at law who may be employed for that purpose, which fees are hereby fixed at 12% per cent, on the amount sued for.

And now in Order to secure the full and punctual payment of the said note at maturity, together with all interests, costs, attorney's fees and premiums of insurance, a special mortgage and vendor's lien and privilege are hereby retained and granted in favor of said vendor and of all future holder or holders of said note on the property herein conveyed,

which the said purchaser binds itself not to sell, alienate or in any wise encumber to the prejudice of this act.

And here the said purchaser declare that it does by these presents, consent, agree and stipulate, that, in the event of said Promissory Note not being punctually paid at its maturity, it shall be lawful for, and it does hereby authorize the said vendor , or any other holder or holders thereof, to cause all and singular the said hereinbefore described and herein conveyed and mortgaged property to be seized and sold (after due process of law) without appraisement, to the highest bidder, payable cash, the said purchaser hereby confessing judgment in favor of said vendor , or any future holder or holders of said note .

In case the purchaser should become insolvent or apply to the bankruptcy court to be adjudicated a bankrupt, or proceedings be instituted against said purchaser to put it in involuntary bankruptcy, or should it apply for any other relief in the bankruptcy court, or should any proceedings be taken against it , looking to the appointment of a Receiver or Syndic, or in case the purchaser fails to keep insurance with Standard Mortgage Clause and deliver the policy aforesaid, or to pay the taxes and assessments, whether local or otherwise, before the same become delinquent, or should it create or suffer to create any other lien or charge (including but not limited to any lien for taxes or assessments of any character not discharged within sixty (60) days after such taxes or assessments become delinquent), superior in rank to the vendor's lien herein retained and/or the mortgage herein granted, or generally fail to do and perform any of the covenants herein contained, then, and in any of said events, the said mortgage note, in principal and interest, and said events, the said mortgage note, in principal and interest, and all other indebtedness secured hereby shall, at the option of the holder or holders of said note, immediately become due and payable, anything herein or otherwise to the contrary notwithstanding, and it shall be lawful for, and the purchaser herein does hereby authorize the vendor or any future holder or holders of the said mortgage note to cause all and singular the property hereinabove described to be seized and sold under executory process for cash, the said purchaser hereby confessing judgment in favor of the said vendor or any future holder or holders of the said mortgage note for the said vendor or any future holder or holders of the said mortgage note for the said amount thereof, together with all interest, attorney's fees, insurance premiums, costs and expenses.

EXHIBIT
tabbies
147
(3 of 4)

The parties to this act are aware of the fact that the mortgage, conveyance and Paving Ordinance certificates herein referred to are open, being not yet dated or signed, and relieve and release me, Notary, from all responsibility and liability in connection therewith.

The vendor herein state and warrant all taxes due on the property sold have been paid through the year 1983 and that the said property is free and clear of all liens and encumbrances except as presently appear on the undated certificates from the Recorder of Mortgages now in the possession of me, Notary, to be dated and annexed to this act, and has not been sold or alienated by vendors and acknowledges that upon the strength of such statements the consideration recited in this act was paid to vendors anything to the contrary in this act notwithstanding., *

[illegible]

* Except that none of the incumberances appearing on the Mortgage Certificates recorded after September 29, 1980, apply to the property which is the subject of this sale since the said property was transferred prior to the recordation of the said incumberances.

**Thus Done and Passed** in my office at Chalmette, LA on the day, month and year herein first above written, in the presence of Messieurs the undersigned competent witnesses, who hereunder sign their names with the said appearers, and me, Notary, after reading of the whole.

PORT-SHIP SERVICE, INC.

BY: [signature]
RAYMOND G. WILLHOFT

WITNESSES:

[signature] Carol L. Duplantis

[signature]

[signature]
ROSE MEDINA BERTHELOT

[signature]
ROBERT C. BERTHELOT

[signature]
JOAN BARCELONA BERTHELOT

[signature]
JERRY K. BERTHELOT

[signature]
NOTARY PUBLIC

EXHIBIT
tabbies
147
(4 of 4)

CASH ACT OF SALE

# United States of America,
# State of Louisiana, Parish of Jefferson

BE IT KNOWN, That on this 1st day of the month of NOVEMBER, in the year of Our Lord one thousand nine hundred and eighty two (1982)

BEFORE ME, the undersigned Notary Public, in and for the State and Parish aforesaid, duly commissioned and qualified, and in the presence of the witnesses hereinafter named and undersigned,

PERSONALLY CAME AND APPEARED:

ROSEMARY CRUSO, wife of/and SALVADOR F. DIECIDUE, both persons of the full age of majority and residents of the Parish of Orleans, State of Louisiana, who declared unto me, Notary, that they have each been married but once and then to each other.

who declared and said that for the price and consideration, and on the terms and conditions hereinafter expressed, he does, by these presents, grant, bargain, sell, convey, transfer, assign, set over and deliver, with all legal warranties, with a full guarantee against all troubles, debts, mortgages, claims, evictions, donations, alienation, or other encumbrances whatsoever, unto:

PORT SHIP SERVICE, INC., a Louisiana corporation domiciled in the Parish of St. Bernard, appearing herein through Raymond G. Willhoft, President, by virtue of a resolution of the Board of Directors, copy of which is annexed hereto., said corporation created on January 2, 1965.

Mailing Address: P.O. Box 369, Arabi, Louisiana 70032

here present, accepting and purchasing for himself, his heirs and assigns, and acknowledging delivery and possession thereof, the following described property, to-wit:

FRANCIPANE,
REGAN & ST. PEE
ATTORNEYS AT LAW
P. O. BOX 7667
METAIRIE, LOUISIANA
70011

EXHIBIT
tabbies
148
(1 of 4)

THAT CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon and all the rights, ways, privileges, servitudes, and appurtenances thereunto belonging or in anywise appertaining, situated in the PARISH OF ST. BERNARD, STATE OF LOUISIANA, being a portion of Lot 5 in a portion of Section 25, Township 12 South, Range 12 East, being bounded on the north by the bank of Bayou Bienvenue and by Lot H, on the south by Lot J, on the east by the highwater mark of the Borrow Pit Canal and on the west by the eastermost right-of-way of Paris Road, nd designated as Lot I on a plan of survey by Thomas P. Reed, Civil Engineer and Land Surveyor, dated 4/12/77 and attached to a resolution of the St. Bernard Parish Police Jury giving approval of the resubdivision, dated June 7, 1977, recorded in COB 140, folio _____ Entry No. 148283 and according to said survey Lot 5 "I" is more fully described as follows:

LOT 5"I" commences at a point 3,789.60 feet along the eastern right-of-way of line of Paris Road northerly from the point where the section line dividing Sections 25 and 46 crosses the eastern boundary line of the right-of-way of Paris Road, and thence N 10° 48'23" East a distance of 100 feet fronting and along the eastern boundary line of Paris Road to a point; thence in an easterly direction a distance of 450' along the line which separated Lot H from Lot I and which is on a bearing of N 88° 16'34" east to a point; thence a distance of 23' more or less along a line bearing N 10°48'23" east to the highwater mark of the bank of Bayou Bienvenue; thence in a southeasterly direction along the highwater mark of the bank of Bayou Bienvenue and the Borrow Pit Canal a distance of 165' more or less to a point; thence along a line having bearing South 88°16'34"west a distance of 578.09' more or less to a point which is the point of beginning. All in accordance with the survey of J.J. Krebs & Sons, Inc. dated September 8, 1982, copy of which is annexed hereto, except that the measurements located at N 10°48'23" East to the highwater mark of the bank of Bayou Bienvenue measures 25 feet more or less and the measurements located along a line bearing S 88°16'34" West, measures a distance of 561.65 feet more or less.

Being the same property acquired by Rosemary Cruso, wife of/and Salvador F. Diecidue from Blue Streak Enterprises, Inc., by act before Emile A. Wagner, III, Notary Public, dated August 18, 1977, recorded in COB 143 folio 252 St. Bernard Parish, La. Restrictions contained on Attachment "A" annexed hereto.

TO HAVE AND TO HOLD, the said described property herein conveyed unto the said purchasers , their heirs and assigns forever.

The said vendors do hereby moreover transfer unto said purchaser all and singular the rights and actions of warranty to which the said vendors or may be entitled, against any and all former owners and proprietors of the property herein conveyed, hereby subrogating said purchaser to all the said rights and actions, to be by enjoyed and exercised in the same manner as they might have been by the said vendor .

THIS SALE IS MADE AND ACCEPTED, for and in consider-

EXHIBIT
tabbies
148
(2 of 4)

ATTACHMENT "A"

ROSEMARY CRUSO, wife of/and
SALVADOR F. DIECIDUE

SALE TO

PORT SHIP SERVICES, INC.

RICHARD T. REGAN, NOTARY PUBLIC

November 1, 1982

This act is made and accepted subject to the following:

(1) Right of way of 10 feet on either side of power lines granted to Louisiana Power & Light Company of June 2, 1969, registered in COB 104, folio 137.

(2) Mineral reservation of one-half of all minerals by Julius Szodomka et als pursuant to an act before Charles Kohlmeyer, Jr., Notary Public, dated July 16, 1956, registered in COB 66, folio 268.

(3) Mineral reservation by Peter J. Centanni et als pursuant to an act before E. F. Potts, Jr., Notary Public, dated February 6, 1961, and registered in COB 77, folio 596.

(4) Any encroachments, power lines as shown on survey by J.J. Krebs & Sons, Inc. dated September 8, 1982, which is annexed hereto.

This reference to the above is not to be considered as a renewal or a recreation in any manner whatsoever.

EXHIBIT
148
(3 of 4)

ation of the price and sum of TWO HUNDRED TEN THOUSAND AND NO/100 ------------------- ($210,000.00) DOLLARS, all of which said amount has been well and truly paid unto said appearer, in lawful current funds of the United States of America, the receipt of which is hereby acknowledged and full acquittance granted therefor.

By reference to the Mortgage and Conveyance Certificates of the Clerk of Court and Ex-Officio Recorder of Mortgages and Register of Conveyances in and for the Parish of St. Bernard, State of Louisiana, annexed hereto and made part hereof in the name of Vendors it does not appear that the herein described property has been heretofore alienated or is presently encumbered., except those mortgages, judgments and liens shown on the attached mortgage certificate dated October 28, 1982 to be partially cancelled by the undersigned notary.

The parties hereto take cognizance that the mortgage and conveyance certificates are undated and unsigned, and release me, Notary, from any and all responsibility in connection therewith.

All taxes assessed against the herein conveyed property from the year 19 79, up to and including the year 19 81, have been paid, as per tax research annexed hereto.

THUS DONE AND PASSED, in my office in the Parish of Jefferson, aforesaid, the day, month and year first aforesaid, in the presence of Virginia Gerdes and Jacqueline Higgins, competent witnesses of lawful age, domiciliated in this Parish, who herewith sign their names with the said parties, and me, the said Notary, after the reading of these presents.

WITNESSES:

[signature]
VIRGINIA GERDES

[signature]
JACQUELINE HIGGINS

[signature]
ROSEMARY CRUSO DIECIDUE

[signature]
SALVADOR F. DIECIDUE

PORT SHIP SERVICE, INC.

BY: [signature]
RAYMOND G. WILLHOFT, President

Recorded Nov 5 1982
Parish of St. Bernard
COB 216 Folio 53
MOB ______ Folio ______
Entry No. 191231

[signature]
NOTARY PUBLIC

EXHIBIT
148
(4 of 4)

**STATE OF LOUISIANA DIVISION OF ADMINISTRATION**
**OFFICE OF COMMUNITY DEVELOPMENT (OCD)**
***THE ROAD HOME* PROGRAM GRANT AGREEMENT HOMEOWNERS**
**GRANT NO: 06HH121313**

| SECTION 1: HOMEOWNER INFORMATION | |
|---|---|
| 1. HOMEOWNER: | 2. CO-HOMEOWNER: |
| a. **Name:**<br>Gwendolyn V Adams | a. **Name:**<br>Henry L Adams |
| b. **Property Address:**<br>2414 Deslonde St<br>New Orleans, Louisiana 70117 | b. **Property Address:**<br>2414 Deslonde St<br>New Orleans, Louisiana 70117 |
| c. **Mailing Address** (if different from Physical Address):<br>2358 MARAIS ST<br>NEW ORLEANS, LA 70117 | c. **Mailing Address** (if different from Physical Address):<br>2358 MARAIS ST<br>NEW ORLEANS, LA 70117 |
| d. **Phone Number:**<br>(504)949-1812 | d. **Phone Number:**<br>(504)458-2921 |
| e. **Email Address:**<br>gvonderadams@peoplepc.com | e. **Email Address:** |
| f. **Social Security Number:** | f. **Social Security Number:** |
| g. **Governmental Issued Identification Number:** | g. **Governmental Issued Identification Number:** |

**SECTION II: GRANT INFORMATION**

| | |
|---|---|
| 3. CLOSING DATE: May 30, 2007 | |

4. **PURPOSE AND SOURCE OF FUNDS:** The purpose of this Grant Agreement is to provide compensation for damages incurred by the Homeowner(s) due to Hurricanes Katrina in August 2005 and/or Rita in September 2005. Funding for this grant comes from the Community Development Block Grant (CDBG) program administered through the U.S. Department of Housing and Urban Development. CDBG funds have been allocated to the State of Louisiana's Office of Community Development and are being provided to eligible residents of the State through *The Road Home* program.

5. **GRANT PROVISIONS:** Homeowner(s) agree(s) to the filing of certain covenants to run with the land on the property for which this Grant is awarded requiring generally as follows: flood insurance to be maintained if located in Special Flood Hazard Area and restraints on use, occupancy and alienation of the Property. The actual covenants are contained in the instrument to be executed by Homeowner(s) and recorded in the land records of the parish where the Property for which this Grant is awarded and located. The covenant will become effective on the grant closing date ("Effective Date").

6. **OCCUPANCY OF PROPERTY:** Homeowner(s) agree(s) to commence occupying the Property as his/her primary residence within three (3) years after the Closing Date. This provision is a material consideration without which the Homeowner(s) would have received a lesser amount under the Road Home Program. Homeowner(s) will be required to repay the Grant in the event of a violation of this Section 6. An Extension of the period for compliance with this provision may be granted by OCD to Owner upon request by Owner to extend the compliance period based on good cause and circumstances beyond Homeowner's control that precluded compliance with the provisions of this Section 6. OCD may require that the Homeowner(s) execute a corresponding extension of the term of the covenants. OCD may on its own, upon evidence of reasonable efforts made by Homeowner to occupy the property, grant an extension of the period to comply with this provision.

7. **DISBURSEMENT OF FUNDS:** The proceeds of the Grant will be disbursed in one lump sum directly to the Homeowner(s).

EXHIBIT
tabbles
149