# In the United States Court of Federal Claims

No. 05-1119L
Filed: July 23, 2008

| | |
|---|---|
| ROCCO TOMMASEO, THOMAS TOMMASEO, ROCKY AND CARLO, INC., STEVEN BORDELON, husband of, CYNTHIA BORDELON and, STEVE'S MOBILE HOME & R.V. REPAIR, INC., | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

The Government will file a RCFC 12(b)(1) Motion To Dismiss or RCFC 56 Motion For Summary Judgment on or before September 30, 2008.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**