# In the United States Court of Federal Claims

No. 05-1119 L

Filed: April 22, 2015

```
*******************************************
                                           *
                                           *
ST. BERNARD PARISH GOVERNMENT              *
AND OTHER OWNERS OF REAL                   *
PROPERTY IN ST. BERNARD PARISH             *
OR THE LOWER NINTH WARD OF THE             *
CITY OF NEW ORLEANS,                       *
                                           *
        Plaintiffs,                        *
                                           *
v.                                         *
                                           *
THE UNITED STATES,                         *
                                           *
        Defendant.                         *
                                           *
                                           *
*******************************************
```

## ORDER

This Order is to advise the parties that the court will issue a Memorandum Opinion And Order concerning liability, on or before May 4, 2015. To facilitate a potential resolution of the damages in this case, the court has scheduled a settlement conference to be held at the United States District Court for the Eastern District of Louisiana on Wednesday, May 6, 2015 at 1:00 p.m. CST, at a Chambers to be announced. Colonel Richard L. Hansen, New Orleans District Commander, should attend, together with counsel for the Army Corps of Engineers and Department of Justice. The settlement conference is expected to conclude within ninety minutes.

To prepare for the conference, the court will need to ascertain the existence of and examine property tax records stored in the document depository for at least St. Bernard Parish and Orleans Parish on Monday, May 4, 2015 and possibly Tuesday, May 5, 2015. Therefore, the Government is ordered to make the necessary arrangements with Mr. Chris Tipler, Law Clerk to the undersigned judge.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**